UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. )<br>)<br>Plaintiff,                             )<br>)<br>v.                                              )<br>)<br>KEYHOLE CORPORATION,       )<br>)<br>Defendant.                       )<br>)<br>_____ ) | Civil Action No. 04-11129 DPW<br><br><br>STIPULATION TO EXTEND TIME |

Plaintiff Skyline Software Systems, Inc., and defendant Keyhole Corporation ("Keyhole") stipulate that the time in which defendant Keyhole may answer or otherwise respond to plaintiff's Complaint is extended to and including September 28, 2004.

KEYHOLE CORPORATION

By its Attorneys,

 /s/ Nelson G. Apjohn
Nelson G. Apjohn (BBO No. 020373)
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000

Dated: September 9, 2004

SKYLINE SOFTWARE SYSTEMS, INC.

By its Attorneys,

 /s/ H. Joseph Hameline
H. Joseph Hameline (BBO No. 218710)
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

So Ordered:

_____
Woodlock, J.

1359952.1