UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC., )
                                )
            Plaintiff,           )
                                )
v.                              )
                                )   CIVIL ACTION NO. 04-11129 DPW
                                )
KEYHOLE CORPORATION,            )
                                )
            Defendant.          )
                                )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Nelson G. Apjohn of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the defendant, Keyhole Corporation.

KEYHOLE CORPORATION

By its attorneys,

_____
Nelson G. Apjohn (BBO # 020373)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
Tel: (617) 439-2000
*Attorneys for Defendant*

Dated: September 7, 2004

1359020.1

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for each party by mail/by hand.

Date: 9/7/04  Melinda Chase