UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEYHOLE CORPORATION, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 04-11129 DPW<br><br>JURY TRIAL REQUESTED |

### MOTION FOR ADMISSION *PRO HAC VICE* OF DARRYL M. WOO

Defendant, Keyhole Corporation, by and through Nutter McClennen & Fish LLP, hereby moves that Darryl M. Woo of Fenwick & West LLP be admitted *pro hac vice* in the above case. Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavit of Darryl M. Woo.

By its Attorneys,

NUTTER McCLENNEN & FISH LLP

/s/ Nelson G. Apjohn

Nelson G. Apjohn (BBO No. 020373)
World TradeCenter West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000
Attorneys for Keyhole Corporation

FILING FEE PAID:
RECEIPT # 58475
AMOUNT $ 50.00
BY DPTY CLK GK
DATE 9-7-04

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for each party by mail/by hand.
Date: 9/7/04  /s/ Michelle Chassereau

MOTION FOR ADMISSION
CASE NO. 04-11129 DPW