UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>            Plaintiff,<br><br>v.<br><br>KEYHOLE CORPORATION,<br><br>            Defendant. | Civil Action No. 04-11129 DPW<br><br>JURY TRIAL REQUESTED |

## AFFIDAVIT OF DARRYL M. WOO

I, Darryl M. Woo, certify that:

1.     I am a member of the Bar of the state of California and have been since 1981. I have been admitted to practice in the following courts: All California State Courts; United States District Court, Northern, Southern, Eastern, and Central Districts of California; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the Federal Circuit; United States Supreme Court. In addition, I am or have been admitted *pro hac vice* in specific cases before a number of federal district courts, including the District of Massachusetts;

2.     I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I verify that the foregoing is correct under penalty of perjury.

*[signature]*

Darryl M. Woo
Fenwick & West LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Dated: August 31, 2004

22472/00401/LIT/1200351.1

AFFIDAVIT
CASE NO. 04-11129 DPW