UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. | ) | |
| | ) | Civil Action No. 04-11129 DPW |
| Plaintiff, | ) | |
| | ) | JURY TRIAL REQUESTED |
| v. | ) | |
| | ) | |
| KEYHOLE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF MACLAIN WELLS**

Defendant, Keyhole Corporation, by and through Nutter McClennen & Fish LLP, hereby

moves that Maclain Wells of Fenwick & West LLP be admitted *pro hac vice* in the above case.

Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavit of Maclain Wells.

By its Attorneys,

NUTTER McCLENNEN & FISH LLP

Nelson G. Apjohn (BBO 020373)
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000
Attorneys for Keyhole Corporation

FILING FEE PAID:
RECEIPT # 58474
AMOUNT $ 50.00
BY DPTY CLK
DATE 9 5 04

CERTIFICATE OF SERVICE

I hereby certify that on this day a true
copy of the above document was served upon the
attorneys of record for each party by mail/by hand

Date: 9/7/04