UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEYHOLE CORPORATION, )<br>)<br>Defendant. )<br>)<br>_____ ) | Civil Action No. 04-11129 DPW<br><br>JURY TRIAL REQUESTED |

### AFFIDAVIT OF MACLAIN WELLS

I, Maclain Wells, certify that:

1. I am a member of the Bar of the state of California and have been since 2002. I have been admitted to practice in the following courts: All California State Courts; United States District Court, Northern and Central Districts of California; United States Court of Appeals for the Ninth Circuit; and United States Court of Appeals for the Federal Circuit;

2. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I verify that the foregoing is correct under penalty of perjury.

_____
Maclain Wells
Fenwick & West LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Dated: August 31, 2004

22119/00405/LIT/1200347.1

AFFIDAVIT
CASE NO. 04-11129 DPW