UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEYHOLE CORPORATION, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Civil Action No. 04-11129 DPW <br><br> JURY TRIAL REQUESTED |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KENT KEMENY

Defendant, Keyhole Corporation, by and through Nutter McClennen & Fish, LLP, hereby moves that Kent Kemeny of Fenwick & West LLP be admitted *pro hac vice* in the above case. Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavit of Kent Kemeny.

By its Attorneys,

NUTTER McCLENNEN & FISH LLP

_____
Nelson G. Apjohn (BBO No. 020373)
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000
Attorneys for Keyhole Corporation

FILING FEE PAID:
RECEIPT # 58473
AMOUNT $ 50.00
BY DPTY CLK ___
DATE 9-7-04

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon the attorneys of record for each party by mail/by hand.
Date: 9/7/04 _____

MOTION FOR ADMISSION
CASE NO. 04-11129 DPW