UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KEYHOLE CORPORATION,<br><br>Defendant. | Civil Action No. 04-11129 DPW<br><br>JURY TRIAL REQUESTED |

### AFFIDAVIT OF KENT KEMENY

I, Kent Kemeny, certify that:

1. I am a member of the Bar of the state of California and have been since 2002. I have been admitted to practice in the following courts: All California State Courts; United States District Court for the Northern District of California; and United States Court of Appeals for the Federal Circuit;

2. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I verify that the foregoing is correct under penalty of perjury.

_____
Kent Kemeny
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Tel.  (650) 988-8500
Fax  (650) 938-5200

Dated: August 31, 2004

22472/00401/LIT/1200342.1

AFFIDAVIT
CASE NO. 04-11129 DPW