UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. )<br>　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, 　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　 )<br>　　v. 　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　 )<br>KEYHOLE CORPORATION, 　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendant. 　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　　　 ) | Civil Action No. 04-11129 DPW |

**ASSENTED TO MOTION TO EXTEND TIME**

　　　　Pursuant to Fed. R. Civ. P. 6(b), defendant Keyhole Corporation ("Keyhole") moves that the Court extend the time within which it may answer or otherwise respond to plaintiff's Complaint to and including November 2, 2004.  In support of this motion, Keyhole states that it is currently engaged in settlement discussions with plaintiff Skyline Software Systems, Inc., and the additional time is for the purpose of furthering such settlement discussions.  Skyline's counsel has assented to the requested extension.

　　　　　　　　　　　　　　　　　　　　KEYHOLE CORPORATION

　　　　　　　　　　　　　　　　　　　　By its Attorneys,


　　　　　　　　　　　　　　　　　　　　　/s/ Michelle Chassereau Jackson
　　　　　　　　　　　　　　　　　　　　Nelson G. Apjohn (BBO No. 020373)
　　　　　　　　　　　　　　　　　　　　Michelle Chassereau Jackson (BBO No. 654825)
　　　　　　　　　　　　　　　　　　　　World Trade Center West
　　　　　　　　　　　　　　　　　　　　155 Seaport Boulevard
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　Telephone:  (617) 439-2000
　　　　　　　　　　　　　　　　　　　　Fax:  (617) 310-9000

ASSENTED TO:

SKYLINE SOFTWARE SYSTEMS, INC.

By its Attorneys,


 /s/ H. Joseph Hameline
H. Joseph Hameline (BBO No. 218710)
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone No:  (617) 542-6000


Dated:  October 8, 2004


1368841.1