UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. | ) | |
| | ) | Civil Action No. 04-11129 DPW |
| Plaintiff, | ) | |
| | ) | JURY TRIAL REQUESTED |
| v. | ) | |
| | ) | |
| KEYHOLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT KEYHOLE INC.'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3**

Defendant Keyhole, Inc., sued herein as "Keyhole Corporation," by counsel, hereby
submits this corporate disclosure statement as required by Local Rule 7.3(A) of this Court, and
states that it is a wholly owned subsidiary of Google, Inc., a Delaware corporation.

Dated: November 2, 2004          By its Attorneys,

                                             FENWICK & WEST LLP

                                             _____/s/ Darryl M. Woo_____
                                             Darryl M. Woo, admitted *pro hac vice*
                                             Embarcadero Center West
                                             275 Battery Street
                                             San Francisco, CA 94111
                                             Phone: (415) 875-2300
                                             Fax:   (415) 281-1350

                                             Nelson G. Apjohn (BBO No. 020373)
                                             NUTTER McCLENNEN & FISH LLP
                                             World TradeCenter West
                                             155 Seaport Boulevard
                                             Boston, MA 02210

Phone: (617) 439-2000
Fax:    (617) 310-9000


*Of Counsel admitted Pro Hac Vice:*
Darryl M. Woo
Maclain Wells
Kent Kemeny
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Phone: (415) 875-2300
Fax:    (415) 281-1350

Attorneys for Defendant and Counterclaimant
Keyhole, Inc.

22472/00401/LIT/1201911.2