SEP.16.2003  3:44PM   SEC. OF STATE                                    NO.166   P.2

FEDERAL IDENTIFICATION
NO. 20-0129488

# The Commonwealth of Massachusetts

### William Francis Galvin
### Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

Examiner

Name
Approved

## FOREIGN CORPORATION CERTIFICATE
(General Laws, Chapter 181, Section 4)

We, Ronnie Yaron _____, *President / ~~Vice President~~

and Paul W. Collins _____, ~~*Clerk~~ / ~~Assistant Clerk~~ or *Secretary / ~~Assistant Secretary~~,

of Skyline Software Systems, Inc. _____,
(Exact name of corporation)

in compliance with the provisions of General Laws, Chapter 181, Section 4, certify as follows:

1. Exact name of the corporation, including any words or abbreviations indicating incorporation or limited liability:
Skyline Software Systems, Inc.

2. If the exact name of the corporation is not available for use in the Commonwealth of Massachusetts, state the name the corporation will use to transact business in the Commonwealth of Massachusetts:

3. The corporation is organized under the laws of: Delaware

4. The date of its organization is: August 4, 2003

5. The location of its principal office is:
14155 Newbrook Drive, Chantilly, VA  20151

6. The activities of the corporation within the Commonwealth of Massachusetts are:
Provide software and services

C  ☐
M  ☐
R.A.  ☐

7. The location of its office in Massachusetts, if any, is:
500 West Cummings Park, Suite 5950, Woburn, MA  01801

8. The name and street address of the resident agent of the Corporation in the Commonwealth of Massachusetts is:
Corporation Service Company
84 State Street, Boston, Massachusetts  02109

9. The date on which the corporation's fiscal year ends is:
December 31

10. If the corporation's existence is other than perpetual, state the duration of existence:

P.C.

*Delete the inapplicable words.

180600 4/6/00

§SEP.16.2003 Ϳ 3:44PM   ℃SEC. OF STATE                                    "NO.166   'P.3 '

11. The name and business address of the officers and directors of the corporation are as follows:

|  | NAME | BUSINESS ADDRESS |
|---|---|---|
| President: | see attached officers/directors rider | |
| *Vice President: | | |
| Treasurer: | | |
| Clerk or Secretary: | | |
| *Assistant Clerk or Assistant Secretary: | | |
| Directors: | | |

*Please provide the name and business address of the Vice President and Assistant Clerk/Assistant Secretary if they are executing this certificate.

SEP.16.2003 3:44PM    SEC. OF STATE                          NO.166    P.4

# Delaware
PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "SKYLINE SOFTWARE SYSTEMS, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FIRST DAY OF AUGUST, A.D. 2003.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "SKYLINE SOFTWARE SYSTEMS, INC." WAS INCORPORATED ON THE FOURTH DAY OF AUGUST, A.D. 2003.

AND I DO HEREBY FURTHER CERTIFY THAT THE FRANCHISE TAXES HAVE NOT BEEN ASSESSED TO DATE.



Harriet Smith Windsor, Secretary of State

3688932   8300                          AUTHENTICATION: 2596053

030546396                               DATE: 08-21-03

LIST OF OFFICERS AND DIRECTORS

SKYLINE SOFTWARE SYSTEMS, INC.

| Office | Name | Business Address |
|---|---|---|
| Chief Executive Officer | Paul W. Collins | 14155 Newbrook Drive<br>Chantilly, VA 20151 |
| President | Ronnie Yaron | 500 West Cummings Park<br>Suite 5950<br>Woburn, MA 01801 |
| Secretary | Paul W. Collins | 14155 Newbrook Drive<br>Chantilly, VA 20151 |
| Directors | | |
| | Paul W. Collins | 14155 Newbrook Drive<br>Chantilly, VA 20151 |
| | Steven M. Schlosser | 14155 Newbrook Drive<br>Chantilly, VA 20151 |
| | Roy Machnes | 14155 Newbrook Drive<br>Chantilly, VA 20151 |

TRA 1823203v1

SEP.16.2003   3:44PM    SEC. OF STATE                                    NO.166    P.6

12. Please indicate the fees a Massachusetts corporation would be required to pay to register to do business in the state of incorporation:

    $400.00

13. Attached to this certificate shall be a Certificate of Legal Existence of such foreign corporation issued by an officer or agency properly authorized in the state or country in which such foreign corporation was organized or other evidence of legal existence acceptable to the Secretary. If such certificate or other evidence of such legal existence is in language other than English, a translation thereof, under oath of the translator, shall also be attached.

SIGNED UNDER THE PENALTIES OF PERJURY, this _____31st_____ day of _August_____ , 20 _03_____ ,

_____ , *President / *Vice President,
Ronnie Yaron

_____ *Clerk/ *Assistant Clerk *Secretary / *Assistant Secretary.
Paul W. Collins

*Delete the inapplicable words.

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*