Case 1:04-cv-11129-DPW    Document 12-3    Filed 11/03/2004    Page 1 of 2



Home        Go 3D        Products        Applications        **Partners**        What's New        About Us



**Partners**

## *Advancement and Innovation Through Collaboration*

**Skyline is proud to be associated with these world leading partners**





**Oracle** - (**www.oracle.com**)
Oracle is the world's largest enterprise software company





**Intel** - (**www.intel.com**)
Intel, the world's largest chip maker, is also a leading manufacturer of computer, networking and communications products.



**IAGT** - (**http://www.iagt.org**)
The Institute for the Application of Geospatial Technology at Cayuga Community College, Inc. (IAGT) is a nonprofit organization that is dedicated to accelerating the application of geospatial information technology (GIT) across government, education, and commercial sectors.



**PlanetGov** - (**www.planetgov.com**)
PlanetGov is an information technology professional services company that assists government customers leverage the power of the Internet and other advanced technologies to improve productivity. PlanetGov specializes in E-Government by supplying, planning, designing, building, and managing information technology solutions that enhance government organizational performance and improve the delivery of services to citizens.



**PlanGraphics** - (**www.plangraphics.com**)
PlanGraphics, founded in 1979, is a full life-cycle systems integration and implementation firm providing a broad range of services in the

design and implementation of information technology in the public and commercial sectors. PlanGraphics' experience with spatial information systems and e-services capabilities provides a critical discriminator among other IT consulting and integration firms. PlanGraphics is headquartered in Frankfort, Ky., and has regional offices in Maryland, Colorado, California, Rhode Island and New York.



**MapInfo** - (**www.mapinfo.com**)
MapInfo Corporation is a global software company that integrates software, data and services to help customers realize greater value from location-based information and drive more insightful decisions. MapInfo solutions are available in 20 languages through a network of strategic partners and distribution channels in 60 countries.

© 2004 Skyline Software Systems Inc. All rights reserved  **LEGAL NOTICE** | **CONTACT US**