UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KEYHOLE CORPORATION,<br><br>Defendant. | Civil Action No. 04-11129 DPW |

### DECLARATION OF MICHAEL JONES IN SUPPORT OF KEYHOLE CORPORATION'S MOTION TO TRANSFER VENUE

1. I am currently Chief Technology Officer at Keyhole. I make this affidavit in support of Keyhole's motion to transfer venue. I have personal knowledge of the following facts and could competently testify as to their truth.

2. I have been Chief Technology Officer at Keyhole for one year.

3. In my capacity as Chief Technology Officer, I am responsible for managing Keyhole's research and development, and new technology. I am knowledgeable about Keyhole's technology and products, including the features, components and functions of the accused products.

4. In addition, I would also suffer personal hardship if I were required to travel to Massachusetts for court proceedings. I reside in Northern California, any time away from my family would result in personal hardship.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct. Executed, this 1st day of November 2004, at Mountain View, California.

_____
Michael Jones

DECLARATION IN SUPPORT OF MOTION TO TRANSFER VENUE
CASE NO 04-11129 DPW