UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEYHOLE, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Civil Action No. 04-11129 DPW |

## DECLARATION OF SUE COZZO IN SUPPORT OF KEYHOLE, INC.'S MOTION TO TRANSFER VENUE

1.  I am currently Controller at Keyhole. I make this affidavit in support of Keyhole's motion to transfer venue. I have personal knowledge of the following facts and could competently testify as to their truth.

2.  I have been Controller at Keyhole for one (1) year.

3.  In my capacity as Controller, I am responsible for financial and administrative activities, including accounting, budgeting, planning, and financial reporting. I have personal knowledge about the volume of accused products that Keyhole has sold and the amount of profits it has earned from these sales, and other related financial information.

4.  In addition, I would also suffer personal hardship if I were required to travel to Massachusetts for court proceedings. I reside in Northern California. Any time away from my family would result in personal hardship.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct. Executed, this 1st day of November 2004, at Mountain View, California.

*Sue Cozzo*
Sue Cozzo