UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>           Plaintiff,<br><br>v.<br><br>KEYHOLE, INC.,<br><br>           Defendant. | Civil Action No. 04-11129 DPW |

### DEFENDANT KEYHOLE, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF ITS MOTION TO TRANSFER VENUE

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendant
KEYHOLE, INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Maclain Wells, admitted *pro hac vice*
Kent E. Kemeny, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Defendant Keyhole, Inc. submits herewith a Reply Brief in Support of Its Motion to Transfer Venue, and by this motion, Keyhole seeks leave to file such Reply. Keyhole's Reply is necessary because the underlying factual and legal issues presented by Skyline's Opposition require more complete discussion.

For these reasons, Keyhole respectfully requests that it be permitted to file its Reply.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for Defendant conferred in good faith with counsel for Plaintiffs, Joseph Hameline, on November 23, 2004, and Mr. Hameline indicated that Plaintiffs would not consent to the filing of this reply.

Dated: November 23, 2004

By its Attorneys,

FENWICK & WEST LLP

_____
Kent Kemeny, admitted *pro hac vice*
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Phone: (415) 875-2300
Fax:    (415) 281-1350


Nelson G. Apjohn (BBO No. 020373)
NUTTER McCLENNEN & FISH LLP
World TradeCenter West
155 Seaport Boulevard
Boston, MA 02210
Phone: (617) 439-2000
Fax:    (617) 310-9000


*Of Counsel admitted Pro Hac Vice:*
Darryl M. Woo
Maclain Wells
Kent Kemeny

FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Phone: (415) 875-2300
Fax:    (415) 281-1350

Attorneys for Defendant and Counterclaimant
Keyhole, Inc.

22472/00401/LIT/1217892.1