UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. | ) | Civil Action No. 04-11129 DPW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEYHOLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF DARRYL M. WOO IN SUPPORT OF
KEYHOLE, INC.'S REPLY IN SUPPORT OF ITS
MOTION TO TRANSFER VENUE**

1.      I am an attorney duly licensed to practice in the State of California and am a partner with the law firm of Fenwick & West LLP, attorneys of record for Defendant Keyhole, Inc.  I have been admitted *pro hac vice* for this matter.  I have personal knowledge of the matters set forth herein, and if called upon to do so, I could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of various documents from the prosecution history of U.S. Patent No. 6,496,189.  These documents include a Fee Record Sheet, a Combined Declaration for Patent Application and Power of Attorney, a Patent Application Transmittal, an Information Disclosure Statement, and an assignment record.  These documents each identify the attorneys of record as the law firm of Limbach & Limbach LLP, shown with a San Francisco, California address.

3.      Attached hereto as Exhibit B is a true and correct copy of a Skyline Press Release dated September 9, 2003, available at http://www.skylinesoft.com/corporate/whatsnew/whatsnew_press-releases.asp.

4.      Attached hereto as Exhibit C is a true and correct copy of the complaint in case number 04-4922-MEJ entitled, "Google Inc. v. Skyline Software Systems, Inc.," filed November 18, 2004, in the United States District Court for the Northern District of California. The complaint seeks *inter alia* a declaratory judgment that Google Inc. does not infringe U.S. Patent No. 6,496,189, and that the patent is invalid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2004                    /s/ Darryl M. Woo
                                                  Darryl M. Woo

22472/00401/LIT/1218068.1