# Fee Record Sheet

4/21/99
BC

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

```
03/12/1999 VTOWLER  00000024 09258663
01 FC:201                    380.00 OP
02 FC:203                    324.00 OP
03 FC:202                    117.00 OP
```

PTO-1556
(5/87)
*U.S. GPO: 1998-433-214/80404

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/258,663 | 02/26/99 | ~~434~~ 345 | ~~3712~~ 2772 | SANF-22100-U |

APPLICANT: RONNIE YARON, KADIMA, ISRAEL; OFER SHOR, TEL AVIV, ISRAEL.

\*\*CONTINUING DOMESTIC DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

\*\*371 (NAT'L STAGE) DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

\*\*FOREIGN APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

IF REQUIRED, FOREIGN FILING LICENSE GRANTED 03/18/99 \*\* SMALL ENTITY \*\*

| Foreign Priority claimed 35 USC 119 (a-d) conditions met | ☐yes ☑no ☐yes ☑no ☐Met after Allowance | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| Verified and Acknowledged | Examiner's Initials | ILX | 9 | 56 | 6 |

ADDRESS:
LIMBACH & LIMBACH
2001 FERRY BUILDING
SAN FRANCISCO CA 94111

TITLE: REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING

FILING FEE RECEIVED: $821

FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT NO. _____ for the following:

☐ All Fees
☐ 1.16 Fees (Filing)
☐ 1.17 Fees (Processing Ext. of time)
☐ 1.18 Fees (Issue)
☐ Other _____
☐ Credit

# Combined Declaration for Patent Application and Power of Attorney

Case 1:04-cv-11129-DPW    Document 22-2    Filed 11/23/2004    Page 4 of 18

BY EXPR    MAIL NO. EL151574859US

Atty Docket No. SANF-22100 USA

**COMBINED DECLARATION FOR PATENT APPLICATION AND POWER OF ATTORNEY**

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled

REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING

the specification of which (check one) _X_ is attached hereto or ___ was filed on ___ as Application no. ___ and was amended on ___ (if applicable).

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose all information which is material to patentability as defined in 37 CFR § 1.56.

---

I hereby claim foreign priority benefits under 35 U.S.C. § 119(a)-(d) or § 365(b) of any foreign application(s) for patent or inventor's certificate, or § 365(a) of any PCT International application which designated at least one country other than the United States, listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s)                                              Priority Claimed
                                                                          Yes      No

Number              Country              Day/Month/Year Filed             ___      ___

Number              Country              Day/Month/Year Filed             ___      ___

---

I hereby claim the benefit under 35 U.S.C. § 119(e) of any United States provisional application(s) below.

Application Number        Filing Date

Application Number        Filing Date

---

I hereby claim the benefit under 35 U.S.C. § 120 of any United States application(s), or § 365(c) of any PCT International application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of 35 U.S.C. § 112, I acknowledge the duty to disclose all information which is material to patentability as defined in 37 CFR § 1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

Application Number        Filing Date        Status: Patented, Pending, Abandoned

Application Number        Filing Date        Status: Patented, Pending, Abandoned

\PATENTS\COMB-DEC.FRM                    - 1 -                    Revised: 09/14/98

I HEREBY APPOINT THE FOLLOWING AS MY ATTORNEYS WITH FULL POWER OF SUBSTITUTION TO PROSECUTE THIS APPLICATION AND TRANSACT ALL BUSINESS IN THE PATENT OFFICE CONNECTED THEREWITH:

| | | | | | |
|---|---|---|---|---|---|
| Karl A. Limbach | 18,689 | Mark A. Dalla Valle | 34,147 | Kyle L. Harriel | 41,818 |
| George C. Limbach | 19,305 | Charles P. Sammut | 28,901 | Mayumi Maeda | 40,075 |
| John K. Uilkema | 20,282 | Mark C. Pickering | 36,239 | Kent J. Tobin | 39,496 |
| Neil A. Smith | 25,441 | Patricia Coleman James | 37,155 | Michael R. Ward | 38,651 |
| Veronica C. Devitt | 29,375 | Kathleen A. Frost | 37,326 | Steven M. Santisi | 40,157 |
| Ronald L. Yin | 27,607 | Alan S. Hodes | 38,185 | Charles L. Hamilton | 42,624 |
| Gerald T. Sekimura | 30,103 | Alan A. Limbach | 39,749 | Andrew V. Smith | 43,132 |
| Michael A. Stallman | 29,444 | Douglas C. Limbach | 35,249 | Heath W. Hoglund | 41,076 |
| Philip A. Girard | 28,848 | Brian J. Keating | 39,520 | William G. Goldman | 42,590 |
| Michael J. Pollock | 29,098 | Seong-Kun Oh* | | J. Thomas McCarthy | 22,420 |
| Stephen M. Everett | 30,050 | Cameron A. King | 41,897 | Joel G. Ackerman | 24,307 |
| Alfred A. Equitz | 30,922 | * Recognition under 37 CFR 10.9(b) | | | |

Send correspondence to    Limbach & Limbach L.L.P.
Attn: _____
2001 Ferry Building
San Francisco, CA 94111
Telephone: 415/433-4150

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment or both, under 18 U.S.C. § 1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Full name of sole or first inventor ___Ronnie Yaron___

Inventor's signature X _[signature]_    X  Feb 2nd 1999
                                             Date
Residence ___Kadima, Israel___
Citizenship ___Israel___
Post Office Address ___3/6 Anafa Street, Kadima, Israel___

Full name of second joint inventor, if any, ___Ofer Shor___

Inventor's signature X _[signature]_    X  Feb 2nd 1999
                                             Date
Residence ___Tel Aviv, Israel___
Citizenship ___Israel___
Post Office Address ___29 Ifrah Street, Tel Aviv 67945, Israel___

Full name of third joint inventor, if any, _____

Inventor's signature _____
                                             Date
Residence _____
Citizenship _____
Post Office Address _____

\PATENTS\COMB-DEC.FRM                    - 2 -                    Revised: 09/14/98

# Patent Application Transmittal

**LIMBACH & LIMBACH L.L.P.**
2001 Ferry Building, San Francisco, CA 94111
415/433-4150

Address to:
Box Patent Application
Assistant Commissioner for Patents
Washington, D.C. 20231

Attorney's Docket No. SANF-22100-USA
[32837]
First Named Inventor  RONNIE YARON

**UTILITY PATENT APPLICATION TRANSMITTAL**
( under 37 CFR 1.53(b) )

SIR:

Transmitted herewith for filing is the patent application entitled:
REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING

**CERTIFICATION UNDER 37 CFR § 1.10**

I hereby certify that this New Application and the documents referred to as enclosed herein are being deposited with the United States Postal Service on this date February 26, 1999, in an envelope bearing "Express Mail Post Office To Addressee" Mailing Label Number EL151574859US addressed to: Box Patent Application, Assistant Commissioner for Patents, Washington, D.C. 20231.

Howard Wong
(Name of person mailing paper)          (Signature)

Enclosed are:

1. _X_ Transmittal Form (two copies required)

2. The papers required for filing date under CFR § 1.53(b):
   i. _39_ Pages of specification (including claims and abstract);
   ii. _9_ Sheets of drawings.
       _x_ formal          __ informal

3. Declaration or oath
   a. _x_    Newly executed (original or copy)

4. __    Microfiche Computer Program (Appendix, see 37 CFR 1.96)

5. __    Nucleotide and/or Amino Acid Sequence Submission (if applicable, all necessary)
   i. __ Computer Readable Copy
   ii. __ Paper Copy (identical to computer copy)
   iii. __ Pursuant to 37 C.F.R. §1.821(g), the undersigned has reviewed the paper copy and the computer readable copy of the Sequence Listing and determined the information recorded in computer readable form is identical to the written Sequence Listing.

**ACCOMPANYING APPLICATION PARTS**

6. _x_ An assignment of the invention to SKYLINE SOFTWARE SYSTEMS, LTD. is attached (including Form PTO-1595).
   i. __ 37 CFR 3.73(b) Statement (when there is an assignee)

7. _x_ Power of Attorney

8. __ An Information Disclosure Statement (IDS) is enclosed, including a PTO-1449 and copies of __ references.

9. __ Preliminary Amendment.

10. _X_ Return Receipt Postcard (MPEP 503 -- should be specifically itemized)

11. FOREIGN PRIORITY
    [] Priority of application no. _ filed on _ in _ is claimed under 35 USC 119.
    The certified copy of the priority application:
        _ is filed herewith; or
        _ has been filed in prior application no. _ filed on _, or
        _ will be provided.

- 1 -                                              Rev. 11/17/98

__ English Translation Document (if applicable)

12. **FEE CALCULATION**
   a. __ Amendment changing number of claims or deleting multiple dependencies is enclosed.

**CLAIMS AS FILED**

|  | Number Filed | Number Extra | Rate | Basic Fee ($760) |
|---|---|---|---|---|
| Total Claims | 56 - 20 | * 36 | x $18.00 | 648.00 |
| Independent Claims | 6 - 3 | * 3 | x $78.00 | 234.00 |
| __ Multiple dependent claim(s), if any |  |  | $260.00 | 0 |

*If less than zero, enter "0".

Filing Fee Calculation . . . . . . . . . $1,642.00

50% Filing Fee Reduction (if applicable) . . . . . . . . . . $821.00

13. **Small Entity Status**
   a. _x_ A small entity statement is enclosed.
   b. __ A small entity statement was filed in the prior nonprovisional application and such status is still proper and desired.
   c. __ is no longer claimed.

14. **Other Fees**
   _x_ Recording Assignment [$40.00] . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $40.00
   __ Other fees
   Specify _____ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $861.00

Total Fees Enclosed . . . . . . . . . . $861.00

15. **Payment of Fees**
   _x_ Check(s) in the amount of $ 861.00 enclosed.
   __ Charge Account No. 12-1420 in the amount of $__.
   **A duplicate of this transmittal is attached.**

16. All correspondence regarding this application should be forwarded to the undersigned attorney:

   Stephen M. Everett
   Limbach & Limbach L.L.P.
   2001 Ferry Building
   San Francisco, CA 94111
   Telephone: 415/433-4150
   Facsimile: 415/433-8716

17. **Authorization to Charge Additional Fees**
   _X_ The Commissioner is hereby authorized to charge any additional fees (or credit any overpayment) associated with this communication and which may be required under 37 CFR § 1.16 or § 1.17 to Account No. 12-1420. **A duplicate of this transmittal is attached.**

LIMBACH & LIMBACH L.L.P.

Feb. 26, 1999
(Date)

By: _____
Stephen M. Everett
Registration No. 30,050
Attorney(s) or Agent(s) of Record

Attorney Docket No. SANF-22100-USA
[32837]

# Information Disclosure Statement

*GP 3712*

*#2*

-1-                                                              PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE **RECEIVED**
**APR 29 1999**

| | |
|---|---|
| In re Patent Application of ) | Group Art Unit: 3712 TECHNOLOGY CENTER 3700 |
| ) | |
| RONNIE YARON et al. ) | Examiner: Not Assigned |
| ) | |
| Application No. 09/258,663 ) | INFORMATION DISCLOSURE |
| ) | STATEMENT |
| Filed: February 26, 1999 ) | |
| ) | 2001 Ferry Building |
| For: REMOTE LANDSCAPE DISPLAY ) | San Francisco, CA 94111 |
| AND PILOT TRAINING ) | (415) 433-4150 |

**CERTIFICATE OF MAILING**
I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on April 23, 1999.

LIMBACH & LIMBACH L.L.P.     Date: April 23, 1999
By: *[signature]*
Name: Deborah A. Mojarro

Assistant Commissioner
for Patents
Washington, D.C. 20231

Sir:

Applicants submit herewith patents, publications or other information [attached hereto and listed on the attached Form PTO-1449 (modified)] of which they are aware, which they believe may be material to the examination of this application and in respect of which there may be a duty to disclose in accordance with 37 CFR § 1.56.

This Information Disclosure Statement:

(a) [ ]   accompanies the new patent application submitted herewith. 37 CFR § 1.97(a).

(b) [x]   is filed within three months after the filing date of the application or within three months after the date of entry of the national stage of a PCT application as set forth in 37 CFR § 1.491.

(c) [ ]   as far as is known to the undersigned, is filed before the mailing date of a first Office Action on the merits.

PATENT
-2-

(d) [ ]    is filed after the first office action and more than three months after the application's filing date or PCT national stage date of entry filing but, as far as is known to the undersigned, prior to the mailing date of either a final rejection or a notice of allowance, whichever occurs first, and is accompanied by either the fee ($240) set forth in 37 CFR § 1.17(p) **or** a certification as specified in 37 CFR § 1.97(e), as checked below.

(e) [ ]    is filed after the mailing date of either a final rejection or a notice of allowance, whichever occurred first, and the Issue Fee has not been paid, and is accompanied by the fee ($130) set forth in 37 CFR § 1.17(i)(1) and a certification as specified in 37 CFR § 1.97(e), as checked below. This document is to be considered as a petition requesting consideration of the information disclosure statement.

[If either of boxes (d) or (e) are checked above, the following "certification" under 37 CFR § 1.97(e) may need to be completed.] The undersigned certifies that:

(f) [ ]    Each item of information contained in the information disclosure statement was cited in a communication mailed from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this information disclosure statement.

(g) [ ]    No item of information contained in this information disclosure statement was cited in a communication mailed from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned after making reasonable inquiry, was known to any individual designated in 37 CFR § 1.56(c) more than three months prior to the filing of this information disclosure statement.

I. **Pending Patent Applications (Unpublished References)**

A pending U.S. patent application is listed on the enclosed **Attachment A** for the Examiner's consideration and entry into the present application. In accordance with MPEP § 2001.06(b), the Examiner is respectfully requested to consider such U.S. patent application and indicate, by initialing on the Attachment A that the listed application has been considered.

<u>PATENT</u>

-3-

**II. Published References**

A list of the patent(s) or publication(s) is set forth on the attached Form PTO-1449 (Modified).

A copy of the items on PTO-1449 (Modified) is supplied herewith:

(h) [x] each   (i) [ ] none   (j) [ ] only those listed below:

Those patent(s) or publication(s) which are marked with an asterisk (*) in the attached form PTO-1449 (Modified) are not supplied because they were previously cited by or submitted to the Office in a prior application no. , filed and relied upon in this application for an earlier filing date under 35 U.S.C. § 120.

A concise explanation of relevance of the items listed on form PTO-1449 (Modified) is:

(k)   [x]   not given

(l)   [ ]   given for each listed item

(m)   [ ]   given for only non-English language listed item(s) [Required]

(n)   [ ]   is in the form of an English language copy of a Search Report from a foreign patent office, issued in a counterpart application, which refers to the relevant portions of the references [copy attached].

The Examiner is reminded that a "concise explanation of the relevance" of the submitted items "may be nothing more than identification of the particular figure or paragraph of the patent or publication which has some relation to the claimed invention," MPEP § 609.

While the information and references disclosed in this Information Disclosure Statement may be "material" pursuant to 37 CFR § 1.56, it is not intended to constitute an admission that any patent, publication or other information referred to therein is "prior art" for this invention unless specifically designated as such.

In accordance with 37 CFR § 1.97(g), the filing of this Information Disclosure Statement shall not be construed to mean that a search has been

<u>PATENT</u>

-4-

made or that no other material information as defined in 37 CFR § 1.56(a) exists. It is submitted that the Information Disclosure Statement is in compliance with 37 CFR § 1.98 and MPEP § 609 and the Examiner is respectfully requested to consider the listed references.

[x]    The Commissioner is hereby authorized to charge our Deposit Account No. 12-1420 for any fees required in connection with the filing of this Information Disclosure Statement. **A duplicate copy of this Notice is enclosed for this purpose.** In particular, in the event that an Office Action has crossed in the mail with this Information Disclosure Statement, the Commissioner is authorized to charge the above-named deposit account for any fees required pursuant to CFR §§ 1.17(p) or 1.17(i)(1).

Respectfully submitted,
LIMBACH & LIMBACH L.L.P.

Dated: 4/23/99    By: _____
Joel G. Ackerman
Reg. No. 24,307
Tel. No. 415/433-4150

Our File: SANF-22100-USA (32837)

# Assignment Record

FORM PTO-1595  
1-31-92

03-23-1999

100991005

U.S. DEPARTMENT OF COMMERCE  
Patent and Trademark Office

RECD 2-26-99

To the Commissioner of Patents and T... ...iginal documents or copy thereof.

1. Name of conveying party(ies):

RONNIE YARON and OFER SHOR

Additional name(s) of conveying party(ies) attached?
☐ Yes  ☒ No

...d address of receiving party(ies):

Name: SKYLINE SOFTWARE SYSTEMS, LTD.
Internal Address: _____
Street Address: 13 Gush Etzion Street
City, State and Zip: Givat Shmuel 54030 Israel

3. Nature of Conveyance:

☒ Assignment  ☐ Merger  
☐ Security Agreement  ☐ Change of Name  
☐ Other

Execution Date: February 2, 1999

Additional Name(s) & address(es) attached?
☐ Yes  ☒ No

4. Application number(s) or patent number(s):

If this document is being filed together with a new application, the execution date of the application is: February 2, 1999

A. Patent Application No.(s)

B. Patent No.(s)

Additional numbers attached? ☐ Yes ☒ No

5. Name and address of party to whom correspondence concerning document should be mailed:

Name: Stephen M. Everett  
Internal Address: Limbach & Limbach L.L.P.  
Street Address: 2001 Ferry Building  
City, State, ZIP: San Francisco, California 94111  
Telephone: (415) 433-4150  
Facsimile: (415) 433-8716  

Attorney Docket No. SANF-22100-USA

6. Total number of applications and patents involved: 1

7. Total fee (37 CFR 3.41): $ 40.00  
☒ Enclosed  
☒ Charge any deficiencies in the enclosed fee to Deposit Account No. 12-1420  
☐ Authorized to be charged to deposit account

8. Deposit account number: 12-1420

DO NOT USE THIS SPACE

9. Statement and signature.

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Stephen M. Everett, Reg. No. 30,050  
Name of Person Signing

Signature

2/26/99  
Date

Total number of pages including cover sheet, attachments and document: 3

Do not detach this portion

...required cover sheet information to:

Commissioner of Patents and Trademarks, Box Assignments, Washington, D.C. 20231

Public burden reporting for this sample cover sheet is estimated to average about 30 minutes per document to be recorded, including time for reviewing the document and gathering the data needed, and completing and reviewing the sample cover sheet. Send comments regarding this burden estimate to the U.S. Patent and Trademark Office, Office of Information Systems, PK2-1000C, Washington, D.C. 20213, and to the Office of Management and Budget, Paperwork Reduction Project, (0651-0011), Washington, D.C. 20503

PATENTS\RECFORM.MRG

PATENT Revised: 04/21/97

REEL: 9826 FRAME: 0493

## ASSIGNMENT

UNITED STATES

WHEREAS, the below named inventors, ASSIGNORS, have made a certain new and useful invention in:
REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING
for which the patent application specification is attached hereto and which is being executed concurrently herewith,

and WHEREAS, SKYLINE SOFTWARE SYSTEMS LTD., an Israel company having a place of business at 13 Gush Etzion Street, Givat Shmuel 54030, Israel, ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said invention and the said application:

NOW, THEREFORE, in consideration of the sum of One Dollar ($1.00) to us in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, the said ASSIGNORS, have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, unto the said ASSIGNEE, its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said invention, and the said United States application and all divisions, renewals and continuations thereof, and all Patents of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for industrial property protection, including, without limitation, all applications for patents, utility models and designs which may hereafter be filed for said invention in any country or countries foreign to the United States, together with the right to file such applications and the right to claim for the same the priority rights derived from said United States application under the patent Laws of the United States, the International Convention for the Protection of Industrial Property, or any other International agreement or the domestic laws of the country in which any such application is filed, as may be applicable; and all forms of industrial property protection, including, without limitation, patents, utility models, inventor's certificates and designs which may be granted for said invention in any country or countries foreign to the United States and all extensions, renewals and reissues thereof.

ASSIGNORS authorize and request the Commissioner of Patents and Trademarks of the United States, and any Official of any country or countries foreign to the United States, whose duty it is to issue patents or other evidence or forms of industrial property protection on applications as aforesaid, to issue the same to the said ASSIGNEE, its successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND ASSIGNORS covenant and agree that they have full right to convey the entire interest herein assigned, and have not executed, and will not execute, any agreement in conflict herewith.

1

**PATENT
REEL: 9826 FRAME: 0494**

AND ASSIGNORS further covenant and agree that they will communicate to the said ASSIGNEE, its successors, legal representatives and assigns, any facts known respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuing, reissue and foreign applications, make all rightful oaths, and generally do everything possible to aid the said ASSIGNEE, its successors, legal representatives and assigns, to obtain and enforce proper protection for said invention in all countries.

Full name of first inventor:  Ronnie Yaron

Inventor's signature X _Ronnie_____ Date X Feb 2nd 1999

Residence: Kadima, Israel
Citizenship: Israel
Post Office address: 3/6 Anafa Street, Kadima, Israel

Full name of second joint inventor: Ofer Shor

Inventor's signature X _____ Date X Feb 2nd 1999

Residence: Tel Aviv, Israel
Citizenship: Israel
Post Office Address: 29 Ifrah Street, Tel Aviv 67945, Israel

2

RECORDED: 02/26/1999

PATENT
REEL: 9826 FRAME: 0495