**September 9, 2003 - S- Skyline demonstrates TerraSuite in Intel® keynote at**
**OracleWorld San Francisco, CA September 7-11, 2003**
**(back to top)**

At Oracle Open World, Paul Collins, CEO of Skyline Software Systems, Inc., a leading provider of 3D visualization and situational awareness software solutions, will demonstrate Skyline TerraSuite '3D World Gateway' during the keynote presentation of Craig Barrett, chief executive officer of Intel Corporation. The keynote will take place on Tuesday, September 9, 2003, at 1 p.m. and utilize Oracle 10g Spatial Georaster and Intel processor-based systems.

Barrett and Collins will show that by accessing business analytics drawn from Oracle Database 10g and TerraSuite, Skyline's 3D World Gateway provides the ability to query regional trends over time, over a particular landscape, using integrated data mining tool This capability can highlight geographic obstacles, trouble spots and growing customer demand. More importantly, the executive wil have the ability to access one view of the business applications and the multiple data retrieved seamlessly across network hitting several Intel-powered servers hosting the Oracle databases. This integrated view of the selection process, in conjunction with the respective business analytics is easily queried, viewed and accessed on multiple clients simultaneously—on a PDA, desktop, or oth wireless device— providing a collaborative view of the decision-making process. This ultimately facilitates timely as well as more informed decisions.

What makes the TerraSuite 3D technology such a unique and valuable tool is the integrated 3D view of the site of interest, tapping i the data mining tools to give you a truly integrated view of the business problem with a new perspective, its true geographical dimensions. Many different databases in different locations and information from various business applications are merged, mapped and distributed over the network seamlessly to the end users in a collaborative framework. Delivering the 3D geographical compone of the enterprise architecture with multiple data sources and an integrated application interface for a business applications such as S Selection, Supply Chain Management, CRM allows obstacles and/or gateways to profitability to be readily apparent using Skyline's ' World Gateway' based on TerraSuite Technology.

For Further Information,
Please Contact:
Pini Goldman
Skyline Software Systems, Inc.
781-759-0520
http://www.skylinesoft.com

**FOR IMMEDIATE RELEASE**

**SKYLINE DEMONSTRATES TERRASUITE IN INTEL KEYNOTE
AT ORACLE OPEN WORLD 2003**

*'3D WORLD GATEWAY' TO SOLVING TODAY'S BUSINESS CHALLENGES*

WOBURN, MA, September 9, 2003 — **At Oracle Open World, Paul Collins, CEO of Skyline Software Systems, Inc., a leading provider of 3D visualization and situational awareness software solutions, will demonstrate Skyline TerraSuite '3D World Gateway' during the keynote presentation of Craig Barrett, chief executive officer of Intel Corporation. The keynote will take place on Tuesday, September 9, 2003, at 1 p.m. and utilize Oracle 10g Spatial Georaster and Intel processor-based systems.**

Barrett and Collins will show that by accessing business analytics drawn from Oracle Database *10g* and TerraSuite, Skyline's **3D World Gateway provides the ability to query regional trends over time, over a particular landscape, using integrated data mining tools**. This capability can highlight geographic obstacles, trouble spots and growing customer demand. More importantly, the executive will have the ability to access one view of the business applications and the multiple data retrieved seamlessly across network hitting several Intel-powered servers hosting the Oracle databases. This integrated view of the selection process, in conjunction with the respective business analytics is easily queried, viewed and accessed on multiple clients simultaneously—on a PDA, desktop, or other wireless device— providing a collaborative view of the decision-making process. This ultimately facilitates timely as well as more informed decisions.

What makes the TerraSuite 3D technology such a unique and valuable tool is the integrated 3D view of the site of interest, tapping into the data mining tools to give you a truly integrated view of the business problem with a new perspective, its true geographical dimensions. Many different databases in different locations and information from various business applications are merged, mapped, and distributed over the network seamlessly to the end users in a collaborative framework. Delivering the 3D geographical component of the enterprise architecture with multiple data sources and an integrated application interface for a business applications such as Site Selection, Supply Chain Management, CRM allows obstacles and/or gateways to profitability to be readily apparent using Skyline's '3D World Gateway' based on TerraSuite Technology.

**"The power of Intel processors behind Skyline TerraSuite '3D World Gateway' provides a truly unique perspective to decision-making, by reviewing the elements of the business challenge in its 3D spatial context," says Paul Collins.**

**About Skyline Software**

SKYLINE SOFTWARE SYSTEMS, Inc. is a leading provider of network-based, 3D Earth visualization software and services. The company offers a comprehensive platform of applications, tools and services that enable the creation and dissemination of complex geospatial information in an interactive, photo-realistic 3D form. Skyline technology works on any platform including desktops, wireless handheld devices and in-vehicle systems and over any type of network including secure intranets, private extranets and the Internet. Skyline is headquartered in Woburn, MA and has offices in Chantilly, VA and Jacksonville, FL. Visit the company on the Web at www.skylinesoft.com.

###