UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.    )
                                           )    Civil Action No. 04-11129 DPW
                Plaintiff,        )
                                           )
       v.                   )
                                         )
KEYHOLE, INC.,                   )
                                         )
            Defendant.      )
                                         )
                                         )

**DECLARATION OF DARRYL M. WOO IN SUPPORT OF
KEYHOLE, INC.'S REPLY IN SUPPORT OF ITS
MOTION TO TRANSFER VENUE**

**SUMBITTED IN RESPONSE TO ORDER GRANTING LEAVE TO FILE REPLY**

       1.       I am an attorney duly licensed to practice in the State of California and am a

partner with the law firm of Fenwick & West LLP, attorneys of record for Defendant Keyhole,

Inc.  I have been admitted *pro hac vice* for this matter.  I have personal knowledge of the matters

set forth herein, and if called upon to do so, I could and would testify competently thereto.

       2.       Attached hereto as Exhibit A is a true and correct copy of various documents from

the prosecution history of U.S. Patent No. 6,496,189.  These documents include a Fee Record

Sheet, a Combined Declaration for Patent Application and Power of Attorney, a Patent

Application Transmittal, an Information Disclosure Statement, and an assignment record.  These

documents each identify the attorneys of record as the law firm of Limbach & Limbach LLP,

shown with a San Francisco, California address.

       3.       Attached hereto as Exhibit B is a true and correct copy of a Skyline Press Release

dated September 9, 2003, available at

DECLARATION IN SUPPORT OF REPLY RE: MOTION TO TRANSFER VENUE              1
CASE NO. 04 -11129 DPW

http://www.skylinesoft.com/corporate/whatsnew/whatsnew_press-releases.asp.

4.      Attached hereto as Exhibit C is a true and correct copy of the complaint in case number 04-4922-MEJ entitled, "Google Inc. v. Skyline Software Systems, Inc.," filed November 18, 2004, in the United States District Court for the Northern District of California. The complaint seeks *inter alia* a declaratory judgment that Google Inc. does not infringe U.S. Patent No. 6,496,189, and that the patent is invalid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on December 1, 2004                    /s/ Darryl M. Woo
                                                Darryl M. Woo



                                                            22472/00401/LIT/1218068.2