IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>KEYHOLE, INC.,<br>Defendant. | CIVIL ACTION NO. 04-111DPW |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF
IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S
MOTION TO TRANSFER VENUE**

Plaintiff Skyline Software Systems, Inc. ("Skyline") by this motion seeks leave to file a Sur-Reply Brief in Support of Its Opposition to Defendant's Motion to Transfer Venue. Skyline's sur-reply is necessary because Defendant Keyhole, Inc. has submitted a reply brief that contains misleading factual and legal assertions, which must be addressed.

For this reason, Skyline respectfully requests that it be permitted to file its Sur-Reply brief, submitted herewith.

SKYLINE SOFTWARE SYSTEMS, INC.
By its attorneys,

_____
H. Joseph Hameline, BBO #218710
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

I HEREBY CERTIFY THAT A COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/HAND ON 12/6/04

December 3, 2004