

| Web | Images | Groups | News | Froogle | more » |

[                                    ]  Advanced Search
                                        Preferences
[ Google Search ]  [ I'm Feeling Lucky ]  Language Tools

$
New! Keyhole from Google: Satellite images of anywhere on earth.

Advertising Programs - Business Solutions - About Google

Make Google Your Homepage!

©2004 Google - Searching 4,285,199,774 web pages

   Web   Images   Groups   News   Froogle   **more »**

[Search the Web]

**More, more, more**

Google Home

About Google

Help Center

Google Downloads

**Web Search Features**
Google has many web search features to help enhance your search, such as calculator and travel information.

**Google Services:** Use one of our many services to find what you're looking for.

   

Alerts  Answers  Catalogs  Directory

   

Froogle  Groups  Images  Google Labs

   

Google Local  Google Scholar  News Search  Special Searches

  

University Search  Web Search  Wireless

**Google Tools:** We offer various tools to help you get more done.

   

Blogger  Browser Buttons  Google Desktop Search  Google in your Language

   

Keyhole  Picasa Photo Organizer  Google Toolbar  Translate Tool


Web APIs

Additionally, you can Add Google to your Browser by making Google your default search engine.

©2004 Google Google Home - Advertising Solutions - Business Solutions - About Google