UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. ) | |
| ) | Civil Action No. 04-11129 DPW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KEYHOLE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DEFENDANT KEYHOLE, INC.'S OBJECTIONS
TO SKYLINE SOFTWARE SYSTEMS, INC.'S MOTION FOR LEAVE
TO FILE SUR-REPLY BRIEF IN SUPPORT OF ITS OPPOSITION TO
DEFENDANT'S MOTION TO TRANSFER VENUE**

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendant
KEYHOLE, INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Maclain Wells, admitted *pro hac vice*
Kent E. Kemeny, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Defendant Keyhole, Inc. hereby objects to Plaintiff's Motion For Leave to File Sur-Reply Brief in Support of Its Opposition to Defendant's Motion To Transfer Venue, filed by hand and served by mail on California counsel on December 6, 2004, for the following reasons:

(1) Skyline failed to meet and confer with Keyhole regarding its motion for leave, in violation of L.R. 7.1(A), which requires counsel to meet and confer before filing a motion;

(2) Skyline filed its motion by hand, and effected service on lead counsel Fenwick & West by U.S. Mail, yet again in violation of the Court's Order of November 22, 2004 requiring that all submissions be electronically filed;

(3) the proposed Affidavit of Aharon Yaron in Support of Skyline's Sur-Reply Brief has not been executed (at least as apparent from the copy served on counsel);

(4) Skyline's Proposed Sur-Reply brief attempts to add additional evidence to the record that could and should have been included in its opposition, in an attempt to sandbag Keyhole so that Keyhole could not address the additional evidence in its reply brief.

Skyline's motion for leave to file a sur-reply should therefore be denied, and Plaintiff should be instructed to comply with the Court's order of November 22, 2004 with regard to electronic filing, and ordered to comply with its obligation under the LR 7.1(A) to meet and confer as to all future motions.

Dated: December 7, 2004        By its Attorneys,

FENWICK & WEST LLP

　　　/s/ Darryl M. Woo
Darryl M. Woo, admitted *pro hac vice*

*Of Counsel admitted Pro Hac Vice:*          Nelson G. Apjohn (BBO No. 020373)
Darryl M. Woo                                NUTTER McCLENNEN & FISH LLP
C. Maclain Wells                             World Trade Center West
Kent Kemeny                                  155 Seaport Boulevard
FENWICK & WEST LLP                           Boston, MA 02210
275 Battery Street                           Phone: (617) 439-2000
San Francisco, CA 94111                      Fax:   (617) 310-9000
Phone: (415) 875-2300                        Attorneys for Defendant and Counterclaimant
Fax:   (415) 281-1350                        Keyhole, Inc.