IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br>Plaintiff,<br><br>v.<br><br>KEYHOLE, INC.,<br>Defendant. | C.A. NO. 04-11129-DPW |

## CERTIFICATION OF SKYLINE SOFTWARE SYSTEMS, INC.

Plaintiff Skyline Software Systems, Inc. and its counsel hereby certify, pursuant to the Notice of Scheduling Conference, that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


Skyline Software Systems, Inc.

_____
Aharon Yaron,
President

Mintz, Levin, Cohn, Ferris,
Glovsky and Popeo, P.C.

_____
H. Joseph Hameline, BBO #218710

December 13, 2004

LIT 1493323v1