UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. )<br><br>            Plaintiff, )<br><br>        v. )<br><br>KEYHOLE, INC., )<br><br>            Defendant. )<br> ) | Civil Action No. 04-11129 DPW |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendant
KEYHOLE, INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Maclain Wells, admitted *pro hac vice*
Kent E. Kemeny, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300Fax (415) 281-1350

Attorneys for Defendant
KEYHOLE, INC.

Pursuant to LR 16.1(D)(3), the undersigned hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated:  December 15, 2004          KEYHOLE, INC.

                                   By: _____
                                       David Drummond

Dated:  December 10, 2004          FENWICK & WEST LLP

                                   By: _____
                                       Darryl M. Woo

                                   Attorneys for Defendant
                                   KEYHOLE, INC.

22472/00401/LIT/1219070.1

LOCAL RULE 16.1(D)(3) CERTIFICATION                                    1
CASE NO. 04 -11129 DPW