IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. )<br>      Plaintiff,                                    )<br>                                                        )<br>v.                                                     )<br>                                                        )<br>KEYHOLE, INC.,                                )<br>      Defendant.                                )<br>_____) | CIVIL ACTION NO. 04-11129-DPW |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF
IN SUPPORT OF ITS MOTION TO AMEND ITS COMPLAINT**

Plaintiff Skyline Software Systems, Inc. ("Skyline") by this motion seeks leave to file a Reply Brief in Support of Its Motion to Amend Its Complaint. Skyline's reply is necessary because Defendant Keyhole, Inc.'s Opposition Brief to Skyline's Motion To Amend is factually incorrect and makes irrelevant, misleading arguments.

For this reason, Skyline respectfully requests that it be permitted to file its Reply brief, submitted herewith.

                                                                SKYLINE SOFTWARE SYSTEMS, INC.
                                                                By its attorneys,


                                                                /s/ H. Joseph Hameline
                                                                H. Joseph Hameline, BBO #218710
                                                                Mintz, Levin, Cohn, Ferris,
                                                                   Glovsky and Popeo, P.C.
                                                                One Financial Center
                                                                Boston, MA  02111
                                                                (617) 542-6000

December 17, 2004


LIT 1494689v1