IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. )<br>  Plaintiff, )<br>)<br>v. )<br>)<br>KEYHOLE, INC., )<br>  Defendant. )<br>) | CIVIL ACTION NO. 04-1129-DPW |

## AFFIDAVIT OF H. JOSEPH HAMELINE

I, H. Joseph Hameline, on oath depose and state that:

1. I am counsel for plaintiff in this action.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the Complaint for Declaratory Judgment filed by Google in the North District of California.

Signed under the penalties of perjury this 17th day of December, 2004.

_____
H. Joseph Hameline

Attachment

LIT 1494803v1