

**FENWICK & WEST LLP**
A LIMITED LIABILITY PARTNERSHIP

# VOICEMAIL TRANSCRIPTION

**TO:** Kent Kemeny

**FROM:** Joseph Hameline

**DATE:** January 26, 2005

**RE:** Skyline Software Systems, Inc. v. Keyhole, Inc.

---

Hi, Kent, it's Joe Hameline calling. It's about 4:00 o'clock East Coast time on the 26th, I guess it is. I am getting back to you. I did get your box of discovery this morning and we are trying to put together our responses here, and it's a bit of a snow problem here in Boston to say the least, so we are trying to pull all that stuff together. But, give me a call.

I also, I think I had told Darryl this, I am going to file a motion essentially for a clarification scheduling order so that we can know exactly what the scope of discovery is for the next few months, etc. In any event, I am trying to get all of this stuff together and, if you want to give me a buzz, I am at 617.348.1651. Thanks.

22472/00401/LIT/1222352.1