## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br>     Plaintiff, <br><br> v. <br><br> KEYHOLE, INC. and GOOGLE, INC., <br>     Defendants. | CIVIL ACTION NO. 04-1129-DPW |

### DECLARATION OF H. JOSEPH HAMELINE, ESQ.

I, H. Joseph Hameline, on oath depose and state that:

1. I am counsel for Plaintiff Skyline Software Systems, Inc. in this action.

2. Attached hereto as Exhibit A is a true and accurate copy of the disputed terms and the parties' proposed definitions for those terms.

3. Attached hereto as Exhibit B is a true and accurate copy of United States Patent 6,496,189.

4. Attached hereto as Exhibit C is a true and accurate copy of Keyhole, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories.

5. Attached hereto as Exhibit D is a true and accurate copy of Defendant's Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories (No. 10).

6. Attached hereto as Exhibit E is a true and accurate copy of *Microsoft Computer Dictionary Fourth Edition*, pp. 98, 113, 115 and 290.

2

7. Attached hereto as Exhibit F is a true and accurate copy of *Webster's New World College Dictionary*.

8. Attached hereto as Exhibit G is a true and accurate copy of an article entitled *"The Interpretation of Patent Claims"* from the *Markman* Subcommittee of the Patent Litigation Committee of the American Intellectual Property Law Association, AIPLA Quarterly Volume 32, Number 1, Winter 2004.

9. Attached hereto as Exhibit H is a true and accurate copy of Plaintiff's Supplemental Answers and Objections to Interrogatory No. 2 Contained in Defendant Keyhole, Inc.'s First Set of Interrogatories (No. 1-10).

Signed under the penalties of perjury this 4th day of March, 2005.

/s/ H. Joseph Hameline
H. Joseph Hameline

Attachments

LIT 1507739v1