**EXHIBIT A**

| DISPUTED TERM | SKYLINE'S DEFINITION | DEFENDANTS' DEFINITION |
|---|---|---|
| data block | a quantity, set or amount of information or data representing a portion of the terrain | a real life image of a terrain area, and is comprised of individual sub-blocks of pixels, each pixel represented by a color and elevation attribute; each data block has one particular resolution and is transmitted to or processed by the renderer as a single unit. |
| terrain | the physical features of an area, object or material, which include geographic and/or elevation attributes and may include other features such as color attributes and objects. | the earth's surface as a variation from mean sea level. |
| data blocks belonging to a hierarchical structure | data blocks arranged into multiple levels of resolution, wherein each level of the structure contains blocks of a different resolution | data blocks organized into multiple levels of resolution, whereby each level contains data blocks at the same resolution, and each successive level contains data blocks of a higher resolution than those in the preceding level. |
| renderer | something that may be implemented entirely in software or may include a dedicated hardware processor along with a software package running on a general purpose processor, which performs one or more steps of the recited method and assists in the display of the terrain based on the data provided | A software object that (1) determines the coordinates of terrain data required to draw a view on a display and requests the corresponding data blocks of terrain data at a specified resolution level; (2) receives the requested data blocks corresponding to the provided coordinates; and (3) uses the received data to draw the view on the display (with respect to Claim 1). |

| | | In the apparatus claim, a dedicated hardware processor that runs a "renderer," where "renderer" has the same construction as in claim 1 ("hardware renderer"). The hardware renderer is separate from the "processor" such that the processor can receive data from the renderer and provide data to the renderer. "Renderer 72 is preferably implemented entirely in software. Alternatively, renderer 72 includes a dedicated hardware processor, such as a 3D graphic accelerator, along with a software package running on a general purpose processor 20 which provides blocks 42 to the dedicated hardware processor." (with respect to Claim 12). |
| --- | --- | --- |
| coordinates in the terrain | any of a group of one or more numbers used to determine a position in the terrain, such as x, y, longitude, latitude, height, and/or resolution level. | a pair of coordinates, such a latitude and longitude or x and y coordinates, of a particular location in the terrain. |
| communication link | connection used for transferring data between computers. | a network connection used for transferring data between computers. |
| local memory | memory of a local computer. | a memory that is physically part of the local computer that is performing the steps of the recited method. In the specification, the term cache memory is used. "It is noted that the term cache memory is used herein generally to refer to any relatively small memory which can be accessed rapidly by processor 20 and is used to save data which is most likely to be used by the processor." |
| | | |

| processor | a unit comprised of hardware and/or software that processes computer-readable instructions. | a general purpose processor of the local computer as distinguished from the dedicated hardware processor that runs the "renderer." |
|---|---|---|
| first data block | a designation of a data block that may be one of a plurality of data blocks | |

LIT 1506873v1