# EXHIBIT F

# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

THIRD EDITION

**Victoria Neufeldt**

Editor in Chief

**David B. Guralnik**

Editor in Chief Emeritus

**MACMILLAN**
**USA**

*Dedicated*
*to David B. Guralnik*
*lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
This book was previously titled *Webster's New World Dictionary®* *of American English*, Third College Edition.

Copyright © 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®*, Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979, 1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
p. cm.
"This book was previously titled: Webster's New World dictionary of American English. Third college edition."
ISBN 0-02-860333-8 (thumb-indexed). — ISBN 0-02-860332-X (plain)
1. English language—Dictionaries. I. Neufeldt, Victoria. II. Guralnik, David Bernard, 1920- . III. Webster's New World dictionary of American English.
PE1628.W5633 1995
423—dc20 95-15819
CIP

ISBN 0-02-860334-6 (leatherkraft). — ISBN 0-02-860586-1 (leather)

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
2 3 4 5 6 7 8 9 10 96 97 98 99

Dictio
Specia
Forew
The N
Guide
The
Pro
Part
Infl
The
The
Usa
Fiel
Scie
Idio
Run-
The
The En
Etymol
Webste
Tabl
Beau
Book
Perio
Geolo
Mont
Table
Table
The Ind
Editoria
Mark
Italic
Numb
Capit
Abbre
Sourc
Special

**cool** (ko͞ol) ***adj.*** ⟦ME & OE *col* < IE base **gel-*, cold, to freeze > CHILL, COLD, L *gelu*⟧ **1** moderately cold; neither warm nor very cold **2** tending to reduce discomfort in warm or hot weather *[cool clothes]* **3** *a)* not excited; calm; composed *[cool in an emergency]* ☆*b)* marked by control of the emotions; restrained *[cool jazz]* *c)* [Slang] emotionally uninvolved; uncommitted; dispassionate **4** showing dislike or indifference; not cordial *[a cool manner]* **5** calmly impudent or bold **6** not suggesting warmth: said of colors in the blue-green end of the spectrum **7** [Colloq.] without exaggeration *[he won a cool thousand dollars]* ☆**8** [Slang] very good, pleasing, etc.; excellent —***adv.*** in a cool manner —***n.*** **1** a cool place, time, thing, part, etc. *[the cool of the evening]* ☆**2** [Slang] cool, dispassionate attitude or manner —***vi.*** ⟦ME *colien* < OE *colian*, to cool⟧ to become cool or colder —***vt.*** to make cool or colder —☆**cool it** [Slang] to calm down —**cool off 1** to calm down **2** to lose enthusiasm, interest, etc. —☆**play it cool** [Slang] to exercise strict control over one's emotions; stay aloof, unenthusiastic, or uncommitted —**cool′ish** ***adj.*** —**cool′ly** ***adv.*** —**cool′ness** ***n.***

***SYN.***—**cool**, in this comparison, implies freedom from the heat of emotion or excitement, suggesting a calm, dispassionate attitude or a controlled alertness in difficult circumstances; **composed** suggests readiness to meet a trying situation through self-possession or the disciplining of one's emotions; **collected** stresses a being in full command of one's faculties or emotions in a distracting situation; **unruffled** suggests the maintenance of poise or composure in the face of something that might agitate or embarrass one; **nonchalant** stresses a cool lack of concern or casual indifference —***ANT.*** **excited, agitated**

**cool·ant** (ko͞ol′ənt) ***n.*** a substance, usually a fluid, used to remove heat, as from a nuclear reactor, an internal-combustion engine, molten metal, etc.: cf. REFRIGERANT

**cool|er** (-ər) ***n.*** **1** a device, container, or room for cooling things or keeping them cool **2** anything that cools **3** a cold, refreshing drink, sometimes containing wine or other alcohol ☆**4** [Slang] jail

**Coo·ley's anemia** (ko͞o′lēz) ⟦after Thomas Cooley (1871-1945), U.S. pediatrician⟧ a form of thalassemia characterized by severe anemia, growth retardation, etc. and usually resulting in death at an early age: the genes causing this condition are inherited from both parents

**cool·head|ed** (-hed′id) ***adj.*** not easily flustered; calm

**Coo·lidge** (ko͞o′lij), **(John) Calvin** 1872-1933; 30th president of the U.S. (1923-29)

**coo·lie** (ko͞o′lē) ***n.*** ⟦Hindi *qulī*, hired servant, prob. < *kolī*, name of a tribe or caste of Gujarat⟧ **1** an unskilled native laborer, esp. formerly, in India, China, etc. **2** a person doing heavy labor for little pay

**coolth** (ko͞olth) ***n.*** ⟦< COOL, modeled on WARMTH⟧ coolness: now chiefly a humorous usage

**coomb** (ko͞om) ***n.*** ⟦ME < OE *cumb* (in place names) < Celt base **kumbos* < IE **kumb-*, var. of base **keu-*, bend > CUP, HIVE⟧ [Brit.] a deep, narrow valley; ravine

☆**coon** (ko͞on) ***n.*** *short for* RACCOON

☆**coon·can** (ko͞on′kan′) ***n.*** ⟦< earlier *conquian* < MexSp *conquián* < *conquian* < Sp *con quién*, with whom⟧ an early form of the card game rummy

☆**coon cat** CACOMISTLE

☆**coon's age** ⟦fanciful & emphatic < RACCOON⟧ [Colloq.] an indefinitely long time

☆**coon·skin** (ko͞on′skin′) ***n.*** the skin of a raccoon, used as a fur —***adj.*** made of coonskin

☆**coon·tie** (ko͞on′tē) ***n.*** ⟦Seminole *kunti*, coontie flour, starch⟧ a tropical Floridian cycad (*Zamia floridana*) with underground trunks that yield a starch

**coop** (ko͞op) ***n.*** ⟦ME *coupe*, akin to MDu, MLowG *kupe*, OHG *kuofa* < L *cupa*, tub, cask < IE **keup-*, hollow, mound: for IE base see COOMB⟧ **1** a small cage, pen, or building as for poultry **2** *a)* any place of confinement *b)* [Slang] a jail —***vt.*** to confine as in a coop: usually with *up* —☆***vi.*** [Slang] to sleep while on duty: said of a police officer —☆**fly the coop** [Slang] to escape, as from a jail

**co-op** (kō′äp′, kō äp′) ***n.*** [Colloq.] a cooperative

**co-op** or **coop** *abbrev.* cooperative

**coop|er** (ko͞op′ər) ***n.*** ⟦ME *couper* < MDu *cuper* < LL *cuparius* < L *cupa*, a cask: see COOP⟧ a person whose work is making or repairing barrels and casks —***vt.***, ***vi.*** to make or repair (barrels and casks)

**Coop·er** (ko͞op′ər, koop′-) **1 Gary** (born *Frank James Cooper*) 1901-61; U.S. motion-picture actor **2 James Fen·i·more** (fen′ə môr′) 1789-1851; U.S. novelist **3 Peter** 1791-1883; U.S. inventor, industrialist, & philanthropist

**coop·er·age** (-ij′) ***n.*** **1** the workshop of a cooper **2** *a)* the work of a cooper *b)* the price charged for such work

**co·op|er·ate** or **co-op|er|ate** (kō äp′ər āt′) ***vi.*** **-at|ed, -at′ing** ⟦< LL *cooperatus*, pp. of *cooperari*, to work together < L *co-*, with + *operari*, to work < *opus* (gen. *operis*), work: see OPUS⟧ **1** to act or work together with another or others for a common purpose **2** to combine so as to produce an effect **3** to engage in economic cooperation Also **co·öp′er·ate′** —**co·op′er|a′tor** or **co-op′er|a′tor** ***n.***

**co·op|er|a·tion** or **co-op|er|a|tion** (kō äp′ər ā′shən) ***n.*** ⟦LL *cooperatio*⟧ **1** the act of cooperating; joint effort or operation **2** the association of a number of people in an enterprise for mutual benefits or profits **3** *Ecol.* an interaction between organisms that is largely beneficial to all those participating Also **co·öp′er|a′tion** —**co·op|er|a′tion·ist** or **co-op|er|a′tion|ist** ***n.***

**co·op|er|a·tive** or **co-op|er|a|tive** (kō äp′ər ə tiv, -ər āt′iv) ***adj.*** **1** cooperating or inclined to cooperate **2** designating or of an organization (as for the production or marketing of goods), an apartment house, store, etc. owned by and operated for the benefit of members who use its facilities or services —***n.*** a cooperative society, store, etc. Also **co·öp′er|a·tive** —**co·op′er|a·tive|ly** or **co-op′er|a|tive|ly** ***adv.*** —**co·op′er|a·tive·ness** or **co-op′er|a|tive|ness** ***n.***

☆**Coo·per's hawk** (ko͞o′pərz) ⟦after Wm. *Cooper*, 19th-c. U.S. ornithologist⟧ a medium-sized hawk (*Accipiter cooperii*) with a long, rounded tail and short, rounded wings

**coop·er|y** (ko͞op′ər ē) ***n.***, *pl.* **-er·ies** ⟦COOPER + -Y³⟧ the work, shop, or product of a cooper

**co-opt** (kō äpt′, kō′äpt′) ***vt.*** ⟦L *cooptare*, to choose, elect < *co-* (var. of *com-*), with + *optare*, to choose: see OPTION⟧ **1** to add (a person or persons) to a group by vote of those already members **2** to appoint as an associate **3** to persuade or lure (an opponent) to join one's own system, party, etc. **4** to make use of for one's own purposes; take over or adopt Also **co·öpt′** —**co′-op|ta′tion** or **co-op′tion** ***n.*** —**co-op′ta|tive** (-tə tiv) or **co-op′tive** ***adj.***

**co·or|di·nate** or **co-or|di|nate** (kō ôr′də nit, -nāt′; -ôrd′′n it, -āt′; *for v.* kō ôr′də nāt′, -ôrd′′n āt′) ***adj.*** ⟦ML *coordinatus*, pp. of *coordinare*, to set in order, arrange < L *co-* (var. of *com-*), with + *ordinare*, arrange < *ordo*, ORDER⟧ **1** of the same order or importance; equal in rank **2** of or involving coordination or coordinates **3** *Gram.* being of equal structural rank *[coordinate clauses]* —***n.*** **1** a coordinate person or thing ☆**2** [*pl.*] articles of clothing, luggage, etc. designed to form a pleasing ensemble when worn or used together **3** *Math.* any of a set of numbers in a reference system that locates the position of a point: see CARTESIAN COORDINATES, illus. —***vt.*** **-nat|ed, -nat′ing** **1** to place in the same order, rank, etc.; make coordinate **2** to bring into proper order or relation; adjust (various parts) so as to have harmonious action; harmonize ☆**3** to design coordinates *[color-coordinated luggage]* —***vi.*** to become coordinate; function harmoniously Also **co·ör′di·nate** —**co·or′di·nate|ly** or **co-or′di|nate|ly** ***adv.*** —**co·or′di·na·tive** or **co-or′di|na|tive** (-nə tiv, -nāt′iv) ***adj.*** —**co·or′di·na′tor** or **co-or′di|na′tor** ***n.***

**coordinate bond** the type of covalent bond in which the shared pair of electrons is supplied by only one of the atoms; dative bond

**coordinating conjunction** a conjunction that connects coordinate words, phrases, or clauses (Ex.: *and, but, for, or, nor, yet*)

**co·or|di·na·tion** or **co-or|di|na|tion** (kō ôr′də nā′shən, -ôrd′′n ā′-) ***n.*** ⟦LL *coordinatio*⟧ **1** a coordinating or being coordinated **2** the state or relation of being coordinate; harmonious adjustment or action, as of muscles in producing complex movements Also **co·ör·di·na′tion**

**coordination complex** one of a number of complex compounds in which an atom or group of atoms is bound to the central atom by a shared pair of electrons supplied by the coordinated group and not by the central atom Also called **coordinate valence**

**Coos** (ko͞os) ***n.*** ⟦prob. < AmInd⟧ **1** *pl.* **Coos** a member of a North American Indian people living in SW Oregon **2** the language of this people, of uncertain relationship

**coot** (ko͞ot) ***n.***, *pl.* **coots** or **coot** ⟦ME *cote* < ? MDu *koet*⟧ **1** any of a genus (*Fulica*) of ducklike, freshwater birds of the rail family, with long-lobed toes ☆**2** SCOTER **3** [Colloq.] an amusing or eccentric old fellow

**coot|ie** (ko͞ot′ē) ***n.*** ⟦Brit World War I army slang, earlier a seaman's term < Malay *kutu*, dog tick⟧ [Slang] a louse

**cop¹** (käp) ***n.*** ⟦ME & OE *cop*, prob. akin to Ger *kopf* & Du *kop*, head < LL *cuppa*: see CUP⟧ **1** [Now Dial.] the top or crest, as of a hill **2** a cone-shaped roll of thread or yarn coiled round a spindle

**cop²** (käp) ***vt.*** **copped, cop′ping** ⟦< north Brit dial. form of obs. *cap*, to seize; prob. < OFr *caper* < L *capere*, to take: see HAVE⟧ [Slang] **1** to seize, capture, win, steal, etc. **2** to buy (drugs) —☆***n.*** ⟦see COPPER²⟧ [Slang] a policeman —☆**cop a plea** [Slang] to plead guilty to a criminal charge, esp. so as to get a lighter sentence —☆**cop out** [Slang] **1** to confess to the police, often implicating another **2** *a)* to go back (*on* a promise, commitment, etc.); back down; renege *b)* to give up; quit; surrender

☆**co·pa·cet|ic** or **co·pa·set|ic** (kō′pə set′ik) ***adj.*** ⟦< ?⟧ [Old Slang] good, excellent, fine, etc. Also sp. **co′pe|set′ic**

**co·pai|ba** (kō pā′bə, -pī′-) ***n.*** ⟦Sp & Port < Tupi *cupaiba*⟧ **1** an aromatic resin obtained from certain South American trees (genus *Copaifera*) of the caesalpinia family: formerly used in medicine, now used in varnishes, etc. **2** any of these trees

**co·pal** (kō′pəl, -pal′) ***n.*** ⟦Sp < Nahuatl *copalli*, resin⟧ fossil resin and other hard resins from tropical trees, used in varnishes and lacquers

☆**co·palm** (kō′päm′) ***n.*** ⟦< MexSp *copalme*⟧ **1** a brownish, aromatic resin obtained from the sweet gum tree **2** the tree

**Co·pán** (kō pän′) town in W Honduras: site of a ruined Mayan city of perhaps 7th-8th cent. A.D.: pop. 1,000

**co·par·ce|nar|y** (kō pär′sə ner′ē) ***n.***, *pl.* **-nar′ies** ⟦CO- + PARCENARY⟧ **1** *Law* joint heirship; partnership in inheritance **2** joint partnership or ownership —***adj.*** of coparcenary or coparceners Also **co·par′ce|ny** (-sə nē), *pl.* **-nies**

**co·par·ce|ner** (-sə nər) ***n.*** ⟦CO- + PARCENER⟧ *Law* a person who shares jointly with others in an inheritance

**co·part·ner** (kō pärt′nər, kō′pärt′-) ***n.*** a partner, or associate —**co·part′ner·ship′** ***n.***

**cope¹** (kōp) ***vi.*** **coped, cop′ing** ⟦ME *coupen* < OFr *coper, colper*, to strike < *colp*, COUP⟧ **1** to fight or contend (*with*) successfully or on equal terms **2** to deal with problems, troubles, etc. **3** [Archaic] to meet, encounter, or have to do (*with*) —***vt.*** **1** [Archaic] to meet, as in contest; encounter **2** [Obs.] to match equally

**cope²** (kōp) ***n.*** ⟦ME < ML *capa*, var. of LL *cappa*: see CAP⟧ **1** a large, capelike vestment worn by priests at certain ceremonies **2** anything that covers like a cope, as a vault or the sky **3** COPING —***vt.*** **coped, cop′ing** to cover or provide with a cope or coping

**cope³** (kōp) ***vt.*** **coped, cop′ing** ⟦back-form. < COPING⟧ to cut or

1227 **service ceiling / set**

'r < Port (*lobo*) *cerval* < L
: see WOLF & CERVINE] an
vith a black-spotted, tawny

rp. of *servir* < L *servire*, to
rm services, esp. household
d by a government: cf. PUBLIC
oted to another or to a cause,

E *serven* < OFr *servir* < L
: see SERF] 1 to work for as
or; give service to; aid; assist;
t honor to (God, one's lord,
dy) 3 to do military or naval
n of imprisonment, military
5 *a*) to carry out the duties
*b*) to act as server for (Mass,
stomers), as in a store *b*) to
with goods or services, esp.
ods) for customers; supply 7
a certain way *[serve the beef*
before (a person) *c*) to give
od, etc.) at the table *[please*
needs or satisfy the require-
es] *b*) to promote or further
be used by *[a hospital that*
or perform for *[if memory*
reat *[to be cruelly served]* 12
mmons) *b*) to deliver a legal
writ 13 to hit (a tennis ball,
t play 14 to copulate with (a
put a binding around in order
*vi.* 1 to work as a servant 2
the navy] 3 *a*) to carry out
office, etc. *b*) to act as server
used or usable; be of service
requirements 6 to provide
as by waiting on table 7 to be
wind, etc. 8 to start play by
t, as in tennis —*n.* the act or
etc., or one's turn to serve —
one deserves, for doing some-

erves, as an assistant to the
who serves the ball, etc. 2 a
tc.
ame *Miguel Serveto*) 1511-53;
heresy
Fr < L *servitium*, servitude <
tion or condition of a servant
ent *[diplomatic service]* *b*) a
ing its personnel; specif., the
force 3 *a*) work done for a
duty performed for another or
] 4 the serving of God, as
) public worship *b*) any reli-
e] *c*) a musical setting for a
assistance or advantage to
t; advantage *c*) [*pl.*] friendly
n *[the fee for his services]* 7
restaurant noted for its fine
es used in serving *[silver tea*
oviding people with the use of
transportation, mail delivery,
airs, etc., provided by a dealer
ipment 11 the act or manner
e's turn to serve 12 [Archaic]
*Animal Husbandry* the act of
ith a female 14 *Law* notifica-
ing of a writ 15 *Naut.* any
es, etc.) —*adj.* 1 of, for, or in
he armed forces *b*) providing
providing services, rather than
, tradespeople, etc. *[a service*
service *[a service uniform]* *b*)
ockings] —*vt.* -iced, -ic·ing 1
ate with (a female): said of a
for service, as by inspecting,
**-at one's service** 1 ready to
for one's use —**in service** 1 in
pliance, vehicle, etc. 2 in the
ic servant —**of service** giving

874-1958; Cdn. writer, born in

*servisable* < OFr] 1 that can
usable 2 that will give good
*serviceable fabric]* 3 [Archaic]
**serv'ice·a|ble·ness** *n.* —**serv'**-

JUNEBERRY 2 the fruit of any

ance of winning a game on an

nd, flat top and a visor

**service ceiling** the altitude at which a specified kind of aircraft cannot, because of reduced atmospheric pressure, climb faster than a specified rate

☆**service club** 1 any of various clubs, as Rotary, Kiwanis, etc., organized to provide certain services for its members and to promote the community welfare 2 an armed-services recreation center

☆**service elevator** an elevator used by servants and tradespeople and for carrying goods, baggage, etc.

☆**service entrance** an entrance used by tradespeople, employees, etc. rather than by the general public

**service line** 1 *Handball* the line marking the front of the zone within which the server must stand 2 *Tennis* the line parallel to the net beyond which a served ball must not strike the court

**serv|ice·man** (sur'vis man', -mən) *n., pl.* **-men'** (-men', -mən) 1 a member of the armed forces 2 a person whose work is servicing or repairing something *[a radio serviceman]*: also **service man**

☆**service mark** a symbol, design, word, letter, slogan, etc. used by a supplier of a service, as transportation, laundry, etc. to distinguish the service from that of a competitor: usually registered and protected by law: cf. TRADEMARK

**service module** a component of certain spacecraft that contains various support systems and its own rocket engine: it is separated from the COMMAND MODULE before reentry

☆**service station** 1 a place providing maintenance service, parts, supplies, etc. for mechanical or electrical equipment 2 a place providing such service, and selling gasoline, oil, etc., for motor vehicles; gas station

☆**service stripe** a stripe, or any of the parallel diagonal stripes, worn on the left sleeve of a uniform to indicate years spent in the service

**service tree** [ME *serves*, pl. of obs. *serve* < OE *syrfe* < VL **sorbea* < L *sorbus* < IE base **sor-*, **ser-*, red, reddish] 1 a European mountain ash (*Sorbus domestica*) having small, edible fruit 2 a European mountain ash, the **wild service tree** (*Sorbus torminalis*), similar to this

**ser·vi·ette** (sur'vē et') *n.* [Fr < MFr < *servir*, to SERVE + *-ette*, -ET] a table napkin

**ser·vile** (sur'vəl, -vil) *adj.* [ME < L *servilis* < *servus*, slave: see SERF] 1 of a slave or slaves 2 like that of slaves or servants *[servile employment]* 3 like or characteristic of a slave; humbly yielding or submissive; cringing; abject 4 [Archaic] held in slavery; not free —**ser'vile|ly** *adv.* —**ser·vil·i|ty** (sər vil'ə tē), *pl.* **-ties**, *n.* —**ser'vile·ness** *n.*

**serv·ing** (sur'viŋ) *n.* 1 the act of one who serves 2 a helping, or single portion, of food —*adj.* used for, or suitable for giving food to a person or persons at the table *[a serving dish]*

**ser·vi·tor** (sur'və tər) *n.* [ME *servitour* < OFr < LL *servitor* < pp. of L *servire*, to SERVE] a person who serves another; servant, attendant, or, formerly, soldier

**ser·vi·tude** (sur'və to͞od', -tyo͞od') *n.* [ME < MFr < L *servitudo* < *servus*, slave: see SERF] 1 the condition of a slave, serf, or the like; subjection to a master; slavery or bondage 2 work imposed as punishment for crime 3 *Law* the burden placed upon the property of a person by a specified right another has in its use

*SYN.*—**servitude** refers to compulsory labor or service for another, often, specif., such labor imposed as punishment for crime; **slavery** implies absolute subjection to another person who owns and completely controls one; **bondage** originally referred to the condition of a serf bound to his master's land, but now implies any condition of subjugation or captivity —*ANT.* **freedom, liberty**

**ser|vo** (sur'vō) *n., pl.* **-vos** *short for:* 1 SERVOMECHANISM 2 SERVOMOTOR —*adj.* of, pertaining to, incorporating, or controlled by a servomechanism

**ser|vo·mech|a·nism** (sur'vō mek'ə niz'əm) *n.* [< fol. + MECHANISM] an automatic control system in which the output is constantly or intermittently compared with the input through feedback so that the error or difference between the two quantities can be used to bring about the desired amount of control

**ser|vo·mo·tor** (sur'vō mōt'ər) *n.* [< Fr *servo-moteur* < L *servus*, slave (see SERF) + Fr *moteur*, MOTOR] a device, as an electric motor, hydraulic piston, etc., that is controlled by an amplified signal from a command device of low power, as in a servomechanism

**ses|a·me** (ses'ə mē) *n.* [altered (infl. by Gr) < earlier *sesama* < L *sesamum sesama* < Gr *sēsamon, sēsamē*, ult. < Akkadian *shaman shammi*, oil of plants] 1 a plant (*Sesamum indicum*) whose flat seeds yield an edible oil and are used for flavoring bread, rolls, etc. 2 its seeds See also OPEN SESAME

**ses|a·moid** (ses'ə moid') *adj.* [Gr *sēsamoeidēs* < *sēsamon* (see prec.) + *-eidos*, -OID] shaped like a sesame seed; specif., designating or of any of certain small bones developing in tendons, as at a joint, or any of certain small cartilaginous nodules in the nose —*n.* such a bone or cartilage

**ses|qui-** (ses'kwi, -kwə, -kwē) [L, more by a half < *semis*, half (< *semi-*: see SEMI-) + *-que*, and < IE **kwe* (enclitic) > Sans *ca*, Gr *te*, OIr *-ch*, Goth *-h*] *combining form* 1 one and a half *[sesquicentennial]* 2 *Chem.* containing two atoms of one radical or element combined with three of another *[sesquicarbonate]*

**ses|qui·car·bon·ate** (ses'kwi kär'bə nit, -nāt') *n.* [prec. + CARBONATE] a carbonate in which there are three carbonate radicals for each two metal atoms

☆**ses|qui·cen·ten·ni|al** (-sen ten'ē əl, -ten'yəl) *adj.* of or ending a period of 150 years —*n.* a 150th anniversary or its commemoration

**ses|qui·ox·ide** (ses'kwē äk'sīd') *n.* [SESQUI- + OXIDE] an oxide in which three atoms or equivalents of oxygen are combined with two of some other element or radical

**ses|qui·pe·da·li|an** (ses'kwi pə dā'lē ən, -pə dāl'yən) *adj.* [< L *sesquipedalis*, of a foot and a half < *sesqui-* (see SESQUI-) + *pedalis* < *pes* (gen. *pedis*), a FOOT] 1 measuring a foot and a half 2 very long: said of words 3 using, or characterized by the use of, long words Also **ses·quip'e|dal** (-kwip'ə dəl) —*n.* a long word —**ses'|qui·pe·da'li·an·ism** *n.*

**ses·sile** (ses'il, -il') *adj.* [L *sessilis* < *sessus*, pp. of *sedēre*, to SIT] 1 *Biol. a*) attached directly by its base *b*) permanently fixed; immobile 2 *Bot.* having no pedicel or peduncle; attached directly to the main stem, as the flower and leaves of a trillium plant

**ses·sion** (sesh'ən) *n.* [ME < L *sessio* < *sedere*, to SIT] 1 *a*) the sitting together or meeting of a group; assembly, as of a court, legislature, council, etc. *b*) a continuous, day-to-day series of such meetings *c*) the term or period of such a meeting or meetings 2 *a*) a school term *b*) a day when school is open for classes 3 the governing body of a Presbyterian church, consisting of the minister and elders 4 a period of activity of any kind *[a session with the dentist]* —**in session** officially meeting; assembled —**ses'sion|al** *adj.*

**Ses·sions** (sesh'ənz), **Roger (Huntington)** 1896-1985; U.S. composer

**ses·terce** (ses'tʉrs') *n.* [L *sestertius* (*nummus*), for *semis tertius*, two and a half, because equal in value to two and a half asses] an old Roman coin, orig. of silver, later of brass or copper, equal to ¼ denarius

**ses·ter·ti|um** (ses tur'shē əm, -shəm) *n., pl.* **-ti|a** (-shē ə, -shə) [L < (*mille*) *sestertium*, gen. pl. of *sestertius*: see prec.] a monetary unit of ancient Rome, equal to 1,000 sesterces

**ses·tet** (ses tet', ses'tet') *n.* [It *sestetto*, dim. of *sesto*, sixth < L *sextus*, sixth < *sex*, SIX] 1 *Music* SEXTET 2 *a*) the final six lines of a Petrarchan sonnet *b*) a poem or stanza of six lines

**ses·ti|na** (ses tē'nə) *n., pl.* **-nas** or **-ne** (-nā) [It < *sesto*, sixth: see prec.] an elaborate verse form of six six-line stanzas and a tercet: the end words of the first stanza are repeated in varying combinations in the other five stanzas and the tercet

**Ses·tos** (ses'täs) town in ancient Thrace, on the Hellespont opposite Abydos

→**set** (set) *vt.* **set, set'ting** [ME *setten* < OE *settan* (akin to Ger *setzen* & Goth *satjan* < Gmc **satjan*), caus. formation "to cause to sit" < base of SIT] 1 to place in a sitting position; cause to sit; seat 2 *a*) to cause (a fowl) to sit on eggs in order to hatch them *b*) to put (eggs) under a fowl or in an incubator to hatch them 3 to put in a certain place or position; cause to be, lie, stand, etc. in a place *[set the book on the table]* 4 to put in the proper or designated place *[to set a wheel on an axle]* 5 to put or move (a part of the body) into or on a specified place *[to set foot on land]* 6 to bring (something) into contact with something else *[to burn a paper by setting a match to it]* 7 *a*) [Archaic] to put in writing; record *b*) to put or affix (one's signature, seal, etc.) to a document 8 to cause to be in some condition or relation; specif., *a*) to cause to be or become *[to set a house on fire]* *b*) to put in a certain physical position *[to set a book on end]* 9 to cause to be in working or proper condition; put in order; arrange; fix; adjust; specif., *a*) to fix (a net, trap, etc.) in a position to catch animals *b*) to fix (a sail) in a position to catch the wind *c*) to put (a part of a device) in position to work *[to set a chuck on a lathe]* *d*) to adjust so as to be in a desired position for use; regulate *[to set a radio dial, a clock, a thermostat, etc.]* *e*) to place (oneself) in readiness for action *f*) to put an edge on (a knife, razor, etc.) *g*) to adjust (a saw) by slightly deflecting alternate teeth in opposite directions *h*) to sink (the head of a nail, screw, etc.) below a surface *i*) to arrange (a table) with knives, forks, plates, etc. for a meal *j*) to put (a dislocated joint or fractured bone) into normal position for healing, mending, etc. 10 to cause to be in a settled or firm position; specif., *a*) to put or press into a fixed or rigid position *[to set one's jaw]* *b*) to cause (one's mind, purpose, etc.) to be fixed, unyielding, determined, etc. *c*) to cause to become firm or hard in consistency *[pectin sets jelly]* *d*) to make (a color) fast in dyeing *e*) to mount, embed, or fix (gems) in rings, bracelets, etc. *f*) to cover, encrust, or decorate (gold, watches, etc.) with gems *g*) to fix firmly in a frame *[set the glass in the window]* *h*) to arrange (hair) in the desired style with lotions, hairpins, etc. and let it dry *i*) to transplant (a shoot, etc.) 11 to cause to take a particular direction; specif., *a*) to cause to move as specified; propel *[the current set them eastward]* *b*) to point, direct, or face as specified *[to set one's face toward home]* *c*) to direct (one's desires, hopes, heart, etc.) with serious attention (*in* or *on* someone or something) 12 to appoint, establish, ordain, etc.; specif., *a*) to post or station for certain duties *[to set sentries at a gate]* *b*) to place in a position of authority *c*) to fix (limits or boundaries) *d*) to fix or appoint (a time) for something to happen *[to set Friday as the deadline]* *e*) to fix a time for (an event) *f*) to establish (a regulation, law, record, etc.) or prescribe (a form, order, etc.) *g*) to give or furnish (an example, pattern, etc.) for others *h*) to introduce (a fashion, style, etc.) *i*) to allot or assign (a task, lesson, etc.) for work or study *j*) to fix (a quota, as of work) for a given period *k*) to begin to apply (oneself) to a task, etc. 13 to estimate or fix; place mentally; specif., *a*) to fix (the amount of a price, fine, etc.) *b*) to fix (a price, fine, etc.) at a specified amount *c*) to estimate or value *[to set at naught all that one has won]* *d*) to fix or put as an estimate *[to set little store by someone]* 14 *Baking* to put aside (leavened dough) to rise 15 *Bridge* to prevent (one's opponents) from making their bid 16 *Hunting* to point toward the position of (game): said of a dog 17 *Music* to write or fit (words *to* music or music *to* words) 18 *Printing a*) to arrange (type) for printing *b*) to produce or reproduce (printed matter) by computer or photocomposition *c*) to put (a piece of writing) into print 19 *Theater a*) to place (a scene) in a given locale *b*) to make up or arrange (scenery)

at, āte, cär; ten, ēve; is, īce; gō, hôrn, look, to͞ol; oil, out; up, fʉr; ə *for unstressed vowels, as* a *in* ago, u *in* focus; ' *as in* Latin (lat'n); chin; she; zh *as in* azure (azh'ər); thin, the; ŋ *as in* ring (riŋ)
*In etymologies:* * = unattested; < = derived from; > = from which
☆ = Americanism **See inside front and back covers**

on the stage *c)* to arrange the scenery and properties on (the stage) *—vi.* **1** to sit on eggs: said of a fowl **2** to become firm or hard in consistency *[cement sets after several hours]* **3** to become fast: said of dye, color, etc. **4** *a)* to begin to move, travel, etc. (with *out, forth, on, off,* or *forward*) *b)* to begin or get started *[to set to work]* **5** to have a certain direction; tend **6** *a)* to make an apparent descent toward and below the horizon; go down *[the setting sun]* *b)* to wane; decline **7** to hang, fit, or suit in a certain way *[a jacket that sets well]* **8** to grow together; mend: said of a broken bone **9** [Now Dial.] to sit **10** *Bot.* to begin to develop into a fruit after pollination **11** *Hunting* to point toward the position of game: said of a dog *—adj.* **1** fixed or appointed in advance *[a set time]* **2** established; prescribed, as by authority **3** deliberate; intentional; purposeful **4** conventional; stereotyped; not spontaneous *[a set speech]* **5** fixed; motionless; rigid; immovable **6** *a)* resolute; determined *b)* obstinate; unyielding **7** firm or hard in consistency **8** ready to begin some action or activity *[get set to run]* **9** formed; put together; built *—n.* **1** a setting or being set; specif., *a)* the act of a dog in setting game *b)* a becoming hard or firm in consistency **2** the way or position in which a thing is set; specif., *a)* direction; course, as of a current *b)* tendency; inclination *c)* change of form resulting from pressure, twisting, strain, etc.; warp; bend *d)* sideways deflection in opposite directions of the alternate teeth of a saw *e)* the way in which an article of clothing fits or hangs *f)* the position or attitude of a limb or part of the body *[the set of her head]* *g) Psychol.* a readiness to respond or to prepare for a certain definite kind of activity **3** something which is set; specif., *a)* a twig or slip for planting or grafting *b)* a young plant; esp., a dwarfed bulb, as of an onion, dried and kept over winter for early spring planting *c)* a number of backdrops, flats, properties, etc. constructed and arranged for a scene in a play, film, etc. **4** *a)* the act or a style of setting hair *b)* the lotion, etc. used for this purpose (in full **hair set**) **5** a group of persons; specif., *a)* a company or group with common habits, occupation, interests, etc. *[a set of smugglers]* *b)* an exclusive or select group; clique; coterie *c)* the number of couples needed for a country or square dance **6** a collection of things belonging, issued, used, or growing together; specif., *a)* a number of tools or instruments used together *[a carpentry set]* *b)* the collection of objects necessary for playing a game, esp. a parlor game *c)* a number of magazines, books, etc., often in a similar format, by one author, on one subject, etc. *d)* a matching collection of china, silverware, etc. *e)* the complement of natural or artificial teeth of a person or animal *f)* a clutch of eggs *g)* the figures that make up a country or square dance *h)* several pieces of dance music played, or danced to, in quick succession *i)* receiving equipment for radio or television assembled, as in a cabinet, for use *j) Tennis* a group of six or more games won before the other side wins five, or by a margin of two if the score is tied at more than four games each **7** *Math.* a prescribed collection of points, numbers, or other objects that satisfy a given condition **8** *Printing* the width of the body of a piece of type *—SYN.* COTERIE *—*☆**all set** [Colloq.] prepared; ready *—* **set about** to begin; start doing *—***set against** **1** to balance **2** to compare **3** to make hostile toward; make an enemy of *—***set apart** to separate and keep for a purpose; reserve *—***set aside** **1** to set apart **2** to discard; dismiss; reject **3** to annul; declare void *—***set back** **1** to put (a clock or its hands) to an earlier time, esp. to standard time **2** to reverse or hinder the progress of ☆**3** [Slang] to cost (a person) a specified sum of money *—***set down** **1** to place so as to rest upon a surface; put down; let alight **2** to land (an airplane) **3** to put in writing or print; record **4** to establish (rules, principles, etc.) **5** to consider, ascribe, attribute, etc. *—***set forth** **1** to publish **2** to express in words; state *—***set in** **1** to begin **2** *a)* to blow or flow toward the shore (said of wind, current, etc.) *b)* to direct (a ship) toward shore **3** to insert *—***set off** **1** *a)* to start (a person) doing something *b)* to make begin; start going **2** to set in relief; make prominent by contrast **3** to show to advantage; enhance **4** to cause to explode *—***set on** **1** to incite or urge on, as to attack *[to set dogs on intruders]* **2** to attack *—***set out** **1** to limit; define; mark out **2** to plan; lay out (a town, garden, etc.) **3** to display, as for sale; exhibit **4** to plant **5** to take upon oneself; undertake *[to set out to prove a theory]* *—***set straight** to give the correct facts to; inform properly *—* **set to** **1** to make a beginning; get to work; begin **2** to begin fighting *—***set up** **1** *a)* to place in an upright position *b)* to place in a high position *c)* to raise to power *d)* to raise *e)* to present (oneself) as being something specified *f)* to present (something) as exemplary **2** to put together or erect (a tent, machine, etc.) **3** to establish; found **4** to make detailed plans for **5** to begin **6** to provide with money, etc., as for a business; fit out **7** to cause to feel stimulated, exhilarated, etc. **8** to make successful, well-to-do, etc. **9** to advance or propose (a theory, etc.) **10** to cause **11** *a)* to put (drinks, etc.) before customers ☆*b)* to pay for (food, drinks, etc.) for (another or others) ☆**12** to put (someone) in a vulnerable situation or position *—***set upon** to attack, esp. with violence

**Set** (set) [Gr *Sēth* < Egypt *sth, štsh*] *Egypt. Myth.* a god of evil, represented as having an animal's head with square-tipped ears

**se|ta** (sēt'ə) *n., pl.* **-tae** (-ē) [ModL < L *seta, saeta,* a stiff hair < IE base **sei-,* cord > SINEW, OE *sal,* rope] *Biol.* a bristle or bristlelike part or organ

**se·ta·ceous** (si tā'shəs) *adj.* [ModL *setaceus* < *seta:* see prec.] **1** having bristles **2** like a bristle or bristles; bristlelike *—***se·ta'·ceous|ly** *adv.*

**set·back** (set'bak') *n.* **1** a reversal, check, or interruption in progress; relapse; upset **2** an upper part of a wall or building set back to form a steplike section **3** PITCH² (*n.* 8)

**se·ten|ant** (sə ten'ənt, set'ə nän') *adj.* designating or of postage stamps joined together as pairs or larger sets, but differing in design, denomination, overprint, etc. *—n.* a se-tenant stamp Also **se·ten·ant**

**Seth**[1] (seth) [LL(Ec) < Gr(Ec) *Sēth* < Heb *shet,* lit., appointed < *shat,* to put] **1** a masculine name **2** *Bible* the third son of Adam: Gen. 4:25

**Seth**[2] (sāt) *var. of* SET

**se|ti-** (sēt'i, -ə) [< L *saeta,* a stiff hair: see SETA] *combining form* bristle *[setiform]*

**se·ti·fer·ous** (sə tif'ər əs) *adj.* having seta Also **se·tig·er·ous** (sə tij'ər əs)

**se|ti·form** (sēt'ə fôrm') *adj.* [SETI- + -FORM] resembling a seta; bristle, in shape

**set-in** (set'in') *adj.* made as a separate unit to fit within another part *[a set-in sleeve]*

**set·off** (set'ôf') *n.* **1** a thing that makes up for or sets off something else; counterbalance; compensation **2** *a)* a counterbalancing debt claimed by a debtor against a creditor *b)* a claim for this **3** OFFSET (*n.* 4 & 8)

**Se·ton** (sēt''n) **1** Saint **Elizabeth Ann** (born *Elizabeth Ann Bayley*) (1774-1821); Am. Rom. Catholic leader: 1st native-born Am. saint: her day is Jan. 4 **2 Ernest Thompson** (born *Ernest Seton Thompson*) 1860-1946; U.S. naturalist, writer, & illustrator, born in England

**se·tose** (sē'tōs') *adj.* [L *saetosus*] SETACEOUS

**set piece** **1** an artistic composition, in literature, music, sculpture, etc., designed to give an impressive effect, often in a conventional style **2** a scenic display of fireworks **3** a piece of stage scenery **4** any situation carefully planned beforehand, as in a military or diplomatic maneuver

**set·screw** (set'skrōō') *n.* **1** a machine screw passing through one part and against or into another to prevent movement, as of a ring around a shaft: see SCREW, illus. **2** a screw used in regulating or adjusting the tension of a spring, etc.

☆**set shot** *Basketball* a shot attempted by a player while standing in place, rather than while jumping in the air

**set|te·cen|to** (set'te chen'tō) *n.* [It, short for *mille settecento,* one thousand seven hundred] the 18th cent. as a period in Italian art and literature

**set·tee** (se tē') *n.* [prob. altered < SETTLE¹] **1** a seat or bench with a back, usually for two or three people **2** a small or medium-sized sofa

**set·ter** (set'ər) *n.* **1** a person who sets or a thing used in setting: often used in compounds *[pinsetter]* **2** a member of any of three breeds (ENGLISH SETTER, GORDON SETTER, IRISH SETTER) of long-haired bird dog trained to find game and point out its position by standing rigid

**set theory** the branch of mathematics that deals with the properties and relations of sets: see SET (*n.* 7)

**set·ting** (set'iŋ) *n.* **1** the act of one that sets **2** the position or adjustment of something, as a dial, that has been set **3** a thing in or upon which something is set; specif., the backing for a gem or gems, or the style or shape of this *[a marquise setting]* **4** the time, place, environment, and surrounding circumstances of an event, story, play, etc. **5** actual physical surroundings or scenery whether real or, as on a stage, artificial **6** the music or the composing of music for a set of words, as a poem **7** the eggs in the nest of a setting hen **8** PLACE SETTING

**set|ting-up exercises** (set'iŋ up') CALISTHENICS

**set·tle**[1] (set''l) *n.* [ME *settel* < OE *setl* (akin to Ger *sessel*) < IE **sedla-* < base **sed-* > SIT] a long wooden bench with a back and armrests, and sometimes a chest beneath the seat

**set·tle**[2] (set''l) *vt.* **-tled, -tling** [ME *setlen* < OE *setlan* < *setl,* a seat: see prec.] **1** to put in order; arrange or adjust as desired *[to settle one's affairs]* **2** to set in place firmly or comfortably *[to settle oneself in a chair]* **3** to establish as a resident or residents *[he settled his family in London]* **4** to migrate to and set up a community in; colonize *[New York was settled by the Dutch]* **5** to cause to sink and become more dense and compact *[the rain settled the dust]* **6** to clarify (a liquid) by causing the sediment to sink to the bottom **7** to free (the mind, nerves, stomach, etc.) from disturbance; calm or quiet **8** to prevent from creating a disturbance or interfering, or from continuing in such action, as by a reprimand or a blow **9** to make stable or permanent; establish **10** to establish in business, office, work, marriage, etc. **11** to fix definitely; determine or decide (something in doubt) **12** to end (a dispute) **13** to pay (a bill, debt, account, etc.) **14** to make over (property, etc.) to someone by legal action: with *on* or *upon* **15** to resolve (a legal dispute) by agreement between the parties **16** to impregnate (a female): said of an animal *—vi.* **1** to stop moving and stay in one place; come to rest **2** to come to rest itself, as darkness, fog, etc. over a landscape, or gloom or silence over a person or group; descend **3** to become localized in a given part of the body: said of pain or disease **4** to take up permanent residence; make one's home **5** to move downward; sink, esp. gradually *[the car settled in the mud]* **6** to become more dense or compact by sinking, as sediment or loose soil when shaken **7** to become clearer by the settling of sediment or dregs **8** to become more stable or composed; stop fluctuating or changing **9** *a)* to reach an agreement or decision (usually with *with, on,* or *upon*) ☆*b)* to accept something in place of what is hoped for, demanded, etc. (with *for*) *[he'll settle for any kind of work]* **10** to pay a bill or debt *—SYN.* DECIDE *—***settle down** **1** to take up permanent residence, a regular job, etc.; lead a more routine, stable life, as after marriage **2** to become less nervous, restless, or erratic **3** to apply oneself steadily or attentively *—***settle up** to determine what is owed and make the necessary adjustments

**set·tle·ment** (-mənt) *n.* **1** a settling or being settled (in various senses) **2** a new colony, or a place newly colonized **3** *a)* a small isolated community; village *b)* a community established by members of a particular religious or social group **4** an agreement, arrangement, or adjustment **5** *a)* the conveyance or disposition of property for the be[nefit of] ... conveyed **6** an ins[titution] ...hood offering socia[l] ...ities: also **settleme[nt house]**

**set·tler** (set'lər) *n.* ... settles in a new co[untry] ...

**set·tlings** (set'liŋz) ... a liquid; sediment; ...

**set·tlor** (set'lər) *n.* ...

**set-to** (set'tōō') *n.,* ... fight or struggle; ... argument; bout

**set·up** (set'up') *n.* ... the plan, makeup, ... etc. *b)* the details ... posture; carriage ... preparing an alcoh[olic] ... arranged as an ... contestant marked ... that is, or is purp[orted] ... easy to achieve *d)* ...

**Seu·rat** (sö rä'), G... noted for his use o...

**Seuss** (sōōs), **Dr.** ...

**Se·vas·to·pol** (sə ... Crimea, on the Bla...

**sev|en** (sev'ən) *adj.* ... IE base **septṃ* > ... *n.* **1** the cardinal ... group of seven pe... having seven units

**Seven against The[bes]** ... help one of their ... of Thebes from his ...

**sev|en·fold** (sev'ən ... **2** having seven ti[mes] ... much or as many

**Seven Hills of Ro[me]** ... & about which R... originally built; ... Caelian, Capitolin[e] ... line, Palatine ... mately in the cent[er] ... nal, & Viminal

**seven seas** all the ... the world

☆**Seven Sisters** a ... women's colleges i[n] ... U.S.: term often ... describe the fashio[ns] ... ards, attitudes, et[c.] ... ated with their stu[dents]

**sev·en·teen** (sev' ... *adj.* [ME *sevente[ne]* ... *seofentyne:* see ... -TEEN] totaling se[ven] ... than ten *—n.* the ... number between si[xteen and] eighteen; 17; XVII

**sev·en·teenth** (-tēn[th]) ... [ME *sevententhe:* ... a series; 17th **2** ... something *—n.* **1** ... enteen equal parts ... rank, group, etc.

☆**sev|en·teen-year** ... *septendecim)* whic[h] ... seventeen years be... brief period

**sev·enth** (sev'ənth) ... -th, replacing OE ... preceded by six oth[ers] ... equal parts of some ... the seven equal pa[rts] ... an ascending diato[nic] ... given tone in such ... between two such ... formed by any ton[e] ... the fundamental (i... rank, group, etc. —

**sev|enth-day** (-dā') ... [D.] observing the ...

**seventh heaven** ... outermost of conc[entric] ... which God and his ...

**sev·en·ti·eth** (sev'ə... fol. & -TH²] **1** pr... designating any of ... one following the ... something; $\frac{1}{70}$ *—ad[v.]*

**sev·en|ty** (sev'ən ... (*hund*)*seofontig:* se[e] ... cardinal number be... **seventies** the nu[mbers] ... through seventy-ni[ne]