IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | CIVIL ACTION NO. 04-11129DPW | |
| ) | | |
| KEYHOLE, INC. and ) | | |
| GOOGLE, INC., ) | | |
|     Defendants. ) | | |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Exhibit G
to Declaration of H. Joseph Hameline, Esq. in support of
Plaintiff Skyline Software System, Inc.'s Opening Claim Construction Brief

The original document is maintained in the case file in the Clerk's Office.

SKYLINE SOFTWARE SYSTEMS, INC.,
By its attorneys,

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO# 218710
Mintz, Levin, Cohn, Ferris
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

Dated: March 4, 2005

LIT 1508078v1