IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>KEYHOLE, INC., and<br>GOOGLE INC.<br><br>    Defendants. | CIVIL ACTION NO. 04-11129 DPW |

**DEFENDANTS' PROPOSED ORDER
REGARDING CLAIM CONSTRUCTION**

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel

Darryl M. Woo, admitted *pro hac vice*
Maclain Wells, admitted *pro hac vice*
Kent E. Kemeny, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

The Court has considered the respective briefs, declarations, and exhibits submitted by the parties and has received oral argument concerning the parties' proposed constructions of the disputed claim terms in U.S. Patent No. 6,496,189 ("the '189 patent"), the patent-in-suit asserted in this action by plaintiff Skyline Software Systems, Inc.  In light of the written submissions of the parties, and oral argument submitted at the hearing, and good cause appearing, the Court hereby finds that the terms outlined in Plaintiff's and Defendants' claim construction briefs would be understood by one of ordinary skill in the art to have the meanings identified in the attached Exhibit A, and hereby construes them accordingly.

Dated: _____, 2005

By: _____
   The Honorable Douglas P. Woodlock
   United States District Judge