# Exhibit B

# THE AMERICAN HERITAGE® COLLEGE DICTIONARY

THIRD EDITION

*n·ar·y*



HOUGHTON MIFFLIN COMPANY

*Boston • New York*

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 1997, 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston MA 02116.

0-395-67161-2 (UPC)

*Library of Congress Cataloging-in-Publication Data*
The American heritage college dictionary. —3rd ed.
   p.   cm.
   ISBN 0-395-66917-0 (plain edge). —ISBN 0-395-44638-4 (thumb edge). —ISBN 0-395-66918-9 (deluxe binding).
   1. English language—Dictionaries.  2. Americanisms.
PE1628.A6227  1993
423—dc20                                           92-42124
                                                            CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

**1400**

**termitarium**

**territory**

**ter·mi·tar·i·um** (tûr′mĭ-târ′ē-əm) *n., pl.* **-i·a** (-ē-ə). A nest built by a colony of termites.
**ter·mi·tar·y** (tûr′nə-tĕr′ē) *n., pl.* **-ies**. See **termitarium**.
**ter·mite** (tûr′mīt) *n.* Any of numerous pale-colored, usu. soft-bodied social insects of the order Isoptera, many species of which feed on wood, often destroying trees and wooden structures. [NLat. *Termes*, genus name < LLat. *termes, termit-*, woodworm, alteration of Lat. *tarmes.*]
**ter·mit·ic** (tər-mĭt′ĭk) *adj.* Of or formed by termites.
**term·less** (tûrm′lĭs) *adj.* **1.** Having no bounds or limits; unending. **2.** Unconditional: *termless surrender.*
**term paper** *n.* A lengthy written work required of a student on a topic drawn from the subject matter of a course of study.
**tern**[1] (tûrn) *n.* Any of various sea birds of the genus *Sterna* and related genera, related to and resembling the gulls but smaller and having a forked tail. [Of Scand. orig.]
**tern**[2] (tûrn) *n.* **1.** *Games.* A set of three, esp. a combination of three numbers that wins a lottery prize. **2.** *Naut.* A three-masted schooner. [ME *terne* < OFr. < *ternes* < Lat. *ternās*, accusative pl. of *ternī*, three each < *ter*, thrice. See **trei-**.]
**ter·na·ry** (tûr′nə-rē) *adj.* **1.** Composed of three or arranged in threes. **2.** *Math.* **a.** Having the base three. **b.** Involving three variables. —*n., pl.* **-ries.** A group of three. [ME < Lat. *ternārius* < *ternī*, three each. See TERN[2].]
**ter·nate** (tûr′nāt, -nĭt) *adj.* Arranged in or consisting of sets or groups of three, as a compound leaf with three leaflets. [NLat. *ternātus* < Med.Lat. p.part. of *ternāre*, treble < Lat. *ternī*, three each. See TERN[2].] —**ter′nate·ly** *adv.*
**Ter·na·te** (tər-nä′tā, tĕr-nä′tĕ). An island of E Indonesia in the N Moluccas W of NE Celebes.
**terne·plate** (tûrn′plāt′) *n.* Sheet iron or steel plated with an alloy of three or four parts of lead to one part of tin, used as roofing. [Prob. Fr. *terne*, dull (< OFr.; see TARNISH) + PLATE.]
**Ter·ni** (tĕr′nē). A city of central Italy N of Rome; part of the Papal States in the 14th cent. Pop. 111,401.
**ter·pene** (tûr′pēn) *n.* Any of various unsaturated hydrocarbons, $C_{10}H_{16}$, found in essential oils and oleoresins of plants such as conifers and used in organic syntheses. [Obsolete *terp(entine)*, var. of TURPENTINE + -ENE.] —**ter·pe′nic** *adj.* —**ter′pe·noid′** *adj. & n.*
**ter·pin·e·ol** (tər-pĭn′ē-ôl, -ōl, -ŏl′) *n.* Any of three isomeric alcohols, $C_{10}H_{17}OH$, occurring naturally in the essential oils of certain plants and used as solvents in perfumes, soaps, and medicine. [TERP(ENE) + -INE[2] + -OL[1].]
**ter·pol·y·mer** (tər-pŏl′ə-mər) *n.* A polymer that consists of three distinct monomers. [< Lat. *ter*, thrice. See **trei-**.]
**Terp·sich·o·re** (tûrp-sĭk′ə-rē) *n.* **1.** *Gk. Myth.* The Muse of dancing and choral singing. **2. terpsichore.** The art of dancing. [Lat. *Terpsichorē* < Gk. *Terpsikhorē* < fem. of *terpsikhoros*, dance-loving: *terpein*, to delight + *khoros*, dance; see **gher-**[1].]
**terp·si·cho·re·an** (tûrp′sĭ-kə-rē′ən, tûrp′sĭ-kôr′ē-ən, -kōr′-) *adj.* Of or relating to dancing. —*n.* A dancer.
**terr.** *abbr.* **1.** Terrace. **2.** Territorial; territory.
**ter·ra** (tĕr′ə) *n., pl.* **ter·rae** (tĕr′ē). A rough upland or mountainous region of the moon with a relatively high albedo. [Lat., earth, land. See TERRACE.]
**terra al·ba** (ăl′bə, ôl′bə) *n.* **1.** Finely pulverized gypsum used in making paper, paints, and as a nutrient for growing yeast. **2.** Kaolin. [NLat. : Lat. *terra*, earth + Lat. *alba*, fem. of *albus*, white.]
**ter·race** (tĕr′ĭs) *n.* **1.a.** A porch or walkway bordered by colonnades. **b.** A platform extending outdoors from a floor of a house or an apartment building. **2.** An open, often paved area adjacent to a house serving as an outdoor living space; a patio. **3.** A raised bank of earth having vertical or sloping sides and a flat top. **4.** A flat narrow stretch of ground, often having a steep slope facing a river, lake, or sea. **5.a.** A row of buildings erected on raised ground or on a sloping site. **b.** A section of row houses. **c.** A residential street on top of or climbing a slope. **6.** A narrow strip of landscaped earth in the middle of a street. —*tr.v.* **-raced, -rac·ing, -rac·es. 1.** To provide (a house, for example) with a terrace or terraces. **2.** To form (a hillside or sloping lawn, for example) into terraces. [Fr. < OFr. < OProv. *terrassa* < VLat. *\*terrācea*, fem. of *\*terrāceus*, earthen < Lat. *terra*, earth. See **ters-**.]
**terra cot·ta** (kŏt′ə) *n.* **1.a.** A hard semifired waterproof ceramic clay used in pottery and building construction. **b.** Ceramic wares made of this material. **2.** *Color.* A brownish orange. [Ital. : *terra*, earth (< Lat.; see TERRACE) + *cotta*, baked, cooked (< Lat. *cōcta*, fem. p.part. of *coquere*, to cook; see **pekw-**\*).] —**ter′ra-cot′ta** (tĕr′ə-kŏt′ə) *adj.*
**terra fir·ma** (fûr′mə) *n.* Solid ground; dry land. [NLat.]
**ter·rain** (tə-rān′) *n.* **1.a.** An area of land; ground. **b.** A particular geographic area; a region: *knows this terrain well.* **2.** The surface features of an area of land; topography. [Fr. < OFr. < VLat. *\*terrānum*, alteration of Lat. *terrēnum* < neut. of *terrēnus*, of the earth. See TERRENE.]
**terra in·cog·ni·ta** (ĭn′kŏg-nē′tə, -kŏg′nĭ-tə) *n., pl.* **terrae in·cog·ni·tae** (ĭn′kŏg-nē′tē, -kŏg′nĭ-tē′). **1.** An unknown land; an unexplored region. **2.** A new or unexplored field of knowledge. [NLat.]

**Ter·ra·my·cin** (tĕr′ə-mī′sĭn). A trademark used for oxytetracycline.
**ter·rane** also **ter·rain** (tə-rān′, tĕr′ān) *n.* **1.** A series of related rock formations. **2.** An area having a preponderance of a particular rock or rock groups. [Alteration of TERRAIN.]
**ter·ra·pin** (tĕr′ə-pĭn) *n.* Any of various North American aquatic turtles of the family Emydiolae, esp. of the genus *Malaclemys*. [Alteration of *torope* < Virginia Algonquian.]
**ter·ra·que·ous** (tĕ-rā′kwē-əs, -āk′wē-əs) *adj.* Composed of land and water. [Lat. *terra*, earth; see **ters-**\* + AQUEOUS.]
**ter·rar·i·um** (tə-râr′ē-əm) *n., pl.* **-i·ums** or **-i·a** (-ē-ə). A small enclosure or closed container in which selected living plants and sometimes small land animals, such as turtles, are kept. [NLat. : Lat. *terra*, earth; see TERRENE + -ARIUM.]
**ter·raz·zo** (tə-răz′ō, tĕ-rät′sō) *n.* A flooring material of marble or stone chips set in mortar and polished when dry. [Ital., perh. < OProv. *terrassa*, terrace. See TERRACE.]
**Ter·re Haute** (tĕr′ə hōt′, hŭt′, hôt′). A city of W IN on the Wabash R. WSW of Indianapolis. Pop. 57,483.
**ter·rene** (tĕ-rēn′, tĕr′ēn′) *adj.* Of or relating to Earth; earthly. [ME < Lat. *terrēnus* < *terra*, earth. See **ters-**\*.]
**ter·re·plein** (tĕr′ə-plān′) *n.* A platform or level ground surface on which heavy guns are mounted. [Fr. *terreplein* < Ital. *terrapieno* < *terrapienare*, to fill with earth : *terra*, earth (< Lat.; see **ters-**\*) + *pieno*, full (< Lat. *plēnus*; see **pelə-**[1]).]
**ter·res·tri·al** (tə-rĕs′trē-əl) *adj.* **1.** Of or relating to Earth or its inhabitants. **2.** Having a worldly, mundane character or quality. **3.** Of, relating to, or composed of land. **4.** *Biol.* Living on land; not aquatic: *a terrestrial animal.* —*n.* An inhabitant of Earth. [ME < Lat. *terrestris* < *terra*, earth. See **ters-**\*.] —**ter·res′tri·al·ly** *adv.* —**ter·res′tri·al·ness** *n.*
**terrestrial planet** *n.* Any of the four planets, Mercury, Venus, Earth, or Mars, nearest the sun and similar in size and density.
**ter·ret** (tĕr′ĭt) *n.* **1.** One of the metal rings on a harness through which the reins pass. **2.** A ring on an animal's collar, used for attaching a leash. [ME *teret*, var. of *toret* < OFr., dim. of *tour, tor,* a round. See TOUR.]
**terre-verte** (tĕr′vĕrt′) *n.* An olive-green pigment commonly made from glauconite, used by artists. [Fr. : *terre*, earth (< Lat. *terra*; see **ters-**\*) + *verte*, fem. of *vert*, green (< OFr. *verd*; see VERDANT).]
**ter·ri·ble** (tĕr′ə-bəl) *adj.* **1.** Causing great fear or alarm; dreadful. **2.** Extremely formidable. **3.** Extreme in extent or degree. **4.a.** Unpleasant; disagreeable. **b.** Markedly objectionable. [ME < OFr. < Lat. *terribilis* < *terrēre*, to frighten.] —**ter′ri·ble·ness** *n.* —**ter′ri·bly** *adv.*
**ter·ric·o·lous** (tĕ-rĭk′ə-ləs) *adj. Biol.* Living on or in the ground: *terricolous worms.* [< Lat. *terricola*, earth-dweller : *terra*, earth; see **ters-**\* + *-cola*, -colous.]
**ter·ri·er** (tĕr′ē-ər) *n.* Any of several breeds of hunting dog originally developed for driving game from burrows. [ME < OFr. *(chien) terrier*, ground (dog), terrier < Med.Lat. *terrārius*, of the earth < Lat. *terra*. See **ters-**\*.]
**ter·ri·fic** (tə-rĭf′ĭk) *adj.* **1.** Causing terror or great fear; terrifying. **2.** Very bad or unpleasant; frightful: *a terrific headache.* **3.** Very good or fine; splendid: *a terrific fiddler.* **4.** Awesome; astounding: *terrific speed.* [Lat. *terrificus* : *terrēre*, to frighten + *-ficus*, -fic.] —**ter·rif′i·cal·ly** *adv.*
**ter·ri·fy** (tĕr′ə-fī′) *tr.v.* **-fied, -fy·ing, -fies. 1.** To fill with terror; make deeply afraid; alarm. **2.** To menace or threaten; intimidate. [Lat. *terrificāre* < *terrificus*, terrific. See TERRIFIC.]
**ter·rig·e·nous** (tĕ-rĭj′ə-nəs) *adj. Geol.* Derived from the land, esp. by erosive action. Used primarily of sediments. [< Lat. *terrigena*, earth-born : *terra*, earth; see **ters-**\* + -GENOUS.]
**ter·rine** (tə-rēn′) *n.* **1.** An earthenware dish for cooking and serving food. **2.** A food, such as pâté, cooked or served in such a dish. [Fr. See TUREEN.]
**ter·ri·to·ri·al** (tĕr′ĭ-tôr′ē-əl, -tōr′-) *adj.* **1.** Of or relating to the geographic area under a given jurisdiction. **2.** Relating or restricted to a particular territory; regional. **3.** Often **Territorial.** Of or relating to an administrative territory. **4.** Often **Territorial.** Organized for national or home defense. **5.** *Biol.* Displaying territoriality; defending a territory from intruders. —*n. also* **Territorial.** A member of a territorial army. —**ter′ri·to′ri·al·ly** *adv.*
**ter·ri·to·ri·al·ism** (tĕr′ĭ-tôr′ē-ə-lĭz′əm, -tōr′-) *n.* **1.** A social system that gives authority and influence in a state to the landowners. **2.** A system of church government based on primacy of civil power. —**ter′ri·to′ri·al·ist** *n.*
**ter·ri·to·ri·al·i·ty** (tĕr′ĭ-tôr′ē-ăl′ĭ-tē, -tōr′-) *n., pl.* **-ties. 1.** The status of a territory. **2.** A behavior pattern in animals consisting of the occupation and defense of a territory.
**ter·ri·to·ri·al·ize** (tĕr′ĭ-tôr′ē-ə-līz′, -tōr′-) *tr.v.* **-ized, -iz·ing, -iz·es. 1.** To make a territory of; organize as a territory. **2.** To extend by adding territory. —**ter′ri·to′ri·al·i·za′tion** (-ə-lĭ-zā′shən) *n.*
**territorial waters** *pl.n.* Inland and coastal waters under the jurisdiction of a nation or state, esp. the ocean waters within 3 or 12 miles (4.8 or 19.3 kilometers) of the shoreline.
**ter·ri·to·ry** (tĕr′ĭ-tôr′ē, -tōr′ē) *n., pl.* **-ries. 1.** An area of land; a region. **2.** The land and waters under the jurisdiction of a government. **3.a.** A political subdivision of a country...



*termitarium*

*terrace*
Terraced rice fields in China