# Exhibit 2

# Exhibit 2

| Claim | Proposed Constructions of Terms | |
|---|---|---|
| | **Proper Construction** | **Skyline's Construction** |
| 1. A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising: | • **terrain** – the surface features of an area of land; topography. | • **terrain** – the physical features of an area, object or material, which include geographic and/or elevation attributes and may include other features such as color attributes and objects. |
| | • **data block** – an image of a terrain area that is composed of pixels, where each data block optionally also contains data associated with the image of the terrain area, such as data describing other objects that overlay the terrain; each data block has one particular resolution. | • **data block** – a quantity, set or amount of information or data representing a portion of the terrain |
| | • **data blocks belonging to a hierarchical structure** – data blocks that are organized into multiple levels of resolution, whereby each level contains data blocks at the same resolution, and each successive level contains data blocks of a higher resolution than those in the preceding level. | • **data blocks belonging to a hierarchical structure** – data blocks arranged into multiple levels of resolution, wherein each level of the structure contains blocks of a different resolution |
| receiving from the renderer one or more coordinates in the terrain along with indication of a respective resolution level | • **renderer** – a software and/or hardware object that performs each of the following steps: (1) determines the coordinates of terrain data required to create an image and sends the needed coordinates along with a specified resolution level to another object; (2) receives the data blocks corresponding to the provided coordinates; and (3) uses the received data blocks to create an image | • **renderer** – something that may be implemented entirely in software or may include a dedicated hardware processor along with a software package running on a general purpose processor, which performs one or more steps of the recited method and assists in the display of the terrain based on the data provided. |
| | • **coordinates in the terrain** – a pair of numerical coordinates, such as latitude and longitude or x and y coordinates, of a particular location in the terrain. | • **coordinates in the terrain** – any of a group of one or more numbers used to determine a position in the terrain, such as x, y, longitude, latitude, height, and/or resolution level. |
| | • **indication of a respective resolution level** – data specifying the amount of detail per unit area corresponding to a level of resolution in the hierarchical structure of data blocks. | • **indication of a respective resolution level** – no proposed construction. |

| Claim | Proposed Constructions of Terms ||
|---|---|---|
| | **Proper Construction** | **Skyline's Construction** |
| | - **receiving from the renderer one or more coordinates in the terrain along with indication of a respective resolution level** – an object other than the renderer receiving from the renderer one or more pairs of numerical coordinates, such as latitude and longitude or x and y coordinates, of a particular location in the terrain, and that object at the same time also receiving from the renderer data specifying the amount of detail per unit area corresponding to a level of resolution in the hierarchical structure of data blocks. | - **receiving from the renderer one or more coordinates in the terrain along with indication of a respective resolution level** – no proposed construction. |
| providing the renderer with a first data block which includes data corresponding to the one or more coordinates, from a local memory; | - **first data block** – the data block stored in local memory that is the first data block to be provided to the renderer in response to the coordinates in the terrain and the indication of a respective resolution level received from the renderer. | - **first data block** – a designation of a data block that may be one of a plurality of data blocks. |
| | - **data corresponding to the one or more coordinates** – data representing the terrain and any additional optional data objects to be overlaid on the terrain that is found at the coordinates received from the renderer. | - **data corresponding to the one or more coordinates** – no proposed construction. |
| | - **local memory** – a memory that is part of the local computer that is performing the steps of the recited method. | - **local memory** – memory of a local computer. |
| | - **providing the renderer with a first data block which includes data corresponding to the one or more coordinates, from a local memory** – an object other than the renderer provides to the renderer a first data block which includes data representing the terrain and any additional optional data objects to be overlaid on the terrain that is found at the coordinates received from the renderer, this first data block being provided from a memory that is part of the local computer that is performing the steps of the recited method. | - **providing the renderer with a first data block which includes data corresponding to the one or more coordinates, from a local memory** – no proposed construction. |

2

|  | **Proposed Constructions of Terms** | |
|---|---|---|
| **Claim** | **Proper Construction** | **Skyline's Construction** |
| downloading from a remote server one or more additional data blocks at a resolution level higher than the resolution level of the first block which include data corresponding to the one or more coordinates if the provided block from the local memory is not at the indicated resolution level. | • **downloading from a remote server one or more additional data blocks at a resolution level higher than the resolution level of the first block which include data corresponding to the one or more coordinates if the provided block from the local memory is not at the indicated resolution level** – downloading to the local computer from a separate computer one or more additional data blocks, each having an amount of detail per unit area greater than the amount of detail per unit area of the first data block already in the local memory, which additional data blocks include data corresponding to the coordinates received from the renderer, based upon determination of whether the first data block already in the local memory is not of the indicated amount of detail per unit area received from the renderer. | • **downloading from a remote server one or more additional data blocks at a resolution level higher than the resolution level of the first block which include data corresponding to the one or more coordinates if the provided block from the local memory is not at the indicated resolution level** – no proposed construction. |
|  | | |
| 12.  Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | • **terrain** – same construction of this term as in claim 1.<br><br>• **data block** – same construction of this term as in claim 1.<br><br>• **data blocks belonging to a hierarchical structure** – same construction of this term as in claim 1. | • **terrain** – Defendants assume Skyline construes this term as it construed it in claim 1.<br><br>• **data block** – Defendants assume Skyline construes this term as it construed it in claim 1.<br><br>• **data blocks belonging to a hierarchical structure** – Defendants assume Skyline construes this term as it construed it in claim 1. |
| a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | • **local memory** – same construction of this term as in claim 1. | • **local memory** – Defendants assume Skyline construes this term as it construed it in claim 1. |
| a communication link, through which the memory receives the data blocks from a remote server; |  | • **communication link** – connection used for transferring data between computers. |

3

|  | Proposed Constructions of Terms ||
|---|---|---|
| **Claim** | **Proper Construction** | **Skyline's Construction** |
| a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link one or more data blocks of a resolution level higher than the resolution level of the first block which include data corresponding to the one or more coordinates if the first block is not from the indicated level. |  | • **processor** – a unit comprised of hardware and/or software that processes computer-readable instructions. |
|  | • **renderer** – same construction of this term as in claim 1. | • **renderer** – Defendants assume Skyline construes this term as it construed it in claim 1. |
|  | • **indication of a respective resolution level** – same construction of this term as in claim 1. | • **indication of a respective resolution level** – |
|  | • **first data block** – same construction of this term as in claim 1. | • **first data block** – Defendants assume Skyline construes this term as it construed it in claim 1. |
|  | • **data corresponding to the one or more coordinates** – same construction of this term as in claim 1. | • **data corresponding to the one or more coordinates** – no proposed construction. |

4