Exhibit 6

*GP. 3712*

*#2*

PATENT

-1-

**RECEIVED**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APR 2 9 1999

In re Patent Application of )

RONNIE YARON et al. )

Application No. 09/258,663 )

Filed: February 26, 1999 )

)

For:   REMOTE LANDSCAPE DISPLAY )
AND PILOT TRAINING )

Group Art Unit: 3712 TECHNOLOGY CENTER 3700

Examiner: Not Assigned

INFORMATION DISCLOSURE
STATEMENT

2001 Ferry Building
San Francisco, CA 94111
(415) 433-4150

**CERTIFICATE OF MAILING**
I hereby certify that this correspondence is being
deposited with the United States Postal Service as
first class mail in an envelope addressed to: Assistant
Commissioner for Patents, Washington, D.C. 20231,
on April 23, 1999.

LIMBACH & LIMBACH L.L.P.    Date: April 23, 1999
By:
Name: Deborah A. Mojarro

Assistant Commissioner
for Patents
Washington, D.C. 20231

Sir:

Applicants submit herewith patents, publications or other information
[attached hereto and listed on the attached Form PTO-1449 (modified)] of
which they are aware, which they believe may be material to the examination
of this application and in respect of which there may be a duty to disclose in
accordance with 37 CFR § 1.56.

This Information Disclosure Statement:

(a) [ ]    accompanies the new patent application submitted
herewith.  37 CFR § 1.97(a).

(b) [x]    is filed within three months after the filing date of the
application or within three months after the date of entry
of the national stage of a PCT application as set forth in
37 CFR § 1.491.

(c) [ ]    as far as is known to the undersigned, is filed before the
mailing date of a first Office Action on the merits.

PATENTS\IDS.MRG

Rev. 02/18/99

-2-

(d) [ ]     is filed after the first office action and more than three months after the application's filing date or PCT national stage date of entry filing but, as far as is known to the undersigned, prior to the mailing date of either a final rejection or a notice of allowance, whichever occurs first, and is accompanied by either the fee ($240) set forth in 37 CFR § 1.17(p) or a certification as specified in 37 CFR § 1.97(e), as checked below.

(e) [ ]     is filed after the mailing date of either a final rejection or a notice of allowance, whichever occurred first, and the Issue Fee has not been paid, and is accompanied by the fee ($130) set forth in 37 CFR § 1.17(i)(1) and a certification as specified in 37 CFR § 1.97(e), as checked below. This document is to be considered as a petition requesting consideration of the information disclosure statement.

[If either of boxes (d) or (e) are checked above, the following "certification" under 37 CFR § 1.97(e) may need to be completed.] The undersigned certifies that:

(f)     [ ]     Each item of information contained in the information disclosure statement was cited in a communication mailed from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of this information disclosure statement.

(g)     [ ]     No item of information contained in this information disclosure statement was cited in a communication mailed from a foreign patent office in a counterpart foreign application or, to the knowledge of the undersigned after making reasonable inquiry, was known to any individual designated in 37 CFR § 1.56(c) more than three months prior to the filing of this information disclosure statement.

**I. Pending Patent Applications (Unpublished References)**

A pending U.S. patent application is listed on the enclosed **Attachment A** for the Examiner's consideration and entry into the present application. In accordance with MPEP § 2001.06(b), the Examiner is respectfully requested to consider such U.S. patent application and indicate, by initialing on the Attachment A that the listed application has been considered.

GOOG 000082

PATENT

-3-

## II. Published References

A list of the patent(s) or publication(s) is set forth on the attached Form PTO-1449 (Modified).

A copy of the items on PTO-1449 (Modified) is supplied herewith:

(h) [x] each  (i) [ ] none  (j) [ ] only those listed below:

Those patent(s) or publication(s) which are marked with an asterisk (*) in the attached form PTO-1449 (Modified) are not supplied because they were previously cited by or submitted to the Office in a prior application no. , filed and relied upon in this application for an earlier filing date under 35 U.S.C. § 120.

A concise explanation of relevance of the items listed on form PTO-1449 (Modified) is:

(k)  [x]  not given

(l)  [ ]  given for each listed item

(m)  [ ]  given for only non-English language listed item(s) [Required]

(n)  [ ]  is in the form of an English language copy of a Search Report from a foreign patent office, issued in a counterpart application, which refers to the relevant portions of the references [copy attached].

The Examiner is reminded that a "concise explanation of the relevance" of the submitted items "may be nothing more than identification of the particular figure or paragraph of the patent or publication which has some relation to the claimed invention," MPEP § 609.

While the information and references disclosed in this Information Disclosure Statement may be "material" pursuant to 37 CFR § 1.56, it is not intended to constitute an admission that any patent, publication or other information referred to therein is "prior art" for this invention unless specifically designated as such.

In accordance with 37 CFR § 1.97(g), the filing of this Information Disclosure Statement shall not be construed to mean that a search has been

GOOG 000083

-4-

made or that no other material information as defined in 37 CFR § 1.56(a) exists. It is submitted that the Information Disclosure Statement is in compliance with 37 CFR § 1.98 and MPEP § 609 and the Examiner is respectfully requested to consider the listed references.

[x]    The Commissioner is hereby authorized to charge our Deposit Account No. 12-1420 for any fees required in connection with the filing of this Information Disclosure Statement. **A duplicate copy of this Notice is enclosed for this purpose.** In particular, in the event that an Office Action has crossed in the mail with this Information Disclosure Statement, the Commissioner is authorized to charge the above-named deposit account for any fees required pursuant to CFR §§ 1.17(p) or 1.17(i)(1).

Respectfully submitted,

LIMBACH & LIMBACH L.L.P.

Dated: _4/23/49_    By: _____

Joel G. Ackerman
Reg. No. 24,307
Tel. No. 415/433-4150

Our File: SANF-22100-USA (32837)

GOOG 000084

O I P E JC61
APR 27 1999
PATENT & TRADEMARK OFFICE

-5-

PATENT #2

Sheet 1 of 2

| FORM PTO-1449 (Modified) (Rev. 7-80) | | U.S Dept. of Commerce Patent and Trademark Office | | Atty Docket No. SANF-22100-USA (32837) | | Appln 09/258,387 | | | RECEIVED |
|---|---|---|---|---|---|---|---|---|
| INFORMATION DISCLOSURE CITATION | | | | Applicant(s) RONNIE YARON et al. | | | | APR 29 1999 |
| (Use several sheets if necessary) | | | | Filing Date February 26, 1999 | | Group 3712 | | TECHNOLOGY CENTER 3700 |

| U.S. PATENT DOCUMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Examiner Initials | | | Document Number | Date | Name | Class | Subclass | Filing Date |
| LWS | AA | | 4,940,972 | 07/10/90 | Mouchot et al. | 340 | 747 | 02/10/88 |
| LWS | AB | | 5,550,959 | 08/27/96 | Freeman | 395 | 127 | 05/27/93 |
| LWS | AC | | 5,566,073 | 10/15/96 | Margolin | 364 | 449 | 08/09/95 |

| FOREIGN PATENT DOCUMENTS | | | | | | | Translation | |
|---|---|---|---|---|---|---|---|---|
| *Examiner Initials | | Document Number | Date | Country | | Class | Subclass | YES | NO |
| | | | | | | | | |
| | | | | | | | | |

| OTHER DOCUMENTS | | |
|---|---|---|
| LWS | AD | "ZBuffer," Caroline Jelinek, March 24, 1996 - Materials collected from the World Wide Web - Addressed http://www.cs.unc.edu/~bryan/bsg/TechMan1/zbuffer.html |
| LWS | AE | "1.1 Photo-realistic Image Synthesis," Gary Shea, May 27, 1995 - Materials collected from the World Wide Web - Addressed: http://www.xmission.com/~ohea/th1/node5.html#SECTION0041 |

| Examiner Lance W. Sealey | Date Considered 6/30/01 |
|---|---|

* Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

PATENTS\IDS.MRG

Rev. 02/18/99

GOOG 000085

Power Of Attorney By Inventor — (Revocation Of Prior Powers)
Serial No.:
Page 4



**PATENT**
Attorney Docket No. 7599/1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION OF:   YARON et al.

SERIAL NO.:   09/258,663   GROUP NO.: UNKNOWN

FILED:   February 26, 1999   EXAMINER: UNKNOWN

TITLE:   Remote Landscape Display and Pilot Training

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

### POWER OF ATTORNEY BY ASSIGNEE OF ENTIRE INTEREST
### REVOCATION OF PRIOR POWERS AND NEW POWER OF ATTORNEY

As assignee of record of the entire interest of the above-identified

☒   application,

☐   patent,

all powers of attorney previously given are hereby revoked and

the following attorneys and/or agents are hereby appointed to prosecute and transact all business
in the Patent and Trademark Office connected therewith.

| | |
|---|---|
| Steven M. Bauer | Reg. No. 31,481 |
| John V. Bianco | Reg. No. 36,748 |
| Isabelle A.S. Blundell | Reg. No. 43,321 |
| Maureen A. Bresnahan | Reg. No. P-44,559 |
| Michael H. Brodowski | Reg. No. 41,640 |
| Jennifer A. Camacho | Reg. No. 43,526 |
| Joseph A. Capraro, Jr. | Reg. No. 36,471 |
| John J. Cotter | Reg. No. 38,116 |
| Jennifer L. Dupre | Reg. No. 41,722 |
| John V. Forcier | Reg. No. 42,545 |
| Duncan A. Greenhalgh | Reg. No. 38,678 |
| William G. Guerin | Reg. No. 41,047 |
| Ira Heffan | Reg. No. 41,059 |
| Danielle L. Herritt | Reg. No. 43,670 |
| Elizabeth E. Kim | Reg. No. 43,334 |
| Mi Kim | Reg. No. P-44,830 |
| Douglas J. Kline | Reg. No. 35,574 |
| John D. Lanza | Reg. No. 40,060 |
| Timothy P. Linkkila | Reg. No. 40,702 |

GOOG 000086

| | |
|---|---|
| Kurt W. Lockwood | Reg. No. 40,704 |
| Marianne McLaughlin | Reg. No. 42,870 |
| Thomas C. Meyers | Reg. No. 36,989 |
| Joseph B. Milstein | Reg. No. 42,897 |
| David G. Miranda | Reg. No. 42,898 |
| Ronda P. Moore | Reg. No. 44,244 |
| Edmund R. Pitcher | Reg. No. 27,829 |
| Dianne M. Rees | Reg. No. 45,281 |
| Kurt Rauschenbach | Reg. No. 40,137 |
| Michael A. Rodriguez | Reg. No. 41,274 |
| R. Stephen Rosenholm | Reg. No. P-45,283 |
| Michael J. Schmelzer | Reg. No. 43,093 |
| J. Scott Southworth | Reg. No. 39,382 |
| Christopher W. Stamos | Reg. No. 35,370 |
| Joseph P. Sullivan | Reg. No. P-45,349 |
| Robert J. Tosti | Reg. No. 35,393 |
| Thomas A. Turano | Reg. No. 35,722 |
| Michael J. Twomey | Reg. No. 38,349 |
| Christine C. Vito | Reg. No. 39,061 |
| Patrick R.H. Waller | Reg. No. 41,418 |
| Yin P. Zhang | Reg. No. 44,372 |

☐    Attached as part of this power of attorney is the authorization of the above-named attorneys/agents to accept and follow instructions from my representatives.

Assignee also hereby grants additional Powers of Attorney to the attorneys and/or agents named above to file and prosecute foreign national patent applications in any and all countries of the world, a regional patent application under the European Patent Convention and/or an international application under the Patent Cooperation Treaty based upon the above-identified application, including a power to meet all designated office requirements for designated states.

All future correspondence should be sent to:

        Patent Administrator
        Testa, Hurwitz & Thibeault, LLP
        High Street Tower
        125 High Street
        Boston, MA 02110

The assignee of record of the entire interest of the above-identified

    ☒    application

    ☐    patent

is

*SKYLINE SOFTWARE SYSTEMS LTD. (an Israeli company)*

13 Gush Etzion Street
Givat Shmuel 54030, Israel

By virtue of

☒ an assignment from the inventors to SKYLINE SOFTWARE SYSTEMS LTD. recorded in the PTO on ___02\21\1999___ at Reel No. 9926/Frame No. 0493.

☐ Recorded herewith

Dated: ___12\03\99___

Respectfully submitted,

Arik Yifat
President
SKYLINE SOFTWARE SYSTEMS LTD.
13 Gush Etzion Street
Givat Shmuel 54030, Israel

TOSTI7599/1.897345

GOOG 000088



2772
2776

**PATENT**
Attorney Docket No. SKY-002

RECEIVED
DEC 22 1999
TC 2700 MAIL ROOM

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| APPLICANT(S): | Yaron | | | |
| SERIAL NO.: | 09/258,663 | GROUP NO.: | | unknown |
| FILING DATE: | February 26, 1999 | EXAMINER: | | unknown |
| TITLE: | Remote Landscape Display and Pilot Training | | | |

---

### CERTIFICATE OF FIRST CLASS MAILING UNDER 37 C.F.R. 1.8

I hereby certify that this correspondence, and any document(s) referred to as enclosed herein, is/are being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to the Assistant Commissioner for Patents, Washington, DC 20231 on this *15th* day of December, 1999.

Marianne Wetzonis

---

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Submitted herewith is/are:

Transmittal Form (1 page);
Power of Attorney by Assignee of Entire Interest Revocation of Prior Powers and
New Power of Attorney (3 pages); and
Return Receipt Postcard

TOSTI7599/1.906403

GOOG 000089

**TRANSMITTAL FORM**

| | |
|---|---|
| Application Serial Number | 09/258,663 |
| Filing Date | February 26, 1999 |
| First Named Inventor | Yaron |
| Group Art Unit | unknown |
| Examiner Name | unknown |
| Attorney Docket No. | SKY-002 |

*RECEIVED*
*TC 2700 MAIL ROOM*
*DEC 22 1999*

## ENCLOSURES *(check all that apply)*

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Copy of Notice to File Missing Parts of Application (PTO-1553) | ☐ Appeal Communication to Board of Patent Appeals and Interferences |
| ☐ Check Attached ☐ Copy of Fee Transmittal Form | ☐ Formal Drawing(s) | ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| ☐ Amendment/Response | ☐ Petition Routing Slip (PTO/SB/69) and Accompanying Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ After Final. ☐ Affidavits/declaration(s) ☐ Letter to Official Draftsperson including Drawings [Total Sheets ____] | ☒ Power of Attorney (Revocation of Prior Powers) | ☒ Return Receipt Postcard ☒ Certificate of First Class Mailing under 37 C.F.R. 1.8 |
| ☐ Extension of Time Request | ☐ Terminal Disclaimer | ☐ Additional Enclosure(s) *(please identify below)* |
| | ☐ Executed Declaration and Power of Attorney for Utility or Design Patent Application | |
| ☐ Information Disclosure Statement ☐ Form PTO-1449 ☐ Copies of IDS Citations | ☐ Small Entity Statement | |
| | ☐ Request for Refund | |
| ☐ Certified Copy of Priority Document(s) | ☐ After Allowance Communication to Group | |
| ☐ Response to Missing Parts/ Incomplete Application | | |

| CORRESPONDENCE ADDRESS | SIGNATURE BLOCK |
|---|---|
| Direct all correspondence to: Patent Administrator Testa, Hurwitz & Thibeault, LLP High Street Tower 125 High Street Boston, MA 02110 Tel. No.: (617) 248-7000 Fax No.: (617) 248-7100 | Respectfully submitted, Date: December 15, 1999 Reg. No. 35,393 Tel. No.: (617) 248-7374 Fax No.: (617) 248-7100 Robert J. Tosti Attorney for Applicant(s) Testa, Hurwitz & Thibeault, LLP High Street Tower 125 High Street Boston, MA 02110 |

TOST17599/1.906257

GOOG 000090



UNITED STATES DEPARTMENT OF COMMERCE
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/258663 | 02/26/99 | YARON | SANF-22100-U |

| EXAMINER |
|---|
| POWELL, MARK |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2772 | |

LIMBACH & LIMBACH
2001 FERRY BUILDING
SAN FRANCISCO CA 94111

DATE MAILED: 01/19/00

This is in response to the Power of Attorney filed _____ 12/20/99 _____

☐ 1. The Power of Attorney to you in this application **has been revoked** by the applicant. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

☒ 2. The Power of Attorney to you in this application **has been revoked** by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record. (37 CFR 1.33).

☐ 3. The withdrawal as attorney in this application **has been accepted.** Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

This is a communication from the
Patent and Trademark Office

☒ 4. The Power of Attorney in this application **is accepted.** Correspondence in this application will be mailed to the below-noted address as provided by 37 CFR 1.33.

☐ 5. The Power of Attorney in this application **is not accepted** for the reason(s) checked below:

   ☐ a. The Power of Attorney is from an assignee and the Certificate required by 37 CFR 3.73 (b) has not been received.

   ☐ b. The person signing for the assignee has omitted their empowerment to sign on behalf of the assignee.

   ☐ c. The inventor(s) is without authority to appoint attorneys since the assignee has intervened as provided by 37 CFR 3.71.

   ☐ d. The signature of _____, a co-inventor in this application, has been omitted. The Power of Attorney will be entered upon receipt of confirmation signed by said co-inventor.

   ☐ e. The person(s) appointed in the Power of Attorney is not registered to practice before the U. S. Patent & Trademark Office.

   ☐ f. The revocation is not signed by the applicant, the assignee of the entire interest, or **one** particular principal attorney having the authority to revoke.

PATENT ADMINISTRATOR
TESTA HURWITZ & THIBEAULT, LLP
HIGH STREET TOWER
125 HIGH STREET
BOSTON MA 02110

This is a communication from the
Patent and Trademark Office

FORM PTOL-305 (REV. 7/89)                RETAIN THIS COPY IN THE APPLICATION FILE    COPY A

GOOG 000091



PATENT
Attorney Docket No. SKY-002

#5/A
Rose
3-18-0

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICANTS:    Yaron et al.

SERIAL NO.:    09/258,663    GROUP NO.:    3712

FILING DATE:    February 26, 1999    EXAMINER:    Unknown

TITLE:    REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING

Box Non-Fee Amendment
Assistant Commissioner for Patents
Washington, D.C. 20231

RECEIVED
MAR 17 2000
TC 2700 MAIL ROOM

RECEIVED
MAR 15 2000
TECHNOLOGY CENTER 3700

## PRELIMINARY AMENDMENT

Kindly enter the following preliminary amendment before beginning examination of the
patent application identified above.

**In the Specification:**

On page 1, before "BACKGROUND OF THE INVENTION" please insert the following
heading, --CROSS-REFERENCE TO RELATED CASE--, immediately followed by the
following sentence, --This is a continuation-in-part of U.S. Patent Application Serial No.
08/939,948, filed on September 29, 1997.-- *now US Pat. 6,111,583*

A1

38

GOOG 000092

Preliminary Amendment
U.S.S.N.: 09/258,663
pg. 2

## REMARKS

Applicants hereby amend the specification to provide information about the parent application and claim the benefit of priority under 35 U.S.C. § 120.

Respectfully submitted,

Date: March 9, 2000

Robert J. Tosti
Reg. No. 35,393
Attorney for the Applicants

Testa, Hurwitz & Thibeault, LLP
High Street Tower
125 High Street
Boston, MA  02110
Tel. No.: (617) 248-7374
Fax No.: (617) 248-7100
WUD7599/5.956964-1

GOOG 000093



**PATENT**
Attorney Docket No. SKY-002
(7599/5)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| APPLICANT(S): | Yaron et al. | BATCH NO.: | Not yet assigned |
| SERIAL NO.: | 09/258,663 | GROUP NO.: | 3712 |
| FILING DATE: | February 26, 1999 | EXAMINER: | Unknown |
| TITLE: | REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING | | |

---

### *CERTIFICATE OF FIRST CLASS MAILING UNDER 37 C.F.R. 1.8*

I hereby certify that this correspondence, and any document(s) referred to as enclosed herein, is/are being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to the Assistant Commissioner for Patents, Washington, DC 20231 on this 9th day of March, 2000.

Diane Racicot

---

Box Non Fee Amendment
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Submitted herewith is/are:

Transmittal Form (1 page);
Preliminary Amendment (2 pages); and a
return receipt postcard.

957113

GOOG 000094

*OIPE*
*MAR 13 2000*
*PATENT & TRADEMARK OFFICE*

$69 \, 3712$

# TRANSMITTAL FORM

| | |
|---|---|
| Application Serial Number | 09/258,663 |
| Filing Date | February 26, 1999 |
| First Named Inventor | Yaron et al. |
| Group Art Unit | 3712 |
| Examiner Name | Unknown |
| Attorney Docket No. | SKY-002 |

## ENCLOSURES *(check all that apply)*

| | | |
|---|---|---|
| ☐ Fee Transmittal Form | ☐ Copy of Notice to File Missing Parts of Application (PTO-1553) | Appeal Communication to Board of Patent Appeals and Interferences |
| ☐ Check Attached<br>☐ Copy of Fee Transmittal Form | ☐ Formal Drawing(s) | ☐ Appeal Communication to Group *(Appeal Notice, Brief, Reply Brief)* |
| ☒ Preliminary Amendment (2 pgs.) | ☐ Petition Routing Slip (PTO/SB/69) and Accompanying Petition to Convert to a Provisional Application | ☐ Status Letter |
| ☐ After Final<br>☐ Affidavits/declaration(s)<br>☐ Letter to Official Draftsperson Including Drawings [Total Sheets _____ ] | ☐ Power of Attorney (Revocation of Prior Powers) | ☒ Return Receipt Postcard<br>☒ Certificate of First Class Mailing under 37 C.F.R. 1.8 |
| ☐ Extension of Time Request | ☐ Terminal Disclaimer | ☐ Additional Enclosure(s) *(please identify below)* |
| | ☐ Executed Declaration and Power of Attorney for Utility or Design Patent Application | |
| ☐ Supplemental Information Disclosure Statement Form PTO-1449<br>☐ Copies of Supplemental IDS Citations | ☐ Small Entity Statement | |
| | ☐ Request for Refund | |
| ☐ Certified Copy of Priority Document(s) | ☐ After Allowance Communication to Group | |
| ☐ Response to Missing Parts/ Incomplete Application | | |

*RECEIVED MAR 17 2000 MAIL ROOM*

*RECEIVED MAR 15 2000 TECHNOLOGY CENTER 3700*

| CORRESPONDENCE ADDRESS | SIGNATURE BLOCK |
|---|---|
| Direct all correspondence to: Patent Administrator<br>Testa, Hurwitz & Thibeault, LLP<br>High Street Tower<br>125 High Street<br>Boston, MA 02110<br>Tel. No.: (617) 248-7000<br>Fax No.: (617) 248-7100 | Date: March 9, 2000<br>Reg. No. 35,393<br>Tel. No.: (617) 248-7374<br>Fax No.: (617) 248-7100 | Respectfully submitted,<br><br>*Robert J. Tosti*<br>Robert J. Tosti<br>Attorney for Applicants<br>Testa, Hurwitz & Thibeault, LLP<br>High Street Tower<br>125 High Street<br>Boston, MA 02110 |

957112

GOOG 000095

ATTORNEY DOCKET NO. SKY02 005

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of Yaron, et al.

Serial No.: 09/258,663

Filed: February 26, 1999

For: REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING

### REVOCATION AND SUBSTITUTE POWER OF ATTORNEY

The Honorable Commissioner of
  Patents and Trademarks
Washington, D.C. 20231

Sir:

All previous powers of attorney are hereby revoked, and L. Lawton Rogers, III,

Reg. No. 24,302; D. Joseph English, Reg. No. 42,514; Mark C. Comtois, Reg. No.

46,285; and Patrick D. McPherson, Reg. No. 46,255 are hereby appointed to prosecute

the above-identified application and to transact all business in the U.S. Patent and

Trademark Office connected therewith, to receive the original Letters Patent and to file,

prosecute and transact all business in connection with international applications directed

to the invention therein.

Please address all correspondence to:

Carter, Ledyard & Milburn
1401 Eye Street, N.W., Suite 300
Washington, DC 20005

and direct all telephone calls to:

L. Lawton Rogers, III at (202) 898-1515.

RECEIVED
FEB 14 2001
2600 MAILROOM

GOOG 000096

Skyline Software Systems Ltd., a company in Israel, certifies that it is the assignee of the entire right, title and interest in the patent application identified above by virtue of chain of title from the inventors of the patent application identified above, to the current assignee as shown below:

1.    From the inventors to Skyline Software Systems Ltd. The document was recorded in the Patent and Trademark Office on February 26. 1999 at Reel/Frame .

The undersigned has reviewed all the documents in the chain of title of the patent application identified above and, to the best of the undersigned's knowledge and belief, title is in the assignee identified above.

The undersigned Itzhak Stolz is empowered to act on behalf of the assignee.

I hereby declare that all statements made herein of my own knowledge are true, and that all statements made on information and belief are believed to be true; and further, that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patents issuing thereon.

Respectfully submitted,

Itzhak Stolz

_____
Signature

Date: 13. 2. 2001

_____
President
Name/Title

GOOG 000097

ATTORNEY DOCKET NO.  SKY02 005

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of Yaron, et al

Serial No.: 09/258,663

Filed: February 26, 1999

For: REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING

### TRANSMITTAL

The Honorable Commissioner of
 Patents and Trademarks
Washington, D.C.  20231

Sir:

Transmitted herewith is a Revocation and Substitute Power of Attorney for the

above-identified Application.

If a Petition for an Extension of Time is necessary for the paper transmitted

herewith to be timely filed, this transmittal is to be considered as a petition to extend the

response period by the amount of time needed for the paper to be timely filed.

The Commissioner is hereby authorized to charge payment of any additional fees

associated with this communication or credit any overpayment to Deposit Account 18-

1835.

GOOG 000098

A duplicate of this sheet is enclosed.

Respectfully submitted,

L. Lawton Rogers, III
Reg. No. 24,302
D. Joseph English
Reg. No. 42,514
Mark C. Comtois
Reg. No. 46,285
Patrick D. McPherson
Reg. No. 46,255

1401 Eye Street, N.W., Suite 300
Washington, DC 20005
Telephone:   (202) 898-1515
Telecopier:   (202) 898-1521

Dated:  February 13, 2001

2

GOOG 000099

Page 1 of 1 #7

*B. Alexander*
*2-24-01*



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/258,663 | 02/26/1999 | RONNIE YARON | SANF-22100-U |

**CONFIRMATION NO. 4205**

Carter Ledyard & Milburn
1401 Eye Street N W Suite 300
Washington, DC 20005

*OC00000005798715*

Date Mailed: 02/26/2001

## NOTICE REGARDING POWER OF ATTORNEY

This is in response to the Power of Attorney filed 02/13/2001.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

*B. Alexander*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

OFFICE COPY

GOOG 000100

# File History Report

☒ Paper number **8** is missing from the United States Patent and Trademark Office's
original copy of the file history. No additional information is available.

☐ The following page(s) _____ of paper number _____ is/are missing from the United
States Patent and Trademark Office's original copy of the file history. No additional
information is available

Additional comments: _____

GOOG 000101



**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/258,663 | 02/26/99 | YARON | R | SANF-22100-U |

| | EXAMINER |
|---|---|
| | SEALEY, I |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2671 | 4 |

WM01/0705

CARTER LEDYARD & MILBURN
1401 EYE STREET N W SUITE 300
WASHINGTON DC 20005

DATE MAILED:
07/05/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev.11/00)

1- File Copy

GOOG 000102

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/258,663 | YARON ET AL |
| | Examiner | Art Unit |
| | Lance W. Sealey | 2671 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1) ☐  Responsive to communication(s) filed on <u>2/26/99</u> .

2a) ☐  This action is FINAL.    2b) ☒  This action is non-final.

3) ☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims

4) ☒  Claim(s) <u>1-56</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐  Claim(s) _____ is/are allowed.

6) ☐  Claim(s) <u>1-7,9,10,15-37,39,40 and 45-56</u> is/are rejected.

7) ☒  Claim(s) <u>8,11-14,38 and 41-44</u> is/are objected to.

8) ☐  Claims _____ are subject to restriction and/or election requirement.

### Application Papers

9) ☐  The specification is objected to by the Examiner.

10) ☐  The drawing(s) filed on _____ is/are objected to by the Examiner.

11) ☐  The proposed drawing correction filed on _____ is: a) ☐ approved  b) ☐ disapproved.

12) ☐  The oath or declaration is objected to by the Examiner.

### Priority under 35 U.S.C. § 119

13) ☐  Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All  b) ☐ Some * c) ☐ None of:

      1. ☐  Certified copies of the priority documents have been received.

      2. ☐  Certified copies of the priority documents have been received in Application No. _____ .

      3. ☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14) ☐  Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

### Attachment(s)

15) ☒ Notice of References Cited (PTO-892)

16) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

17) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>2</u> .

18) ☐ Interview Summary (PTO-413) Paper No(s). _____ .

19) ☐ Notice of Informal Patent Application (PTO-152)

20) ☐ Other: _____

GOOG 000103

Serial Number: 09/258,663                                                      Page 2

Art Unit: 2671

## DETAILED ACTION

### *Notice of Change in Art Unit*

1.      The Group and/or Art Unit location of your application in the USPTO has changed.  To aid in correlating any papers for this application, all further correspondence regarding this application should be directed to Group Art Unit 2671.

### *Allowable Subject Matter*

2.      Claims 8, 11-14, 38 and 41-44 are objected to as being dependent upon rejected base claims, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

3.      The following is a statement of reasons for the indication of allowable subject matter: Nothing in the prior art anticipates or suggests, in a method of providing data blocks describing three-dimensional terrain to a renderer, downloading first the block for which the coordinates were provided last among blocks at a common resolution level (claims 8 and 38), downloading excess blocks not currently needed by the renderer to fill up the local memory when not downloading blocks required by the renderer (claims 11 and 41).  Claims 12-14 depend directly or indirectly on claim 11, and claims 42-44 depend directly on claim 41.

### *Claim Rejections - 35 USC § 102*

4.      The following is a quotation of 35 U.S.C. 102(e) which forms the basis for all novelty rejections set forth in this Office action:

A person shall be entitled to a patent unless—

Serial Number: 09/258,663                                      Page 3

Art Unit: 2671

(e) the invention was described in a patent granted on an application for patent by another filed in the United States
before the invention thereof by the applicant for patent, or on an international application by another who has
fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof
by applicant for patent.

5.      Claims 1-2, 5-7, 9, 16-17, 19-22, 31-32, 35-37, 39 and 46-51 are rejected under 35

U.S.C. 102(e) as being anticipated by Migdal et al. ("Migdal '783", U.S. Pat. No. 5,760,783).

6.      Migdal '783, in disclosing a system and method for computer modeling of 3D objects, also

discloses, with respect to claim 1, a method of providing data blocks (LOD generation block

**1050**, FIG.10), describing three-dimensional terrain to a renderer (raster subsystem **224**, FIG.2),

the data blocks belonging to a hierarchical structure which includes blocks at a plurality of

different resolution levels (col.9, ll.5-17), the method comprising:

- receiving from the renderer one or more coordinates in the terrain along with indication of
  a respective resolution level (col.16, ll.1-21);

- providing the renderer with a first data block which includes data corresponding to the one
  or more coordinates from a local memory (col.9, ll.5-14);

- *downloading from a remote server one or more additional data blocks which include data*
  *corresponding to the one or more coordinates if the provided block from the local memory*
  *is not at the indicated resolution level* (col.8. l.66-col.9, l.36 and FIG.2.  Local memory:
  texture memory **226**.  Remote server: graphics display system **200**).

7.      Concerning claims 2 and 32, Migdal '783 discloses providing the first data block

comprises providing the data block from the highest resolution level which includes data

GOOG 000105

Serial Number: 09/258,663                                                    Page 4

Art Unit: 2671

corresponding to the one or more coordinates (col.16, ll.1-21).

8.       Regarding claims 5 and 35, Migdal '783 discloses receiving a plurality of coordinates

included in a plurality of respective distinct blocks, and wherein downloading the one or more

blocks comprises downloading blocks including data corresponding to at least some of the

plurality of coordinates (col.8, l.66-col.9, l.36).

9.       With respect to claims 6 and 36, Migdal '783 discloses downloading blocks in an order

determined according to their resolution levels (col.8, l.66-col.9, l.36).

10.      Concerning claims 7 and 37, Migdal '783 discloses downloading blocks of lower

resolution levels before blocks of higher resolution levels (col.16, ll.1-21).

11.      Regarding claims 9 and 39, Migdal '783 discloses downloading the blocks according to

the order in which the coordinates were provided (col.16, ll.5-11).

12.      With respect to claims 16 and 46, Migdal '783 discloses a method of displaying three

dimensional images, comprising:

-   establishing a communication link between a local processor and a server (col.8, l.66-

    col.9, l.36);

-   transferring data blocks describing terrain over the communication link from the server to

    the local processor (col.8, l.66-col.9, l.36); and

-   rendering a three-dimensional terrain image at the local processor responsive to the data

    blocks (display **232**, FIG.2, and col.7, ll.13-16).

GOOG 000106

Serial Number: 09/258,663                                                                 Page 5

Art Unit: 2671

13.     Concerning claims 17 and 47, Migdal '783 discloses the establishment of a low-speed communication link (arrow between bus **201** and geometry engine **222**, FIG.2).

14.     Regarding claims 19 and 48, Migdal '783 discloses transferring the blocks responsive to a list of coordinates generated by the processor (col.8, l.66-col.9, l.36).

15.     With respect to claims 20 and 49, Migdal '783 discloses preparing the list of coordinates responsive to a viewpoint from which the image is rendered (col.16, ll.1-21 and col.8, l.66-col.9, l.36, especially col.9, ll.18-21).

16.     Concerning claims 21 and 50, Migdal '783 discloses the viewpoint changing over time following a predetermined course (col.10, ll.13-20).

17.     Regarding claims 22 and 51, Migdal '783 discloses receiving the predetermined course from the server (col.10, ll.13-49, especially ll.47-49).

18.     Finally, concerning claim 31, Migdal '783 discloses an apparatus for providing data blocks describing three-dimensional terrain to a renderer (FIG.2), the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising:

- a local memory, which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer (texture memory **226**, FIG.2);

- a communication link, through which the memory receives the data blocks from a remote server (arrow between bus **201** and geometry engine **222**, FIG.2); and

GOOG 000107

Serial Number: 09/258,663                                                          Page 6

Art Unit: 2671

- a processor which receives one or more specified coordinates along with indication of a

  respective resolution level from the renderer, provides the renderer with a first data block

  which includes data corresponding to the one or more specified coordinates from the local

  memory, and downloads over the communication link one or more additional data blocks

  which include data corresponding to the one or more coordinates if the first block is not from

  the indicated level (computer graphics display system 200, FIG.2).

19.     Therefore, in view of the foregoing, the examiner concludes that the above claims have

been anticipated by Migdal '783.

### *Claim Rejections - 35 USC § 103*

20.     The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness

rejections set forth in this Office action:

> (a)  A patent may not be obtained though the invention is not identically disclosed or described as set forth in
>
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art
>
> are such that the subject matter as a whole would have been obvious at the time the invention was made to
>
> a person having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be
>
> negatived by the manner in which the invention was made.

21.     Claims 3-4, 10, 33-34 and 40 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Migdal '783 in view of *In re Gazda*, 104 USPQ 400 ("*Gazda*").

22.     With respect to claims 3 and 33, Migdal '783 does not disclose downloading a block at a

resolution level higher than the resolution level of the first block; nor does it disclose claims 4 and

GOOG 000108

Serial Number: 09/258,663                                          Page 7

Art Unit: 2671

34, downloading the blocks from a succession of resolution levels, from the level immediately

higher than the resolution level of the first block up to the maximal existent resolution level on the

server not above the indicated resolution level; nor does it disclose claim 10, downloading first the

block for which the coordinates were provided last. Instead, consistent with applicants' claim 2,

Migdal '783 provides the data block with the highest resolution first. But *Gazda* stands for the

idea that it is obvious to reverse the order of the elements.

23.    *Gazda* involved a clock wound by turning the steering wheel of a car (104 USPQ at 400).

The applicant's clock featured a pawl-and-ratchet mechanism (104 USPQ at 401). The way the

applicant's invention worked was that turning the steering wheel moved the ratchet wheel of the

clock relative to the pawl to actuate a train of gears which wound the clock (104 USPQ at 401).

The primary reference used to reject the applicant's claims featured an automobile clock that was

stationary relative to the car, being mounted on the stationary structure of the steering column

(instead of movable with the wheel as in the applicant's device), and was wound through a

gearing connection by turning the steering wheel in one direction only (104 USPQ at 401). A

secondary reference was used to reject the pawl-and-ratchet element of the applicant's claim (104

USPQ at 401).

24.    The CCPA reasoned that whether the clock was mounted on the steering wheel or the

steering wheel post "was only a matter of choice amounting to a mere reversal of parts", and the

CCPA further agreed with the examiner who argued that the location of the ratchet means at the

GOOG 000109

Serial Number: 09/258,663                                                    Page 8

Art Unit: 2671

input end of the winding connection instead of the output end was "merely a matter of choice and expediency" (104 USPQ at 402).

25.    Applying the reasoning of *Gazda* to this application, downloading a block at a resolution level higher than the resolution level of the first block is a matter of choice amounting to a mere reversal of which block is downloaded first. Therefore, it would have been obvious to one of ordinary skill in the art at the time this invention was made to make this change.

26.    Therefore, in view of the foregoing, claims 3-4, 10, 33-34 and 40 are rendered unpatentable by Migdal '783 and *Gazda*.

27.    Claims 15, 18, 45, 48 and 55 are rejected under 35 U.S.C. 103(a) as being unpatentable over Migdal '783 in view of Migdal et al. ("Migdal '702," U.S. Pat. No. 5,886,702).

28.    With respect to all of these claims, Migdal '783 does not disclose downloading the blocks via the Internet. However, Migdal '702 discloses this element at col.10, ll.27-41.

29.    Therefore, it would have been obvious to one of ordinary skill in the art to have modified Migdal '783 to effect downloading over the Internet. Such a modification to Migdal '783 would increase flexibility by expanding the sources of images that describe the terrain of places to which pilots want to fly.

30.    Accordingly, in view of the foregoing, claims 15, 18, 45, 48 and 55 are rendered unpatentable by Migdal '783 and Migdal '702.

GOOG 000110

Serial Number: 09/258,663                                    Page 9

Art Unit: 2671

31.    Claims 23-24, 26-27 and 52-53 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Migdal '783 in view of Viebahn et al. ("Viebahn," U.S. Pat. No. 5,798,713).

32.    With respect to claims 23 and 52, Migdal '783 does not disclose a suggested course for

landing in an airport.  However the Viebahn process for representing flight guidance information

discloses this element in FIGS.3-6.

33.    Therefore, it would have been obvious to one of ordinary skill in the art to have modified

Migdal '783 with Viebahn to provide a suggested course for landing in an airport.  Such a

modification to Migdal '783 would make the pilot's task easier by summarizing the information

relevant to the landing phase of a flight within an overall image which is of favorable ergonomic

form.

34.    The other claims in this rejection will now be considered: With respect to claims 24 and

53, Viebahn discloses the user of the processor changing the view direction from the viewpoint

without removing the viewpoint from the predetermined course (see drawing descriptions of

FIGS.3-6).

35.    Concerning claim 26, Viebahn discloses transferring blocks which include altitude data of

the terrain at col.4, ll.64-65.

36.    Finally, regarding claim 27, Viebahn discloses transferring blocks which include objects to

be overlaid on the terrain at col.4, ll.64-65 (flight altitude information).

GOOG 000111

Serial Number: 09/258,663                                    Page 10

Art Unit: 2671

37.    Therefore, in view of the foregoing, the examiner concludes that claims 23-24, 26-27 and

52-53 have been rendered unpatentable by Migdal '783 and Viebahn.

38.    Claims 25 and 54 are rejected under 35 U.S.C. 103(a) as being unpatentable over Migdal

'783 in view of Reber et al. ("Reber," U.S. Pat. No. 6,111,568).

39.    With respect to both of these claims, Migdal '783 does not disclose the viewpoint being

controlled by a user of the processor.  This element is disclosed by Reber at col.10, ll.39-41 and

col.12, ll.34-36.

40.    Therefore, it would have been obvious to one of ordinary skill in the art to have modified

Migdal '783 with Reber to give the user control over the viewpoint.  Such a modification to

Migdal '783 would enhance the pilot's safety by presenting him or her with a telepresence within

the viewed environment.

41.    Accordingly, in view of the foregoing, claims 25 and 54 are rendered unpatentable by

Migdal '783 and Reber.

42.    Claim 28 is rejected under 35 U.S.C. 103(a) as being unpatentable over Migdal '783 in

view of Viebahn and further in view of Asenio et al. ("Asenio," U.S. Pat. No. 5,652,863).

43.    Migdal '783 does not disclose rendering images using representations of at least some of

the objects overlaid on the terrain according to settings made by the user of the local processor.

However, the Asenio graphical method of media partitioning on a hard disk discloses this element

at col.1, l.65-col.2, l.17.

GOOG 000112

Serial Number: 09/258,663                                    Page 11

Art Unit: 2671

44.    Therefore, it would have been obvious to one of ordinary skill in the art to have modified Migdal '783 with Asenio to give the user control over the properties of the representations of the objects overlaid on the terrain. Such a modification to Migdal '783 would enhance the user's ability to more clearly see important information.

45.    Accordingly, in view of the foregoing, claims 25 and 54 are rendered unpatentable by Migdal '783 and Reber.

46.    Claims 29 and 56 are rejected under 35 U.S.C. 103(a) as being unpatentable over Lockwood et al. ("Lockwood," U.S. Pat. No. 4,070,705) in view of Migdal '783.

47.    Lockwood, in disclosing a simulation apparatus, also discloses a method of pilot training (col.1, ll.9-23) and loading a course of a flight vehicle into a local processor (col.3, ll.39-49). However, Lockwood does not disclose the other elements of establishing a communication link between a processor and a server, transferring data blocks over the communication link to the server from the local processor, and rendering a 3D terrain image at the local processor. These are disclosed by Migdal '783 in a manner similar to the way these elements are disclosed in claim 16 (see paragraph 12 above).

48.    Therefore, it would have been obvious to one of ordinary skill in the art to have modified Lockwood with Migdal '783. Such a modification to Lockwood would enhance the pilot's sense of realism by delivering a texture image of the terrain quickly and efficiently.

Serial Number: 09/258,663                                              Page 12

Art Unit: 2671

49.    Accordingly, in view of the foregoing, claims 29 and 56 are rendered unpatentable by

Lockwood and Migdal '783.

50.    Finally, claim 30 is rejected under 35 U.S.C. 103(a) as being unpatentable over Lockwood

in view of Migdal '783 and further in view of Viebahn according to the same rationale used to

reject claims 23 and 52.  Therefore, in view of the foregoing, the examiner concludes that claim

30 has been rendered unpatentable by Lockwood, Migdal '783 and Viebahn.

### Conclusion

51.    Any inquiry concerning this communication or earlier communications from the examiner

should be directed to Lance Sealey whose telephone number is (703) 305-0026.  The examiner

can normally be reached Monday-Friday from 7:00 am to 3:30 pm EDT.

52.    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Mark Zimmerman, can be reached on (703) 305-9798.  The fax phone number for the

organization where this application or proceeding is assigned is (703) 872-9314.

53.    Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 305-4700 or the Customer

Service Office at (703) 306-0377.

MARK ZIMMERMAN
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

GOOG 000114

| *Notice of References Cited* | Application/Control No.<br>09/258,663 | Applicant(s)/Patent Under<br>Reexamination<br>YARON ET AL. | |
|---|---|---|---|
| | Examiner<br>Lance W. Sealey | Art Unit<br>2671 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification | |
|---|---|---|---|---|---|---|
| | A | US-5,760,783-A | 06-1998 | Migdal et al. | 345 | 430 |
| | B | US-5,886,702-A | 03-1999 | Migdal et al. | 345 | 423 |
| | C | US-6,111,568-A | 08-2000 | Reber et al. | 345 | 327 |
| | D | US-5,798,713-A | 08-1998 | Viebahn et al. | 340 | 974 |
| | E | US-5,652,863-A | 07-1997 | Asenio et al. | 395 | 497.04 |
| | F | US-4,070,705-A | 01-1978 | Lockwood et al. | 364 | 200 |
| | G | US- - | | | | |
| | H | US- - | | | | |
| | I | US- - | | | | |
| | J | US- - | | | | |
| | K | US- - | | | | |
| | L | US- - | | | | |
| | M | US- - | | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | - - | | | | |
| | O | - - | | | | |
| | P | - - | | | | |
| | Q | - - | | | | |
| | R | - - | | | | |
| | S | - - | | | | |
| | T | - - | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 9

GOOG 000115



*10B*
*10/9/01*
*Gordon*

ATTORNEY DOCKET NO. <u>SKY02 005 US</u>

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of Yaron et al.

Serial No. 09/258,663                      Art Unit: 2671

Filed: February 26, 1999                   Examiner: Sealey, L.

TITLE: REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING

<u>Amendment</u>

*RECEIVED*
*OCT 0 5 2001*
*Technology Center 2600*

The Honorable Commissioner of
 Patents and Trademarks
Washington, D.C. 20231

Sir:

Responsive to the Official Action dated July 5, 2001 please amend the

subject application as follows.

<u>In the Claims:</u>

Please cancel claims 16-30 and 46-56, without prejudice.

Please add new Claims 57-58.

57.    (New) The method of Claim 1, wherein the coordinates relate to the

coordinates of a predetermined course of a flight vehicle.

58.    (New) The apparatus of Claim 31, wherein said data blocks relate to

a course of a flight vehicle.

5004891.1

<u>REMARKS</u>

Claims 1-15 and 31-45 remain in the application. Applicant notes the allowable subject matter in Claims 8, 11-14, 38 and 41-44.

**35 U.S.C. § 102(e) Rejections:**

Claims 1-2, 5-7, 9, 16-17, 19-22, 31-32, 35-37, 39, and 46-51 stand rejected as anticipated by Migdal et al. ("Migdal") Claims 16-17, 19-22 and 46-51 have been cancelled without prejudice and reconsideration of the rejection of claims 1-2, 5-7, 9, 31-32, 35-37 and 39 is solicited.

As recited in Independent Claims 1 and 31, the required block is downloaded from the remote server if the block at a required resolution does not reside on the local memory. Examiner asserts that this is disclosed in Migdal col. 8, line 66 through col. 9, line 36, but that passage discloses only the existence of a hierarchy of LOD maps and the memory saved by storing clip maps in texture memory. The Examiner also references Fig. 2 which discloses a processor, but fails to disclose downloading data blocks from a remote server as required by Claims 1 and 31.

Withdrawal of the rejection of Independent Claims 1 and 31 is solicited. Claims ultimately depending therefrom should be allowed without recourse to the additional patentable limitations respectively recited.

**35 U.S.C. § 103(a) Rejections:**

Claims 3-4, 10, 33-34 and 40 are rejected under 35 U.S.C. § 103(a) as obvious over Migdal in view of *In re Gazda*, 104 U.S.P.Q. 400 (CCPA 1955).

GOOG 000117

The Examiner relies on *In re Gazda* for the proposition that reversing the order of elements is obvious, but the holding thereof is far more restrictive, dealing with a specific structure. Moreover, the Examiner is overlooking the major deficiency of Migdal, *i.e.* there is no disclosure regarding a downloading order based on resolution levels. *A fortiori*, Migdal fails to teach downloading additional blocks from a remote server if blocks at the required resolution level are not present on the local memory. Withdrawal of the rejection of Claims 3-4, 10, 33-34 and 40 is therefore required.

Claims 15, 18, 45, 48 and 55 stand rejected as obvious over Migdal in view of Migdal et al. ('702). Claims 18, 48 and 55 have been cancelled without prejudice. Reconsideration of Claims 15 and 45 is solicited.

Claims 15 and 45 depend from Independent Claims 1 and 31, respectively and are allowable therewith. As discussed above, Migdal does not disclose the downloading which the Independent Claims 1 and 31 recite and Migdal ('702) fails to obviate this basic deficiency.

Claims 23-29, 52-54 and 56 are rejected under 35 U.S.C. § 103(a). These claims have been cancelled without prejudice.

5004891.1

GOOG 000118

Allowance of all claims remaining in the application is respectfully solicited.

Respectfully submitted,

L. Lawton Rogers, III
Reg. No. 24,302
D. Joseph English
Reg. No. 42,514
Mark C. Comtois
Reg. No. 46,285
Patrick D. McPherson
Reg. No. 46,255

1401 Eye Street, N.W., Suite 300
Washington, DC 20005
Telephone:   (202) 898-1515
Telecopier:   (202) 898-1521

Dated:  October 4, 2001

5004891.1

ATTORNEY DOCKET NO. SKY02 005 US

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Patent Application of Yaron, et al.

Serial No.: 09/258,663                    Art Unit: 2671

Filed: February 26, 1999                  Examiner: L. Sealey

Title: REMOTE LANDSCAPE DISPLAY AND PILOT TRAINING

## EXHIBIT A

3.    (Amended) [A method according to claim 1, wherein downloading the one or more additional blocks comprises downloading a block ] A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising:

receiving from the renderer one or more coordinates in the terrain along with indication of a respective resolution level;

providing the renderer with a first data block which includes data corresponding to the one or more coordinates, from a local memory;

downloading from a remote server one or more additional data blocks at a resolution level higher than the resolution level of the first block which include data corresponding to the one or more coordinates if the provided block from the local memory is not at the indicated resolution level.

GOOG 000120

7.    (Amended) [A method according to claim 6] A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising:

receiving from the renderer a plurality of coordinates in the terrain along with indication of a respective resolution level; said plurality of coordinates being included in a plurality of respective distinct blocks;

providing the renderer with first data block which includes data corresponding to at least some of the plurality of coordinates from a local memory;

downloading from a remote server one or more additional blocks which include data corresponding to a plurality of respective distinct blocks if the provided block from the local memory is not at the indicated resolution level, wherein [downloading the blocks comprises downloading] blocks of lower resolution levels are downloaded before blocks of higher resolution levels.

8.    (Amended)  [A method according to claim 7] A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising:

receiving from the renderer a plurality of coordinates in the terrain along with indication of a respective resolution level; said plurality of coordinates being included in a plurality of respective distinct blocks;

providing the renderer with first data block which includes data corresponding to at least some of the plurality of coordinates from a local memory;

downloading from a remote server one or more additional blocks which include data corresponding to a plurality of respective distinct blocks if the provided block from the local memory is not at the indicated resolution level, wherein [downloading the] blocks [comprises downloading first the] of lower resolution levels are downloaded before blocks of higher resolution levels and the block for which the coordinates were provided last among blocks at a common resolution level is downloaded first.

9.    (Amended) [A method according to claim 5] A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising:

receiving from the renderer a plurality of coordinates in the terrain along with indication of a respective resolution level; said plurality of coordinates being included in a plurality of respective distinct blocks;

providing the renderer with first data block which includes data corresponding to at least some of the plurality of coordinates from a local memory;

downloading from a remote server one or more additional blocks which include data corresponding to a plurality of respective distinct blocks if the provided block from the local memory is not at the indicated resolution level, wherein [downloading the] blocks comprises downloading] the blocks are downloaded according to the order in which the coordinates were provided.

GOOG 000122

11.   (Amended)  [A method according to claim 1,] <u>A method of providing data blocks</u>
<u>describing three-dimensional terrain to a renderer, the data blocks belonging to a</u>
<u>hierarchical structure which includes blocks at a plurality of different resolution levels,</u>
<u>the method comprising:</u>

 <u>receiving from the renderer one or more coordinates in the terrain along with</u>
<u>indication of a respective resolution level;</u>

 <u>providing the renderer with a first data block which includes data corresponding to</u>
<u>the one or more coordinates, from a local memory;</u>

 <u>downloading from a remoter server one or more additional data blocks which</u>
<u>include data corresponding to the one or more coordinates if the provided block from the</u>
<u>local memory is not at the indicated resolution level;</u> and [comprising]

 downloading <u>from a remote server</u> excess blocks not currently needed by the
renderer to fill up the local memory when not downloading blocks required by the
renderer.

15.   (Amended) A method according to claim [1] <u>11</u>, wherein downloading the data
blocks comprised downloading the blocks via the Internet.

33.   (Amended) [Apparatus according to claim 31, wherein the processor downloads a
block] <u>Apparatus for providing data blocks describing three-dimensional terrain to a</u>
<u>render, the data blocks belonging to a hierarchical structure which includes blocks at a</u>
<u>plurality of different resolution levels, the apparatus comprising:</u>

 <u>a local memory which stores data blocks corresponding to coordinates proximal to</u>
<u>a current viewpoint of the renderer;</u>

GOOG 000123

a communication link, through which the memory receives the data blocks from a remote server;

a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link one or more data blocks of a resolution level higher than the resolution level of the first block which include data corresponding to the one or more coordinates if the first block is not from the indicated level.

34.    (Amended) [Apparatus according to claim 31, wherein the processor downloads] Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising:

a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer;

a communication link, through which the memory receives the data blocks from a remote server;

a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link blocks from the resolution level of the first block up to a maximal resolution level of blocks

GOOG 000124

stored on the server that is not above the indicated resolution level <u>which include data</u>

<u>corresponding to the one or more coordinates if the first block is not from the indicated</u>

<u>level.</u>

37.    (Amended) [Apparatus according to claim 36, wherein the processor downloads ]

<u>Apparatus for providing data blocks describing three-dimensional terrain to a render, the</u>

<u>data blocks belonging to a hierarchical structure which includes blocks at a plurality of</u>

<u>different resolution levels, the apparatus comprising:</u>

<u>a local memory which stores data blocks corresponding to coordinates proximal to</u>

<u>a current viewpoint of the renderer;</u>

<u>a communication link, through which the memory receives the data blocks from a</u>

<u>remote server;</u>

<u>a processor which receives one or more specified coordinates along with</u>

<u>indication of a respective resolution level from a renderer, provides the renderer with a</u>

<u>first data block which includes data corresponding to the one or more specified</u>

<u>coordinates from a local memory, and downloads over the communication link</u> blocks of

lower resolution levels before blocks of higher resolution levels <u>which include data</u>

<u>corresponding to the one or coordinates if the first block is not from the indicated level.</u>

GOOG 000125

38.  (Amended) [Apparatus according to claim 37,] Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising:

a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer;

a communication link, through which the memory receives the data blocks from a remote server;

a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link blocks which include data corresponding to the one or coordinates if the first block is not from the indicated level, wherein the processor downloads blocks of lower resolution levels before blocks of higher resolution levels and [in first precedence] the block for which the coordinates were provided last among blocks from a common resolution level is downloaded first.

39.  (Amended) [Apparatus according to claim 35] Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising:

GOOG 000126

a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer;

a communication link, through which the memory receives the data blocks from a remote server;

a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link one or more additional blocks according to the order in which the coordinates were provided which include data corresponding to the one or more coordinates if the first block is not from the indicated level.

41.    (Amended) [Apparatus according to claim 31,] Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising:

a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer;

a communication link, through which the memory receives the data blocks from a remote server;

a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified

GOOG 000127

coordinates from a local memory, downloads over the communication link blocks which include data corresponding to the one or coordinates if the first block is not from the indicated level; and [wherein the processor] downloads excess blocks not currently needed by the renderer to fill up the local memory when the processor is not downloading blocks required by the renderer.

45.     (Amended) Apparatus according to claim [31] 41, wherein the communication link comprises a connection to the internet.

57.     (Amended) The method of Claim [1] 11, wherein the coordinates relate to the coordinates of a predetermined course of a flight vehicle.

58.     (Amended) The apparatus of Claim [31] 41, wherein said data blocks relate to a course of a flight vehicle.

WSH\72562.1

GOOG 000128



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/258,663 | 02/26/1999 | RONNIE YARON | SANF-22100-U | 4205 |

7590    11/27/2001

Carter Ledyard & Milburn
1401 Eye Street N W Suite 300
Washington, DC  20005

| EXAMINER |
|---|
| SEALEY, LANCE W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2671 | |

DATE MAILED: 11/27/2001

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

GOOG 000129