# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-1129-DPW |
| KEYHOLE, INC. and GOOGLE, INC., | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMIT

In accordance with Local Rule 7.1(B)(4), Plaintiff Skyline Software Systems, Inc. ("Skyline") moves for leave to file a Reply Memorandum that is twenty-two (22) pages in length. In support of this Motion, Skyline states that its Reply Memorandum was necessary to addresses numerous allegations and mischaracterizations made in Defendants, Keyhole, Inc. and Google, Inc.'s ("Defendants") 36-page Responsive Claim Construction Brief, which was accompanied by a 17-page chart, an expert declaration and numerous additional exhibits. A Reply Memorandum in excess of twenty pages is necessary and appropriate to assist the Court in determining the proper claim constructions in this matter.

WHEREFORE, Skyline requests that this assented-to motion to file a memorandum in excess of twenty pages be allowed.

                    Respectfully submitted,

                    SKYLINE SOFTWARE SYSTEMS, INC.,

                    By its attorneys,

                    /s/ H. Joseph Hameline
                    H. Joseph Hameline, BBO# 218710
                    Mintz, Levin, Cohn, Ferris
                      Glovsky and Popeo, P.C.
                    One Financial Center
                    Boston, MA  02111
                    (617) 542-6000

Dated: April 8, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

      Prior to filing this motion, counsel for Plaintiff's counsel conferred by telephone with counsel for Defendants' counsel regarding this matter, and Defendants assent to this motion.

                    /s/ H. Joseph Hameline
                    H. Joseph Hameline

Dated:  April 8, 2003

LIT 1514609v1