IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
SKYLINE SOFTWARE SYSTEMS, INC.,     )
    Plaintiff,                        )
                                    )
v.                                  )    CIVIL ACTION NO.  04-1129-DPW
                                    )
KEYHOLE, INC. and GOOGLE, INC.,     )
    Defendants.                       )
_____)

### DECLARATION OF H. JOSEPH HAMELINE, ESQ.

I, H. Joseph Hameline, on oath depose and state that:

1. I am counsel for Plaintiff Skyline Software Systems, Inc. in this action. I submit this Declaration in support of Plaintiff's Reply Memorandum on it Proposed Claim Construction.

2. Attached hereto as Exhibit 1 is a true and accurate copy of selected pages from the *Microsoft Computer Dictionary* (4th ed. 1999).

3. Attached hereto as Exhibit 2 is a true and accurate copy of a selected pages from *Webster's New World College Dictionary* (3rd ed. 1996).

4. Attached hereto as Exhibit 3 is a true and accurate copy of a selected page from *Webster's New Collegiate Dictionary* (150th Anniversary ed., 1981).

Signed under the penalties of perjury this 8th day of April, 2005.

                                                          /s/ H. Joseph Hameline_____
                                                          H. Joseph Hameline

Attachments

LIT 1514539v1