Case 1:04-cv-11129-DPW   Document 55-3   Filed 04/08/2005   Page 1 of 4

# Webster's New World College Dictionary

# Webster's New World™ College Dictionary

### THIRD EDITION

**Victoria Neufeldt**

Editor in Chief

**David B. Guralnik**

Editor in Chief Emeritus

MACMILLAN

*Dedicated*
*to David B. Guralnik*
*lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
This book was previously titled *Webster's New World Dictionary®*
*of American English,* Third College Edition.

Copyright © 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®,*
Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979,
1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in
   chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
      p.    cm.
   "This book was previously titled: Webster's New World dictionary
of American English. Third college edition."
      ISBN 0-02-860333-8 (thumb-indexed). — ISBN 0-02-860332-X (plain)
      1. English language—Dictionaries.    I. Neufeldt, Victoria.
II. Guralnik, David Bernard, 1920-    . III. Webster's New World
dictionary of American English.
PE1628.W5633  1995
423—dc20                                                         95-15819
                                                                    CIP
      ISBN 0-02-860334-6 (leatherkraft). — ISBN 0-02-860586-1 (leather)

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
   2 3 4 5 6 7 8 9 10        96 97 98 99

☆**Indian giver** a person who gives something and then asks for it back: from the belief that North American Indians expected an equivalent in return when giving something
☆**Indian hemp 1** a perennial American plant (*Apocynum cannabium*) of the dogbane family, with a medicinal root and a tough bark formerly used in rope making by the Indians **2** HEMP (sense 1)
**Indian licorice** JEQUIRITY (sense 2)
**Indian mallow** a tall weed (*Abutilon theophrasti*) of the mallow family, with small, yellow flowers and large, heart-shaped, velvety leaves
☆**Indian meal** meal made from corn (maize); cornmeal
**Indian Ocean** ocean south of Asia, between Africa & Australia: 28,356,000 sq. mi. (73,441,000 sq. km)
☆**Indian paintbrush** any of a large genus (*Castilleja*) of plants of the figwort family, with brilliantly colored orange or red flowers and red or yellow upper leaves
☆**Indian pipe** a leafless, fleshy, white, saprophytic plant (*Monotropa uniflora*) of the heath family, native to the forests of the Northern Hemisphere: its unbranched, erect stalks each bear a single, nodding, white flower
☆**Indian pudding** a cornmeal pudding made with milk, molasses, etc.
**Indian red 1** a yellowish-red ocher, orig. from an island in the Persian Gulf, used in early times as a pigment ☆**2** an impure native iron oxide used by North American Indians as a reddish war paint, and by early American painters
☆**Indian sign** a hex or jinx: chiefly in the phr. **have** (or **put**) **the Indian sign on**
**Indian States and Agencies** [Historical] the group of partly independent states and agencies of British India
☆**Indian summer** [INDIAN, *adj.*, 2 + SUMMER²; reason for name obscure] **1** a period of mild, warm, hazy weather following the first frosts of late autumn **2** the final period, as of a person's life, regarded as tranquil, serene, etc.
☆**Indian Territory** [Historical] territory (1834-90) of the S U.S., reserved for Amerindian peoples: now a part of Oklahoma
☆**Indian tobacco** a poisonous annual plant (*Lobelia inflata*) of the bellflower family, common over the E U.S., with light-blue flowers in slender spikes, and inflated pods
☆**Indian turnip** the jack-in-the-pulpit or its root
☆**Indian wrestling 1** a contest in which two persons grasp each other's hand, with their elbows resting on a flat surface: the one who forces the other's arm down to the surface wins **2** a contest in which two persons, each placing a foot alongside the other's corresponding foot and grasping a hand of the other, try to force each other off balance
**India paper** [after INDIA in generalized sense "Far East"] **1** a thin, absorbent paper made in China and Japan from vegetable fiber, used in taking proofs from engraved plates **2** a thin, strong, opaque paper used for printing Bibles, dictionaries, etc.: often called *Bible paper*
**India** (or **india**) **rubber** crude, natural rubber obtained from latex; caoutchouc —**In′di·a-rub′ber** *adj.*
**in·dic** (in′dik) *adj.* [L *Indicus* < Gr *Indikos*] **1** of India; Indian **2** INDO-ARYAN — *n.* INDO-ARYAN (sense 1)
**indic 1** indicative **2** indicator
**in·di·can** (in′di kan′) *n.* [< L *indicum*, INDIGO + -AN] **1** a glucoside, $C_8H_{17}NO_6$, found in a natural state in the indigo plant; it is converted by water and oxygen into indigo **2** an indigo-forming substance, $C_8H_6NOSO_2OH$, the potassium salt of which is present in animal urine
**in·di·cant** (in′di kənt) *adj.* [L *indicans*] indicating; pointing out —*n.* something that indicates or points out
**in·di·cate** (in′di kāt′) *vt.* **-cat′ed, -cat′ing** [< L *indicatus*, pp. of *indicare*, to indicate, show < *in-*, in, to + *dicare*, to point out, declare: see DICTION] **1** to direct attention to; point to or point out; show **2** to be or give a sign, token, or indication of; signify; betoken [fever indicates illness] **3** to show the need for; call for; make necessary [a fabric for which dry cleaning is indicated] **4** to point to as the required treatment [bed rest is indicated] **5** to express briefly or generally [to indicate guidelines for action]
**in·di·ca·tion** (in′di kā′shən) *n.* [L *indicatio*] **1** the act of indicating **2** something that indicates, points out, or signifies; sign **3** something that is indicated as necessary **4** the amount or degree registered by an indicator
**in·dic·a·tive** (in dik′ə tiv) *adj.* [Fr *indicatif* < L *indicativus*] **1** giving an indication, suggestion, or intimation; showing; signifying [a smile indicative of joy]: also **in·di′ca·to·ry** (in′di kə tôr′ē, in dik′ə-) **2** designating or of the mood of a verb used to identify an act, state, or occurrence as actual, or to ask a question of fact: cf. SUBJUNCTIVE, IMPERATIVE —*n.* **1** the indicative mood **2** a verb in this mood —**in·dic′a·tive·ly** *adv.*
**in·di·ca·tor** (in′di kāt′ər) *n.* **1** a person or thing that indicates; specif., *a)* any device, as a gauge, dial, register, or pointer, that measures or records and visibly indicates *b)* an apparatus that diagrams the varying fluid pressure of an engine in operation **2** any of various substances used to indicate the acidity or alkalinity of a solution, the beginning or end of a chemical reaction, the presence of certain substances, etc., by changes in color **3** *Ecol.* a species of plant or animal, or a community, whose occurrence serves as evidence that certain environmental conditions exist
**in·di·ces** (in′di sēz′) *n. alt. pl. of* INDEX
**in·di·cia** (in dish′ə, -ē ə) *n.pl., sing.* **in·di′ci·um** (-əm) [L, pl. of *indicium*, a notice, information < *index* (gen. *indicis*): see INDEX] **1** distinctive marks or tokens ☆**2** a printed design or legend on mail or a mailing label, as for bulk mail or business reply mail, to signify that postage has been paid
**in·dict** (in dīt′) *vt.* [altered (infl. by L) < ME *enditen*, to write down, accuse < Anglo-L *indictare* < LL *\*indictare* < L *in*, against +

---

*dictare*: see DICTATE] to charge with the commission of a crime; esp., to make a formal accusation against on the basis of positive legal evidence: usually said of the action of a grand jury —**SYN.** ACCUSE —**in·dict′ee′** *n.* —**in·dict′er** or **in·dict′or** *n.*
**in·dict·a·ble** (-ə bəl) *adj.* [ME *enditable*] **1** that should be indicted **2** making indictment possible, as an offense
**in·dic·tion** (in dik′shən) *n.* [ME *indictioun* < L *indictio* < pp. of *indicere*, to declare, announce < *in-*, in + *dicere*, to say, tell: see DICTION] **1** the edict of a Roman emperor, fixing the tax valuation of property for each fifteen-year period **2** the tax levied or this valuation
**in·dict·ment** (in dīt′mənt) *n.* [ME & Anglo-Fr *enditement*] **1** an indicting or being indicted **2** a charge; accusation; specif. *a.* formal written accusation charging one or more persons with the commission of a crime, presented by a grand jury to the court when the jury has found, after examining the evidence presented, that there is a valid case
**in·die** (in′dē) *adj., n., pl.* **-dies** [Slang] *short for* INDEPENDENT
**In·dies** (in′dēz′) **1** [Historical] EAST INDIES **2** WEST INDIES **3** Southeast Asia & the Malay Archipelago
**in·dif·fer·ence** (in dif′ər əns, -dif′rəns; *often*, -dif′ərns) *n.* [Fr < L *indifferentia*] the quality, state, or fact of being indifferent; specif., *a)* lack of concern, interest, or feeling; apathy *b)* lack of importance, meaning, or worth Also [Archaic] **in·dif′fer·en·cy**
**in·dif·fer·ent** (in dif′ər ənt, -dif′rənt; *often*, -dif′ərnt) *adj.* [OFr < L *indifferens*: see IN-² & DIFFERENT] **1** having or showing no partiality, bias, or preference; neutral **2** having or showing no interest, concern, or feeling; uninterested, apathetic, or unmoved **3** of no consequence or importance; immaterial **4** not particularly good or bad, large or small, right or wrong, etc.; fair, average, etc. **5** not really good; rather poor or bad **6** neutral in quality, as a chemical, magnet, etc.; inactive: chiefly in scientific use **7** capable of developing in various ways, as the cells of an embryo that are not yet specialized; undifferentiated —**in·dif′fer·ent·ly** *adv.*
**SYN.**—*indifferent* implies either apathy or neutrality, esp. with reference to choice [to remain *indifferent* in a dispute]; *unconcerned* implies a lack of concern, solicitude, or anxiety, as because of callousness, ingenuousness, etc. [to remain *unconcerned* in a time of danger]; *incurious* suggests a lack of interest or curiosity [*incurious* about the details]; *detached* implies an impartiality or aloofness resulting from a lack of emotional involvement in a situation [he viewed the struggle with *detached* interest]; *disinterested* strictly implies a commendable impartiality resulting from a lack of selfish motive or desire for personal gain [a *disinterested* journalist], but it is now often used colloquially to mean not interested, or indifferent
**in·dif·fer·ent·ism** (-iz′əm) *n.* the state of being indifferent; esp., *a)* systematic indifference to religion *b)* the belief that all religions have equal validity —**in·dif′fer·ent·ist** *n.*
**in·di·gence** (in′di jəns) *n.* [OFr < L *indigentia*] the condition of being indigent Also **in′di·gen·cy** —**SYN.** POVERTY
**in·di·gene** (in′di jēn′) *n.* [Fr *indigène* < L *indigena* < OL *indu* (L *in*), in + *gignere*, to be born: see GENUS] a native or indigenous person, animal, or plant Also **in′di·gen** (-jən)
**in·dig·e·nous** (in dij′ə nəs) *adj.* [LL *indigenus* < L *indegena*: see prec.] **1** existing, growing, or produced naturally in a region or country; belonging (*to*) as a native **2** innate; inherent; inborn —**SYN.** NATIVE —**in·dig′e·nous·ly** *adv.* —**in·dig′e·nous·ness** *n.*
**in·di·gent** (in′di jənt) *adj.* [ME *indygent* < OFr < L *indigens*, prp. of *indegere*, to be in need < OL *indu* (L *in*), in + *egere*, to need < IE base *\*eg-*, lack > ON *ekla*] **1** in poverty; poor; needy; destitute **2** [Archaic] lacking; destitute (*of*) —*n.* an indigent person —**SYN.** POOR —**in′di·gent·ly** *adv.*
**in·di·gest·ed** (in′di jes′tid, -di-) *adj.* [IN-² + DIGEST + -ED] **1** not well considered or thought out **2** confused; chaotic **3** not digested; undigested
**in·di·gest·i·ble** (in′di jes′tə bəl, -di-) *adj.* [L *indigestibilis*] that cannot be digested; not easily digested —**in′di·gest′i·bil′i·ty** *n.*
**in·di·ges·tion** (in′di jes′chən, -di-) *n.* [Fr < LL *indigestio*] **1** an abnormality in digesting food; dyspepsia **2** the discomfort caused by this
**in·di·ges·tive** (-jes′tiv) *adj.* having or characterized by indigestion
**in·dign** (in dīn′) *adj.* [Fr *indigne* < L *indignus* < *in-*, not + *dignus*, worthy: see DIGNITY] [Obs. or Old Poet.] **1** undeserving; unworthy **2** disgraceful
**in·dig·nant** (in dig′nənt) *adj.* [L *indignans*, prp. of *indignari*, to consider as unworthy or improper, be displeased at < *in-*, not + *dignari*, to deem worthy < *dignus*, worthy: see DIGNITY] feeling or expressing anger or scorn, esp. at unjust, mean, or ungrateful action or treatment —**in·dig′nant·ly** *adv.*
**in·dig·na·tion** (in′dig nā′shən) *n.* [ME *indignacion* < OFr < L *indignatio* < pp. of *indignari*: see prec.] anger or scorn that is a reaction to injustice, ingratitude, or meanness; righteous anger —**SYN.** ANGER
**in·dig·ni·ty** (in dig′nə tē) *n., pl.* **-ties** [L *indignitas*, unworthiness, vileness: see IN-² & DIGNITY] **1** something that humiliates, insults, or injures the dignity or self-respect; affront **2** [Obs.] *a)* unworthiness or disgrace *b)* indignation
**in·di·go** (in′di gō′) *n., pl.* **-gos** or **-goes** [Sp < L *indicum* < Gr *indikon* (*pharmakon*), lit., Indian (dye) < *Indikos*, Indian < *India*, INDIA] **1** a blue dye, $C_{16}H_{10}N_2O_2$, obtained from certain plants, esp. a plant (*Indigofera tinctoria*) native to India, or made synthetically, usually from aniline **2** any of a genus (*Indigofera*) of plants of the

---

at, āte, cär; ten, ēve; is, ice; gō, hôrn, look, tool; oil, out; up, fur; ə *for unstressed vowels*, a *as in* ago, u *in* focus; ' *as in* Latin (lat″n); chin; she; zh *as in* azure (azh′ər); thin, *the*; ŋ *as in* ring (riŋ)
*In etymologies*: \* = unattested; < = derived from; > = from which
☆ = Americanism    **See inside front and back covers**




