

Webster's
New
Collegiate
Dictionary

*A Merriam-Webster*

# New
# Collegiate
# Dictionary

*A Merriam-Webster*®

G. & C. MERRIAM COMPANY
Springfield, Massachusetts, U.S.A.

Copyright © 1981 by G. & C. Merriam Co.

Philippines Copyright 1981 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

Editions for 1898–1948 have title: Webster's collegiate dictionary.
Includes index.
1. English language—Dictionaries.
PE1628.W4M4    1981    423    80-25144
ISBN 0-87779-408-1
ISBN 0-87779-409-x (indexed)
ISBN 0-87779-410-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

Made in the United States of America

41424344RMcN80

Case 1:04-cv-11129-DPW    Document 55-4    Filed 04/08/2005    Page 4 of 4

**corrected time** *n* : a boat's elapsed time less her time allowance in yacht racing

**cor·rec·tion** \kə-'rek-shən\ *n*  **1** : the action or an instance of correcting: as  **a** : AMENDMENT, RECTIFICATION  **b** : REBUKE, PUNISHMENT  **c** : a bringing into conformity with a standard  **d** : NEUTRALIZATION, COUNTERACTION ⟨~ of acidity⟩  **2** : a decline in market price or business activity following and counteracting a rise  **3 a** : something substituted in place of what is wrong (marking ~s on the students' papers)  **b** : a quantity applied by way of correcting (as for adjustment or inaccuracy of an instrument)  **4** : the treatment and rehabilitation of offenders through a program involving penal custody, parole, and probation; *also* : the administration of such treatment as a matter of public policy — usu. used in pl. — **cor·rec·tion·al** \-shnəl, -shən-ʰl\ *adj*

**cor·rec·ti·tude** \kə-'rek-tə-ˌt(y)üd\ *n* [blend of *correct* and *rectitude*] : correctness or propriety of conduct

**cor·rec·tive** \kə-'rek-tiv\ *adj* : tending to correct ⟨~ lenses⟩ ⟨~ punishment⟩ — **corrective** *n* — **cor·rec·tive·ly** *adv* — **cor·rec·tive·ness** *n*

**¹cor·re·late** \'kor-ə-lət, 'kär-, -ˌlāt\ *n* [back-formation fr. *correlation*]  **1** : either of two things so related that one directly implies or is complementary to the other (as husband and wife)  **2** : a phenomenon (as brain activity) that accompanies another phenomenon (as behavior), is usu. parallel to it (as in form, type, development, or distribution), and is related in some way to it  *syn* see PARALLEL — **correlate** *adj*

**²cor·re·late** \-ˌlāt\ *vb* -**lat·ed**; -**lat·ing** *vi* : to bear reciprocal or mutual relations ~ *vt*  **1 a** : to establish a mutual or reciprocal relation of  **b** : to show a causal relationship between  **2** : to relate so that to each member of one set or series a corresponding member of another is assigned  **3** : to present or set forth so as to show relationship (he ~s the findings of the scientists, the psychologists, and the mystics —Eugene Exman) — **cor·re·lat·able** \-ˌlāt-ə-bəl\ *adj*

**cor·re·la·tion** \ˌkor-ə-'lā-shən, ˌkär-\ *n* [ML *correlation-, correlatio*, fr. L *com-* + *relation-, relatio* relation]  **1 a** : the act of correlating  **b** : the state of being correlated; *specif* : a relation of phenomena as invariable accompaniments of each other (the assumption that there is a positive ~ between performance and pay —Kermit Eby)  **2** : reciprocal relation in the occurrence of different structures, characteristics, or processes in organisms  **3** : an interdependence between mathematical variables esp. in statistics — **cor·re·la·tion·al** \-shnəl, -shən-ʰl\ *adj*

**correlation coefficient** *n* : a number or function that indicates the degree of correlation between two sets of data or between two random variables and that is equal to their covariance divided by the product of their standard deviations

**cor·rel·a·tive** \kə-'rel-ət-iv\ *adj*  **1** : naturally related : CORRELATED  **2** : reciprocally related : so related together but typically not adjacent (the ~ conjunctions *either* ... *or*) — **correlative** *n* — **cor·rel·a·tive·ly** *adv*

**cor·re·spond** \ˌkor-ə-'spänd, ˌkär-\ *vi* [MF or ML; MF *correspondre*, fr. ML *correspondēre*, fr. L *com-* + *respondēre* to respond]  **1 a** : to be in conformity or agreement : SUIT (fulfillment seldom ~s to anticipation)  **b** : to compare closely : MATCH — usu. used with *to* or *with*  **c** : to be equivalent or parallel  **2** : to communicate with a person by exchange of letters (frequently ~s with his cousin)  *syn* see AGREE

**cor·re·spon·dence** \-'spän-dən(t)s\ *n*  **1 a** : the agreement of things with one another  **b** : a particular similarity  **c** : association of one or more members of one set with each member of a second set : FUNCTION, MAPPING  **2 a** : communication by letters; *also* : the letters exchanged  **b** : the news, information, or opinion contributed by a correspondent to a newspaper or periodical

**correspondence school** *n* : a school that teaches nonresident students by mailing them lessons and exercises which upon completion are returned to the school for grading

**cor·re·spon·den·cy** \ˌkor-ə-'spän-dən-sē, ˌkär-\ *n*, *pl* -**cies** : CORRESPONDENCE

**¹cor·re·spon·dent** \ˌkor-ə-'spän-dənt, ˌkär-\ *adj* [ME, fr. MF or ML; MF, fr. ML *correspondent-, correspondens*, prp. of *correspondēre* ]  **1** : CORRESPONDING (each advantage having ~ disadvantages)  **2** : FITTING, CONFORMING — used with *with* or *to* (the outcome was entirely ~ with his wishes)

**²correspondent** *n*  **1** : something that corresponds  **2 a** : one who communicates with another by letter  **b** : one who has regular commercial relations with another  **c** : one who contributes news or comment to a publication (as a newspaper) or a radio or television network often from a distant place (a war ~)

**cor·re·spond·ing** *adj*  **1 a** : agreeing in some respect (as kind, degree, position, or function) (the figures are large but the ~ totals next year will be larger)  **b** : RELATED, ACCOMPANYING (all rights carry with them ~ responsibilities —W. F. Paepcke)  **2 a** : charged with the duty of writing letters (~ secretary)  **b** : participating or serving at a distance and by mail (a ~ member of the society) — **cor·re·spond·ing·ly** \-'spän-diŋ-lē\ *adv*

**cor·re·spon·sive** \ˌkor-ə-'spän(t)-siv, ˌkär-\ *adj* : mutually responsive

**cor·ri·da** \kȯ-'rē-thə\ *n* [Sp, lit., act of running] : BULLFIGHT

**cor·ri·dor** \'kȯr-əd-ər, 'kär-, -ə-ˌdȯ(ə)r\ *n* [MF, fr. OIt *corridore*, fr. *correre* to run, fr. L *currere* — more at CURRENT]  **1** : a passageway (as in a hotel) into which compartments or rooms open  **2** : a narrow passageway or route: as  **a** : a narrow strip of land through foreign-held territory  **b** (1) : a restricted lane for air traffic  (2) : a restricted path a spacecraft must follow to accomplish its mission : WINDOW  **3** : a densely populated strip of land including two or more major cities (the Northeast ~ stretching from Washington into New England)

**cor·rie** \'kȯr-ē, 'kär-ē\ *n* [ScGael *coire*, lit., kettle] : CIRQUE 3

**cor·rie·dale** \'kȯr-ē-ˌdāl\ *n* [*Corriedale*, ranch in New Zealand] : any of a dual-purpose breed of rather large usu. hornless sheep developed in New Zealand

**cor·ri·gen·dum** \ˌkȯr-ə-'jen-dəm, ˌkär-\ *n*, *pl* -**da** \-də\ [L, neut. of *corrigendus*, gerundive of *corrigere* to correct] : an error in a

printed work discovered after printing and shown with its correction on a separate sheet bound with the original

**cor·ri·gi·ble** \'kȯr-ə-jə-bəl, 'kär-\ *adj* [ME, fr. MF, fr. ML *corrigibilis*, fr. L *corrigere*] : capable of being set right : REPARABLE (a ~ defect) — **cor·ri·gi·bil·i·ty** \ˌkȯr-ə-jə-'bil-ət-ē, ˌkär-\ *n* — **cor·ri·gi·bly** \'kȯr-ə-jə-blē, 'kär-\ *adv*

**cor·ri·val** \kə-'rī-vəl, kō-, kō-\ *n* [MF, fr. L *corrivalis*, fr. *com-* + *rivalis* rival] : RIVAL, COMPETITOR — **corrival** *adj*

**cor·rob·o·rant** \kə-'räb-ə-rənt\ *adj, archaic* : having an invigorating effect — used of a medicine

**cor·rob·o·rate** \kə-'räb-ə-ˌrāt\ *vt* -**rat·ed**; -**rat·ing** [L *corroboratus*, pp. of *corroborare*, fr. *com-* + *robor-, robur* strength] : to support with evidence or authority : make more certain  *syn* see CONFIRM, **ant** contradict — **cor·rob·o·ra·tion** \kə-ˌräb-ə-'rā-shən\ *n* — **cor·rob·o·ra·tive** \-'räb-ə-ˌrāt-iv, -'räb-(ə-)rət-\ *adj* — **cor·rob·o·ra·tor** \-'räb-ə-ˌrāt-ər\ *n* — **cor·rob·o·ra·to·ry** \-'räb-(ə-)rə-ˌtōr-ē, -ˌtȯr-\ *adj*

**cor·rob·o·ree** \kə-'räb-ə-rē\ *n* [fr. native name in New South Wales, Australia]  **1** : a nocturnal festivity with songs and symbolic dances by which the Australian aborigines celebrate events of importance  **2** *Austral* **a** : a noisy festivity  **b** : TUMULT

**cor·rode** \kə-'rōd\ *vb* **cor·rod·ed**; **cor·rod·ing** [ME *corroden*, fr. L *corrodere* to gnaw to pieces, fr. *com-* + *rodere* to gnaw — more at RAT] *vt*  **1** : to eat away by degrees as if by gnawing; *esp* : to wear away gradually usu. by chemical action (the metal was *corroded* beyond repair)  **2** : to weaken or destroy gradually (manners and miserliness that ~ the human spirit —Bernard DeVoto) ~ *vi* : to undergo corrosion (the bare metal will ~ after a few weeks of exposure to the weather) — **cor·rod·ible** \-'rōd-ə-bəl\ *adj*

**cor·rody** *var of* CORODY

**cor·ro·sion** \kə-'rō-zhən\ *n* [ME, fr. LL *corrosion-, corrosio* act of gnawing, fr. L *corrosus*, pp. of *corrodere*]  **1** : the action, process, or effect of corroding  **2** : a product of corroding

**cor·ro·sive** \-'rō-siv, -ziv\ *adj*  **1** : tending of having the power to corrode (~ acids) (~ action)  **2 a** : wearing or destroying by a gradual process (the ~ influence of industrialization —Louise C. Hunter)  **b** : bitingly sarcastic (~ satire) — **corrosive** *n* — **cor·ro·sive·ly** *adv* — **cor·ro·sive·ness** *n*

**corrosive sublimate** *n* : MERCURIC CHLORIDE

**cor·ru·gate** \'kȯr-ə-ˌgāt, 'kär-\ *vb* -**gat·ed**; -**gat·ing** [L *corrugatus*, pp. of *corrugare*, fr. *com-* + *ruga* wrinkle — more at ROUGH] *vt* : to form or shape into wrinkles or folds or into alternating ridges and grooves : FURROW (*corrugated* his brows in thought —John Buchan) ~ *vi* : to become corrugated

**corrugated iron** *n* : usu. galvanized sheet iron or sheet steel shaped into straight parallel regular and equally curved ridges and hollows

**cor·ru·ga·tion** \ˌkȯr-ə-'gā-shən, ˌkär-\ *n*  **1** : the act of corrugating  **2** : a ridge or groove of a corrugated surface

**¹cor·rupt** \kə-'rəpt\ *vb* [ME *corrupten*, fr. L *corruptus*, pp. of *corrumpere*, fr. *com-* + *rumpere* to break — more at REAVE] *vt*  **1 a** : to change from good to bad in morals, manners, or actions; *also* : BRIBE  **b** : to degrade with unsound principles or moral values  **2** : ROT, SPOIL  **3** : to subject (a person) to corruption of blood  **4** : to alter from the original or correct form or version ~ *vi*  **1** : to become tainted or rotten  **b** : to become morally debased  **2** : to cause disintegration or ruin  *syn* see DEBASE — **cor·rupt·er** *or* **cor·rupt·or** \-'rəp-tər\ *n* — **cor·rupt·ibil·i·ty** \-ˌrəp-tə-'bil-ət-ē\ *n* — **cor·rupt·ible** \-'rəp-tə-bəl\ *adj* — **cor·rupt·ibly** \-blē\ *adv*

**²corrupt** *adj* [ME, fr. MF or L; MF, fr. L *corruptus*, fr. pp. of *corrumpere*]  **1 a** : morally degenerate and perverted : DEPRAVED  **b** : characterized by bribery, the selling of political favors, or other improper conduct (~ judges)  **2** *archaic* : PUTRID, TAINTED  *syn* see VICIOUS — **cor·rupt·ly** \-'rəp-(t)lē\ *adv* — **cor·rupt·ness** \-'rəp(t)-nəs\ *n*

**cor·rup·tion** \kə-'rəp-shən\ *n*  **1 a** : impairment of integrity, virtue, or moral principle : DEPRAVITY  **b** : DECAY, DECOMPOSITION  **c** : inducement to wrong by bribery or other unlawful or improper means  **d** : a departure from what is pure or correct  **2** *archaic* : an agency or influence that corrupts  **3** *chiefly dial* : PUS

**cor·rup·tion·ist** \-sh(ə-)nəst\ *n* : one who practices or defends corruption esp. in politics

**corruption of blood** : the effect of an attainder upon a person which bars him from inheriting, retaining, or transmitting any estate, rank, or title

**cor·rup·tive** \kə-'rəp-tiv\ *adj* : producing or tending to produce corruption — **cor·rup·tive·ly** *adv*

**cor·sage** \kȯr-'säzh, -'säj, 'kȯr-ˌ\ *n* [F, bust, bodice, fr. OF, bust, fr. *cors* body, fr. L *corpus*]  **1** : the waist or bodice of a woman's dress  **2** : an arrangement of flowers to be worn by a woman

**cor·sair** \'kȯr-ˌsa(ə)r, -ˌse(ə)r\ *n* [MF & OIt; MF *corsaire* pirate, fr. OProv *corsari*, fr. ML *cursarius*, fr. L *cursus* course]  **1** : PIRATE; *esp* : a privateer of the Barbary coast

**corse** \'kȯ(ə)rs\ *n* [ME *cors*, fr. OF, body] *archaic* : CORPSE

**corse·let** \*for 1* \ˈkȯr-slət, *for 2* ˌkȯr-sə-'let\ *n*  **1** *or* **corselet** [MF, dim. of *cors* body, bodice]  **a** : a piece of armor covering the trunk but usu. not the arms or legs  **b** : a pikeman's armor including helmet  **2** *or* **cor·se·lette** [Fr. *Corselette*, a trademark] : an undergarment combining girdle and brassiere

**¹cor·set** \'kȯr-sət\ *n* [ME, fr. OF, dim. of *cors*]  **1** : a usu. close-fitting and often laced medieval jacket  **2** : a usu. close-fitting boned supporting undergarment that is often hooked and laced and that extends from above or beneath the bust or from the waist to below the hips and has garters attached

**²corset** *vt*  **1** : to dress in or fit with a corset  **2** : to restrict closely : control rigidly

| ə abut | ⁺ kitten | ər further | a back | ā bake | ä cot, cart |
|---|---|---|---|---|---|
| au̇ out | ch chin | e less | ē easy | g gift | i trip | ī life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin | th this |
| ü loot | u̇ foot | y yet | yü few | yu̇ furious | zh vision |