UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>                Plaintiff,<br><br>v.<br><br>KEYHOLE, INC., and<br>GOOGLE INC.<br><br>                Defendants. | Civil Action No. 04-11129 DPW |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ROBIN W. REASONER**

Defendants, Keyhole, Inc. and Google Inc., by and through Nutter McClennen & Fish, LLP, hereby move that Robin W. Reasoner of Fenwick & West LLP be admitted *pro hac vice* in the above case.  Pursuant to Local Rule 83.5.3, this motion is accompanied by the Affidavit of Robin W. Reasoner.

                By their Attorneys,

                NUTTER McCLENNEN & FISH LLP

                  /s/  Michelle Chassereau Jackson
                Nelson G. Apjohn (BBO No. 020373)
                Michelle Chassereau Jackson (BBO No. 654825)
                World Trade Center West
                155 Seaport Boulevard
                Boston, MA 02210
                (617) 439-2000
                Fax:  (617) 310-9000
                Attorneys for Keyhole, Inc. and Google Inc.

Dated:  April 22, 2005

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I hereby certify that counsel of record for defendants conferred by telephone with counsel of record for plaintiff, and counsel of record for plaintiff does not oppose the herein motion.

              /s/ Michelle Chassereau Jackson
              Michelle Chassereau Jackson

1424001.1