UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEYHOLE, INC., and<br>GOOGLE INC.<br><br>　　　　　Defendants. | Civil Action No. 04-11129 DPW |

### AFFIDAVIT OF ROBIN W. REASONER

I, Robin W. Reasoner, certify that:

1. I am a member of the Bar of the State of California and am licensed to practice in all the Courts of the State;

2. I am in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I verify that the foregoing is correct under penalty of perjury.

　　　　　　　　　　　　　　　　　　　_/s/ Robin Reasoner_
　　　　　　　　　　　　　　　　　　　Robin W. Reasoner
　　　　　　　　　　　　　　　　　　　Fenwick & West LLP
　　　　　　　　　　　　　　　　　　　Silicon Valley Center
　　　　　　　　　　　　　　　　　　　801 California Street
　　　　　　　　　　　　　　　　　　　Mountain View, CA 94041
　　　　　　　　　　　　　　　　　　　Tel. (650) 988-8500
　　　　　　　　　　　　　　　　　　　Fax (650) 938-5200

Dated: April 22, 2005

AFFIDAVIT
CASE NO. 04-11129 DPW

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　24616/00401/DOCS/1523049.1