IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 04-11129 DPW |

**MOTION FOR LEAVE TO FILE
STATEMENT OF RECENT DECISION
REGARDING CLAIM CONSTRUCTION**

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Maclain Wells, admitted *pro hac vice*
Kent E. Kemeny, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Pursuant to Local Rule 7.1(B)(3), Defendants Keyhole, Inc. and Google Inc. submit herewith the attached Statement of Recent Decision Regarding Claim Construction, and by this motion, seek this Court's leave to file the same.

Leave to submit the Statement is sought to assist the Court with the pending claim construction.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants called counsel for Plaintiff on July 12, 2005 in an attempt to meet and confer on the issue raised herein, but counsel for Plaintiff was unavailable.

Dated: July 12, 2005                                Respectfully submitted,

                                                    By:      /s/ Darryl M. Woo
                                                        Darryl M. Woo
                                                        **FENWICK & WEST LLP**
                                                        email: dwoo@fenwick.com

                                                        Attorneys for Defendants and
                                                        Counterclaimants
                                                        KEYHOLE, INC. and GOOGLE INC.