# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br>         Plaintiff, <br><br>    v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br>         Defendants. | CIVIL ACTION NO. 04-11129 DPW |

### [PROPOSED]

### DEFENDANT'S STATEMENT OF RECENT DECISION
### REGARDING CLAIM CONSTRUCTION

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Maclain Wells, admitted *pro hac vice*
Kent E. Kemeny, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Defendants Keyhole, Inc. and Google Inc. submit for the Court's consideration the following decision relevant to the issue of claim construction:

- *Phillips v. AWH Corp.*, No. 13-1269, -1286, (Fed. Cir. July 12, 2005) (en banc) (attached as Exhibit A).

This opinion was issued after the completion of briefing and after the claim construction hearing. This decision lends further support to Defendants' Responsive Claim Construction Brief, filed March 25, 2005, and Defendants' Surreply Brief Regarding Claim Construction (Leave to File Granted), filed May 5, 2005.

Dated: July 12, 2005                    Respectfully submitted,

By: ____/s/ Darryl M. Woo_____
    Darryl M. Woo
    **FENWICK & WEST LLP**
    email: dwoo@fenwick.com

    Attorneys for Defendants and
    Counterclaimants
    KEYHOLE, INC. and GOOGLE INC.