# MINTZ LEVIN

One Financial Cent
Boston, MA 021
617-542-(0
617-542-224  1
www.mintz.c

H. Joseph Hameline | 617 348 1651 | jhameline@mintz.com

October 7, 2005

**BY HAND**

Honorable Douglas P. Woodlock
District Judge
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:    Skyline Software Systems, Inc.
             v. Keyhole Corporation
            <u>U.S.D.C. (MA) 04-11129-DPW</u>

Dear Judge Woodlock:

    I am writing to inquire about the status of this litigation, including the status of the claim construction issues and the ability of the parties to begin discovery.

    By way of context, this action was filed on May 28, 2004.  The Court entered an initial scheduling order on December 15, 2004 which set a schedule for claim construction and limited discovery to that issue.  In essence, virtually all discovery was stayed.

    The Court held a claim construction hearing on April 27, 2005.  At the conclusion of that hearing, the parties were informed that a schedule for discovery would be set after the decision on the claim construction was issued – which would occur shortly.  Until that date, the parties were informed that they should not proceed with discovery.

    The case has now been pending for over sixteen (16) months and essentially no discovery has occurred.  Defendants continue to infringe Plaintiff's patent and are severely damaging and irreparably harming Plaintiff.  Plaintiff respectfully requests that fact discovery commence so that the case may proceed.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

BOSTON | WASHINGTON | RESTON | NEW YORK | STAMFORD | LOS ANGELES | LONDON

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

Honorable Douglas P. Woodlock
October 7, 2005
Page 2

    Thank you for your consideration of this letter.

                            Yours very truly,

                            H. Joseph Hameline

cc:    Nelson Apjohn, Esquire
        Darryl M. Woo, Esquire

LIT 1544833v.1