IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                )
SKYLINE SOFTWARE SYSTEMS, INC.,  )
            Plaintiff,                          )
                                                )
v.                                              )         CIVIL ACTION NO.  04-11129-DPW
                                                )
KEYHOLE, INC. and GOOGLE, INC.,   )
            Defendants.                         )
_____)


**PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S MOTION
FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMIT**


In accordance with Local Rule 7.1(B)(4), Plaintiff Skyline Software Systems, Inc. ("Skyline") requests leave to file a Memorandum in Support of its Motion for a Preliminary Injunction ("Supporting Memorandum") that exceeds twenty (20) pages in length.  In support of this Motion, Skyline states that its Supporting Memorandum contains an explanation of both the patented and infringing technology at issue in Skyline's Preliminary Injunction Motion, as well as the evidentiary and legal support necessary to support Skyline's Motion.  Moreover, the test for a preliminary injunction contains numerous factors, all of which required briefing by Skyline in its Supporting Memorandum.  Skyline was unable to adequately brief these topics and factors within the twenty page limitation set by the Court.

WHEREFORE, Skyline requests that this Motion to file a memorandum in excess of twenty pages be allowed.

Respectfully submitted,

SKYLINE SOFTWARE SYSTEMS, INC.,

By its attorneys,

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO# 218710
Mintz, Levin, Cohn, Ferris
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel.  (617) 542-6000
Fax   (617) 542-2241
hhameline@mintz.com

Dated: January 4, 2006

## LOCAL RULE 7.1(A) (2) CERTIFICATION

Prior to filing this motion, counsel for Plaintiff contacted counsel for Defendants by telephone in an attempt to resolve this matter, and **counsel was unable to resolve or narrow the issues raised by this Motion**.

Dated:  January 4, 2006

/s/ H. Joseph Hameline
H. Joseph Hameline

### Certificate of Service

I hereby certify that on January 4, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO #  218710

LIT 1554912v1