# E X H I B I T   A
## TO
## SKYLINE SOFTWARE SYSTEMS, INC.'S
## MOTION FOR PRELIMINARY INJUNCTION

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | CIVIL ACTION NO.  04-11129-DPW |
|  | ) | |
| KEYHOLE, INC. and GOOGLE, INC., | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Skyline Software Systems, Inc.'s ("Skyline") Motion for a Preliminary Injunction pursuant to FED. R. CIV. P. 65, its Memorandum in Support of its Motion for a Preliminary Injunction, and the supporting declarations of Aharon Yaron, Terry Keating, and H. Joseph Hameline, Esq., the Court finds that:

(1) there is a reasonable likelihood that Skyline will prevail on its patent infringement claims against Defendants Keyhole, Inc. and Google, Inc. (collectively, "Defendants");

(2) there is a reasonable likelihood that the patent asserted against Defendants in this case, U.S. Patent No. 6,496,189, is valid;

(3) Skyline will suffer irreparable and substantial injury unless preliminary injunctive relief is granted;

(4) the balance of the hardships absent an injunction tips decidedly in Skyline's favor; and

(5) the public interest is served by the enforcement of Skyline's patent rights.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(1) Defendants are enjoined from making, using, selling, or offering for sale, the accused Google Earth products, including Keyhole's EarthStream technology, Keyhole 2 LT, Keyhole 2 PRO, Keyhole 2 EC, Keyhole 2 NV, Keyhole 2 FUSION LT, Keyhole 2 FUSION

PRO, and Server, as well as Google Earth, Google Earth Plus, Google Earth Pro, and Google Earth Enterprise Solution (including Google Earth Fusion, Google Earth Server, and Google Earth Enterprise Client "EC."

   (2) Defendants are further enjoined from releasing any new products, product update, product upgrades, or product services during the period of the injunction, which incorporates the technology at issue in this action.

   (3) This Order is binding on all parties to this action, their officers, agents, servants, employees and attorneys, and upon those persons in active concert or participation with them who receive actual notice of the Order by personal service or otherwise.

              SO ORDERED.

              _____
              Woodlock, D.J.

Dated: January __, 2006.

LIT 1555766v.1