# EXHIBIT 1






You are in the: ClickZ Network



## ClickZ News
**Formerly Internet Advertising Report**

print this article | e-mail a colleague

# Google Adds Mapping Technology
> > >   ClickZ News

By Kevin Newcomb | October 27, 2004



Google today added to its search technology holdings with the acquisition of digital mapping company Keyhole Corp, a move that has implications for its local search strategy and marks the company's expansion into subscription-based services. Financial terms were not disclosed.

About
Advertise
Conferences
Contact
Custom Events
E-mail Offers
FAQ
Feedback
Images
Research
Write for ClickZ

"This acquisition gives Google users a powerful new search tool, enabling users to view 3D images of any place on earth as well as tap a rich database of roads, businesses and many other points of interest," said Jonathan Rosenberg, Google's VP product management, in a statement.

Keyhole's software will display an image of any address in the world, according to Google, with data drawn from a 12-terabyte database of mapping information and images collected from satellites and airplanes.



SKY00042

washingtonpost.com

**This opportunity knocks only every four years.**

Internet.commerce

Partners & Affiliates
Discount Hotel Rooms
Domain Registration
Online Booking
Hotels
Cheap Memory
Computer Accessories
Register Domain Name
Domain registration
Online Degrees
Calling Cards
Cheap Web Hosting
Digital Camera
Dental Insurance

Newsletter Sign Up

**Subscribe to ClickZ News Daily**
☐ HTML  ☐ Text
my@email
SIGN UP

Click for More Newsletters

The interactive software then gives users the ability to zoom in from space-level to street-level, tilt and rotate the view or search for other information such as hotels, parks, ATMs or subways.

"With Keyhole, you can fly like a superhero from your computer at home to a street corner somewhere else in the world -- or find a local hospital, map a road trip or measure the distance between two points," Rosenberg said.

Keyhole offers consumer, professional, and enterprise versions of its software. Consumer and professional versions use Keyhole's database for mapping information. The professional version adds advanced measuring, printing and data display capabilities to the basic mapping and image manipulation features in the consumer version. The enterprise version allows users to add data, deploy the application across an enterprise, or stream a digital Earth model to multiple desktops.

Google has reduced the price of an annual subscription to the consumer version, Keyhole 2 LT, from $69.95 to $29.95. It also offers a 7-day free trial.

During its recent investor conference call, Larry Page, Google's president of products, spoke of the company's goal of indexing the word's information, and hinted that it would continue to move beyond traditional search applications, as it did with its recent expansion of Google Print, which indexes content from books, its cell phone-based SMS search, and its desktop search product.



**How to Select a Search Marketing Partner**

March 22, 2005
2:00pm EST,
11:00am PST

presented by:
Jupiterwebinars

sponsored by:
iProspect

Free to qualified professionals

"Our technologies will significantly expand the definition of search and the scope of our business," Page said on the call.

On that same call, Eric Schmidt, Google's CEO, put aside any speculation that the company had plans to pursue a portal strategy. "We are very much not a portal. We look at each piece of what an end user may need in this emergent online world, and we try to build the best one," Schmidt said.

print this article | e-mail a colleague

**ClickZ ClickZ News Archives**

SKY00043

 **Don't miss the next ClickZ News column. Subscribe and receive full text columns in your inbox!**
 Subscribe   Unsubscribe

| your@email | Send |



"Marketers need a 360° view of their online campaigns."
— Robert Blumstein, IDC

Download

How are we doing? Send us feedback!.
Having trouble? Tell us about technical questions or bug reports.
Let us know about newsletter problems or issues.
**XML RSS** Receive news and information via ClickZ XML/RSS feeds. Click here to see the list.

**JupiterWeb networks:**

 | **⊕EARTHWEB** |  | **ClickZ**

**Search JupiterWeb:** [                    ] [search]

Jupitermedia Corporation has four divisions:
JupiterWeb, JupiterResearch, JupiterEvents and JupiterImages

Copyright 2004 Jupitermedia Corporation All Rights Reserved.
Legal Notices, Licensing, Reprints, & Permissions, Privacy Policy.

Jupitermedia Corporate Info | Newsletters | Tech Jobs | E-mail Offers

SKY00044

Silicon Valley/San Jose Business Journal - October 27, 2004
http://sanjose.bizjournals.com/sanjose/stories/2004/10/25/daily27.html

**SILICON VALLEY / SAN JOSE**
**BusinessJournal**

## LATEST NEWS

October 27, 2004

### Google buys digital mapping company

Internet search engine company Google Inc., of Mountain View, says it's bought Keyhole Corp., a Mountain View-based digital mapping company. Financial terms of the deal were not disclosed.

"This acquisition gives Google users a powerful new search tool, enabling users to view 3D images of any place on earth as well as tap a rich database of roads, businesses and many other points of interest," says Jonathan Rosenberg, vice president of product management for Google, in a written statement.

According to Google (NASDAQ: GOOG), users enter an address or other location information and Keyhole's software accesses the database and takes them to a digital image of that location on their computer screen. The interactive software then gives users options including the ability to zoom in from space-level to street-level, tilt and rotate the view or search for other information such as hotels, parks, ATMs or subways.

Unlike traditional mapping technologies, Keyhole creates a dynamic 3D interface for geographic information.

© 2004 American City Business Journals Inc.

→ Web reprint information

*All contents of this site © American City Business Journals Inc. All rights reserved.*

SKY00045