# **EXHIBIT 2**

Google Unfolds 3D Mapping Acquisition        Page 1 of 4

**Sponsored Links**

| Aerial Photos Of All USA | Aerial Images | Free Google Searchbox | Texas Registered Sur |
|---|---|---|---|
| Quality Aerial & Satellite Images Memberships Start At Only $19.95! | Satellite Images, Aerial Photos GIS, CAD and Mapping solutions | Use Easy To Install Searchbox - Earn Revenue With Relevant Ads. | JB Davies has served in Fo and across Texas since 19! |



Regional News: Boston | D.C.| New York | Silicon Valley   More Tech News: Newslin;

you are in:
Internetnews.com » Ecommerce

Search News

COMMAND YOUR SAN! Only McDATA SANavigator software simplifies SAN management. Installs in minutes! Request your FREE 30-day trial today.

## *Ecommerce*

October 27, 2004
**Google Unfolds 3D Mapping Acquisition**
By Colin C. Haley and Susan Kuchinskas

**UPDATED:** Augmenting its technology assets and pushing into subscription services, Google (Quote, Chart) announced today that it has acquired digital mapping specialist Keyhole for an undisclosed sum.

Keyhole's product combines a multi-terabyte database of mapping data and images collected from satellites and planes with easy-to-use software. It's aimed at consumers as well as businesses and public agencies.

Users enter an address and Keyhole's software accesses the database and presents a digital image of that location on their screen. The program then gives users many options, including the ability to zoom in from space-level to street-level, tilt and rotate the view or search for hotels, parks, ATMs or subways.

Unlike traditional mapping technologies, Keyhole creates a dynamic 3D interface for geographic information.

"The mission of Keyhole has been to organize information about the earth. We're committed to making the product better, backed by the

SKY00046

resources of Google," said John Hanke, former CEO of Keyhole. Hanke will become general manager of Google's Keyhole group; Noah Doyle, former director of strategic marketing, will become market development manager for the group.

Hanke said Keyhole has its own search technology that lets users search for an address or business. Keyhole's software accesses the database and presents a digital image of that location on their screen. The program then gives users many options, including the ability to zoom in from space-level to street-level, tilt and rotate the view or search for hotels, parks, ATMs or subways.

"You can type in an address and 'fly' to it," he said. Users can also search for a specific restaurant or hotel. These are not paid placements, according to Hanke, but listings generated through a variety of databases.

"It's very simplistic search relative to the kinds of things Google does," he said.

While Hanke couldn't comment on whether Google search could be applied to Keyhole's databases, "Something like that is possible," he said.

Theoretically, users could employ Google.com's local search to find a local business and receive not only the address but a 3D representation of its location. "Generally, that's the idea," Hanke said.

Keyhole's technology could presumably be combined with Google local search and Google's Adwords keyword advertising service to enable marketers to bid to appear when Keyhole users searched a location or for a competitive business.

Hanke said he could not share future plans about advertising.

Google also announced a price cut for Keyhole 2 LT, from $69.95 to $29.95. It's also offering a free seven-day trial. A business subscription version is sold at $599 per year. The company's 10,000 customers will not experience any disruption in service, Google said.



To everyone who's been waiting for the right tim[e] to buy a color printer: Start shopping

CDW

**Color printing is finally affordable**
There's never been a better time to buy a color printer. The average cost has dropped 40% while print speeds have increased 200%!

Starting at $399.99*
*after MFR mail-in rebate



SKY00047

Keyhole was founded in 2001. It's privately held and received its initial backing from Sony Broadband. Later it received funding from In-Q-Tel, an investment arm of the Central Intelligence Agency.

The firm's technology has been used by the National Imagery and Mapping Agency as well as CNN, which uses it to augment its reporting of the war in Iraq. The product is also used in the real estate and insurance industries as well as intelligence services.

During its recent investor conference call, Larry Page, Google's president of products, spoke of the company's goal of indexing the word's information, and hinted that it would continue to move beyond traditional search applications, as it did with its recent expansion of Google Print, which indexes content from books, its cell phone-based SMS search, and its desktop search product.

"Our technologies will significantly expand the definition of search and the scope of our business," Page said on the call.

*Material from Jupitermedia's ClickZ contributed to this report.*

 



**Related Articles**
- Investors Get First Look at Google
- Google Search Hits The Desktop
- Google Catches Up To Yahoo
- Are You Google Employee Material?
- Google as Browser?
- In-Q-Tel Sounds Call to 'IT Warriors'

**For more stories on:**

| Intel Sony Google | Go! |



**Most Popular**
- Banner Ads Serving Up MyDoom
- Java Virus Jumps Out of Sandbox
- IBM Flies Into Aerospace Electronics
- Skulls Hit Symbian Phones
- XAML Tidbits Previewed in Microsoft's Avalor

**Stats**
- The Blogosphere By the Numbers
- E-Commerce Boom is in the Numbers
- Content Surges to Lead U.S. Web Use
- Spam Spikes This Holiday Season
- Online Shopping Season a Target For Fraud

### Ecommerce Archives



**Recent Headlines**

**Ecommerce News**
- Plaxo Keeping Contacts in Sync
- FDA Prescribes RFID for Drug Safety
- House Approves Internet Access Tax Ban
- E-Commerce Boom is in the Numbers
- MSN Renews with Overture -- For Now

**More News...**

**Top Stories**
- Shrinking Solaris
- IBM Holds Server Sale Lead
- Microsoft, EU Officials in Procedure Meeting
- Job Cuts Coming at Cingular
- Acquisitions to Fuel New CA Engine

**More News...**

Google Unfolds 3D Mapping Acquisition                                    Page 4 of 4

| Sponsored Links | | | |
|---|---|---|---|
| **UK aerial photographs**<br>Aerial photos of the UK to download or as prints from only £24.95. | **Hedges Aerial Surveys**<br>Vert. & Obl. Aerial Photography 9" x 9" Format | **Digital Mapping & Imaging**<br>Cutting edge technology services Topographic mapping, ortho images | **Make Money from Ho**<br>Get started right now quick Complete package ready to |

Contact internetnews.com staff

---

JupiterWeb networks:

   

Search JupiterWeb:  [                    ]  

Jupitermedia Corporation has four divisions:
JupiterWeb, JupiterResearch, JupiterEvents and JupiterImages

Copyright 2004 Jupitermedia Corporation All Rights Reserved.
Legal Notices, Licensing, Reprints, & Permissions, Privacy Policy.

Jupitermedia Corporate Info | Newsletters | Tech Jobs | E-mail Offers

SKY00049