# EXHIBIT 3

 A 3D interface to the planet

Google Earth Home
Downloads
Products
**Industries**
Support

## Make location related decisions better and faster

Google Earth makes businesses and governments more effective and efficient across a wide range of applications. From commercial real estate site selection to homeland security disaster response, Google Earth helps make location related decisions better and faster.


View larger image
Downtown San Diego is one of 38 U.S. cities available in 3D.

 **Commercial Real Estate**
Site selection to investment

 **Residential Real Estate**
Marketing properties to finding the perfect match for any buyer

 **Architecture/Engineering**
Site surveying to fly-through presentations

 **Insurance**
Underwriting to claims management

 **Media**
Location context for world events to research and fact checking

 **Federal/NGO**
Environmental monitoring to resource management

 **State & Local**
Urban planning to infrastructure maintenance

 **Homeland Security**
Incident planning to emergency response

 **Defense/Intelligence**
Situational awareness to intelligence gathering and analysis

 **More**
Asset Tracking to security and navigation applications

### Google Earth for your business

Google Earth Pro is the version for commercial use.

- Learn more
- 7-day free trial

Google Earth Enterprise Solutions are also available.

- Learn more.
- Have a salesperson contact me.



©2005 Google - Google Home - About Google