**EXHIBIT 4**

# LookSmart

**Top 10 FREE downloads**

ALISTAIR FOSTER

1. AD-AWARE SE PERSONAL EDITION

When you're surfing the Net, various devious companies will plant advertising and tracking files in your computer to monitor what you're up to. Many reviewers say Ad-Aware is the best for scanning your system and clearing it of these rogue files, allowing you more privacy on the internet. This program is able to scan every last bit of your machine, including the RAM and the registry, and is one of the most popular freebies on the Net with more than 200 million downloads worldwide.

www.lavasoft.de/default.shtml.en

2. ZONEALARM

This programme has four features to protect your broadband connection from hackers. It has a firewall that acts like a door to your computer, where you can let in only the traffic you want.

The Internet Lock blocks internet traffic while your computer is unattended and the Application Control lets you decide which programmes are allowed access to the net. Zones let you monitor all broadband activity, making this an excellent addition to the security of your PC.

www.zonelabs.com

3 CCLEANER

This tool will sweep clean your PC of rubbish, allowing it to run faster and more efficiently. It does this by removing unused and temporary files from your system, giving you more hard-disk space, and it even checks your registry. You will be surprised at how much junk can accumulate on your machine, and as far as free programmes go, this is the best one to give yours a well-deserved spring clean. We'll let you guess what the first C in CCleaner stands for.

www.ccleaner.com

4. AVAST HOME EDITION

Many critics say this hugely popular anti-virus software is just as effective as the big guns Norton and McAfee, which will each set you back Pounds 50. Its easy interface allows you to choose what part of your computer you want to scan and it will also check your emails for viruses. It can detect if any hackers try to get into your PC and also protects you when using file-sharing programmes like Kazza. Free updates are available as and when new threats are identified.

www.avast.com/eng/down_home.html 2 3 4

5. IRFAN VIEW

Considering the huge costs of picture-editing software - the bare basic version of Adobe Photoshop is still Pounds 60 - Irfan View provides an excellent alternative. The program lets you open and edit images, as well as multiple media formats. You can cut and crop images, apply batch conversions, add, sharpen or blur effects, create panoramas, and change colour modes easily. It offers all of the features most home users could ever need - and, of course, it's completely free.

www.irfanview.com

6. WORDWEB

If you haven't got Microsoft Word and need a dictionary and thesaurus on your computer, then you'll be pleased to know there is one

available for free. WordWeb can be used to look up words from almost any program. In addition to displaying definitions and synonyms, WordWeb can also find sets of related words. The database has more than 150,000 root words and 118,000 synonym sets, and provides a handy way of looking up spellings without going online.

http://wordweb.info/free/

7. ALL-IN-ONE SECRETMAKER

This hugely popular program has been downloaded more than 15 million times since it was released two weeks ago. It combines a host of privacy and security tools including Security Watchdog, Intruder Blocker, Spam Fighter, Popup Blocker, Banner Blocker, Movie Blocker, Privacy Protector, History Cleaners, Worm Hunter, and Cookie Eraser. The best of its many features is NetBIOS protection which stops tracking companies from identifying you.

www.secretmaker.com

8. JETAUDIO BASIC

Not only does this program play various music and video files, it also has features such as CD burning, recording, and conversion to other file formats.

You can also create your own internet broadcast by using JetCast, included within the software. Sound files can be edited with effects like wide, reverb, and x-bass, the speed of playback can be altered and there is a cross-fading function for wannabe DJs. It can also search for lyrics for the songs you're playing.

www.jetaudio.com/download/



9. GOOGLE EARTH This amazing tool puts a planet's worth of imagery and maps right on your desktop. Zoom in on satellite images of anywhere on the planet and look up points of interests like restaurants, hospitals, and schools. You can fly from space right into your neighbourhood and get driving directions, tilt and rotate views to see 3D terrain and buildings and add your own annotations. It is a demanding program though, and PCs older than four years may not be able to handle it very well.

http://earth.google.com/

10. WEBSHOTS DESKTOP

If you're one of the millions of people obsessed with wallpaper and screensavers, then Webshots Desktop will pander to your every need. It is a photo-management application that combines wallpaper and screensaver functionality with tools for managing and sharing your own personal photos.

Webshots members can browse the world's largest photo network and use one of the internet's best photo searches.

Essential for the well-dressed PC.

http://www.webshots.com/samplers/

The best of the rest

AVG ANTI-VIRUS FREE EDITION: anti-virus programme that doesn't put too much strain on your system like others can, with free updates from the publishers.

free.grisoft.com

TRILLION.1: lets you use all of your chat accounts, like MSN and Yahoo Messenger, in one programme and has more than 40m users worldwide.

www.ceruleanstudios.com

WINAMP: similar to iTunes that lets you organise your files, burn CDs and get access to internet, TV and radio stations. www.

Case 1:04-cv-11129-DPW    Document 64-5    Filed 04/04/2006    Page 4 of 4

winamp.com

XNVIEW: easy-to-use programme that provides a number of helpful tools for working with digital photos and allows you to read and convert over 400 different file types.

www.xnview.com

DOWNLOAD ACCELERATOR PLUS: this will speed up your download times, resume interrupted downloads and is recognised by all the top anti-virus brands.

www.speedbit.com

(c)2005. Associated Newspapers Ltd.. Provided by ProQuest Information and Learning Company. All rights Reserved.