**EXHIBIT 5**

# Google™ Press Center

- Home
- About Google
- **Press Center**
  - Media Resources
  - News from Google
  - Images and B-roll
  - Awards
  - Permissions
- Products & Technology
  - Product Descriptions
  - Reviewer's Guides
- Related Product Info
  - Google Labs
  - Software Principles
- Related Corporate Info
  - Milestones
  - Executive Bios
  - Governance
  - Privacy Policy
- Investor Relations

Find on this site:
[ Search ]

## Industry Awards and Accolades for Google

**Popular Science - Best of Computing 2005**
Google Local (NOVEMBER 2005)

**CHIP Online User's Pick Award**
Google Earth (JULY 2005)

**CHIP Online 5-Star Award**
Most popular download: Google Earth (JULY 2005)



**PC Magazine Editors' Choice Award**
Best Browser Toolbar: Google Toolbar 3.0 (JULY 2005)
Best Browser Toolbar: Google Toolbar (MAY 2005)

**BtoB Magazine's Media Power 50**
No. 2 business-to-business media property (MAY 2005)



**9th Annual Webby Awards**
Webby Award: Best Practices (MAY 2005)
People's Voice Award: Best Practices (MAY 2005)
People's Voice Award: Best Navigation/Structure (MAY 2005)

### 2004

**World Technology Awards**
Best Marketing Communications (DECEMBER 2004)



**Best of DigitalLife 2004 Award**
Best PC Utility: Google Desktop (OCTOBER 2004)

**PC Plus Editor's Choice Award**
Best Search Engine (AUGUST 2004)

**PC World's World Class Awards 2004**
Best Search Engine (JUNE 2004)

**PC Magazine's Top 100 Classics**
Classic Search Site (JUNE 2004)

**8th Annual Webby Awards**
Webby Award: Best Practices (MAY 2004)
People's Voice Award: Best Practices (MAY 2004)
Webby Award: Services (MAY 2004)
People's Voice Award: Services (MAY 2004)



**Second Harvest Food Bank**
Corporate Champion Trophy (APRIL 2004)

**2003 Search Engine Watch Awards**
Outstanding Search Service (FEBRUARY 2004)
Best News Search Engine (FEBRUARY 2004)
Best Image Search Engine (FEBRUARY 2004)
Best Design (FEBRUARY 2004)
Most Webmaster Friendly Search Provider (FEBRUARY 2004)
Best Paid Placement Service (FEBRUARY 2004)
Best Search Toolbar (FEBRUARY 2004)
Best Search Feature (FEBRUARY 2004)



**Brandchannel**
Global Brand of the Year (FEBRUARY 2004)



## 2003

**com! OnlineStar 2003**
Best Search Engine (OCTOBER 2003)



**Premio WWW 2003**
Best Usability Award (SEPTEMBER 2003)

**Firstsfind Internet Awards 2003**
Best Search Engine (SEPTEMBER 2003)

**Company of the Year - AlwaysOn**
Company of the Year (JULY 2003)

**2003 Brand Keys Customer Loyalty Awards**
Brand Keys Customer Loyalty Award (JUNE 2003)



**7th Annual Webby Awards**
Webby Award: News (JUNE 2003)
People's Voice Award: Technical Achievement



**MediaStreet Awards**
Best Website (JUNE 2003)

**2003 BtoB Magazine Media Power 50**
No. 3 Media Property (MAY 2003)

**Brandchannel**
Brand of the Year (FEBRUARY 2003)

**Pandecta Magazine Awards**
Best Search Engine (FEBRUARY 2003)

**2003 ClickZ Marketing Excellence Awards**
Best Paid Search Program (FEBRUARY 2003)



**4th Annual Wired Rave Awards**
Business People of the Year (JANUARY 2003)



**2002 Search Engine Watch Awards**
Outstanding Search Service (JANUARY 2003)



**The Pandia Awards 2002**
Best Search Site (JANUARY 2003)



## 2002

**Future UK Internet Awards 2002**
Best Search Engine/Directory (DECEMBER 2002)



**EContent 100 2002**
(NOVEMBER 2002)



**Premio WWW 2002**
Best Search Engine (NOVEMBER 2002)

**San Francisco Business Times 2002 HotTech Awards**
The Crowd Pleaser (OCTOBER 2002)



**IDGNow! Internet Awards**
Best Search Engine (SEPTEMBER 2002)



**Linux Journal 2002 Editors' Choice Awards**
Best Website (AUGUST 2002)



**Enterprise Systems**
Top 100 Power Picks (JULY 2002)



**12th Annual Software Development Jolt Awards**
Product Excellence Award (JULY 2002)



**6th Annual Webby Awards**
Best Practices (JUNE 2002)
Best Practices - People's Voice
Technical Achievement - People's Voice




**PC World's World Class Awards 2002**
Internet Product of the Year (JUNE 2002)
Best Search Engine



**M.I.T. Sloan eBusiness Award**
M.I.T. Students' Choice (APRIL 2002)



**Russian Online TOP**
Best Foreign Web Site of the Year (APRIL 2002)

**2001 Search Engine Watch Awards**
Outstanding Search Service (FEBRUARY 2002)
Best Image Search Engine
Best Design
Most Webmaster Friendly Search Engine
Best Search Feature



**Scripting News Awards for 2001**
Best Weblog Utility/Distraction (JANUARY 2002)



**PC Magazine**
Top 100 Web Sites (OCTOBER 2001)

**com! online**
German OnlineStar 2001 Award (OCTOBER 2001)

**2001 Webby Award**
Best Practices (JULY 2001)

**PC World's World Class Awards 2001**
Best Search Engine (MAY 2001)

**The Industry Standard's Net 21**
Monika Henzinger: The Sage of Search (MAY 2001)

**Basex Excellence Award**
Knowledge Management (MAY 2001)

**Premi Cambrescat Internacional**
Best Business Initiative on the Internet (MAY 2001)

**The Net Awards 2001**
Best Site (MAY 2001)
Best Search Engine (MAY 2001)

**Forbes Favorite**
Best of the Web (MAY 2001)

**The Pandia Award**
Best All-round Search Site (MARCH 2001)

**PC Magazine**
Top 100 Web Sites: Search and Reference (MARCH 2001)

**Mobility Award 2001**
Technical Achievement of the Year, Honorable Mention (FEBRUARY 2001)

**Search Engine Watch**
Outstanding Search Service (JANUARY 2001)
Most Webmaster Friendly Search Engine (JANUARY 2001)

### 2001

**PC Magazine**
Top 100 Web Sites (OCTOBER 2001)

**com! online**
German OnlineStar 2001 Award (OCTOBER 2001)



**2001 Webby Award**
Best Practices (JULY 2001)



**PC World's World Class Awards 2001**
Best Search Engine (MAY 2001)



**The Industry Standard's Net 21**
Monika Henzinger: The Sage of Search (MAY 2001)



**Basex Excellence Award**
Knowledge Management (MAY 2001)

**Premi Cambrescat Internacional**
Best Business Initiative on the Internet (MAY 2001)



**The Net Awards 2001**
Best Site (MAY 2001)
Best Search Engine (MAY 2001)



**Forbes Favorite**
Best of the Web (MAY 2001)



**The Pandia Award**
Best All-round Search Site (MARCH 2001)

**PC Magazine**
Top 100 Web Sites: Search and Reference (MARCH 2001)



**Mobility Award 2001**
Technical Achievement of the Year, Honorable Mention (FEBRUARY 2001)




**Search Engine Watch**
Outstanding Search Service (JANUARY 2001)
Most Webmaster Friendly Search Engine (JANUARY 2001)



### 2000

**Yahoo Internet Life**
100 Best Sites for 2001 (DECEMBER 2000)



**PC Magazine**
Editors' Choice (NOVEMBER 2000)

**PC Magazine**
Best Internet Innovation (NOVEMBER 2000)

**WIRED Readers Raves**
Most Intelligent Agent (OCTOBER 2000)



**Technologic Partners**
Top 10 Investors' Choice (SEPTEMBER 2000)

**PC World**
"Best Bet" Search Engine (SEPTEMBER 2000)

**Forbes**
Best of the Web (SEPTEMBER 2000)

**CNET**
Editors' Pick (AUGUST 2000)

 

**PC World Magazine**
Best of the Web 2000 (AUGUST 2000)

**Internet World**
25 Shapers of the Net (AUGUST 2000)

**Yahoo! Internet Life**
10 Internet Essentials (JULY 2000)

**ID Magazine**
Silver Award, Interactive Media Design (JUNE 2000)

**The Webby Awards**
Best Technical Achievement (MAY 2000)



**The Webby Awards**
People's Voice Awards (MAY 2000)

**Upside Magazine**
Upside's Hot 100 Private Companies (MAY 2000)

**TIME Digital**
Top 10 Sites (MAY 2000)

**PC Magazine**
Top 100 Web Sites: Search Engines (APRIL 2000)

**The Net**
Best Search Engine (MARCH 2000)

**San Francisco Chronicle**
Best of the Web 2000 (MARCH 2000)

**Interactive Week**
25 Unsung Heroes of the Net (MARCH 2000)

**Yahoo! Internet Life**
Best Search Engine on the Internet (JANUARY 2000)

**Smart Computing Magazine**
50 Hot Technologies (JANUARY 2000)

**About.com**
Top Ten of 1999 Best of the Net (JANUARY 2000)

**Wall Street Executive Library**
Best of the Net (JANUARY 2000)

---

### 1998-1999

**TIME Magazine**
Top Ten Best Cybertech of 1999 (DECEMBER 20, 1999)

**PC Magazine**
Technical Excellence Award for Web Applications (NOVEMBER 1999)

**P.O.V. Magazine**
Top 100 Web Sites (NOVEMBER 1999)

**PC Magazine**
Top 100 Web Sites: Search Engines (NOVEMBER 17, 1999)

**Shift Magazine**
100 Best Web Sites (NOVEMBER 1999)

**USA TODAY**
Hot Site (SEPTEMBER 1999)

**PC Magazine**
Top 100 Web Sites: Search Engines (DECEMBER 1998)



©2005 Google - Home - About Google - We're Hiring - Site Map