# EXHIBIT 6

www.chip.de

# Google Earth



**Vom All aus bis zur Heimatstadt zoomen, der digitale Globus machts möglich. Neue Version von Google Earth zum Download!**

**Fotostrecke: Google Earth**

Google Earth stellt Satelliten- und Luftaufnahmen in hoher Auflösung, Erhebungsdaten und Overlayinformationen über Städte und Geschäftszweige zusammen und liefert so tolle 3D-Karten von vielen Bereichen der Erde.

Google Earth kann zudem als Streckenplaner verwendet werden. Geben Sie einfach Start- und Zielpunkt ein und schon berechnet das Programm eine detaillierte Route für die Reise.

Die aktuelle **Beta-Version 9** von Google Earth bietet eine verbesserte Bildqualität bei Overlays; zusätzlich wurden einige Bugs gefixt. Eine genaue Auflistung aller Änderungen zur Vorgängerversion finden Sie auf der Produkt-Webseite. Diese Ausgabe kann einfach über eine vorhandene Version von Google Earth installiert werden.

**Kostenpflichtige Versionen mit mehr Features**
Der Hersteller bietet eine erweiterte Pro-Version (7-Tage-Demo) der Software an, die neben GPS-Unterstützung eine bessere Auflösung und einiges mehr an Zusatzmaterial bietet. Um die Plus-Variante zu erhalten, müssen Sie die hier angebotene Gratis-Ausgabe über »Help« | »Upgrade« updaten.

**DOWNLOAD INFOS**

| | |
|---|---|
| Download: | Google Earth |
| Version: | 3.0 Beta 9 #0762 |
| Sprache: | Englisch |
| Downloadzahl: | - |
| Autor: | Google |
| Betriebssystem: | Win 2000 Win XP Win 2003 Server |
| Dateigröße: | 11.3 MByte |
| Kategorie: | Sonstige Unterhaltung |
| Softwareart: | Freeware |
| Kaufpreis: | - |
| Erster Eindruck: | ◨◨◨◨◨ |
| Erschienen am: | 19.11.2005 |

© CHIP Online