**EXHIBIT 8**

NewsFactor Enterprise I.T. Sites: Top Tech News | CIO | Wireless | Security | Data Storage | Windows | Linux/Open Source | BPM | C



HOME   NEWSLETTERS



FIND:

**November 24, 2004**
**Updated Daily**

## Business News for Technology Leaders

### Google Buys Digital Mapping Company

Business Report ▼
Home
Business
E-Commerce

Top Tech News ▼
Home/Top News
Enterprise
Databases
Hardware
Enterprise Security
Data Management
Mobile Enterprise
Mac
Tech Jobs
Tech Trends
E-Commerce
Internet Life



By Robin Arnfield
CIO Today
October 27, 2004 6:06PM

Google has purchased digital-mapping company K supplies online satellite maps. Users of the service street views and search for specific locations. Goo the price of the service from $69.95 to $29.95 a yea

● con

[advertisement]

Covad business-class VoIP truly integrates voice and data. It is managed w based dashboard that allows you to easily manage all of your communicati single source. Implementation is easy, using it is incredibly simple, and ma dream come true. Call for your free Covad VoIP assessment today: 877-8C

Google ℗ has bought Keyhole, a U.S.-based digital mapping company.

Free Newsletters

☑ Top Tech News

☑ CRM Alert

☑ Wireless Industry Alert

☑ Top CIO News

☑ Enterprise Security Report

☑ Data Storage Report

Keyhole provides online satellite maps, which enable users to zoom down to street level for specific locations. Like Google, Keyhole is based in Mountain View, California.

The terms of the acquisition were not disclosed.

**Massive Database**

Keyhole's mapping system contains a multi-terabyte database 📇 of mapping data captured from satellites and airplanes.

▼ advertisement

Single View is helping South African Revenue Service generate $90 million more a month in revenue.

Download the Single View White Paper.

Implementation at SARS was completed in or

SKY00050

Business: NewsFactor Network - Business News for Technology Leaders - Google Buys ...    Page 2 of 5

☑ BPM Industry Alert

☑ Contact Center Industry Alert

your email
[sign up]



"With Keyhole, you can fly like a superhero from your computer at home to a street corner somewhere else in the world -- or find a local hospital, map a road trip or measure the distance between two points," Jonathan Rosenberg, Google's vice president of product management, says in a statement.

**Cut Price**

Google has cut the price of Keyhole's mapping service to US$29.95 a year from $69.95, effective immediately.

"With an Internet connection, a user can enter an address or other location information and Keyhole's software hooks up to a database and takes the user to a digital image of tl a computer screen," the company says in a statement.

Keyhole's 3D interactive software gives users the option to zoom in from s street-level, tilt and rotate the view, or search for other information, such . parks, ATMs or subways.

**Competing with Yahoo**

The acquisition of Keyhole is a sign of the increasing competition in the Internet search engine 🔑 space.

Rival search engine firms Yahoo 🔑 and MSN provide online mapping services on their Web sites, which enable users to zoom down to street-level scale.

"By having a mapping service, Google will be able to compete against Yahoo and the other portals that users go to for maps," Meta Group 🔑 analyst Tim Hickernell told NewsFactor.

**Competitive Questions**

"By lowering the price of the service, Google will make Keyhole attractive to mobile professionals, for example salespeople 🔑 who research a prospect company on Google, then need a digital map so they can make a sales visit. Instead of going to





SKY00051

▼ advertisement

Yahoo for the map, they can stay with Google."

However, he cautions, "I think Google will need to 'dumb down' the user interface for Keyhole, as it is not as easy to use as the other portals' mapping services."



Find out how AMD can make a difference to your company.

Go to www.amd.com/enterprise »

"Keyhole is a different type of product from the HTML-based mapping services," Keyhole chief executive officer John Hanke told NewsFactor. "We don't compete directly with the HTML-based services. Our users have to download a thick client," he explained.

### Google Links

"With the existing form of Keyhole, there are already links to Google searc Hanke said. "If you are using Keyhole and you turn on the 'hotels' link, you specific hotels. You will then get their contact details along with a Google s

"What excited us about the deal with Google was the fact that the product developed could be made available to millions of users. Cutting the price w reach a wider audience."

**Related Stories**
- Why Is Google Worth More than Yahoo? (26-Oct-04)
- Google Phishing Holes Found (22-Oct-04)
- Google Releases Desktop-Search Tool (14-Oct-04)
- Google's Froogle Launches in UK (13-Oct-04)
- Google Print: The Answer to A9.com? (6-Oct-04)

**Latest News & Special Reports**
- Shell Cracks Under Fire from
- Toys 'R' Us May Exit Toy Bu
- Oil Prices Ease as Venezuel
- Mitsubishi and UFJ Merger T
- Alitalia, Unions Talk To Avoi

**Sponsored Links**

- Manage IT Change. Manage the Business. Free white paper.
- Get improved performance with HP Integrity servers.
- Learn about Panda's new appliances for corporate layered protection.
- Learn about Panda's new appliances for corporate layered protection.
- Get a free 2-day DBA online self-study course on Oracle Database 10g.

- Click here for Salesnet's free on-demand CRM test drive.
- Register for a FREE webinar featuring leading BPM experts.
- Avaya supercharges contact centers. Download a Free White Paper.
- Supportforce.com. On-demand customer service from salesforce.com.
- Get a free 2-day DBA online self-study course on Oracle Database 10g.
- Complimentary Sarbox white paper. Download now!
- Learn why five renowned Wall Street firms rely on AMD processors.
- Get the VERITAS Disaster Recovery white paper by DH Brown now!
- Free white paper: Do more with less in customer service.
- Living in L.A.? Click here for Sales, Journalism & I.T. JOBS.

**White Papers**

- Manage IT Change. Manage the Business. Free white paper.
- Siebel's Single View turns customer data into newfound dollars.
- Free Siebel report - turn data into actionable intelligence.
- Avaya supercharges contact centers. Download a Free White Paper.
- Complimentary Sarbox white paper. Download now!
- Siebel's Single View turns customer data into newfound dollars.
- Do More with Less in Customer Service.
- More White Papers...



FIND:

**Navigation**

**NewsFactor Business**
Home | Business | E-Commerce |

**NewsFactor Network Enterprise I.T. Sites**
NewsFactor Top Tech News | Data Storage Today | Wireless NewsFactor | CIO Today
Enterprise Linux I.T. | Enterprise Windows I.T. | Enterprise Security Today

**NewsFactor Network Business Process Management Sites**
BPM Today | CRM Daily | Contact Center Today

**NewsFactor Business and Innovation Sites**
NewsFactor Innovation | NewsFactor Business

SKY00053

**NewsFactor Services**
FreeNewsFeed | Free Newsletters | XML/RSS

About NewsFactor Network | How To Contact Us | Article Reprints | Editorial Corrections | Careers @ NewsFactor | How To A·

© Copyright 2000-2004 NewsFactor Network. All rights reserved.

SKY00054