# EXHIBIT 9



Streaming higher resolution data blocks in the **Skyline product**