**EXHIBIT 10**



Streaming higher resolution data blocks in the **Google Earth** product