# EXHIBIT 11



A 3D interface to the planet

**Google Earth Home**
Downloads
Products
Industries
Support

### Which version of Google Earth is right for you?

|  | Google Earth | Google Earth Plus | Google Earth Pro |
|---|---|---|---|
|  | Free version for home/personal use | Paid version for home/personal use | Paid version for commercial use |
| Price | Free | $20* | $400* |
| Imagery Database | Primary | Primary | Primary |
| Fly from space to anywhere on the planet | ◈ | ◈ | ◈ |
| Search for schools, parks, restaurants, and hotels | ◈ | ◈ | ◈ |
| Get driving directions | ◈ | ◈ | ◈ |
| Tilt and rotate the view in 3D | ◈ | ◈ | ◈ |
| Printing images | 1000 pixels | 1400 pixels | 2400 pixels |
| Drawing tools |  | ◈ | ◈ |
| GPS device data import (read only)** |  | ◈ | ◈ |
| Spreadsheet data import |  | 100 points | 2500 points |
| Support | website only | website, email | website, email, phone |
| Measure area |  |  | ◈ |
| Movie making module*** |  |  | $200 |
| Premium printing module*** |  |  | $200 |
| GIS data importing module*** |  |  | $200 |
| GDT traffic counts data*** |  |  | $200 |
| NRB shopping center data*** |  |  | $200 |

\* subscription-based annual fee
\*\* verified support for Magellan and Garmin devices only
\*\*\* optional add-ons



©2005 Google - Google Home - About Google