# E X H I B I T  13
## PP. 30-59

# Viewer Navigation

The following keystrokes control navigation of the viewer. These controls are activated when mouse focus is in the 3D viewer.

**Table 8: 3D Navigation and Motion Control**

| Command | Keystroke(s) | Effect |
|---|---|---|
| Move Left | Left arrow* | Moves the viewer in the direction of the arrow. |
| Move Right | Right arrow* | Moves the viewer in the direction of the arrow |
| Move Up | Up arrow* | Moves the viewer in the direction of the arrow |
| Move Down | Down arrow* | Moves the viewer in the direction of the arrow |
| Rotate Clockwise | Shift+Right arrow | Rotates the view clockwise |
| Rotate Counter-clockwise | Shift+Left arrow | Rotates the view counter-clockwise |
| Tilt Up | Shift+Up arrow, PgUp key | Tilts the viewer toward "top-down" view |
| Tilt Down | Shift+Down arrow, PgDn key | Tilts the viewer toward "horizon" view |
| Zoom in | + key, either on the numeric keypad or keyboard | Zooms the viewer in |
| Zoom out | - key, either on the numeric keypad or keyboard | Zooms the viewer out |
| Stop Current Motion | Spacebar | When the viewer is in motion, stops movement |
| Reset view to "north-up" | n | Rotates view so that view is north-up |
| Resent tilt to "top-down" view | u | Resets angle to view scene in "top-down" mode |
| Reset tilt and compass view to default | r | Resets angle to view "top-down" and rotates to "north-up" view. Use this feature to orient the globe in the center of the viewer. |

\* Use the Alt key in combination with these keystrokes to move more slowly in the indicated direction.

## Tour Mode Controls

When using touring mode with the Keyhole client, you can use the following keystrokes to control touring behavior. While in touring mode, you can also use the keyboard controls for navigation. These controls are activated when mouse focus is in the 3D viewer.

**Table 9: Tour Mode Controls**

| Command | Keystroke(s) | Effects |
|---|---|---|
| Play | p | Plays the tour or restarts tour after pausing |
| Pause | Spacebar | Stops current motion without stopping the tour. |
| Stop | s | Stops the current tour |

## Tool Window Controls

When the mouse focus is in the My Keyhole tab or in the side bar, the following keystrokes control behavior.

**Table 10: Layer Controls**

| Command | Keystroke(s) | Effect |
|---|---|---|
| Select | Spacebar | Toggles the checkmark of the highlighted item on or off |
| Next | Down arrow | Selects the next item in the list (either folder or placemark) |
| Previous | Up arrow | Selects the previous item in the list (either folder or placemark) |
| Open Folder | Right arrow | If item selected is a folder, opens the folder to display contents |
| Close Folder | Left arrow | If item selected is a folder, closes the folder to hide contents |
| Delete | Delete | Deletes item after confirmation dialog is accepted |



# 3 Searching Locations and Listings

The Keyhole client offers a number of ways to search for general or specific locations or to look up business listings. This chapter discusses how to use the search features of the Keyhole client and how to manage and save your search results.

## Finding Addresses & Locations

There are a number of ways to use the address input to search for a location within the viewer. Your search can be either very broad, or very specific. Each time you use the address input to find a location, the results of that search are saved in the Geocoder Searches sub-folder in the My Keyhole tab.

The Keyhole client offers two ways of searching for an address:

- **Use the destination input window** at the bottom of the Keyhole client



- **Use the Address option** in the Search-Location tab



Keyhole, Inc - Keyhole 2    33

Using the address input or the location input, you can:

- Look Up a Specific Location
- Look Up a Street Intersection
- Look Up an Entire Region
- Find a Location Using Coordinates
- Reverse Address Lookup

## Look Up a Specific Location

You can look up a specific location by entering the exact street address in either address input window. For example:

> 123 My Street, MyTown, MS 11122

If the search is successful, the result is highlighted in the viewer by a dotted square line around the area, and the address is displayed next to the search result.



Other icons and labels also appear in the viewer, depending upon the selections that you have made in the Keyhole - Layers tab. For example, the view above displays a fast food icon, the search result itself, and road data.

> **Tip:** You can repeat your search for specific addresses, and each successful result is highlighted in a similar fashion.

Keyhole, Inc.uses data from external source providers to instantly transport you to your desired location. However, the best databases available can only ensure accuracy of approximately a four-house range.

**Note:** Street-level addresses are available for the U.S. only at this time.

# Look Up a Street Intersection

You can also search a street intersection. This feature is particularly useful when you have in mind a general location of a business, but cannot remember its exact address. Used in conjunction with the dining or retail places in the Layers folder of the Keyhole tab, you can use this feature to find a restaurant, a park, or a type of business.

For example, suppose you want to find a well-known Italian restaurant in San Francisco near Columbus and Broadway. Enter the name of each street, separated by an *and*, as shown below.



After the intersection is highlighted in the results, you can zoom in on the area around the intersection, turn on Dining - Italian in the Layers folder, and find the restaurant.



# Look Up an Entire Region

If you are searching outside of the U.S. or are interested in looking at a larger region, simply enter the name of the city, state, or country that you are interested in. For example, you might enter search criteria for "Paris, France" and view the museums

or parks in the city. Or, you might enter information for Mexico and turn on boundaries to display the geographical boundaries for the country.

**Note:** When entering destination information for an entire country or for an entire state, the resulting view might take you to a level that is more detailed than you desire. Simply use one of the zoom tools to move to a higher viewpoint.

# Find a Location Using Coordinates

You can also use the Location section of the Search tab to find a location by entering geographic coordinates. You can use the following methods to specify the coordinates:

- **Degrees, Minutes, and Seconds (DMS)**
- **Degrees Minutes with Decimal Seconds (DMM)**

  Select the DDMMSS coordinate radio button to enter coordinates in either DMS or DMM notation. The following example shows coordinates entered in DMS notation.



- **Decimal Degrees (DDD)** such as 54.39167"

  Select the Decimal coordinates radio button to enter coordinates in DDD notation. The following example shows the same coordinates entered in DDD notation.



When entering coordinate values, you can specify the latitude value as either north or south of the equator by selecting N or S from the pull-down menu. Similarly, you can select E or W to specify the direction from the meridian for longitude. Alternatively, you can enter a negative value in the input box and that will reverse the indicated direction for that coordinate.

## Reverse Address Lookup

You can use the measure feature in the Keyhole software to obtain an address from a point that you click on in the viewer. This *reverse geocoding* is an approximation of the address based on the latitude and longitude of the selected point. Follow these steps to get an address.

1. Click on the Measure tab in the Tools sidebar.

   The Point tab should be in the foreground. If it is not, click on it to bring it forward.

2. Click on an area in the viewer that you want an address for.

   **Tip:** Because you can use the pan mode to navigate in the viewer while you are in measure mode, you might need to click twice in the viewer until the cursor changes from a full hand to a finger-pointing hand. A small dot appears beneath the place you clicked to indicate the captured point, and the latitude and longitude information updates to reflect the new position clicked on.

3. Click the Get Address button.

   The Address dialog displays the address approximation for the selected point.

   **Note:** As with all the address information in the Keyhole software, the accuracy is restricted to a 100-meter range.

# Finding Business Listings

You can use the business search feature of the Keyhole client to find business listings within the vicinity of the area you are viewing. This section covers how to use this feature.

**Note:** This feature of the Keyhole client is currently only available for U.S. business listings.

## By Category

The most straightforward way to find a business listing in your viewing area is to search by category.

1. Click on the Search tab to display the Business tab. If it is not already active, click on the Business tab.

2. Make sure your viewer encompasses the area you want to search over. If an item you are searching for is outside the borders of the viewer, it will not appear in the search results.

3. Select a category from the pull-down menu and click on the Search button.

   A dialog indicates the number of matching results, which appear in the viewer and in the Business Searches folder in the My Keyhole tab. You can right-click on the icons to get more detailed information about each match. For more information on search results, see "Managing Search Results" on page 40 below.

**Note:** If more than 50 matches come back, only the first 50 are displayed in the area.

## By Name or Keyword

To search for a business listing by name, enter part or all of the business name in the input form beneath the category pull-down. You can enter a complete name of a business if you know it, or enter only a specific keyword that you are looking for.

You can narrow search results by entering a name in the input form in combination with a category, or you can broaden the search results by entering a name and selecting All from the category pull-down.

**Tip:** Searching by keyword is typically more effective when All is selected from the category pull-down.

## Using MetaCarta Text Search

The MetaCarta Geographic Text Search engine is integrated into the Search tab of the Keyhole client. With this feature, you can search for text documents within a geographic context, view the geographic location of the search results within the Keyhole client viewer, and see a more detailed description by clicking on the placemark.

**Note:** This feature is available only for Keyhole EC users.

This section covers the basic process of using the MetaCarta Text Search feature.

1. In the Keyhole client, click on the Search tab and select the Metacarta tab.

2. If no MetaCarta server is specified in the server drop-down list, enter the URL of the MetaCarta server that you want to access, or enter a different one if you prefer.

3. Specify the maximum number of results you want to retrieve from the search by using the Select number of results selector.

4. Enter the keyword or keywords you want to search for and click on the Search button.

The number of results found displays in the window beneath the Search String input and the actual results appear as placemark icons in the viewer. The example below illustrates.



— Number of specified results
— Search string
— Number of actual results found

In this example, the search results appear in the viewer as actual placemarks. By right-clicking on placemark icon, a pop-up dialog presents the first part of the web-based text related to the search. This description includes an HTML link that you can click on to view the detailed document on the World Wide Web.



— Description on right-click

— Matching results

In addition to the search results in the viewer, your MetaCarta search results are also listed in the My Keyhole tab under the Search Results - Metacarta Search Folder,

as shown below. You can expand the folder and click on the result to view the descriptive text in the window beneath the listings.



To clear the search results, click on the **Clear All Searches** button in the search tab.

# Managing Search Results

After each address search, the results are displayed in the Location Searches folder in My Searches folder of the My Keyhole tab. To view those searches, double-click the My Searches folder to expand it, and double-click the Location Searches folder. Each search result has a square box with a check mark in it indicating that the item is highlighted in the 3D viewer. If you have a  number of search results in the same region of the viewer, you will see them highlighted. If the view gets too cluttered by the search results, you can clear a check box next to a search to turn off the highlighting box for that particular result.

Each Business search you perform is saved in the Businesses Searches folder under the My Searches folder in the My Keyhole tab. The elements of the query act as containers for the results of the particular query, as shown in **Figure 1**. Each business search can be expanded to show the individual placemarks retrieved by that query. If you click on a placemark, the address for that placemark appears in the text description box beneath the listings.

**Figure 1: Business Queries and Results**



You can perform multiple business searches and use this listing to view your recent search results.

The rest of this section covers techniques that you can use to more effectively manage the results of searches.

# Saving and Using Recent Searches

Search results are a type of placemark located in the My Searches folder. When you right-click on a search result entry, the following options appear:

- Go to view
- Delete
- Save As...
- Movb to My Places
- Email...

All search results are stored in the My Searches folder only for the current Keyhole session. When you exit the Keyhole client and restart it later, the search results are cleared.

You can save a search result in one of two ways:

- **Move it to your My Places folder**

  To move a recent search item, select it and drag it to the folder that you want to save it to or right-click on it and select Move to My Places from the pop-up menu. The destination folder must be either the My Places folder or a sub-

folder beneath the My Places folder. Once you have moved the search item, you can right-click on it, select Edit... from the pop-up menu, and edit the placemark like you would any entry. See "Editing Placemark or Folder Information" on page 52 of **Using Keyhole Places** for details.

- **Save the search as a file to your computer**

  To save a search item as a file, right-click on the item and select Save As... from the pop-up menu. The item is automatically saved as a KML file in the top-level directory where the Keyhole client is located. You can save the file in any directory on your computer. To view the file later, click on the Open button in the My Keyhole tab and select the desired file.

# Clearing Results

All search results remain displayed in the viewer unless the search listing is cleared or deleted from the Businesses Searches folder. After performing a number of searches, you might want to clear the results from the screen to keep the amount of data displayed on the area to a manageable level. To clear results, click on the Clear All Searches button at the bottom of the Search tab. This clears all search results, including businesses and address searches. When you clear the results from the viewer, the results under the My Searches folder are also cleared.

You can also turn off individual search results simply by clicking on the check mark next to the search item within the My Searches folder. Or, you can right-click on a particular search result and select Delete from the pop-up menu. In this way, you can reduce the number of icons on the screen without removing the actual search result itself.

# Viewing Many Results

Oftentimes a search over a category in a metropolitan area returns many results all crowded in a small region. Sometimes, a label appears next to one icon, but not another, or a group of icons has no label, or one icon overlaps another one. Following are a number of things you can do to make it easier to see the information you want:

- **Zoom in or reposition** the viewer to give the icon more space to display the label

  If icons overlap each other or are too close together, not all labels display for that icon. By zooming in or repositioning the viewer, the display area for the label changes and you can see information for two closely-spaced icons.

- **Right-click on the icon**

  If a label is not displayed next to an icon, you can right-click on the icon to get the title of the business, as well as information contained in the description for that item.

- **Change icon size**

  Setting the icon size to small allows more space around the icons and their labels. You can set this by selecting Preferences from the Edit menu, clicking the View tab, and setting the icon and label size to your preference.

**Note:** When you set icon/label size to Small, some labels and icons do not appear until you are close enough to the object. If you frequently look at detailed urban areas, the Small setting is good, but if you also want to look at a mix of large and urban areas, then the Medium setting is the best choice.

# Obtaining Fewer or More Results

If you are getting more results from a search than you want, you can narrow the search by entering more restrictive elements to the search itself. For example, you can narrow a search by specifying both a keyword and selecting a category from the Business search tab. This is a more specific search because fewer items are likely to match both sets of criteria.

Keep in mind that the greater the number of criteria you enter in your search, the fewer the results, and vice versa. For example, if you need to narrow your search even further, consider entering more than one title keyword or try entering all of the title of the business.

Similarly, if your search returns too few listings, or does not return the listing you expect, you might want to widen your search. Consider the following:

- **Select All in the category listings** and enter one keyword in the title entry box.
- **Select a category that pertains to the business** you want to find, but leave the name field blank or reduce the number of keywords you have in the field.
- **Zoom out and resubmit** the search again to return results over a wider area.

44    Keyhole 2
      Searching Locations and Listings

 # Using Keyhole Places

This section covers all the ways you can interact with places using the Keyhole client, including:

- Adding Your Own Places
- Opening Other Places
- Managing Your Places and Folders
- Saving and Sharing Your Places and Folders
- Importing Places from Older Keyhole Clients
- Touring Places

## Adding Your Own Places

When you first start the Keyhole client, the My Keyhole tab contains an empty My Places folder to hold places that you want to visit later. Every time you start the Keyhole client, the items in the My Places folder are loaded and available for visiting. You can use this feature to collect places that you visit, business or Address searches that you want to save, natural features, and more.

This section covers the ways to add a placemark to the My Places folder.

## Adding Search Results

You can add search results to the My Places folder in two ways:

- **Drag and drop a search result** item over the My Places folder (or subfolder) until the container item highlights. Release the item to place it in the new location.
- **Right-click on a search result** and select Move to My Places from the pop-up menu.

You can change the title of the search result and add more information to it by editing it. See "Editing Placemark or Folder Information" on page 52 for information.

# Right-Clicking on a Keyhole Place

You can copy any item from the Keyhole tab to the My Places folder in the My Keyhole tab by right-clicking on the place item in the 3D viewer and selecting Copy to My Keyhole from the pop-up menu, as illustrated below with the placemark for Mt St. Helens.



The following elements from the Keyhole tab can be copied in this way:

- World Places
- Populated Places
- All places marked in the Layer folder and available in the 3D viewer

# Creating a New Placemark

Follow these steps to create a new placemark for any spot in the 3D viewer.

1. Position the viewer to contain the spot you want to placemark.
2. Choose one of the following options:
   - Click the New button at the top left of the My Keyhole tab and select Placemark from the pop-up menu.
   - Click the Placemark (push pin) icon on the navigation panel and select Placemark from the pop-up menu.
   - Right-click on a folder or anywhere in the My Keyhole panel and select New - Placemark from the pop-up menu. If you use this option over a folder, that folder is automatically selected as the container for the new placemark.

   

   The New Placemark dialog appears and a New Placemark icon is centered in the viewer. If you desire, you can create a new folder to hold the placemark by clicking on the New

Folder button and naming the folder. That folder is then selected as the destination for the placemark.

3. Position the placemark.

To do this, position the cursor on the placemark and drag it to the desired location. The cursor changes to a finger pointing icon to indicate that you can move the placemark.

You can also position the cursor away from the placemark and use the hand mode to position the viewer itself.

4. Set up the properties for the placemark.

You can set the following properties for the new placemark:

- Name for the placemark
- Icon to represent it from the pull-down list
- Destination folder
- Descriptive text up to 200 characters, including HTML text (you can enter a valid URL with plain text and the entry will automatically be converted to HTML and the URL will be linkable)
- Location by exact values
- Viewing angle

5. Click the OK button to apply the information you entered in the placemark dialog.

Your placemark appears in the viewer and as an entry in the selected folder. To edit information for a new placemark, see "Managing Your Places and Folders" on page 48.

# Opening Other Places

If you have placemarks saved on your computer—such as from the Keyhole BBS—or if another Keyhole client user has sent you a placemark, you can open them in the Keyhole client in one of two ways:

- **Use the Open button** in the My Keyhole tab.
- **Drag and drop the file** directly onto the My Keyhole tab or onto the Keyhole client 3D viewer.

The following file formats are supported:

- **ETA files**

This is the placemark format for Keyhole client versions prior to version 2.0.

- **INI files**

  This is the format for files containing multiple placemarks, and is the format for Keyhole client versions prior to version 2.0.

- **KML files**

  This is the format for files containing multiple placemarks, and is the format for Keyhole client versions 2.0 and higher.

When you open a placemark file in this manner, it appears below the My Places folder as a separate item, as shown below.



In this way, you can open multiple placemark files for perusing or casual inspection before deciding to add them to the My Places folder.

**Note:** Placemark files opened in this manner will not appear in subsequent sessions of the Keyhole client. If you want a placemark to reappear the next time you use the Keyhole client, drag it to the My Places folder or right-click on it and select Move to My Places from the pop-up menu. You can also save the placemark as a separate file for later reference. See "Saving a Placemark or a Folder" on page 60 for more information.

# Managing Your Places and Folders

The Keyhole software provides a number of ways to edit, organize, and adjust your placemarks and folders. The following topics are covered here:

- Using Folders
- Organizing Placemarks and Folders
- Repositioning Placemarks
- Editing Placemark or Folder Information
- Editing Placemark or Folders Outside My Places
- Setting the View for a Placemark or Folder
- Using a Custom Icon for Placemarks or Folders
- Setting the Style for Placemarks and Folders

# Using Folders

You can use folders to maintain your placemark information in the same way you use folders for files on your computer.

To create a folder, use one of the following methods:

- **Click on the New button** in the My Keyhole tab and select Folder from the pop-up menu.
- **Right-click anywhere in the My Keyhole tab** and select New - Folder from the pop-up menu. (If you right-click on an existing folder, the selected folder becomes the parent of your new folder.)
- **Click on the pushpin icon** on the navigation panel and select the folder icon from the pop-up menu.

A New Folder dialog appears. Set the features for the folder and click the OK button to create the folder.



You can set the following features for the folder:

- **Folder name**
- **Universal icon**

  The icon you select for the folder applies universally to all of the placemarks in the folder. You can also specify a custom icon for the folder instead of choosing one in the icon list. For information on this, see "Using a Custom Icon for Placemarks or Folders" on page 54.

- **Folder location**

  Set the hierarchy of the folder by clicking on any folder in the list to set the container or *parent* for your new folder. In this way, you can create a top-level folder, or a subfolder.

- **Additional subfolders or folders**

  Create an additional folder by clicking on the New Folder button and specifying a name. You can create any number of new folders at a single time using this feature.

- **Descriptive text**

  Enter a description for the folder. For example, you might enter text that gives a general description of all the placemarks in the folder. This descriptive text appears in the text display area of the My Keyhole tab when you select the folder.

- **Folder view**

  Select the Advanced check box to set a viewing angle that applies to the folder itself. See "Setting the View for a Placemark or Folder" on page 52 for details. Once you set a view for a folder, double-clicking on the folder itself repositions the viewer to that view. Setting a view for a folder is useful when you want to create a viewing angle to encompass all the items contained by the folder. For example, you might have a collection of placemarks in a specific region of the city, each with an independent viewing angle. You can place them all in a folder and set a viewing angle for the folder in order to display all of the placemarks from a consistent viewing angle, if desired.

- **Folder Styles**

  Once you have put placemarks inside a folder, you can set style information on a folder to apply to all items within. You can set custom icons (see "Using a Custom Icon for Placemarks or Folders" on page 54), you can set the size and color for the icon and any related geometry, and you can set the size and color for labels (see "Setting the Style for Placemarks and Folders" on page 55).

- **Delete Contents**

  You can remove all the items in a folder by right-clicking on it and selecting Delete Contents from the pop-up menu. A dialog appears asking if you want to clear the folder's items. Click OK to accept.

**Note:** You can create folders, placemarks, and overlays outside of the My Places folder. However, if you want that data to be saved from one session of the Keyhole client to another, it must either be created inside the My Places folder, or explicitly saved as a KML file (see "Editing Placemark or Folders Outside My Places" on page 52 and "Saving and Sharing Your Places and Folders" on page 60 for more information).

Many of the features available for folders are also available for placemarks. For details on these features, see the sections that follow.

# Organizing Placemarks and Folders

You can organize your placemarks and folders in the My Keyhole tab in a number of ways:

- **Reorder placemarks and folders, or move them to different folders**

  To reposition an item, select and drag it to the position or folder where you want it to be located.

- **Rename a placemark or folder**

  To rename an item, right-click on it and select Rename from the pop-up menu.

- **Remove a placemark or folder**

  To delete an item, right-click on the entry and select Remove from the pop-up menu. A confirmation dialog asks if you want to delete the placemark. Click Yes to confirm the deletion.

## Repositioning Placemarks

Once you have created a placemark, it is easy to reposition it.

1. Right-click on the entry for the placemark in the My Keyhole tab and select Edit... from the pop-up menu.

2. To adjust the position, do one of the following:

   - **Drag the placemark to the new location**

     After the Edit Placemark dialog appears, you can reposition the placemark just as when you create a new one. Simply position the cursor over the placemark icon and drag it to the new location (the cursor will change from a hand to a pointing finger to indicate that you can reposition the icon). The values in the Location tab update to reflect the new coordinates.

   - **Manually enter the position values**

     If you know the latitude, longitude, and altitude for the placemark you are editing, check the Advanced checkbox and click on the Location tab to reposition the geographic point for the placemark. The placemark adjusts position to the new values.



3. To save the new settings for the placemark, click the OK button. To cancel your changes, click the Cancel button.

# Editing Placemark or Folder Information

You can edit the information for a placemark or folder by right-clicking on it and selecting Edit... from the popup menu. Use the dialog window to change all the information associated with that placemark or folder, as shown below.

You can rename the placemark or folder.





You can change the icon for the placemark or for the folder (applies to all contained placemarks).

The description can contain up to 200 characters. If you place a valid web URL in the description, it will be automatically converted to HTML and linkable from the descriptive pop-up. Your description can also contain simple HTML tags such as <B></B> for bold and so on.

**Tip:** You can also rename a placemark or folder by right-clicking on the placemark and selecting Rename from the pop-up menu.

# Editing Placemark or Folders Outside My Places

There is a difference between editing placemarks and folders located in the My Places folder and those located outside this folder. Any edits made to items located in the My Places folder are saved once the Keyhole client exits. On the other hand, changes to a folder or a placemark outside the My Places folder must be explicitly saved. In addition, changes to folders or placemarks outside the My Places folder can be reverted by right-clicking on the item and selecting Revert from the pop-up menu.



# Setting the View for a Placemark or Folder

In addition to editing text and location information for a placemark or folder, you can also modify its current view. This involves specifying a particular orientation around a given place and then setting the orientation.

For example, after first viewing your home address, you might subsequently find a position that you like to view it from, such as at a specific tilt angle and from a

southerly direction. Rather than the default north-south, overhead viewpoint of your house, you can specify your preferred position as the view.

Setting a view for a folder is useful when you want to create a viewing angle to encompass all the items contained by the folder. For example, you might have a collection of placemarks in a specific region of the city, each with an independent viewing angle. You can place them all in a folder and set a viewing angle for the folder in order to display all of the placemarks from a consistent viewing angle, if desired.

There are two ways to set the view for a placemark or folder

- **Select Snapshot View** from the pop-up menu

    The simplest way to set the view for a placemark or a folder is to right-click on the item and select Snapshot View from the pop-up menu. The current view inside the Keyhole client 3D viewer is then set as the view for the selected placemark or folder.

    **Note:** Be sure to first position the 3D viewer at the viewing orientation you desire before selecting this option.

- **Edit the placemark or folder** and set the view

    Right-click on the folder or icon and select Edit... from the pop-up menu. For that item, check the Advanced check box in the Edit dialog and click on the View tab. The current values for the view are displayed.



To set the values for the view, do one of the following:

- **Position the viewer at the rotation and tilt angle** that you want for the placemark or folder, and click on the Snapshot current view button. Click OK to save the values. The view changes to the new position.
- **Manually enter the settings** in the fields and click OK. Your placemark or folder is saved with the viewing angle you selected.
- **Click the Set default view** to reset the default, top-down view for the placemark or folder. The view updates to the default orientation for the selected item.

**Note:** When you change the values for a view, the viewer changes only the *view* for the selected item, not the position of the placemark (or folder) itself. Conceivably, you could even set the view for a placemark so that the placemark icon is not visible in the viewer.

To see the new settings for a placemark in the viewer, right-click on the placemark entry and select Goto view from the pop-up menu. The viewer will move to reflect the new settings for the view.

To see the new settings for a folder in the viewer, double-click on the folder. The viewer will reposition to the new settings.

# Using a Custom Icon for Placemarks or Folders

For single placemarks and folders of placemarks, you can select a custom image to use as an icon rather than one of the default set of icons available to all placemarks. When you set a custom icon for a single placemark, the new icon appears for that placemark only.

You can also set a custom icon for a folder if all the placemarks in that folder have the same icons and style settings. In that case, any change to the folder applies to all of the items in the folder. On the other hand, if the items in a folder have different icons or style settings, you will first need to indicate that the folder's style settings apply to all its descendants. For more information on folder styles, see "Applying Style to all Folder Items" on page 58.

Follow the steps below to select a custom icon for a placemark or a folder.

1.  Edit the placemark or folder that contains the placemarks and check the Advanced checkbox in the dialog for that item.



Open advanced features

2.  Click on the Style tab.

    **Note:** If you have selected a folder that contains placemarks with differing
    icons in them, you will first have to click the Share Style button before
    you can set the icon for the folder. See "Applying Style to all Folder
    Items" on page 58 for details.

3.  Set the location of the new icon in the Icon File/URL field.

    You can click on the Browse button to select a file on your computer or on the
    network, or you can specify an image available on the World Wide Web by
    typing in the URL of the image. If you enter a URL, this must be the URL of
    the *image itself*, not the URL of a web page that contains the image. See
    "Creating an Overlay with a Web Image" on page 95 of **Using Custom
    Imagery In Keyhole** for more information on referencing images located on
    the Web.

4.  Click OK to accept the image.

To set color and scale information for placemark data and for labels, see "Setting the
Style for Placemarks and Folders"" below.

# Setting the Style for Placemarks and Folders

For single placemarks and folders, you can set style information to modify the color
and size of the icon and its label. When you apply style changes to a folder that
contains multiple placemarks, all the placemarks in the folder are affected by the style
change.

> **Note:** If you have selected a folder that contains placemarks with differing icons
> or style settings, you will first have to click the Share Style button before
> you can set the icon for the folder. See "Applying Style to all Folder
> Items" on page 58 for details.

Follow the steps below to set style features for placemarks.

1.  Right-click on the folder or placemark that you want to edit and select Edit...
    from the pop-up menu.

2. In the resulting dialog, check the Advanced checkbox and click on the Style tab.



3. Modify the style settings and click OK to accept the changes.

The style settings are described in the following paragraphs.

## Setting Custom Icons

See "Using a Custom Icon for Placemarks or Folders" on page 54.

## Setting Color for Geometry or Icons

You can change the color of the icon or any line or point data associated with the selected folder or placemark. To do this, click on the color square to produce a color picker dialog. Your color choice is multiplied to the existing color for icons or geometry. For example, if your icon is white with black lines, and you choose blue as your color, the icon will be blue with black lines.


**Default Icon Style**


**Icon Style with Color**

If you are setting color for a folder, you can check the Random Colors checkbox so that items within the folder are randomly colored from a palette of 16 colors. This is useful for visually distinguishing a number of similar icons or lines within a folder.

**Random Colors**



## Setting Scale for Geometry or Icons

You can change the scale of the icon or any line or point data associated with the selected folder or placemark. The number represented by the scale is multiplied to the selected item. The default size is 1. For example, if icons in a selected folder are 5 pixels square and you set the geometry scale to 2, the icons will be resized to 10 pixels square. Similarly, if you set the scale to .5, the icons will be 2.5 pixels square.

To set the scale, click and drag the scale slider bar until the desired number appears in the scale box or until the icons reach the desired size.

**Default Icon Size**         **Icon Size x 2.5**

   

## Setting Color for Labels

As with icons or line data, you can also change the color for labels. To do this, click on the color box in the Labels area of the Style tab and select the desired color. The labels will change to reflect your choices.



## Setting Scale for Labels

To set the size of the label, drag the scale slider bar until the label is the desired size
or the correct number reflects in the input box. Click OK to view the changes.

 Label Size x 1.5

# Applying Style to all Folder Items

You can define a single style for a folder and have the style elements apply to all
folder items. This is useful when you want a large group of items in a folder to have
similar styles, and editing them by hand is too tedious. This is accomplished first by
enabling the "sharing" state for the folder.

By default, when all items in a folder have the exact same styles (same color, scale and
icon settings), sharing is enabled for the parent folder. This means that setting
universal styles for all folder items is simply a matter of setting the style for the parent
folder.

You can easily determine whether sharing is enabled for a folder by following these
steps:

1.  Right-click on a folder and select Edit... from the pop-up menu.

2.  Click on the Advanced check box.

3.  Click on the Style tab.

a.  If style sharing is enabled for all items in the folder, you will see the style
elements and a selectable icon, similar to the items in the dialog box
shown below.



b.  If items in the folder have mixed style settings, style sharing will be
turned off when you click on the Style tab. In order to enable it, you can
click on the Share Style button, as shown below.

