**E X H I B I T  13**
**PP. 120-146**

You can also display the internal data fields of the vector files by turning on the Table Window for the selected vector file (see "Viewing Vector Data Fields" below for more information).

The Keyhole client supports the following kinds of GIS Vector file formats:

**Note:** Most vector data comes as a collection of related files that operate together to produce all the vector data displayed in the Keyhole client viewer and in the table view. The required support files for each format are noted, where relevant. Be aware that if expected data is not displaying in the viewer, it might be due to missing support files.

- **MapInfo (TAB)**

  Required files:

  - MAP
  - ID
  - DAT

- **ESRI Shape (SHP)**

  Required files and information:

  - SHX
  - Projection information, which can either be built into the SHP file or defined in a separate file with a PRJ extension
  - DBF (for viewing field data)

- **US Census Tiger Line Files (RT1)**
- **MicroStation (DGN)**

  **Note:** The Keyhole client supports only 2-dimension DGN files.

- **Generic Text (CSV, TXT)**

  You can use generic text files to create your own point data for use in the Keyhole client. See "Using Generic Text Files to Create Point Data" on page 128 for details.

The following steps outline the basic process involved in importing vector data:

1.  Before importing large vector files, turn off the Table Window for best performance (select Table from the View menu to turn on or off).

    For example, populating a 22000 x 20 table takes about 5 minutes on a 2.5 GHz machine. If the table display is turned off, this step is skipped.

2. Use any one of the following methods to open the vector file in the Keyhole client:
   - Select Data Importer from the File menu.
   - Click on the Open button beneath the My Keyhole tab.
   - Drag the desired file from an explorer window and drop it over the viewer.

   **Note:** You can also open a file from a machine on the network using the standard Windows browse mechanism.

The vector image appears in the viewer, and the folder item containing the vector data appears beneath the My Places folder as a separate listing.



You can expand the folder to view the items it contains, and double-click on the item to fly to that location.



**Note:** Some vector data files contain very large amounts of data that cannot be imported into the Keyhole client in their entirety. In those cases, an alert appears offering a number of choices for proceeding.



# Viewing Vector Data Fields

After you have imported vector data into the Keyhole client, you can use the Table Window to display the data fields contained within the vector data. To do this, select the Table from the Window menu. The window appears at the bottom of the display, listing the data fields of all placemark items in tabular form. The example below shows the data for golf course in the U.S.



The Table View window offers the following features:

- **Sort the data by selected columns by clicking on the column header for the field you want to sort by.**

  With this feature, you can easily determine the furthermost elements of the data list and view that element in the Keyhole client viewer.

- **Single-click on an item in the table to highlight that item in the listing under the My Keyhole tab.**

- **Double-click on an item in the table to fly to it in the viewer.**

- **Right-click on any table row** to access the following pop-up menu, which you can use to sort or modify the field display.



The Table View Window displays internal data fields for all vector data currently listed as well as the placemark entries in the My Places folder. Use the scroll bar to the right of the window to scroll through numerous entries.

Alternatively, you can collapse the display of separate vector files by unchecking the check box next to the name of the vector data you want to hide. The example below shows the tables collapsed for current data opened in the Keyhole client.



# Modifying Vector Data Display

When you import point and line vector data into the Keyhole client, you can use style information to modify the color and size of the points (icons) and lines. In addition, you can modify the color and size of any label information that appears next to these features.

The following example illustrates how styles can be used to modify point and line features imported from a Tiger file. It is assumed you have read the detailed steps on how to modify styles in "Setting the Style for Placemarks and Folders" on page 55 of **Using Keyhole Places**.

## Accessing the Style Feature for a Layer

Often, the vector file that you import will contain a mixture of point and line data, each with different style features typically contained in separate layers. In those cases, the Style tab will not be available on the top-most folder.

To access the style information for a particular layer, progress down the folder hierarchy, selecting the Edit... option, until the Style tab appears. Once the Style tab is present, you know that the data within the selected folder is of the same type.

In **Figure 1** below, the Style tab is available on the third folder down from the parent.

**Figure 1: Styles for Geometry-only Data**



Note that the information in this folder contains geometry data only, but no icon or label information. For that reason, the Style tab displays only modifications available for geometry. To see the vector data contained by the selected folder, simply deselect and select the check box next to the folder. The data in the folder will disappear and reappear. In **Figure 1** above, the selected folder contains only road data that has a default color of green and a default scale of one.

In **Figure 2** below, the next folder in the list is selected and the Edit Folder dialog produced. Here, the information in the layer consists of point data—marked by circle icons—and labels. Again, you can visually determine the items that a folder contains by deselecting and selecting the check box next to the folder.

**Figure 2: Styles for Icons, Geometry, and Labels**



Note that because the vector data in this folder contains geometry (points), icons, *and* labels, icon and label information is available for modification, unlike in **Figure 1**.

## Setting Folder-Level Icons, Color, and Size

Once you determine which folders have style settings available, you can set features for geometry and label data for the folder. These style features apply to all the items contained in the folder. The following example shows the items in folder TGR-60003_13 modified in the following ways:

- A Web-based URL is supplied as the default icon selected in the Icon File/URL window

- The Random Colors check box is selected, which applies random colors to the image pulled from the Web

- The scale is set to .84 times the size of the original Web-based image, which is 50 x 50 pixels. This reduces its size in the Keyhole client viewer

**Figure 3: Style Settings for Icons**



For detailed steps on applying styles to icons, see "Setting the Style for Placemarks and Folders" on page 55 of **Using Keyhole Places.**

## Setting Color and Size for Line Data

If the GIS data you select contains line information, you can modify style settings to adjust the color and thickness of the selected lines. In **Figure 4**, the scale for the line thickness is set to 2 and the color for all line data is set to purple.

**Figure 4: Style Settings for Line Data**



## Setting Color and Size for Label Data

If the GIS data in the selected folder also contains labels, the Style tab displays a Label field in order to modify label size and color. **Figure 5** below illustrates. Here, in addition to a custom icon set for point data, color has been added to the icon and the label size has been scaled up and set to red.

**Figure 5: Style Settings for Label Data**



# Using Generic Text Files to Create Point Data

In addition to importing vector data in SHP, TAB, and other formats, you can define your own point data and import it into the Keyhole client. To do this, you create delimited text files—such as comma-separated CSV files or tab-delimited TXT files—whose data has the correct structure. This can be easily accomplished by opening your data in a spreadsheet application such as Microsoft Excel and exporting the data in either of these two formats.

## Required Fields

The generic text file must contain the following fields in order for the Keyhole client to import it:

- **Appropriate Coordinate Headers**

  In order for geographic coordinates to be recognized by the Keyhole client, the text file must contain column *headers* for both latitude and longitude.

These headers designate the corresponding coordinate value for the place data. The label must be written in one of two ways:

- Latitude or Lat
- Longitude or Lon

   The header column labels can be written in upper or lower case. Any other notation for longitude or latitude is not recognized.

- **Decimal Degree notation for coordinate values**

   It is critical that coordinate values are written in decimal degrees. DMS (degrees, minutes, seconds) is *not* supported. Points outside the valid range for decimal degrees are disregarded.

If the generic text file that you create does not conform to these specifications, the Keyhole client will not recognize the coordinate system and produce an error message to that effect.

## Optional Fields

The Keyhole client treats any other column data in the generic text file as string data, with the header label as the name for that data. Keep in mind the following about field data within a generic text file:

- **Point Labels**

   The first available string in the generic text file is treated as the label for the point by the Keyhole client. For example, if your comma-separated file has the following structure:

   ```
   Latitude,Longitude,Name
   39.816883,-105.037694,My Town
   ```

   The phrase My Town is considered the label for the point and is displayed in the 3D viewer next to the point icon.

- **Description**

   Except for longitude and latitude, all other fields are displayed in the Description for the point data, preceded by the column label. The following

shows the description that appears when right-clicking on a point from imported data.



In this example, the Name field is first displayed, followed by the two additional string fields associated with the point—TYPE, and FIPS.

- **Tabular data**

  You can turn on the Table View for point data imported into the Keyhole client and all fields except for longitude and latitude are displayed. You can sort and display the columns using the features described in "Viewing Vector Data Fields" on page 122.

# Working with Filled Polygons

When you import filled polygons into the Keyhole client, you can use can use style information in the same was as described above in "Modifying Vector Data Display"." In addition, you can set three style features specific to filled polygons:

- Filled
- Wireframe
- Filled and Wireframe

The application of these features are illustrated below. In **Figure 6**, the following settings are active:

- Scale for the polygons is left to its default state of 1.
- The Random Colors check box is selected, but is further modified by the selection of an additional color which modifies the original tone of the random colors palette. This enables visual distinction between differing land areas.
- The Polygons field is set to Filled.

**Figure 6: Polygon Style Set to Fill and Random Colors**



In Figure 7, color is irrelevant because the Polygons field is set to wireframe, which shows only the outline of the polygons with no fill. In addition, the scale is increased so that the thickness of the wireframe is more visible. This feature is particularly useful for viewing plots where the exact outline of the property needs to be visualized.

**Figure 7: Polygon Style set to Wireframe**



In Figure 8 below, the Polygons field is set to Filled&Wireframe so that both the color of the fields and the outline can be seen.

**Figure 8: Polygon Style Set to Wireframe with Fill**



# Importing GIS Imagery

You can open GIS imagery files in the Keyhole client and have the file correctly projected over the proper map coordinates in the viewer. The Keyhole client supports the following types of GIS Imagery:

- GeoTIFF (.tif)
- National Imagery Transmission Format (.ntf)
- Erdas Imagine Images (.img)
- Atlantis MFF Raster (.hdr)
- PCIDSK Database File (.pix)
- Portable Pixmap Format (.pnm)
- Device Independent Bitmap (.bmp)
- VTP (Binary Terrain, .bt, *image file only*)

**Note:** All imagery files must contain the correct projection information in order to be accurately re-projected by the Keyhole client. The steps below detail the basic two-part process used in opening a GIS imagery file.

1. Use any one of the methods below to open the imagery file in the Keyhole client:

   - Select Open from the File menu (Ctrl + O).
   - Click on the Open button beneath the My Keyhole tab.
   - Drag the desired file from an explorer window and drop it over the viewer.

2. The Keyhole client then attempts to re-project the image to Lat/Lon WGS84 projection and creates an overlay with the image converted to PNG format. The overlay edit window appears.



The newly created overlay appears by default under the My Places folder in the My Keyhole tab. You can then continue to set the properties for the imagery as you would any other overlay (see "Using Custom Imagery In Keyhole" on page 89).

The re-projected image file is saved as a PNG file under the Keyhole client directory (e.g. `C:\Documents And settings\<Username>\Application Data\Keyhole\Keyhole EC\import`). The name of the PNG file is based on the source file name and the scaling or cropping parameters selected when importing the overlay. (See below for more information on scaling or cropping an image.)

The following issues should be noted when importing GIS imagery data:

- **Images that exceed maximum texture dimensions must be either cropped or scaled.**

  You can determine the maximum allowable texture dimensions for your computer by selecting the About option under Help menu of the Keyhole client. The texture size for your computer will be listed next to the Max Texture size label. A dimension 2048x2048 pixels is typically supported by high-end graphics cards, while on laptop computers, the maximum dimension can be 1024x1024 or even less. Your image cannot exceed the listed dimension in either direction.

If you try to import an image file that exceeds the allowable texture dimensions, a dialog will prompt you to either *scale* or *crop* the image.



- **Scale** — This option scales and reprojects the entire image at the same time so that it conserves the aspect ratio of the input image and fits the results in texture memory. The typical size for the resultant image is 2048 pixels along the longest side.
- **Crop** — This option preserves the original resolution of the input image while creating a subset of the original input file in order to fit it in texture memory.

  When you select the crop option, the viewer flies to the location of the input image and contains the extents of the input image. You then select the center point of the inset image you want to create. The client computes a maximum area centered on the selected location.

- **For larger image files, reprojection can take some time.**

  If you have cropped or scaled an input image, or if you are reprojecting an image that uses more texture memory, you will see a progress meter while the reprojection occurs. You can cancel the operation at any time.

- **Images that contain no projection information are treated as ordinary overlay files.**

  In this case, you can position the overlay image manually as you would an image file without geo-referenced data (see "Positioning the Image" on page 93 of **Using Custom Imagery In Keyhole**).

- **Images that contain incorrect or unsupported projection information will not be imported.**

  In this case, a dialog indicates that the reprojection cannot be performed and the image will not be imported.

  **Note:** Currently, files using NAD83 projection are not supported by the Keyhole client.

## Saving GIS Data

Once you have imported imagery or vector data into the Keyhole client, you can save content changes made to the imported GIS data. There are a number of available options:

- **Save**

  To save imported data, right-click on the topmost folder that represents the imported data, and select Save... from the pop-up menu. Navigate to the desired location to name the KML file and click the Save button.

- **Save As...**

  Once you have initially saved imported GIS data, the Save menu will no longer produce a file dialog. If you want to save the data as a separate file, right-click on the item and select Save As... from the pop-up menu.

- **Revert**

  Finally, you can revert any changes made to imported GIS data by right-clicking on the folder and selecting Revert from the pop-up menu. Changes made to the item after the most recent save operation are cleared.

# Recording Movies Using the Keyhole Client

If you have purchased the Movie Maker module, you can use the Keyhole client to record viewer imagery in real-time, or you can record preset tours and save the imagery to a movie file. You can then make the movie file available on a web site, use it in a presentation, or send it via email. For example, you might create a movie presentation to email to people who do not have the Keyhole client.

Two file formats are supported for the capture module:

- **Windows Media Video (WMV)**

  Movies saved to WMV format can be further configured for the best type of delivery, such as via a T1 web connection or over a 56K modem connection.

- **Audio Video Interleave (AVI)**

  Movies saved to AVI format are currently saved to a standard AVI movie format.

  **Note:** Movies saved to AVI format can be extremely large, to the point where a standard movie player will not be able to play back the recording. You can export AVI movies to movie editing software to edit the movie frame-by-frame and save it to the desired output for various applications.

When using the capture tool, you can create two types of movies—real-time movies and maximum quality movies. The rest of this section covers the steps needed to create a movie of either type.

## Recording Standard Movies in Real-time

Use the Standard option under the Movie Quality section of the capture tool to record movies in real time when you want to deliver your movie over the Internet or use a movie in a situation where maximum movie quality is not critical. When you record a movie using this option, you can use the navigation tools to interact directly with the Keyhole client viewer to control the display.

Follow the steps below to record a movie in real-time.

1. From the Window menu, select Movie Maker.

   The Movie Maker dialog appears.



2. From the Movie Type section, choose the desired compression format for your movie.

   Alternatively, you can select either the Advanced check box and select AVI for the movie type. If you choose this option, only standard AVI compression is available.

3. Select Standard as the Movie Quality.

4. Choose the resolution for your movie.

   You can specify three resolutions, which indicate the width and height of the movie in pixels:

   - 320 x 240
   - 640 x 480
   - 800 x 600
   - 720 x 468 (NTSC)
   - 720 x 576 (PAL)

5. Specify a name for your movie file.

   Click on the Browse button next to the Record movie to this location and file input box and navigate to a location on your computer where you want to save the movie file when you are finished recording. Type in a name for the file in the file dialog window and click on the OK button.

   Alternatively, you can select an existing movie file in the same format as the one you are about to create, and that file will be over-written with the contents of your new recording.

6. Click the Record button.

   The movie begins recording and the Movie Maker dialog disappears to allow interaction with the 3D viewer.

   **Note:** The Record button is only activated once you specify a movie name.

7. Navigate in the viewer to the desired places you want to record, or click on the Play button in the Tour panel if you want to record a tour.

8. To stop recording, click the Stop Recording button to stop the recording.

   This dialog appears at the bottom of the 3D viewer.

Once you finish recording your movie, you can open the movie file in a media player that supports the movie format you selected and play back the movie to view the results. If you are satisfied with the results, you can post the file to a web site, a local server, or email it to other people.

# Recording Maximum Quality Movies in Tour Mode

When is it critical that your movie recording be of the maximum quality possible, you can record a pre-selected tour in the Keyhole client using the High Quality option for the Movie Quality. When this option is selected, the recording process occurs at a slower rate, because each frame is completely downloaded to the Keyhole client before it is recorded. In this way, image quality is maximized.

For this reason, high quality recordings can be done only on selected placemarks using tour mode. Follow the steps below to record a movie of this type.

1.  In the My Keyhole tab, check all the placemarks that you want to be part of the movie, and uncheck those you want excluded.

2.  From the Window menu, select Movie Maker.

    The Movie Maker dialog appears.



3.  From the Movie Type section, choose the desired compression format for your movie.

    Alternatively, you can select either the Advanced check box to select AVI for the movie type. If you choose this option, only standard AVI compression is available.

4.  Select High Quality as the Movie Quality.

5. Choose the resolution for your movie.

   You can specify three resolutions, which indicate the width and height of the movie in pixels:

   - 320 x 240
   - 640 x 480
   - 800 x 600
   - 720 x 468 (NTSC)
   - 720 x 576 (PAL)

6. Specify a name for your movie file.

   Click on the Browse button next to the Record Tour to this location and file input box and navigate to a location on your computer where you want to save the movie file when you are finished recording. Type in a name for the file in the file dialog window and click on the OK button.

   Alternatively, you can select an existing movie file in the same format as the one you are about to create, and that file will be over-written with the contents of your new recording.

7. Click the Record Tour button.

   The movie begins recording. The Movie Maker dialog disappears so you can visualize the recording of the movie.

   **Note:**  Recording time occurs very slowly, since each frame is fully processed before the next one is viewed.

8. Click the Stop Recording button to stop the recording.

   The Stop Recording button is available in a dialog at the bottom of the 3D viewer.

Once you finish recording your movie, you can open the movie file in a media player that supports the movie format you selected and play back the movie to view the results. If you are satisfied with the results, you can post the file to a local server, or use it in a presentation.

140    Keyhole 2
       Keyhole Premium Features

# Index



## Numerics

3D rendering software 114

## A

addresses
 accuracy 34
 entering 24
 finding 33
 regions 35
 reverse lookup 37
 search results 34, 40
 specific locations 34
 street intersections 35
advanced features, disabling 116
anisotropic filtering 115
area, determining for a region 76
aspect ratio, setting 19
atmosphere, turning off 116
autopilot speed 66

## B

base resolution 109
blurry images 110
borders
 displaying 72
 types of 72
businesses
 finding 37
 keyword search for 38
 name and location 71
 search results 40
 viewing 43, 70

## C

cache, clearing 117
capture, module in Keyhole 135
circle, measuring with 77
clearing search results 42
compass
 in 3D viewer 19
 turning off display 116
connection speed, types of 110
copy view 19, 60
custom imagery, for placemarks or folders
 54

## D

dashboard shortcuts 24
data importer 18, 121
data resolution 108
deleting folder contents 50
detail area, in viewer 115
Direct X
 installing for 14
 starting Keyhole with 114
disk cache
 clearing 118
 setting 118
download status 24
draw order, overlays 104
drivers
 memory for 114
 updating 113

## E

elevation
 adjusting appearance 116
 adjusting appearance of 72

**elevation, continued**
    determining for a point 73
    display units for 117
**emailing views** 18, 61, 62, 98
**exit Keyhole** 18
**eyepoint, setting** 52

**F**

**file**
    formats, supported 47
    new 18
    open 18
    printing 18
**file menu, items** 18
**folders**
    creating 49
    deleting contents from 50
    icons for 49, 54
    network 63
    network link for 64
    ordering 49
    outside My Places 52
    saving to network location 63
    saving to web server 64
    styles for 50, 55
    viewing angle for 50
**font, for label display** 117
**full-screen view** 19

**G**

**geometry, modifying color of** 56
**GIS data**
    imagery
        cropping 134
        formats 132
        scaling 134
    importing 119
    vector
        fields 122
        opening 119
**graphics cards**
    determining type 12
    drivers, updating 113
    memory for 114

**graphics cards, continued**
    supported 12, 113
    tips for 116

**H**

**high-res places** 69
**hills, adjusting appearance** 116
**horizon, smoother imagery** 115

**I**

**icons**
    adjusting display of 69
    color, modifying 56
    custom imagery 54
    for folders 49
    missing 69
    overlapping 42, 70
    size, modifying 43, 57, 115
**imagery**
    3D viewer tips 115
    adding your own to the view 89
    anisotropic filtering 115
    blurry images 110
    copying view 19
    creating realistic view 115
    detail area, setting 115
    emailing view 18
    GIS
        cropping 134
        requirements 134
        scaling 134
        using 132
    importing to viewer 132
    overlay formats 89
    print quality 60
    quality of 108
    resolution of 108
    saving 60, 108
    saving view 18
    smoothing the horizon 115
    storing in RAM 117
    storing on disk 118
    texture colors 115
    transparent, tips for 106
    viewing offline 111

installation
    activation 14
    license key 14
    passport ID 14
    setup 11
    steps 14
    system requirements 11

## K

keyboard controls
    My Keyhole 31
    navigation 28
    tour mode 31
Keyhole
    3D viewer 20
    address input 24
    configuring memory usage 117
    disk cache, setting 118
    layers 69
    on Linux 110
    login 15
    on Macintosh computers 110
    map controls 23
    menu 17
    navigation controls 23
    support for 101
Keyhole Community
    overlays 97
    posting 98
    registration 98
Keyhole tab 21
KML file, saving 98

## L

labels
    fonts for 117
    missing 42
    modifying color 57
    modifying size 58, 115
layers
    Keyhole layers 69
    Layers folder 21
    streamed 69

layers, continued
    web mapping server 82
license key 14, 15
lines, measuring with 74
login 15, 18
logout 18
longitude and latitude
    searching by 36
    setting display of 117

## M

Macintosh, support for 110
map features, setting 71
measuring
    introduction 21, 73
    circle 77
    lines 74
    modifying
        circle 77
        lines 74
        path 75
    navigating in measure mode 74, 75, 76
    paths 75
    polygon 76
    units
        circle 77
        lines 74
        path 75
        polygon 76
    with shapes 73
memory
    configuring usage of 117
    effects on Keyhole 110
    overlay impact on 90
    setting cache size 117
menu, Keyhole 17
MetaCarta search, using 38
mipmap texture rendering 116
mouse, navigating with 25
movies, recording 135
My Keyhole
    keyboard controls 31
    My Keyhole tab 20

my places, organizing 50

**N**

**navigation**
    controls 23, 28
    hand icon 25
    keyboard 28
    while measuring 74, 75, 76
    mouse 25
    moving
        down 26
        left 26
        right 26
        up 26
    overview map 85
    rotating 28
    window focus 28
    with mouse 25
    with mouse scroll wheel 26
    zooming 26, 27
**network folders** 63
**network links, creating** 64
**new placemark** 46

**O**

**OpenGL, default configuration** 14, 114
**overlays**
    advanced editing 104
    application performance 90
    creating
        overview 89
        local image 90
        web image 95
    deleting 97
    description for 91
    draw order 104
    editing features 93
    emailing 98
    hiding 97
    from Keyhole BBS 97
    map projections for 89
    multiple 104
    opening 96
    placement 91, 93
    posting 98

**overlays, continued**
    refresh period 91
    requirements for 89
    resizing 93
    saving 94
    supported image formats 89
    tips for image editing 105
    transparency, creating 93, 105
    URL for 91
    viewing angle 93
**overview map**
    introduced 22
    level of detail 84
    navigating with 85
    service name for WMS 81
    setting WMS 81
    using 79
    viewing indicator 84
    zoom feature 84

**P**

**passport ID** 14
**path, measuring with** 75
**placemarks**
    compatibility 62
    deleting 49
    editing info for 52
    emailing 61
    from Keyhole clients prior to 2.0 65
    icons for 54
    importing 47, 65
    modifying size of 57
    network links for 64
    new 46
    opening 65
    organizing 50
    outside My Places 52
    posting to the BBS 60
    repositioning 51, 52
    saving
        for later sessions 66
        to network location 63
        to web server 64
        to your computer 60
    setting eyepoint 52

placemarks, continued
  sharing 60
  styles for 55
  supported formats for client version 2.0 47
  touring 66
  viewing angles 52
places
  adding your own 45
  editing 52
  finding address of 37
  folders for 50
  high resolution 69
  importing 65
  new 46
  saving 45
  saving as image 60, 108
  sending to others 60
  using 45
  world 69
points of interest
  getting info 71
  setting 70
  viewing 70
polygons
  displaying filled 116
  measuring with 76
preferences
  3D rendering software 114
  setting 19
premium features
  capture module 135
  GIS import 119
  premium printing 119
printing
  current view 87
  high resolution 103
  premium 87, 103, 119
  view 18

R
recording movies 135
refresh map, how to use 83
refresh period, for overlays 91
resolution
  15-meter 109
resolution, continued
  1-meter 109
  3-inch 109
  base 109
  of data 108
restaurants, viewing 70
retail locations 21
reverse geocoding 37
roads, displaying 71

S
saving
  places 45
  viewer imagery 18
screen size, setting 19
scroll wheel
  overlay adjustment 27
  rotation 27
  tilt 27
  zoom control 26, 27
searches
  accuracy 34
  addresses 33, 40
  business listings 37
  clearing results 42
  managing clutter 42
  managing results 40
  overview 22
  refining 43
  regions 35
  saving results 41
  using longitude and latitude 36
sharing styles 58
short cuts, KML 63
sight seeing 69
snapshot view 53
streamed layers, using 69

subfolders 49
support 101
system requirements 11

**T**

table view
    collapsing display 123
    for data fields 122
    window for 22
terrain
    adjusting elevation 72, 116
    displaying 72
texture colors, setting 115
touring
    attributes 66
    keyboard controls 31
    pause time 66
    starting 19

**V**

vector data
    choosing in viewer 122
    importing 119
    sorting 122
    viewing fields 122

viewer
    detail area of 115
viewer, continued
    focus area 115
viewing angle
    for folder 50
    setting placemark to 52

**W**

web images, for overlays 95
web mapping server
    layers for 82
    retrieving data 83
    service name 81
    set elevation display 82
    setting 81
    URL structure 81
    using 79
window focus 28
working offline 111
world places 69

**Y**

yellow pages, searching 37

**Z**