# **E X H I B I T  14**

# Keyhole 2 LT/NV Quickstart Guide

Thank you for purchasing Keyhole 2. With Keyhole, your computer becomes a window to anywhere on the planet, accessing Terabytes of aerial and satellite imagery, elevation data, street-level data, business listings, and more! You have access to the complete image library, including 15-meter resolution across the entire U.S. as well as high-resolution images for more than 80 U.S. and International cities and sites.

To set up the Keyhole software to run on your computer, follow the instructions below.

## Getting Your License Key

Before installing Keyhole, you need to have your License Key at hand.

- If you have purchased a retail (physical) copy of the Keyhole software, the License Key is located on the inside of the CD case.
- If you have purchased an electronic copy of Keyhole via the Internet, your License Key is displayed on the purchase confirmation page and sent to you via email.

## Installing the Keyhole Software

Follow these steps to install the Keyhole client.

1. Double-click the setup file to start the installation.

   If your copy of the Keyhole software is located on a CD, insert the CD into your computer's CD-ROM drive to automatically begin the installation. If the installation does not automatically run, navigate to the CD folder and double-click on the Keyhole[version].exe file.

   If you downloaded your copy of the Keyhole software, navigate to the folder that contains the software download and double-click on the file with Keyhole as the first part of the name, followed by the version you have downloaded (Keyhole[version].exe). For example, the KeyholeLT installation icon looks similar to the icon on the right.

   

2. Follow the on-screen instructions to complete the installation to your computer.

3. When installation completes, start the Keyhole software by clicking on the blue and white marble icon on your desktop or in your Start menu.

   *Note:*  Both the OpenGL-compatible version and the Direct X-compatible version of Keyhole are installed. OpenGL is set automatically as the default renderer. If the application does not work for you after following the steps below, try switching to the Direct X renderer by selecting Set DX as default renderer from the Programs -> Keyhole menu. For more information, see the online documentation.

4. When the Keyhole Activation Screen appears, enter your User Name, Password, and License Key in the dialog box and click the Log In button.

   *Note:*  Fields are case sensitive.



**a.** Click on the Sign Up button to first set up an account using the Keyhole Login Setup web page.



Click Log In after entering login information in the form.

Select the Enable automatic login check box before logging in so that you only need to enter login information once.

Click the appropriate button to set up your User Name and Password or to sign up for a free trial.

**b.** Once you reach the web page, choose the option to set up your User Name and Password online using your License Key.

After you complete this step, a Setup Completed page displays your new User Name and Password *hint*. An email containing the User Name and full Password is then sent to the email address you provided on the setup page.

**c.** Return to the Keyhole activation dialog box and enter your new account information with the License Key, and click the OK button.

*Tip:* Consider checking the Enable automatic login check box at login. If you check this box, you will not have to re-enter your user name and password every time you start the Keyhole client.



You are ready to fly!

## Starting the Keyhole Client

After you have installed your registered copy of the Keyhole client, you will be prompted to log in each time you start the Keyhole viewer unless you have selected the Enable automatic login check box at some earlier time. You can enter your User Name and Password each time you start the Keyhole client, or you can choose to have this information automatically entered for you each time you start the application.

Keyhole NV users also have the option of logging into either the Keyhole database or the Mars database. A server login screen appears for this option.







If you wish to sign into the same database each time you start the Keyhole client, first choose the desired server, and then select the Always login to this server check box. You will be automatically signed into the selected server in subsequent sessions of the Keyhole client. Should you want to log into a different server, simply select the Logout option under the File menu to log out of the current server. You can then use the Login option to log into a different server.

Click the Login button to sign onto the database.

## Using the Keyhole Application

The Keyhole interface consists of the following elements:



Menu

Tools Window —personal placemarks, Keyhole data, measure, and search

3D Viewer

Displays latitude, longitude, and elevation of pointer position.

Transparency control for all overlays in viewer

Map Features & Compass

Navigation

Placemarks, email, and print shortcuts

Address Input

Displays viewing altitude in kilometers, shows imagery load percentage, and indicates viewing altitude in kilometers





## Menu

The following tables summarize the Keyhole client menu options and their features.

### Table 1: File Menu

| Item | Description |
| --- | --- |
| Log in/Log out | Keyhole NV users can use this option to log into either the Keyhole database or the Mars database without having to restart the Keyhole client. |
| New | Use this to create a new placemark, folder, image overlay, or network link. |
| Print | Print the current view to any connected printer. This feature is described in "Printing" on page 89 in the online documentation. |
| Email View | Send the viewer's current view via email as an attached JPEG file, or as a Placemark. This feature is described in "Saving and Sharing Your Places and Folders" on page 60 in the online documentation. |
| Exit | Exit the Keyhole application. |

### Table 2: Edit Menu

| Item | Description |
| --- | --- |
| Preferences | Use the preferences to customize the appearance of the Keyhole application, enhance performance by clearing or adjusting memory and disk cache, and set the speed and timing for auto pilot and touring. Learn more about this in "Keyhole Performance" on page 117 in the online documentation. |

### Table 3: View Menu

| Item | Description |
| --- | --- |
| Full Screen | Use this option to switch the viewer to occupy the entire application window. Use the F11 key as a keyboard shortcut. In this mode, the menu is available, but the satellite windows and navigation panel are closed. Choose the option again to return to regular viewing mode (or press the F11 key again). |
| Aspect Ratio | Use this option to choose from a number of pre-set aspect ratios designed for different play back modes or print modes. The selected option resizes the Keyhole client for the best display for your intended purpose. For play back, you can choose *Computer* or *TV*. For print, you can choose from 4 aspect ratios for different paper sizes (see "Printing" in the online documentation for more information).<br><br>Once you choose an aspect ratio, you can always manually resize the Keyhole client. |




Keyhole 2 LT/NV Quickstart Guide

| Item | Description |
|------|-------------|
| Compass | Use this option to toggle the compass in the 3D viewer on or off. |
| Status Bar | Use this option to toggle the status bar at the bottom of the 3D viewer on or off. |
| Play Tour | Use this option or press F10 to start a tour of the selected items in the My Keyhole tab. See "Touring Places" on page 68 of **Using Keyhole Places**. |

**Table 4: Window Menu**

| Item | Description |
|------|-------------|
| Tools/Web | Use the Window menu to turn on or off any of the peripheral windows in the Keyhole client. You can also drag the window to a different region of the Keyhole client workspace. |

**Table 5: Help Menu**

| Item | Description |
|------|-------------|
| Contents | This option brings up the complete, on-line documentation for the Keyhole client. The documentation is fully searchable. |
| Support | This option links to the Keyhole Support web site. |
| About | This option displays detailed version and build information about your Keyhole client. It displays the current User ID and License Key used to log in to the Keyhole server. Finally, it displays useful diagnostic information about your computer, such as the type of graphics rendering used, your graphics card, and the maximum texture size, if known. |

## Viewer

The viewer displays the Keyhole 3D earth imagery, as well as any other activated data from the Keyhole Server technology and your own computer or network, such as roads, business listings, terrain, geographic features, or image overlays.

### Tools Window—My Keyhole

Use the My Keyhole tab in the Tools window to display your placemarks, overlays, and recent searches for the Keyhole client. You can double-click on any of the folders to expand their contents. You can create, edit, and sort your own folders, placemarks and image overlays. You can open other placemark information saved on your computer, on the network, or sent to you by another Keyhole user. See "Using Keyhole Places" on page 45 in the online documentation.




Viewer



You can also select any of the folder items in the My Keyhole tab and click on the Play button to tour the selected places. You can stop the tour at any time or adjust the touring speed as well.

## Tools Window—Keyhole

The Keyhole tab contains all the data served to your Keyhole client from the Keyhole Server technology. You can turn this data on or off depending upon what you want displayed in the viewer. You can expand the Layers folder to turn on items such as populated places; retail locations such as restaurants, ATM locations, or grocery stores; public transportation facilities; and even school districts.



Expand the World Places and High Res Places folders to view the myriad of interesting sites you can explore with the Keyhole client.

## Tools Window—Measure

Use the measuring tools in the Keyhole client to find relevant geographic information for points, straight lines, multi-line paths, selected regions, and circles. You can view the latitude, longitude, and altitude for beginning and ending points, you can view the length of lines or paths, and you can determine the perimeter and area of a selected region. You can also set the unit of measure for length and area. You can also pick a point in the viewer and retrieve an address using reverse geocoding. See "Measuring and Estimating Sizes" in the online documentation.



## Tools Window—Search

The Search tab provides both Location (address lookup) and Business search features. Use the Business tab to find specific businesses within the vicinity of the area you are viewing. You can search by category or keyword. See "Finding Business Listings" in the online documentation for more information.



You can also use the Location tab to search for locations by address, by street intersection, by region, and by entering geographic coordinates such as you might get from a GPS device. See "Finding Addresses & Locations" in the online documentation.



Keyhole 2.1/NV Quickstart Guide

## Map Controls

Use the Map Controls area to display or hide the following data:

- 3D Terrain (height and shape data such as mountains or canyons)
- Roads
- Borders



In addition, the compass indicates the current orientation of the viewer, which defaults to north-up. As you rotate the view, the compass spins to indicate the current orientation.

> **Note:**   The compass in the Map Controls area pivots to reflect the current axis of orientation that you have selected in the viewer. In the image above, the current view is facing a north-easterly direction.

## Navigation



The navigation area consists of a set of buttons and sliders that you use to move closer to and farther from a view, turn left or right, move across the terrain in any direction, or tilt the view. You can also use the Hand icon directly over the view space to manually control your view, and the Arrow/Zoom icon to automatically zoom in or out by a set amount. Navigation is covered in more detail below in "Navigating with Keyhole."

## Dashboard Shortcuts



You can use the dashboard shortcuts to create new placemarks or folders, email a view, or print a view. For more information, see "Using Keyhole Places" on page 45.

## Address Input



Enter an address, a cross street intersection, or latitude and longitude coordinates to go directly to a specific destination. You can determine the level of detail that you want to see by providing more or less information in your searching, depending upon your desired results. See "Finding Addresses & Locations" on page 33 in the online documentation.

## User Interaction Feedback

The Keyhole client provides a number of feedback mechanisms to aid in interacting with the viewer imagery. For example, the Streaming status bar indicates when the Keyhole client is actively retrieving information streamed from the Keyhole Server database. The bar indicates the percentage of information retrieved. You can use this information to determine that the download is complete or that there is a problem connecting to the server.



Map Controls



The Pointer display indicates the exact position of the hand or pointer cursor in the viewer. As you move the cursor in the viewer, the latitude, longitude, and elevation fields update to indicate the position.

> **Note:** The elevation field does not display until the eye altitude is sufficiently zoomed into the planet. This is necessary to obtain an accurate reading for the pointer elevation.

In addition, you can set the coordinates to be displayed in either decimal degree notation or in degrees, minutes, second notation. See "Rendering" on page 120 of **Keyhole Performance** for details.

The Eye display indicates the viewing altitude in kilometers or feet from ground level.

## Navigating with Keyhole

You can navigate through the Keyhole viewer using two navigation techniques:

- Mouse navigation
- Keyhole navigation controls
- Keyboard navigation controls

### Mouse Navigation

If you are familiar with 3D computer games, navigating through the viewer with your mouse is like moving through a scene in a game. Even if you have little experience using your mouse in this fashion, it takes only a bit of practice to become comfortable moving around a view.

To get started navigating with your mouse, simply position the cursor in the middle of the viewer, click one of the buttons (right or left) and move the mouse and note what happens in the viewer. A *right-click + push* in the region zooms out from the view, while a *right-click + pull* zooms in on the view. The rest of this section describes how to achieve specific actions with your mouse.



The Keyhole client provides two navigation modes that determine how your mouse behaves when you click on a region in the viewer—the Hand icon mode and the Zoom/Pointer icon mode.

### Using the Mouse in Hand Icon Mode

The Hand icon is the default mouse navigation mode when you start the Keyhole application.



When this icon is activated, the mouse pointer is a hand-shaped icon that you place over the viewer to move the scene. If you think of using the hand to "grab" the scene and drag it in the direction you want, using the hand icon is very intuitive.

### Using the Mouse in Zoom Icon Mode

You can use the mouse in Zoom/Pointer icon mode if you want to zoom in or out from a scene by an automated distance. The actions are quite simple:



- To zoom in, left-click once on the spot you want to zoom in on. The viewer zooms in on the scene and eventually stops. Repeated clicks continue the zooming process. Holding the mouse button down and moving the mouse slightly also continues the zooming process.
- To zoom out, right-click once on the spot you want to zoom away from. The viewer zooms out from the scene and eventually stops. Repeated clicks





continue the zooming process. Holding the mouse button down and moving the mouse slightly also continues the zooming process.

## Keyhole Navigation Controls

The keyhole navigation controls offer the same type of navigation action that you can achieve with mouse navigation. In addition, you can use the controls to tilt the view (perhaps for a perspective on terrain) or to rotate the viewer around the center. The following diagram shows the controls and explains their functions.

### Figure 1: Keyhole Navigation Controls

Click to rotate counter-clockwise around the center of the view.

Click to rotate clockwise around the center of the view.

Use the +/- control to zoom in (+) or to zoom out (-) from a particular view. The control "snaps" back to center for repeated actions.

Use the Tilt control to achieve "top-down" view (-) or "horizon" view (+). The maximum range is between flat earth view and complete overhead view. Pull down for horizon view. Push up for top-down view. The control "snaps" back to center for repeated actions.

Reset orientation to true North

Use the directional controls to move through the scene in the direction indicated by the arrows. Use the virtual joystick to fluidly navigate in multiple directions.

Reset tilt to default.

## Keyboard Navigation Controls

In addition to navigating by mouse or by using the Keyhole controls, you can also navigate in the Keyhole client by using the keyboard. This mode is most useful for laptop computer users where mouse-based navigation using a touch pad is awkward, or for when you have set the Keyhole client to full-screen mode. See "Keyboard Navigation Controls" in the online documentation for tables describing the various keyboard-based actions.



