**EXHIBIT 16**

 A 3D Interface to the planet

Google Earth Home
Downloads
Products
Industries
Support

---

**Product quick links**
- Google Earth
- Google Earth Plus
- Google Earth Pro
- Google Earth Enterprise
  - Google Earth Fusion
  - Google Earth Server
  - Google Earth EC

**Google Earth (beta)**

*"For anyone who has ever dreamed of flying..." - NY Times*

The idea is simple. It's a globe that sits inside your PC. You point and zoom to anyplace on the planet that you want to explore. Satellite images and local facts zoom into view. Tap into Google search to show local points of interest and facts. Zoom to a specific address to check out an apartment or hotel. View driving directions and even fly along your route. We invite you to try it now.

Google Earth is free for personal use. No registration is required. You may (optionally) choose to upgrade to Google Earth Plus.



**Get Google Earth**

Free Version



The Lincoln Memorial via Google Earth
View larger image

**More resources**
- Google Earth Community
- Common questions
- Product comparison chart
- Product tour
- Sightseeing - top spots

**Features:**
- Free for personal use.
- Sophisticated streaming technology delivers the data to you as you need it.
- Imagery and 3D data depict the entire earth - Terabytes of aerial and satellite imagery depict cities around the world in high-resolution detail.
- Local search lets you search for restaurants, hotels, and even driving directions. Results show in your 3D earth view. Easy to layer multiple searches, save results to folders, and share with others.
- Layers show parks, schools, hospitals, airports, shopping, and more.
- KML -- data exchange format lets you share useful annotations and view thousands of data points created by Google Earth users.

**Use it for:**
- Planning a trip
- Getting driving directions
- Finding a house or apartment
- Finding a local business
- Exploring the world

**Give Google Earth a spin.**



©2005 Google - Google Home - About Google