# EXHIBIT 17

ttp://www.keyhole.com/GoogleEarthHelp/Getting_Started/Getting_Started.htm

 back | foward

Google Earth Beta  Version 3.0
Last updated: September 14, 2005
Documentation: Beta

# Getting Started

Welcome to Google Earth!  With Google Earth, your computer becomes a window to anywhere on the planet, viewing high-resolution aerial and satellite imagery, elevation terrain, road and street labels, business listings, and more.

Use this section to learn the Google Earth basics—navigating with the globe, searching, printing, and more. Some of the topics in this section include:

- Navigating with Google Earth
- Finding places and directions
- Marking places on the earth
- Showing or hiding icons and labels
- Tilting and viewing hilly terrain
- Resetting the default view
- Sight seeing

For other topics in this documentation, see:

- Using Layers
- Using Places
- Managing Search Results
- Measuring and Drawing
- Using Image Overlays
- Importing GIS Data Into Google Earth
- Using GPS Devices with Google Earth
- Keyboard Controls
- 3D Viewer Options