**EXHIBIT 20**



**A 3D interface to the planet**

Google Earth Home
Downloads
**Products**
Industries
Support

**Product quick links**
- Google Earth
- Google Earth Plus
- Google Earth Pro
- Google Earth Enterprise
  - Google Earth Fusion
  - Google Earth Server
  - Google Earth EC

## Google Earth Enterprise - Overview

Google Earth Enterprise allows you to put the power of Google Earth inside your enterprise. Combine enterprise data with ASP-delivered Google Earth data. Or host your own complete dataset.

### Enterprise challenge

Whether your organization already invests heavily in geographic data and systems or you are just beginning to leverage the power of geo information, Google Earth's enterprise solution can help make your business more efficient.

### The solution

Google Earth's technology makes it easy for non-specialist users to interact with massive quantities of satellite imagery and GIS data to penetrate the clutter of data and get to the knowledge that could make a critical difference.

### User benefits

- **Fast** – Google Earth uses sophisticated streaming technology to get rich geo-data to your users with amazing speed and with full context
- **Complete** – the Google Earth system can host massive databases. Navigation to any portion of this data is only a click away. Data only gets used if people can find it. Google Earth connects geographic data to your people and work processes.
- **Flexible** – Google Earth Enterprise works with a variety of traditional GIS systems. Google Earth can be used to publish data stored in these systems throughout your organization or to the public.

### Components

I'm interested.

**Have a salesperson contact me.**



View larger image

The Google Earth Enterprise Solution is comprised of three elements:

- **Google Earth Fusion** integrates your data - raster (imagery), GIS, terrain, and point data.
- **Google Earth Server** streams data to client software (Google Earth EC)
- **Google Earth EC (Enterprise Client)** viewing, printing, data authoring

### Key features

- **Massively scalable architecture** publishes terabytes of geo-data to thousands of users from single server cluster
- **3D view** provides a complete picture of the area of interest by fusing imagery, elevation data, GIS data, and your own points and annotations
- **Fluid and responsive interaction** streaming technology enables easy exploration of massive datasets
- **Collaboration and sharing** are enabled through built in tools to email views, placemarks and annotations using flexible XML format

### Solutions

- **Google Earth Enterprise Pro** – full enterprise solution for authoring and serving stand-alone earth database
- **Google Earth Enterprise LT–** hybrid solution enables local hosting of enterprise data layers (points, vectors, or moving objects) fused with Google Earth basemap
- **Google Earth Pro bundles** – Quantity discounts for enterprise deployment of Google Earth Pro – our ready to deploy ASP geo-information solution.

### Technology benefits

- **Massively scalable** – hundreds of daily users can be supported from a single server, thousands from a small cluster

- **Unparalleled speed** – patent-pending 3D technology provides fluid game-like access to remotely hosted multi-terabyte databases
- **Compatible with legacy GIS** – incorporate data in dozens of raster and point/vector GIS file formats

**Uses**

The Google Earth Enterprise Solution is used by:

- Commercial real estate developers including national brokerages and REITs
- Architecture and engineering companies
- Insurance companies
- Media



©2005 Google - Google Home - About Google