# EXHIBIT 21



**Google Earth Home** - Google Home

Ready to dive in? Here are some useful tips to get you started on your virtual tour around the world.

### Fly to an address

If you're looking for a specific address, type it into the **"Fly To"** box and hit search.



You can also enter the intersection of two streets, a city, a state, a zip code, or just a country.

Note: Street address searches are limited to the US, UK and Canada only.

| **Get Google Earth** |
|---|
| Free version |

**Top 10 Sites**
- Grand Canyon
- Lincoln Memorial
- The Colosseum
- Cabo San Lucas
- Eiffel Tower
- Venice
- Bermuda
- Golden Gate Bridge
- Sedan Crater
- Hoover Dam

### Zooming, tilting and rotating

Drag the left slider up and down to zoom in and out. Or try holding the right mouse button down while pushing and pulling it to zoom in and out. Alternatively, you can double-click on the globe to zoom in or use the "+" and "-" keys.



Drag the right slider up and down to tilt the view. You can use the rotate arrow keys to spin the view.

### Business search

Google Earth features integrated **Google Local** searching that allows you to search for businesses in an area.

Type in "pizza in mountain view" in the **"Fly To"** box and hit the search button. Google Earth will fly you to a viewpoint showing 10 search results.



Alternatively, you can use the **Local Search tab** to find a business.

## Comprehensive search results

Double-clicking on a business listing in Google Earth will fly you down to the location and pop up a balloon window view with information about the business. You can do several things at this point.



1. View street address including phone number of a business.
2. Get driving directions To or From the location.
3. Link to detailed information about a business in **Google Local**.

## See business reviews in Google Local

Clicking on the "more" link in the balloon image, a web window will pop up with the Google Local content at the bottom of the interface.

Note: in the user preferences, you can set it up so that this web window pops up to your default browser, instead of as a docked window.


View larger image

Scroll through this content and you will see hours of operation, menus, reviews, and a link to the business website.

## Driving directions

Click the "Directions" tab to get turn by turn driving directions.

Enter your street address or click on the "From Here" or "To Here" link in any balloon window.

But wait, there's more! Click the VCR like "Play" button located under the directions. Google Earth will fly you along the route.


View larger image



## Print, save and email

Google Earth allows you to print, save and email images. For instance, if you want to email your driving directions to a friend, you can email them as a JPG or even as a KMZ (Placemark) to another Google Earth user.



In Google Earth Pro, you can print as high as 2400 pixels and up to 4800 pixels with the premium print option.

 

### Save your search results

If you want to revisit your search results, you can save a result, or even an entire folder of results, to the **Places** directory with custom icons, descriptions, and share them with your "Google Earth" friends.



Double clicking on a saved place will fly you back to that location.

Select multiple placemarks and hit the play button in order to tour the selected placemarks.

### Layers of mapping information

When exploring a location, you can turn on various layers of mapping information such as roads, dining, parks, and lodging.

Click the "Golf" layer as illustrated and you'll see the outline of a golf course pinned with a custom icon in your view. If you click on the icon, you do a Google search for more information about that course.



### 3D buildings and terrain

With Google Earth, in 38 US cities, you can see buildings in 3D from "ground up." You can activate the "buildings" layer on the bottom navigation panel. Tilt the screen in order to see the buildings in 3D.

Similarly, the terrain is also mapped in 3D, meaning you can see mountains and valleys and canyons in Google Earth.


View larger image



### Measure distance

Want to know how far is the train station from your home? Click on The "Measure" tool located under the Tools menu. You can even change the units of measurement.



View larger image

In Google Earth Pro, you can measure the radius, perimeter and area (important for professional uses) as well.

©2005 Google - Google Home - About Google