# EXHIBIT 22

