# *EXHIBIT A*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 04-11129 DPW |

**[PROPOSED] ORDER TAKING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION OFF CALENDAR**

**SPECIAL ACTION REQUESTED – Local Rule 5.1(c)**

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

The Court has considered the respective briefs, declarations, and exhibits submitted by the parties concerning Defendants' Motion to Take Plaintiff's Motion for Preliminary Injunction Off Calendar, or In the Alternative, to Set an Appropriate Briefing Schedule. In light of the written submissions of the parties and good cause appearing therefor, the Court hereby takes Plaintiff's Motion for Preliminary Injunction, filed January 4, 2006, off calendar.

Dated: _____, 2006

By: _____
The Honorable Douglas P. Woodlock
United States District Judge