# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 04-11129 DPW |

### ASSENTED TO MOTION FOR EXTENSION OF TIME UNTIL FEBRUARY 3, 2006, FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Defendants Keyhole, Inc. and Google, Inc. have requested, and counsel for Plaintiff Skyline Software Systems, Inc. has granted, Defendants an extension of time until February 3, 2006, to file an opposition to Plaintiff's Motion for Preliminary Injunction. As set forth in Defendants' Motion To Take Plaintiff's Motion For Preliminary Injunction Off Calendar, etc., also being filed today, Plaintiff's assent falls short of affording Defendants adequate relief. Accordingly, Defendants respectfully request that the Court grant them at least until February 3, 2006, to file their opposition to Plaintiff's Motion for Preliminary Injunction, but that the Court also enter the relief requested by Defendants' concurrently filed motion.

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants called counsel for Plaintiff on January 5, 2006. Following that telephone call, Plaintiff's counsel sent an email that same day, by which he agreed that Defendants could have an extension until February 3, 2006 to file an opposition to Plaintiff's Motion for Preliminary Injunction.

Dated: January 9, 2006                    Respectfully submitted,


                                          By:    /s/ Darryl M. Woo
                                                 Darryl M. Woo
                                                 **FENWICK & WEST LLP**
                                                 Embarcadero Center West
                                                 275 Battery Street
                                                 San Francisco, CA  94111
                                                 Tel.  (415) 875-2300
                                                 Fax  (415) 281-1350
                                                 email: dwoo@fenwick.com

                                                 Attorneys for Defendants and
                                                 Counterclaimants
                                                 KEYHOLE, INC. and GOOGLE INC.

## Certificate of Service

I hereby certify that, on January 9, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By:    /s/ Darryl M. Woo
       Darryl M. Woo