IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-1129-DPW |
| KEYHOLE, INC. and GOOGLE INC., | ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF GERI L. HAIGHT, ESQ.

I, Geri L. Haight, on oath depose and state that:

1. I am counsel for Plaintiff Skyline Software Systems, Inc. in this action and submit this declaration in support of Skyline's Opposition to *Defendants' Motion to Take Plaintiff's Motion for Preliminary Injunction Off Calendar*.

2. Following the claim construction hearing held on April 27, 2005, counsel for Skyline diligently requested a transcript of that proceeding. Counsel did not receive a copy of the transcript until January 12, 2006, after the filing of Skyline's Preliminary Injunction Motion. Attached hereto as Exhibit A are true and accurate copies of email correspondence between Sharon Calhoun, of Mintz Levin, and the court stenographer requesting the hearing transcript.

3. On January 10, 2006, I circulated to Defendants' counsel a proposed Protective Order. As of the filing of this opposition, I have not received any response from Defendants' counsel.

4. Attached hereto as Exhibit B is a true and accurate copy of "Rival Calls For Shutdown Of Google Earth," *IP Law Bulletin* dated January 9, 2006.

5. Attached hereto as Exhibit C is a true and accurate copy of the Google Blog Announcement dated January 10, 2006.

6. Attached hereto as Exhibit D is a true and accurate copy of "It Feels Like You're Flying," *BusinessWeek* dated January 16, 2006.

Signed under the penalties of perjury this 13th day of January, 2006.

/s/ Geri L. Haight
Geri L. Haight

Attachments

**Certificate of Service**

I hereby certify that on January 13, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO # 218710