# EXHIBIT A

**From:** Calhoun, Sharon
**Sent:** Tuesday, November 08, 2005 12:03 PM
**To:** 'jmsgibbons@yahoo.com'
**Cc:** Hallaj, Ibrahim
**Subject:** Skyline v. Keyhole: April 27, 2005 Hearing Transcript

This is to follow up on my phone message of yesterday. On October 14, 2005 I ordered a copy of the above hearing transcript for Attorney Ibrahim Hallaj. The Civil Action No. is 04-11129-DPW. You mentioned it could take up to two weeks, but we have not received it yet. Would you please let us know when we could expect to receive this transcript? We need it as soon as possible. Thank you.

Please address it to:

Ibrahim M. Hallaj, Ph.D., Esq.
Mintz Levin
One Financial Center
Boston, MA 02111

Thank you.

Sharon Calhoun, Secretary to Ibrahim Hallaj
(617) 832-6513

**From:** Calhoun, Sharon
**Sent:** Wednesday, December 07, 2005 10:28 AM
**To:** 'jmsgibbons@yahoo.com'
**Cc:** Hallaj, Ibrahim
**Subject:** Skyline v. Keyhole: April 27, 2005 Hearing Transcript

Just a follow up on our telephone conversation of November 18, 2005 regarding the above transcript. (Civil Action No. 04-11129-DPW). You estimated it would be ready by December 1 or maybe early this week. We have not yet received it yet and were wondering if it is ready. We can send a messenger to pick it up if it has not already been mailed.

Please let me know what the status is either by return e-mail or you can reach me at the telephone number below. Thank you.

Sharon Calhoun | Assistant
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center | Boston, MA 02111
Phone: 617.832.6513 | Fax: 617.542.2241
E-mail: scalhoun@mintz.com
Web: www.mintz.com