# EXHIBIT B

Case 1:04-cv-11129-DPW    Document 72-3    Filed 01/13/2006    Page 1 of 3

**Rival Calls For Shutdown of Google Earth**
IP Law Bulletin (Monday, January 09, 2006)

A Virginia-based software company is calling for the shutdown of a key part of Google's popular mapping service in a patent dispute that claims Google is infringing on its technology and causing irreparable harm to its sales.

In a motion for preliminary injunction filed Wednesday, Skyline Software Systems Inc., which produces terrain-visualization software that allows tours of land masses on computers and handheld devices, claims it is entitled to a court order closing down Google Earth. The company stated it "has suffered and will continue to suffer irreparable harm in the form of lost sales and market position, adverse price erosion, and unlawful violation of its intellectual property rights at the hands of market giant Google" as a result of the alleged patent infringement.

Skyline's services are used primarily by military and intelligence sources, while Google Earth is geared towards the average consumer. This doesn't make it easy for Skyline to survive in a world that seems to run on Google, or at least is owned by it. The dispute remains unresolved since May 2004, when Skyline filed a patent infringement suit against Keyhole Corp., which produces software that uses images collected from satellites and airplanes to provide virtual tours of landscapes.

In October 2004, Keyhole was bought by Mountain View-based Google, the world's most-used Internet search engine. Keyhole technology enabled satellite maps to be incorporated into the Google Maps feature and was rebranded as Google Earth. Google was added to Skyline's suit against Keyhole after this acquisition.

Just as Google has revolutionized the way we get news, shop for "froogle" bargains and background check Friendster dates, Google Earth "puts a planet's worth of imagery and other geographic information right on your desktop," according to its Web site. The free or low-cost software, which magnifies satellite images, is used by commercial and residential real estate entities, architecture and engineering firms, insurance companies and media outlets. It can even be used to download maps and phone numbers of local hangouts and businesses to your cell phone.

But before Google, there was Keyhole, and before Keyhole, there was Skyline. Skyline, originally a computer games company, moved its operations to the United States in 2003 when operations funded by the U.S. government – including the CIA and the Department of Defense – became interested in investing in Skyline's technology, but could not put U.S. defense dollars into an Israeli-based company.

In 2002, Skyline obtained a "remote landscape delay and pilot training" patent for its method of transmitting digital three-dimensional images over a network. Keyhole became a direct competitor of Skyline when it entered the 3D visualization market in 2001. Then came Google.

In November 2004, Google fired back with its own suit, asking for declaratory judgment on the patent infringement charges filed by Skyline.

The latest motion names Google as "a billion dollar behemoth that has taken Skyline's technology and is using its monetary advantage in an open attempt to destroy Skyline," and claims that Google has been moving "aggressively" into the defense sector, Skyline's main market. "Relief is needed now," stated Skyline. "The hardship on Skyline is substantial."

All Content Copyright 2006, Portfolio Media, Inc. | customerservice@portfoliomedia.com-- Page 1

The case is Skyline Software Systems Inc. v. Keyhole Corp., 1:04-CV-11129 in the U.S. District Court for the District of Massachusetts.

Skyline is represented by Mintz, Levin, Cohn, Ferris, Glovsky & Popeo PC. Keyhole is represented by Fenwick & West LLP and Nutter, Mcclennen & Fish.

--By Erin Marie Daly, erin.daly@portfoliomedia.com

All Content Copyright 2006, Portfolio Media, Inc. | customerservice@portfoliomedia.com-- Page 2