IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. | ) ) ) | CIVIL ACTION NO. 04-11129-DPW |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| KEYHOLE, INC., | ) ) |  |
| Defendant. | ) ) |  |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter my appearance as counsel for the Plaintiff Skyline Software Systems, Inc. in the above-captioned matter.

/s/ Geri L. Haight
Geri L. Haight BBO# 638185
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Tel.: 617-542-6000
Fax: 617-542-2241
Email:  glhaight@mintz.com

January 13, 2006

**Certificate of Service**

I hereby certify that on January 13, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ Geri L. Haight
Geri L. Haight  BBO #  638185

LIT 1557124v.1

Case 1:04-cv-11129-DPW    Document 73    Filed 01/13/2006    Page 2 of 2