

# NASA
## National Aeronautics and Space Administration

+ NASA Home
+ Center Home

+ Text Only Site
+ en Español
+ Non-Flash Version
+ Contact Ames

+ ABOUT NASA    + LATEST NEWS    + MULTIMEDIA    + MISSIONS    + MY NASA    + WORK FOR NASA

**FIND IT @ NASA**  + GO

## Ames Research Center

+ CENTER HOME
+ ABOUT AMES
+ AMES NEWS
+ MULTIMEDIA
- RESEARCH
+ AMES EVENTS
+ EDUCATION
+ DOING BUSINESS WITH US

SEARCH    + GO

RESEARCH AT AMES

### World Wind 1.3

World Wind lets you zoom from satellite altitude into any place on Earth. Leveraging Landsat satellite imagery and Shuttle Radar Topography Mission data, World Wind lets you experience Earth terrain in visually rich 3D, just as if you were really there.

Virtually visit any place in the world. Look across the Andes, into the Grand Canyon, over the Alps, or along the African Sahara.

**Downloading World Wind**
NASA World Wind is available as a full install, or as an update to a previous release. You may use it under the terms of the NASA Open Source Agreement.

Download Locations

Download Source Code -- 2.8 MB

System Requirements

- Windows 2000, XP Home, or XP Professional
- Intel Pentium 3, 1 GHz, or AMD Athlon or higher
- 256 MB of RAM
- 3D Graphics Card
- nVidia GeForce 2 Ultra
- ATI Radeon 7500
- Intel Extreme Graphics 2
- DSL / Cable connection or faster
- 2 GB of disk space

*Notes*
World Wind benefits most from a video card with 3D acceleration. If you don't know whether your machine comes with one, it is likely to have one built in if the computer was purchased within the past two years. Here is a list of video cards that have been reported to work with World Wind.

World Wind requires that you have .NET runtime environment and DirectX installed. You can download .NET runtime environment and DirectX runtime.

World Wind comes with data you can zoom into. After a certain point, World Wind will begin to download more images automatically. The servers hosting this information are very busy and may be unresponsive until we get the necessary infrastructure.

World Wind is developed at NASA Ames Research Center by Chris Maxwell, Randy Kim, Tom Gaskins, Jessica Gan and project manager Patrick Hogan.



Editor: Jonas Dino
NASA Official: Brian Dunbar
Last Updated: March 29, 2005
+ Contact Ames



FIRSTGOV

+ Inspector General Hotline
+ Equal Employment Opportunity Data Posted Pursuant to the No Fear Act
+ Budgets, Strategic Plans and Accountability Reports
+ Freedom of Information Act
+ The Presidents Management Agenda
+ NASA Privacy Statement, Disclaimer, and Accessibility Certification