# DIGITALGLOBE

PRESS ROOM | PRODUCT INFORMATION | INDUSTRY APPLICATIONS | ABOUT US

SEARCH [   ] GO | SITE MAP

## RESELLERS

BOOKMARK THIS PAGE

- OVERVIEW
- PARTNERS
- **RESELLERS**
- FACT SHEET
- IMAGING SYSTEMS
- HISTORY
- LOCATIONS
- FAQ

---

- CORPORATE COLLATERAL
- CAREERS
- CONTACT

---

- ORDERING AND PRICING
- ImageLibrary
- SAMPLE IMAGERY

HOME

DigitalGlobe has established a reseller community worldwide to market and sell QuickBird products. Our resellers serve as an extension of the DigitalGlobe direct sales force. We have intentionally selected a small number of resellers, and in many cases exactly one reseller to a given geographic region.

This approach allows us to work closely with our resellers and fully support their efforts. The reseller community is designed to encourage resellers to work closely with customers to meet their specific needs and maintain long term relationships. This close collaboration between DigitalGlobe and our reseller channel enables the success of DigitalGlobe, our resellers, and most importantly our mutual customers.

**Additional Resources:**
Reseller Locator
Reseller Community Extranet

### DigitalGlobe Exclusive Distributors



**Eurimage**
Master Distributor of DigitalGlobe products for Europe and North Africa.
Reseller Details

**HitachiSoft**

**Hitachi Software Engineering Co., Ltd.**
Master Distributor of DigitalGlobe products for Asia.
Reseller Details

**telespazio**

**Telespazio**
Master Distributor of DigitalGlobe products for Italy.
Reseller Details

### DigitalGlobe International Resellers


**Aeromatex Inc.**
Reseller of DigitalGlobe products for China.
Reseller Details


**Beijing Space Eye Technology Corp.**
Reseller of DigitalGlobe products for China.
Reseller Details


**BMP Geomatica S.A.**
Reseller of DigitalGlobe products for Peru, Ecuador and Bolivia.
Reseller Details


**China RSGS**
Reseller of DigitalGlobe products for China.
Reseller Details


**EarthLine**
Reseller of DigitalGlobe products for Indonesia and Malaysia.
Reseller Details


**EDPMEDIA**
Reseller of DigitalGlobe products for Indonesia.
Reseller Details


**Espatial Resources**
Reseller of DigitalGlobe products for Malaysia.
Reseller Details



**GeoAnalytic Inc.**
Reseller of DigitalGlobe products for Canada.
Reseller Details



**Geocarto International Centre (GIC)**
Reseller of DigitalGlobe products for Hong Kong and Macao.
Reseller Details

**Geomatic Consulting International (GCI)**
Reseller of DigitalGlobe products for Cambodia, Laos and Vietnam.
Reseller Details



**Geo-Nadir**
Reseller of DigitalGlobe products for the Russian Federation, Kazakhstan, Kyrgyzstan, Tajikistan, Turkmenistan and Uzbekistan.
Reseller Details



**GeoOrbis**
Reseller of DigitalGlobe products for the Caribbean.
Reseller Details



**GISTDA**
Reseller of DigitalGlobe products for Thailand.
Reseller Details



**INCOM**
Reseller of DigitalGlobe products for Chile and Paraguay.
Reseller Details



**InfoSat**
Reseller of DigitalGlobe products for Argentina and Uruguay.
Reseller Details

**INTERSAT**
Reseller of DigitalGlobe products for Brazil.
Reseller Details



**MAPA**
Reseller of DigitalGlobe products for Mexico.
Reseller Details

**MAPS Geosystems**
Reseller of DigitalGlobe products in the Middle East, and Central, East, West and South Africa.
Reseller Details

**Prime Group**
Reseller of DigitalGlobe products for Russia.
Reseller Details



**Procalculo Prosis**
Reseller of DigitalGlobe products for Colombia and Venezuela.
Reseller Details



**RADARSAT International**
Reseller of DigitalGlobe products for Canada.
Reseller Details





**R&G World Co., Ltd.**
Reseller of DigitalGlobe products for South Korea.
Reseller Details



**RITI Technology**
Reseller of DigitalGlobe products for Taiwan.
Reseller Details



**SciTek**
Reseller of DigitalGlobe products for Thailand.
Reseller Details



**Sinclair Knight Merz**
Reseller of DigitalGlobe products for Australia, New Zealand, and the South Pacific.
Reseller Details



**Sky-Shine**
Reseller of DigitalGlobe products for Malaysia.
Reseller Details



**Sovinformsputnik**
Reseller of DigitalGlobe products for Russia.
Reseller Details



**Sovzond JSC**
Reseller of DigitalGlobe products for Russia.
Reseller Details

**SPOT ASIA**
Reseller of DigitalGlobe products for Brunei, Cambodia, Indonesia, Laos, Malaysia, Singapore and Vietnam.
Reseller Details

**Valtus Imagery Services**
Reseller of DigitalGlobe products for Canada.
Reseller Details

## United States Resellers

**AERO-METRIC**
DigitalGlobe Reseller headquartered in Sheboygan, Wisconsin.
Reseller Details

**EarthSat**
DigitalGlobe Reseller headquartered in Rockville, Maryland.
Reseller Details

**GCS Research**
DigitalGlobe Reseller headquartered in Missoula, Montana.
Reseller Details

**GeoAnalytic Inc.**
DigitalGlobe Reseller headquartered in Calgary, Alberta, Canada.
Reseller Details

**GeoOrbis**
DigitalGlobe Reseller headquartered in St. James, Barbados.
Reseller Details








**Global Imagery Solutions (SAIC)**
DigitalGlobe Reseller headquartered in Lakewood, Colorado.
Reseller Details



**GlobeXplorer**
DigitalGlobe Reseller headquartered in Walnut Creek, California.
Reseller Details

**Google Earth**
DigitalGlobe Reseller headquartered in Mountain View, California.
Reseller Details

**Harris Corp. (ImageLinks Program)**
DigitalGlobe Reseller headquartered in Melbourne, Florida.
Reseller Details

**MapMart**
DigitalGlobe Reseller headquartered in Denver, Colorado.
Reseller Details

**Merrick**
DigitalGlobe Reseller headquartered in Aurora, Colorado.
Reseller Details

**Native Communities Development Corporation (NCDC)**
DigitalGlobe Reseller headquartered in Colorado Springs, Colorado.
Reseller Details



**Photon Research Associates, Inc. (GIS Express)**
DigitalGlobe Reseller headquartered in Albuquerque, New Mexico.
Reseller Details



**RADARSAT International**
DigitalGlobe Reseller headquartered in Richmond, BC, Canada.
Reseller Details



**SAIC**
DigitalGlobe Reseller headquartered in McLean, Virginia.
Reseller Details

**Sanborn**
DigitalGlobe Reseller headquartered in Colorado Springs, Colorado.
Reseller Details

**Spatial Solutions**
DigitalGlobe Reseller headquartered in Bend, Oregon.
Reseller Details



**Valtus Imagery Services**
DigitalGlobe Reseller headquartered in Calgary, AB, Canada.
Reseller Details





**Walsh**
DigitalGlobe Reseller headquartered in Boulder, Colorado.
Reseller Details



CLOSE

### GlobeXplorer
DigitalGlobe® Reseller headquartered in Walnut Creek, California.

GlobeXplorer is the leading provider of online earth imagery, delivering instant access to the world's largest online library of map-accurate aerial and satellite photography. Through web applications and online extensions for ESRI, AutoCAD, and MapInfo software, GlobeXplorer serves hundreds of thousands of businesses, government agencies, and consumers daily.

In addition to its web-based products, GlobeXplorer also sells custom offline DigitalGlobe imagery on CD, DVD, FireWire, or online file transfer (FTP).

**GlobeXplorer**
3021 Citrus Circle
Suite 150
Walnut Creek, CA 94598

Contact:
Eric Waldman
Director, Sales and
Channel Development

E-mail:
ewaldman@
globexplorer.com

Telephone:
(415) 986-4009

Fax:
(925) 280-8760

Web Site:
www.globexplorer.com