**Press Center**

Home
About Google

**Press Center**

**Media Resources**
News from Google
Images and B-roll
Awards
Permissions

**Products & Technology**
Product Descriptions
Reviewer's Guides

**Related Product Info**
Google Labs
Software Principles

**Related Corporate Info**
Milestones
Executive Bios
Governance
Privacy Policy

**Investor Relations**

Find on this site:

Search

### Google Launches Free 3D Mapping and Search Product

**Google Earth Offers New Local Search Experience**

MOUNTAIN VIEW, Calif. - June 28, 2005 - Google Inc. (NASDAQ: GOOG) today announced the launch of Google Earth, Google's new satellite imagery-based mapping product that combines 3D buildings and terrain with mapping capability and Google search. Based on Keyhole technology, Google Earth enables users to fly from space to street level views to find geographic information and explore places around the world.

Key features of Google Earth include:

- Free software download available at http://earth.google.com
- 3D buildings in major cities across the United States
- 3D terrain showing mountains, valleys, and canyons around the world
- Integrated Google Local search to find local information such as hotels, restaurants, schools, parks, and transportation
- Fast, dynamic navigation
- Video playback of driving directions
- Tilt, rotate, and activate 3D terrain and buildings for a different perspective on a location
- Easy creation and sharing of annotations among users

"Google Earth utilizes broadband streaming technology and 3D graphics, much like a videogame, enabling users to interactively explore the world-- either their own neighborhood or the far corners of the globe," said John Hanke, general manager, Keyhole, Google Inc. "With many ways to access geographic information, Google provides a very rich local search experience for users worldwide."

Google Earth is the latest innovation within Google's local search product suite, which currently includes Google Local and Google Maps for web users and mobile phone users. With Google Earth, users have the tools to dive deeper into local information, whether they're exploring a vacation destination or researching a new home or apartment. They can combine multiple layers of information, such as cross-referencing school districts with address look-ups of available homes, business listings and public transportation, and save their results for later use.

For users interested in more advanced mapping capabilities, Google Earth Plus ($20/year) offers additional features including GPS compatibility, data import, and annotation. Google Earth Pro ($400/year), for commercial use, offers high-resolution printing and

GIS data import capabilities.

**Google Local**
Google Local at http://local.google.com helps users locate businesses in a specific geographic location. Google Local offers comprehensive local information including business listings, reviews and related Web pages.

**Google Maps**
Google Maps at http://maps.google.com, is a browser-based online mapping service that enables users to find location information, navigate through maps, and get directions quickly and easily. The service features results from Google Local to offer users access to traditional business listings combined with relevant information from Google's 8 billion page web index.

**Google Local for mobile phones**
Google Local is also available for XHTML-enabled mobile phones. When users visit http://mobile.google.com/local from their phones, they can type a query such as [wifi hotspot] in the 'What' search box and [10019] in the 'Where' search box to receive Google Local results of wifi hotspots in New York City . Available in the U.S. and Canada only, this service enables users to find business listings and driving directions, view an area using Google Maps with zooming capabilities, and click-to-call. Users may also use Google SMS to receive Google Local results via a text message.

**About Google Inc.**
Google's innovative search technologies connect millions of people around the world with information every day. Founded in 1998 by Stanford Ph.D. students Larry Page and Sergey Brin, Google today is a top web property in all major global markets. Google's targeted advertising program, which is the largest and fastest growing in the industry, provides businesses of all sizes with measurable results, while enhancing the overall web experience for users. Google is headquartered in Silicon Valley with offices throughout the Americas, Europe, and Asia. For more information, visit www.google.com.

###

*Google is a trademark of Google Inc. All other company and product names may*
*be trademarks of the respective companies with which they are associated.*

**Media contact:**
Eileen Rodriguez
Google, Inc.
+1 650-253-4235
eileen@google.com



©2005 Google - Home - About Google - We're Hiring - Site Map