# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br>    Defendants. | CIVIL ACTION NO. 04-11129 DPW |

## ASSENTED TO MOTION BY DEFENDANTS FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMIT

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Pursuant to Local Rule 7.1(B)(4), Defendants Keyhole, Inc. and Google Inc. ("Defendants") request leave to file their Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Preliminary Injunction ("Opposition Memorandum"), which exceeds twenty (20) pages in length.  Counsel for Plaintiff has assented to this Motion.

As grounds for this Motion, Defendants state that they were unable to adequately brief the necessary topics within the twenty-page limit set by the Court.  Defendants' Opposition Memorandum explains both Plaintiff's patented method and Defendants' technology.  The Opposition Memorandum further addresses each of the factors of the four-factor test necessary for evaluating whether a preliminary injunction should issue.  This analysis includes evaluating the likelihood of success on the merits using the claim constructions offered by both Plaintiff and Defendants, as well as those proposed by the Court during the claim construction hearing.  Given the complexity of the issues and the need to address a multi-factor test, Defendants require more than 20 pages to adequately brief the topics.

WHEREFORE, Defendants request that this Motion to file a memorandum exceeding the page limit be granted.


Dated:  February 3, 2006                    Respectfully submitted,


                                            By:      /s/ Darryl M. Woo
                                                Darryl M. Woo
                                                **FENWICK & WEST LLP**
                                                Embarcadero Center West
                                                275 Battery Street
                                                San Francisco, CA  94111
                                                Tel.  (415) 875-2300
                                                Fax  (415) 281-1350
                                                email: dwoo@fenwick.com

                                                Attorneys for Defendants and
                                                Counterclaimants
                                                KEYHOLE, INC. and GOOGLE INC.

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants contacted counsel for Plaintiff on February 3, at which time Plaintiff's counsel assented to this Motion.

Dated:  February 3, 2006                Respectfully submitted,

By:      /s/ Darryl M. Woo
Darryl M. Woo
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Tel.  (415) 875-2300
Fax  (415) 281-1350
email: dwoo@fenwick.com

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

**Certificate of Service**

I hereby certify that, on February 3, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By:      /s/ Darryl M. Woo
Darryl M. Woo