| **DEFENDANTS' OBJECTIONS TO THE DECLARATION OF H. JOSEPH HAMELINE** | | |
|---|---|---|
| **EVIDENCE** | **OBJECTION** | **RULE** |
| Paragraph 5 & Exhibit 1, pages 1-4: ClickZ News article "Google Adds Mapping Technology" | Authentication and Personal Knowledge<br>Hearsay | Fed. R. Evid. 901<br>Fed. R. Evid. 802 |
| Paragraph 5 & Exhibit 1, page 5: Silicon Valley/San Jose Business Journal article "Google buys digital mapping company" | Authentication and Personal Knowledge<br>Hearsay | Fed. R. Evid. 901<br>Fed. R. Evid. 802 |
| Paragraph 6 & Exhibit 2: Internet News article "Google Unfolds 3D Mapping Acquisition" | Authentication and Personal Knowledge<br>Hearsay | Fed. R. Evid. 901<br>Fed. R. Evid. 802 |
| Paragraph 7 & Exhibit 3: Google Earth "Industries" Web Page | Authentication and Personal Knowledge | Fed. R. Evid. 901 |
| Paragraph 8 & Exhibit 4: Evening Standard article "Top 10 FREE Downloads" | Authentication and Personal Knowledge<br>Hearsay | Fed. R. Evid. 901<br>Fed. R. Evid. 802 |
| Paragraph 9 & Exhibit 5: Google "Industry Awards and Accolades for Google" Web Page | Authentication and Personal Knowledge | Fed. R. Evid. 901 |
| Paragraph 10 & Exhibit 6: CHIP Online article (German), linked from Exhibit 5 | Authentication and Personal Knowledge<br>Hearsay<br>Failure to Provide Translation | Fed. R. Evid. 901<br>Fed. R. Evid. 802 |
| Paragraph 12 & Exhibit 8: NewsFactor Business Report article "Google Buys Digital Mapping Company" | Authentication and Personal Knowledge<br>Hearsay<br>Incomplete Exhibit | Fed. R. Evid. 901<br>Fed. R. Evid. 802 |
| Paragraph 13 & Exhibit 9: Screenshots of Skyline product | Authentication and Personal Knowledge<br>Hearsay | Fed. R. Evid. 901<br>Fed. R. Evid. 802 |
| Paragraph 14 & Exhibit 10: Screenshots of Google Earth product | Authentication and Personal Knowledge<br>Relevance | Fed. R. Evid. 901<br>Fed. R. Evid. 402 |
| Paragraph 15 & Exhibit 11: Google "Which version of Google Earth is right for you?" | Authentication and Personal Knowledge | Fed. R. Evid. 901 |

| **DEFENDANTS' OBJECTIONS TO THE DECLARATION OF H. JOSEPH HAMELINE** | | |
|---|---|---|
| **EVIDENCE** | **OBJECTION** | **RULE** |
| Paragraph 16 & Exhibit 12: Keyhole Products Web Page | Authentication and Personal Knowledge | Fed. R. Evid. 901 |
| Paragraph 17 & Exhibit 13: "Using Keyhole 2 PRO/EC Version 2.2" | Authentication and Personal Knowledge Relevance | Fed. R. Evid. 901 Fed. R. Evid. 402 |
| Paragraph 18 & Exhibit 14: Keyhole 2 LT/NV Quickstart Guide" | Authentication and Personal Knowledge Relevance | Fed. R. Evid. 901 Fed. R. Evid. 402 |
| Paragraph 20 & Exhibit 16: Google Earth "A 3D Interface to the planet" Web Page | Authentication and Personal Knowledge | Fed. R. Evid. 901 |
| Paragraph 21 & Exhibit 17: Keyhole "Getting Started" Web Page | Authentication and Personal Knowledge | Fed. R. Evid. 901 |
| Paragraph 24 & Exhibit 20: Google Earth "Enterprise – Overview" Web Page | Authentication and Personal Knowledge | Fed. R. Evid. 901 |
| Paragraph 25 & Exhibit 21: Google Earth "Product Tour" Web Page | Authentication and Personal Knowledge | Fed. R. Evid. 901 |
| Paragraph 26 & Exhibit 22: Google Earth Image earth.google.com/images/sdin3d.jpg as available 12/21/2005 | Authentication and Personal Knowledge | Fed. R. Evid. 901 |

24616/00401/LIT/1244004.1