IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEYHOLE, INC. and GOOGLE INC., ) <br> Defendants. ) <br> ) | CIVIL ACTION NO. 04-1129-DPW |

## DECLARATION OF GERI L. HAIGHT, ESQ.

I, Geri L. Haight, on oath depose and state that:

1. I am counsel for Plaintiff Skyline Software Systems, Inc. in this action and submit this declaration in support of Skyline's Opposition to Defendants' Motion to Strike Portions of Documents and Exhibits Submitted in Support of Plaintiff's Motion for Preliminary Injunction, or, in the Alternative, Objections to Evidence.

2. Attached hereto please find a true and accurate copy of *Wheelis v. United States*, No. CV 01-1905-PHX-PGR, 2003 WL 1908677 at *2 (D. Ariz. Mar. 12, 2003).

3. Attached hereto please find a true and accurate copy of *Art. II Gun Shop, Inc. v. Ashcroft*, No. 03 C 4598, 2005 WL 701053 at *4 (N.D. Ill. Mar. 25, 2005).

4. Attached hereto please find a true and accurate copy of *Carifio v. Benetton Sportsystem USA, Inc.,* No. Civ.A. 02-11985-DPW, 2005 WL 1527801(D. Mass. June 21, 2005).

Signed under the penalties of perjury this 17th day of February, 2006.

/s/ Geri L. Haight
Geri L. Haight  BBO # 638185

Attachments

**Certificate of Service**

     I hereby certify that on February 17, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

                                                          /s/ Geri L. Haight  
                                                          Geri L. Haight BBO # 638185

LIT 1561768v.1