**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>      Plaintiff, )<br>)<br>v.  )<br>)<br>)<br>)<br>)<br>KEYHOLE, INC., and )<br>GOOGLE INC. )<br>)<br>      Defendants. )<br>_____ ) | CIVIL ACTION NO.  04-11129 DPW<br><br>**REQUEST FOR SPECIAL ACTION** –<br>Local   Rule 5.1(c) |

**ASSENTED TO MOTION TO IMPOUND PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND SUPPLEMENTAL DECLARATION OF TERRY KEATING, PH.D.**

Pursuant to Local Rule 7.2, Plaintiff Skyline Software Systems, Inc. hereby moves this Court for leave to file under seal: (1) Plaintiff Skyline Software Systems, Inc.'s Reply Memorandum in Support of Motion for Preliminary Injunction and (2) the Supplemental Declaration of Terry Keating, Ph.D.  Further, the parties have agreed to restrictions on access to and use and disclosure of unredacted copies of the Submission which Plaintiff will serve on Defendants' outside attorneys; Plaintiff requests the Court's order include such restrictions. Defendants have assented to this Motion, including the restrictions on access to and use and disclosure of the Submission.  A proposed form of order is attached hereto as Exhibit A.

As grounds for this Motion, Defendants have asserted that the Submission contains confidential/proprietary information.  To properly respond to Defendants' Opposition, Skyline has included information as to how Google's accused products operate, which information Defendants have alleged to include Defendants' confidential and trade secret information.  The

parties agreed to certain restrictions that will protect the confidential and trade secret nature of the Submission and the information contained therein.

The Submission should be impounded in a sealed envelope, with a copy of the court order attached. Because the Submission is alleged to include proprietary technology, the Submission should remain impounded unless and until the Court orders otherwise.

Defendants have assented to this Motion.

WHEREFORE, Skyline respectfully requests that this Court grant Plaintiff's Motion to Impound its Submission.

Dated: March 9, 2006                                  Respectfully submitted,

                                                      SKYLINE SOFTWARE SYSTEMS, INC.,

                                                      By its attorneys,

                                                      /s/ H. Joseph Hameline
                                                      H. Joseph Hameline, BBO# 218710
                                                      Geri L. Haight, BBO# 63185
                                                      Mintz, Levin, Cohn, Ferris
                                                        Glovsky and Popeo, P.C.
                                                      One Financial Center
                                                      Boston, MA  02111
                                                      (617) 542-6000

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiff contacted counsel for Defendants on March 9 2006, at which time Defendants' counsel assented to this motion.

Dated: March 9, 2006                                  Respectfully submitted,

SKYLINE SOFTWARE SYSTEMS, INC.,

By its attorneys,

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO# 218710
Geri L. Haight, BBO# 63185
Mintz, Levin, Cohn, Ferris
Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

## Certificate of Service

I hereby certify that on March 9, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO #  21870

LIT 1564122v.1