# *EXHIBIT A*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>      Plaintiff,                  )<br>                                     )<br>      v.                           )<br>                                     )<br>KEYHOLE, INC., and         )<br>GOOGLE INC.                  )<br>                                   )<br>      Defendants.          )<br>_____) | CIVIL ACTION NO. 04-11129 DPW |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO IMPOUND**

Based on Plaintiff Skyline Software Systems, Inc.'s ASSENTED TO MOTION TO IMPOUND PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND DECLARATION OF TERRY KEATING, PH.D., the Court finds that good cause has been shown for impounding the following documents (collectively, the "Submission"):

(1)   Plaintiff Skyline Software Systems, Inc.'s Reply Memorandum in Support of Motion for Preliminary Injunction; and

(3)   Supplemental Declaration of Terry Keating, Ph.D.

Pursuant to Local Rule 7.2, the Court **HEREBY ORDERS** that the Clerk of the Court impound these documents upon their filing and to maintain the Submission impounded unless and until this Court rules otherwise.

The Court **FURTHER ORDERS** that Plaintiff serve Defendants (through counsel) with unredacted copies of the Submission.

**IT IS SO ORDERED.**

Dated: March_____, 2006

By:_____
The Honorable Douglas P. Woodlock
United States District Judge

LIT 1564129v.1