UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>                Plaintiff,<br><br>v.<br><br>KEYHOLE INC. and<br>GOOGLE, INC.,<br><br>                Defendant. | Civil Action No. 04-11129 DPW<br><br>JURY TRIAL REQUESTED |

## **CERTIFICATE UNDER RULE 83.5.3**

I, Carolyn Chang, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Carolyn Chang
Fenwick & West LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Tel. (650) 988-8500
Fax (650) 938-5200

Dated: February 2, 2006

AFFIDAVIT
CASE NO. 04-11129 DPW

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEYHOLE INC. and )<br>GOOGLE, INC., )<br>)<br>Defendant. )<br>_____) | Civil Action No. 04-11129 DPW<br><br>JURY TRIAL REQUESTED |

**CERTIFICATE UNDER RULE 83.5.3**

I, Saundra L. M. Riley, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

                                                                       Saundra L. M. Riley
                                                                       Fenwick & West LLP
                                                                         Silicon Valley Center
                                                                         801 California Street
                                                                         Mountain View, CA 94041
                                                                         Tel. (650) 988-8500
                                                                         Fax (650) 938-5200

Dated: February 2, 2006

AFFIDAVIT
CASE NO. 04-11129 DPW

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEYHOLE INC. and ) <br> GOOGLE, INC., ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 04-11129 DPW <br><br> JURY TRIAL REQUESTED |

## CERTIFICATE UNDER RULE 83.5.3

I, Michael Sacksteder, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Michael Sacksteder
Fenwick & West LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Dated: February 2, 2006