UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>               Plaintiff,<br><br>v.<br><br>KEYHOLE, INC., and<br>GOOGLE INC.<br><br>               Defendants. | Civil Action No. 04-11129 DPW |

### ASSENTED-TO MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5.3 FOR ADMISSION *PRO HAC VICE*

Defendants, Keyhole, Inc. and Google Inc., by and through Nutter McClennen & Fish, LLP, hereby move that Carolyn Chang, Saundra L. M. Riley, and Michael Sacksteder of Fenwick & West LLP be admitted *pro hac vice* in the above case. to appear *pro hac vice* before the Court to represent the plaintiffs in the above-captioned case. In support of this motion, undersigned counsel respectfully states as follows:

     1.     Carolyn Chang, Saundra L. M. Riley, and Michael Sacksteder are attorneys in the firm of Fenwick & West LLP, which maintains offices for the practice of law at Silicon Valley Center, 801 California Street, Mountain View, California 94041, and Embarcadero Center West, 275 Battery Street, San Francisco, CA 94111.

     2.     I have attached certificates of Carolyn Chang, Saundra L. M. Riley, and Michael Sacksteder, as required by Local Rule 83.5.3(b). These certificates indicate that Carolyn Chang, Saundra L. M. Riley, and Michael Sacksteder are in full compliance with the requirements of the local rule for admission *pro hac vice*.

3.  The undersigned counsel requests that this Court allow the motion so that Carolyn Chang, Saundra L. M. Riley, and Michael Sacksteder can file pleadings and appear and be heard at all proceedings in this case on behalf of the defendant.

4.  I have appeared in this action on behalf of the defendant by entering a Notice of Appearance.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order permitting Carolyn Chang, Saundra L. M. Riley, and Michael Sacksteder to appear *pro hac vice* in this case.

Respectfully submitted,

/s/ Michelle Chassereau Jackson
Nelson G. Apjohn (BBO No. 020373)
Michelle Chassereau Jackson (BBO No. 654825)
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000
Attorneys for Keyhole, Inc. and Google Inc.

Dated: March 10, 2006

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on March 10, 2006, I conferred by telephone and e-mail with counsel of record for plaintiff, and counsel of record for plaintiff assents to the herein motion.

/s/ Michelle Chassereau Jackson
Michelle Chassereau Jackson

1502003.1