IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>　　　　Plaintiff,　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 )<br>KEYHOLE, INC. and GOOGLE, INC.,　 )<br>　　　　Defendants.　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　 ) | CIVIL ACTION NO. 04-11129-DPW |

**PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S ASSENTED TO
MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT
OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

　　　　In accordance with Local Rule 7.1(B)(3), Plaintiff Skyline Software Systems, Inc. ("Skyline") requests leave to file a Reply Memorandum to Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Preliminary Injunction ("Reply Memorandum"). In support of this Motion, Skyline states that its Reply Memorandum is necessary to respond to Defendants' allegations of non-infringement and invalidity. Because there has been very limited discovery conducted in this case to date, a Reply Memorandum is necessary for Skyline to properly address information that Defendants have just now introduced through Defendants' Opposition regarding issues of non-infringement and invalidity.

　　　　Counsel for Defendants has assented to this Motion.

WHEREFORE, Skyline requests the Court grant it leave to submit the aforementioned Reply Memorandum.

    Respectfully submitted,

    SKYLINE SOFTWARE SYSTEMS, INC.,

    By its attorneys,

    /s/ H. Joseph Hameline
    H. Joseph Hameline, BBO# 218710
    Mintz, Levin, Cohn, Ferris
     Glovsky and Popeo, P.C.
    One Financial Center
    Boston, MA  02111
    Tel.  (617) 542-6000
    Fax   (617) 542-2241
    hhameline@mintz.com

Dated: March 10, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Prior to filing this Motion, counsel for Plaintiff contacted counsel for Defendants by telephone in an attempt to resolve this matter.  Counsel for Defendants has assented to this Motion.

    /s/ H. Joseph Hameline
Dated:  March 10, 2006    H. Joseph Hameline

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.

    /s/ H. Joseph Hameline
    H. Joseph Hameline, BBO # 218710