UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., | ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | CIVIL ACTION NO.  04-11129 DPW |
| KEYHOLE, INC., and GOOGLE INC., Defendants. | ) ) ) ) |  |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below will be manually filed with the Court in paper form only and subject to a motion for impoundment in accordance with Local Rule 7.2:

- Plaintiff Skyline Software Systems, Inc.'s Reply Memorandum in Support of Motion for Preliminary Injunction; and

- Supplemental Declaration of Terry Keating, Ph.D.

Subject to the above, the original documents will be maintained in the case file in the Clerk's Office.

Respectfully submitted,

SKYLINE SOFTWARE SYSTEMS, INC.,
By its attorneys,

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO# 218710
Geri L. Haight, BBO# 63185
MINTZ, LEVIN, COHN, FERRIS
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Tel:  (617) 542-6000
Fax: (617) 542-2241

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.

/s/ H. Joseph Hameline
H. Joseph Hameline

Dated:  March 10, 2006