**EXHIBIT A**
**(Ronnie Yaron Declaration)**

Sign in

Web  Images  Groups  News  Froogle  Local  more »



"NASA Worldwind"    Search   Advanced Search / Preferences

**Web**          Results **1 - 10** of about **58,600** for **"NASA Worldwind"**. (0.09 seconds)

NASA World Wind
National Aeronautics and Space Administration. Learning Technologies World Wind
1.3. News. October 25, 2005 World Wind 1.3.3.1 released ...
worldwind.arc.nasa.gov/ - 35k - Cached - Similar pages

NASA World Wind
Download World Wind Downloading World Wind. NASA World Wind is available as a
full install, or as an update to a previous release. ...
worldwind.arc.nasa.gov/download.html - 20k - Cached - Similar pages
[ More results from worldwind.arc.nasa.gov ]

PhotoGlobe: **NASA WorldWind** Support
PhotoGlobe now supports **NASA WorldWind** 1.3.2 or later. ... **NASA WorldWind** is a
phantastic piece of software which lets you look at the earth from a ...
www.photoglobe.info/worldwind.html - 5k - Cached - Similar pages

**NASA WorldWind**
**NASA WorldWind**. Summary. 2006-01-26 World Wind allows any user to zoom from
satellite altitude into any place on Earth, leveraging high resolution LandSat ...
gcmd.nasa.gov/records/WorldWind.html - Similar pages

MAKE: Blog: **NASA's WorldWind** on a Pocket PC
**NASA's WorldWind** on a Pocket PC ... Adam on #joiito send me this latest gem- the
latest project is a port of **NASA's WorldWind** application for a Pocket PC. ...
www.makezine.com/blog/archive/2005/05/nasas_worldwind.html - 29k -
Cached - Similar pages

NASA World Wind - Wikipedia, the free encyclopedia
NASA World Wind. Screenshot of World Wind showing USGS Urban Ortho-Imagery of
Huntington Beach, Los Angeles Screenshot of World Wind showing USGS Urban ...
en.wikipedia.org/wiki/World_Wind - 25k - Cached - Similar pages

World Wind
Notify Blogger about objectionable content. What does this mean? Blogger · MMS
Friends · Get your own blog · Flag Blog · Next blog · BlogThis! ...
nasaworldwind.blogspot.com/ - 26k - Cached - Similar pages

Help2Go - View the world with **NASA Worldwind**
Help2Go provides free computer help, advice, tutorials, and spyware help. The
friendliest place on the web!
www.help2go.com/Tutorials/Software_Applications/
View_the_world_with_NASA_Worldwind.html - 18k - Cached - Similar pages

Filecloud - **NASA WorldWind** v1.3.3.1
Filecloud - Web Based File Distribution That Thought Of Everything.
www.filecloud.com/files/file.php?file_id=2678 - 20k - Cached - Similar pages

**HandledException : World in your hands - NASA WorldWind on .NET CF !**
World in your hands - **NASA WorldWind** on .NET CF ! **NASA WorldWind** is worth a check. "World Wind lets you zoom from satellite altitude into any place on Earth ...
www.dotnetjunkies.com/WebLog/suniljagadish/archive/2005/05/30/101995.aspx - 26k
- Cached - Similar pages

Goooooooooogle ▶

Result Page:   **1** 2 3 4 5 6 7 8 9 10   **Next**

Free! Get the Google Toolbar. Download Now - About Toolbar

Google ▾ [              ] ▾ G Search ▾ ■ PageRank ABC Check ▾ AutoLink ⓘ AutoFill ☑ Options ✏ Highlight

"NASA Worldwind"    [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google

Sign in



Web   Images   Groups   News   Froogle   Local   more »

"Google Earth"   [Search]   Advanced Search / Preferences

**Web**   Results 1 - 10 of about 17,500,000 for "Google **Earth**". (0.06 seconds)

Search **Google Earth**                     Sponsored Link         Sponsored Links
earth.google.com   Explore satellite images of the world.
Download **Google Earth** - Free                     LandVoyage - Online Maps
                                                    Aerial Photos & USGS Topo Maps!
**Google Earth** - Home                              Subscriptions Start At Only $24.95
Offers maps and satellite images for complex or pinpointed   www.LandVoyage.com
regional searches.
earth.google.com/ - 13k - Cached - Similar pages    Planet **Earth** World Globe
                                                    World Globes
  **Google Earth** - System Requirements           Home & Kitchen at Mercantila
  Download **Google Earth** - Mac or PC. **Google Earth** is a   www.Mercantila.com
  broadband, 3D application that not all computers can run.
  Desktop computers older than 4 years old may ...   Amazing Download
  earth.google.com/download-earth.html - 12k -      Find almost anything on the Web
  Cached - Similar pages                             With Firefly, AI Search Technology
  [ More results from earth.google.com ]             Fire-fly.tv

**Google Earth** Hacks - Lots of downloads, information and
hacks for ...
**Google Earth** Hacks is not affiliated with Google in any way. **Google Earth** Hacks.
Welcome to **Google Earth** Hacks! We offer lots of great information for you, ...
www.googleearthhacks.com/ - 22k - Cached - Similar pages

Flash Earth ...Google Local and Windows Live Local in Flash
www.flashearth.com/ - 3k - Cached - Similar pages

**Google Earth** Community: Viewing list of forums
The **Google Earth** Sightseer Globe newsletter and the Where in the World contest ...
The home of user-published data layers that **Google Earth** users can easily ...
bbs.keyhole.com/ - 51k - Mar 5, 2006 - Cached - Similar pages

Google + Keyhole = **Google Earth** | newrecruit
the views and thoughts of one single individual that means absolutely nothing.
www.newrecruit.org/archives/2005/may/googlekeyhole - 180k -
Cached - Similar pages

**Google Earth** Blog
All about **Google Earth**... ... GolfNation courses in **Google Earth** Here are some more
3D Buildings for your weekend pleasure to explore in **Google Earth** (make ...
www.gearthblog.com/ - 68k - Mar 5, 2006 - Cached - Similar pages

Official Google Blog: **Google Earth** in a Mac world (PC too)
1/10/2006 12:49:00 PM. Posted by Chikai Ohazama, **Google Earth** Team ... Happy
travels throughout **Google Earth**, whether you're on a Mac or a PC. Permalink | ...
googleblog.blogspot.com/2006/01/**google-earth**-in-mac-world-pc-too.html - 15k -

Cached - Similar pages

**Google Earth Flies Free**
Google has released its long-anticipated geographic search tool, a new application that combines local search with satellite images and maps from around the ...
searchenginewatch.com/searchday/article.php/3516001 - 66k -
Cached - Similar pages

Google Local
Provides directions, interactive maps, and satellite/aerial imagery of the United States. Can also search by keyword such as type of business.
maps.google.com/ - 24k - Cached - Similar pages



Gooooooooogle ▶
Result Page:  1 2 3 4 5 6 7 8 9 10  Next

Info when you want it, right on your desktop
Free! Download Google Desktop

"Google Earth"    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2006 Google