# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 04-11129 DPW |

## ASSENTED TO MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PORTIONS OF DOCUMENTS AND EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, OR, IN THE ALTERNATIVE, OBJECTIONS TO EVIDENCE

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Tel.  (415) 875-2300
Fax  (415) 281-1350

Pursuant to Local Rule 7.1(b)(3), Defendants Keyhole, Inc. and Google, Inc. submit herewith the attached proposed Defendants' Reply Brief in Support of Their Motion To Strike Portions of Documents and Exhibits Submitted in Support of Plaintiff's Motion for Preliminary Injunction, or, in the Alternative, Objections to Evidence ("Reply"), and by this assented to motion, seek this Court's leave to file the same.

Defendants' Reply is necessary because the underlying factual and legal issues presented by Skyline's Opposition require clarification, correction, and further discussion. Defendants thus respectfully request that they be permitted to file the attached Reply.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(a)(2), on February 24 and 28, 2006, counsel for Defendants and Plaintiff met and conferred and ultimately agreed to a schedule whereby Defendants could file their Reply Brief in Support of Their Motion To Strike Portions of Documents and Exhibits Submitted in Support of Plaintiff's Motion for Preliminary Injunction, or, in the Alternative, Objections to Evidence by March 10, 2006.

Dated: March 10, 2006                     Respectfully submitted,


By:      /s/ Darryl M. Woo
    Darryl M. Woo
    **FENWICK & WEST LLP**
    Embarcadero Center West
    275 Battery Street
    San Francisco, CA  94111
    Tel.  (415) 875-2300
    Fax  (415) 281-1350
    email: dwoo@fenwick.com

    Attorneys for Defendants and
    Counterclaimants
    KEYHOLE, INC. and GOOGLE INC.

## Certificate of Service

I hereby certify that, on March 10, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By:    /s/ Darryl M. Woo
      Darryl M. Woo