IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>　　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>KEYHOLE, INC. and GOOGLE, INC.,　　)<br>　　　Defendants.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　) | CIVIL ACTION NO.  04-1129-DPW |

### DECLARATION OF GERI L. HAIGHT, ESQ.

I, Geri Haight, on oath depose and state that:

1.　　I am counsel for Plaintiff Skyline Software Systems, Inc. in this action and I submit this declaration in support of Skyline Software Systems, Inc.'s Reply Memorandum In Support Of Motion For Preliminary Injunction.

2.　　Attached hereto as Exhibit A is a true and accurate copy of the '189 Patent.

3.　　Attached hereto as Exhibit B is a true and accurate copy of the Google Blog Announcement, January 10, 2006.

4.　　Attached hereto as Exhibit C is a true and accurate copy of "It feels Like You're Flying," *BusinessWeek,* January 16, 2006.

5.　　Attached hereto as Exhibit D is a true and accurate copy of the

2

Signed under the penalties of perjury this 10th day of March 2006.

/s/ Geri L. Haight
Geri L. Haight

**Certificate of Service**

I hereby certify that on March 10, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ H. Joseph Hameline
H. Joseph Hameline, BBO #  218710
Mintz, Levin, Cohn, Ferris
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
Tel.  (617) 542-6000
Fax  (617-542-2241
hhameline@mintz.com

TRA 2129021v.1