**EXHIBIT B**
**(Geri Haight Declaration)**



Googler insights into product and technology news and our culture.

## Google Earth in a Mac world (PC too)

1/10/2006 12:49:00 PM
Posted by Chikai Ohazama, Google Earth Team

We feel like proud parents around here. Our eldest, Google Earth for the PC, is officially leaving beta status today, and we couldn't be more pleased. For those of you who downloaded early, upgrade to the latest and discover Google Earth all over again.

And we have a brand new member of the family -- Google Earth for Macintosh. We're happy to finally have some good news for the, ahem, vocal Mac enthusiasts we've been hearing from. Let's just say that we have gotten more than a few "requests" for a Mac version of Google Earth. They've gone something like this:

1) "When is it coming out? Your website says that you are working on it."

2) "You know, Mac users are very heavy graphics/mapping/visualization/design/ architecture/education/real estate/geocaching/social-geo-video-networking fans who would certainly use Google Earth a lot."

3) "So when is it coming out?"

We heard you loud and clear. The Mac version runs on OS X 10.4 and up. Happy travels throughout Google Earth, whether you're on a Mac or a PC.

Permalink |

---

**Links to this post:**

Google Earth for Tiger
Google Earth in a Mac world (PC too) ->> GoogleBlog
Google Earth for Mac released
links for 2006-01-12
links for 2006-01-12
links for 2006-01-12

links for 2006-01-12
Google Earth for Mac
Serving the World on a Mac
Macも漸くGoogle Earth だよ
Fujitsu E Series Notebooks Release:
The Share Wonders Web Site Information Rating System
Mac Users can finally use Google Earth
Google has now officially released Google Earth Beta for OS X
Google Earth now available for the Mac
links for 2006-01-12
Good news from the google blog. Google earth for Mac is official ...
Mac fans: You want this program!
Mac fans: You want this program!
Earth... now on Mac OS X!
Google Earth for the Mac!
Official Google Blog: Google Earth in a Mac world (PC too)
Earth now available for Mac OS X!
Need for higher resolution images for the pacific
Google Earth!
Hoodies
Google Earth for OS X
Versión oficial de 'Google Earth' para Mac
Just too much fun!
I lied
Intel Macs are here!
Macs also get Google Earth
links for 2006-01-11
Google Earth on Mac
Search Blogs
Google Earth For OS X
Google Earth in a Mac world
Google Earth released for the Mac
memos to self
Google Earth for Macs, and new Macs
Google Earth Beta finns numera till Mac OS X
Google Earth for Mac
Google Earth julkaistu Macille. Google on tuonut saataville Mac ...
Google Earth in a Mac world
video.google.com for psp
Google Earth para Mac OS X
Google Earth Mac Beta - Finalmente!
Google Earth Macre
Google Earth for Mac OS X
Who Is Your Macbook Pro Daddy?
Stop Press! Google Product Leaves BETA
"What's an Intel chip doing in a Mac? A whole lot more than it's ...

Google Earth Beta for Mac OS X officially released
Eindelijk
Google Earth
Google Earth for OS X
Google Earth for Mac
FINALLY! Google Earth for Mac
Google Earth finally supports Macs
New Macbook
Google Earth in a Mac World
Google Earth Beta for Mac OS X officially released
Buried
Google Earth終於來了！
Google Earth: Now on the Mac
codeman38 @ 2006-01-10T23:44:00
Google Earth for Mac and Intel MacBook Pro
Google Earth for Mac
Google Earth officially available for Mac OS X
Google Earth for Mac OS X
Google Updater doesn't update Google Earth
Up all night ODing on IMINT
Google Earth coming out of beta
Things Which I have Chosen to Interpret as Celebrations of My ...
links for 2006-01-11
Google Earth for Mac
Google grant Mac user with Google Earth too!
Google Earth in a Mac world (PC too)
Novedades entorno a Google Earth
Google Earth For Mac
Google Earth for Mac
Updates all over
Google Earth para Mac
Google Earth for Mac OS X (via Google blog).
Google Earth for Mac!
Google Earth for Mac es mas dolgok
Google Earth Beta for Mac and Google Earth for PC
Fallout Boy parodies continue
Google Earth Beta for Mac OS X officially released
Google Earth for Mac and the new Apple Laptop: The MacBook Pro
Google Earth officially available for Mac OS X
Google Earth disponible para Mac OS X
Google Earth for Mac!
Google Earth Beta for Mac OS X officially released
Google Earth for Macintosh
Google Earth officially available for Mac OS X 10.4 Tiger
Google Earth nu ook voor Mac
Google Earth, Lessig, and presentation

**Google Earth now available for Mac**
Google Earth has just been released for the Mac. Download it here ...

Copyright © 2005 Google Inc. All rights reserved.
Privacy Policy - Terms of Service