**EXHIBIT C**
**(Geri Haight Declaration)**

# MAPS
# It Feels Like You're Flying

**LESS THAN A YEAR OLD,** Google Maps is threatening to overtake Yahoo! as the No. 2 destination for online maps after leader MapQuest, and with good reason: Google has introduced such eye-popping features as satellite imagery. More important, Google is ahead of the pack in its efforts to integrate maps and local search—an important step toward tailoring results to users' needs.

Google's map product was thrust into the spotlight in April after it integrated its nascent maps feature with a satellite-imaging service it acquired in 2004. Users can toggle between traditional maps and a satellite picture. Search for your house, say, and you can zoom in close enough to see the chimney. (Such images are neither live nor updated often.)

Google also one-upped rivals with maps you can drag: Move the map into areas that are off-screen and then zoom in on your destination. Most competitors use cumbersome arrows to move the map in the direction you want, and often a flurry of clicks is required.

Key to the success of Google Maps is its tight integration with local search. Type in "pizza Fergus Falls, MN," and Google will return a map dotted with red flags. Search results next to the map correspond to each flag. Scroll over the flag to get information about the establishment, including driving directions, a link to reviews, and possibly a Web site.

Yahoo and MapQuest also intertwine their maps with local results. But Google has a slight edge on both. MapQuest offers a stronger level of local information. You can't click on the names of the businesses, for example, to find their hours of operation or a link to a Web site. Yahoo's beta version serves up more information but requires another step to get the same results.

One of Google's biggest flaws is the sheer size of its maps, which measure roughly 8.5 inches by 5.5 inches. What's more, the default zoom can be too broad. When I typed in "sushi Palo Alto," the map went from Morgan Hill to San Francisco—a span of 70 miles. Sure, the right restaurants were flagged in the middle, but 80% of the map was useless. A similar search on MapQuest returned a map that covered just a few miles. It takes only one click on the zoom button to get Google's map to the right level of focus. But the prospect of reloading yet another hefty image using my dial-up connection was daunting.

Google's innovations set its mapping apart. But some tinkering, including faster download speeds and more narrowly focused images, would make a good product even better.   *–Ben Elgin*

January 16, 2006 | **BusinessWeek** | 89