UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>            Plaintiff,                )<br>                                      )<br>v.                                  )<br>                                      )<br>KEYHOLE, INC., and GOOGLE INC., )<br>            Defendants.             )<br> | CIVIL ACTION NO. 04-11129 DPW |

## APPENDIX OF UNPUBLISHED LEGAL AUTHORITIES CITED IN PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

*Advanced Communication Design v. Premier Retail Networks*, No. 02-1271, 02-1272, 2002 U.S. App. Lexis 20403 (Fed. Cir. Sept. 23, 2002) ........................................Tab A

*PHG Technologies v. The St. John Co., Inc.*, No. 03:05-0630, 2005 U.S. Dist. Lexis 32808 Dec. 5, 2005 M.D. Tenn.)............................................................................ Tab B

*Oxford Global Resources, Inc. v Sabatino Guerriero et al.*, No. Civ. A. 03-12078-DPW, 2003 WL 23112398 (D. Mass. Dec. 30, 2003) (Woodlock, J.)............................... Tab C

## Certificate of Service

I hereby certify that on March 13, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ Geri L. Haight
Geri L. Haight, BBO # 638185

LIT 1564507v.1