THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.,<br>　　　Plaintiff,<br><br>v.<br><br>KEYHOLE, INC. and GOOGLE INC.,<br>　　　Defendants. | CIVIL ACTION NO.  04-11129-DPW |

### PLAINTIFF'S MOTION TO CLARIFY
### OR, IN THE ALTERNATIVE, TO CONSOLIDATE

Plaintiff Skyline Software Systems, Inc. ("Plaintiff") hereby respectfully requests that this Court clarify whether Skyline may assert in this action the remaining claims of U.S. Patent No. 6,496,189 (the "'189 Patent") other than Claims 1 and 12.  In the alternative, pursuant to Fed. R. Civ. P. 42(a) and Local Rule 40.1(J), Skyline respectfully requests that the Court consolidate the action entitled *Skyline Software Systems, Inc. v. Keyhole, Inc. and Google Inc.*, 06-CV-10980-DPW, filed on June 5, 2006, with the instant case.  As explained more fully in the supporting memorandum, consolidation is appropriate given that the two pending actions involve the same parties, the same patent, and the same accused products.

**WHEREFORE**, Skyline requests that the Court grant this Motion.

**REQUEST FOR HEARING**

Skyline respectfully requests a hearing on this Motion.

Respectfully submitted,

SKYLINE SOFTWARE SYSTEMS, INC.,

By its attorneys,

/s/ Geri L. Haight, BBO #638185
H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO #638185
Mintz, Levin, Cohn, Ferris,
  Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

June 7, 2006

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Prior to the filing of this Motion, counsel for Plaintiff exchanged written correspondences with counsel for Defendants in an attempt to resolve this matter, and counsel were unable to resolve or narrow the issues presented in this Motion.  Counsel for Plaintiff notes that earlier today, counsel for Defendants delivered a letter to the Court seeking its assistance in resolving the issues raised, in part, in this Motion.

/s/ Geri L. Haight
Geri L. Haight, BBO #638185

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ Geri L. Haight
Geri L. Haight, BBO # 638185