# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> KEYHOLE, INC. and ) <br> GOOGLE, INC., ) <br> Defendants. ) | CIVIL ACTION NO. 04-11129-DPW |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below are being manually filed with the Court *under seal pursuant to a protective order* and are available in paper form only:

1. Memorandum In Support Of Plaintiff's Motion To Clarify Or, In The Alternative, To Consolidate; and

2. Declaration of Geri L. Haight, with exhibits.

The original document is maintained in the case file in the Clerk's Office.

SKYLINE SOFTWARE SYSTEMS, INC.,
By its attorneys,

/s/ Geri L. Haight
Geri L. Haight, BBO #638185
Mintz, Levin, Cohn, Ferris
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000

Dated: June 7, 2006

2

**Certificate of Service**

      I hereby certify that on June 7, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

      /s/ Geri L. Haight
      Geri L. Haight, BBO #  638185
      Mintz, Levin, Cohn, Ferris
       Glovsky and Popeo, P.C.
      One Financial Center
      Boston, MA  02111
      Tel.  (617) 542-6000
      Fax  (617-542-2241
      hhameline@mintz.com

LIT 1575678v.1