UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>KEYHOLE, INC., and<br>GOOGLE INC.<br><br>    Defendants. | Civil Action No. 04-11129 DPW |

### ASSENTED-TO MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5.3 FOR ADMISSION *PRO HAC VICE*

Defendants, Keyhole, Inc. and Google Inc., by and through Nutter McClennen & Fish, LLP, hereby move that Heather N. Mewes of Fenwick & West LLP be admitted *pro hac vice* in the above case. **In support of this motion, undersigned counsel respectfully states as follows:**

1.  **Heather N. Mewes is an attorney in the firm of Fenwick & West LLP, which maintains an office for the practice of law at Embarcadero Center West, 275 Battery Street, San Francisco, CA 94111.**

2.  **I have attached the certificate of Heather N. Mewes, as required by Local Rule 83.5.3(b). This certificate indicates that Heather N. Mewes is in full compliance with the requirements of the local rule for admission** *pro hac vice*.

3.  **The undersigned counsel requests that this Court allow the motion so that** Heather N. Mewes **can file pleadings and appear and be heard at all proceedings in this case on behalf of the defendant.**

4.  **I have appeared in this action on behalf of the defendants by entering a Notice of Appearance.**

**WHEREFORE, undersigned counsel respectfully requests that the Court enter an order permitting Heather N. Mewes to appear** *pro hac vice* **in this case.**

**Respectfully submitted,**

   /s/  Michelle Chassereau Jackson
Nelson G. Apjohn (BBO No. 020373)
Michelle Chassereau Jackson (BBO No. 654825)
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax:  (617) 310-9000
Attorneys for Keyhole, Inc. and Google Inc.

Dated:  June 8, 2006

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that on June 8, 2006, I conferred by e-mail with counsel of record for plaintiff, and counsel of record for plaintiff assents to the herein motion.

   /s/  Michelle Chassereau Jackson
Michelle Chassereau Jackson

1536734.1