UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>KEYHOLE INC. and<br>GOOGLE, INC.,<br><br>Defendant. | Civil Action No. 04-11129 DPW<br><br>JURY TRIAL REQUESTED |

**CERTIFICATE UNDER RULE 83.5.3**

I, Heather N. Mewes, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

_____
Heather N. Mewes
Fenwick & West LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

Dated: June 1, 2006