**FENWICK & WEST LLP**

EMBARCADERO CENTER WEST | 275 BATTERY STREET | SAN FRANCISCO, CA 94111

TEL 415.875.2300 | FAX 415.281.1350 | WWW.FENWICK.COM

June 13, 2006

DARRYL M. WOO

EMAIL DWOO@FENWICK.COM
DIRECT DIAL (415) 875-2368

The Honorable Douglas P. Woodlock
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

    Re:    <u>Skyline Software Systems, Inc. v. Keyhole, Inc.</u>
            Civil Action No. 04-11129 DPW

Dear Judge Woodlock:

    Pursuant to the Court's June 9, 2006 order, the parties jointly present the following modified schedule for the exchange of expert reports in the above-referenced matter:

    July 10, 2006:  Last day to serve expert disclosures and opening expert reports, on issues for which the party bears the burden of proof, by Federal Express or another method to ensure overnight delivery of expert reports with exhibits (including to Fenwick & West LLP); and

    August 11, 2006:  Last day to serve responsive expert reports by Federal Express or another method to ensure overnight delivery of expert reports with exhibits (including to Fenwick & West LLP).

    The parties apologize for the delay in delivering this update to the Court, but had some difficulty coordinating schedules.

                            Respectfully submitted,

                            FENWICK & WEST LLP

                            Darryl M. Woo
                            Attorneys for Defendants Keyhole, Inc. and Google Inc.

                            MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO P.C.

                            H. Joseph Hameline
                            Attorneys for Plaintiff Skyline Software Systems, Inc.

cc:    Nelson Apjohn, Esq.