# N Nutter

**Michelle Chassereau Jackson**
Direct Line: 617-439-2748
Fax: 617-310-9748
E-mail: mjackson@nutter.com

*FILED IN CLERK'S OFFICE 2006 JUN 14 AM U.S. DISTRICT COURT DISTRICT OF MASS.*

June 14, 2006

**BY HAND**
Ms. Michelle Rynne
Courtroom Clerk to the Hon. Douglas P. Woodlock
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

*DOCKETED*

Re:   Skyline Software Systems, Inc. v. Keyhole Corporation
      <u>U.S.D.C. Civil Action No. 04-11129 DPW</u>

Dear Ms. Rynne:

Pursuant to the Court's June 7, 2006 Order, please find enclosed a redacted transcript of the March 22, 2006 hearing in the above-referenced matter.

Thank you for your assistance.

Very truly yours,

Michelle Chassereau Jackson

MCJ/bmh
Enclosure

cc:   H. Joseph Hameline, Esq.

107