IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 04-11129 DPW |

**[PROPOSED] ORDER ADOPTING CASE SCHEDULE AND MARCH 2007 TRIAL DATE**

On July 21, 2006, the parties jointly submitted via letter a proposed case schedule with differing trial dates. The Court having reviewed and considered the proposed schedule and trial date proposals, as well as the Court's own calendar, and good cause appearing therefor, the Court **HEREBY ADOPTS** the following case schedule and trial date in both this case and Civil Action No. 06-10980 DPW:

09/22/06: Fact discovery cutoff (as to liability only, and not damages)

09/29/06: Last day for each party to file and serve respective opening claim construction briefs on claims other than Claims 1 and 12 (simultaneous exchange)

10/11/06: Last day for each party to file and serve respective responsive claim construction briefs on claims other than Claims 1 and 12 (simultaneous exchange)

11/01/06: Hearing on claim construction for claims other than Claims 1 and 12

12/08/06: Last day to serve supplemental expert reports (on claims other than Claims 1 and 12), on issues for which the party bears the burden of proof, by Federal Express or another method to ensure overnight delivery of expert reports with exhibits (including to Fenwick & West)

[PROPOSED] ORDER ADOPTING CASE SCHEDULE AND MARCH TRIAL DATE
CASE NO. 04-11129 DPW

12/22/06: Last day to serve supplemental responsive expert reports (on claims other than Claims 1 and 12) by Federal Express or another method to ensure overnight delivery of expert reports with exhibits (including to Fenwick & West)

01/12/07: Deadline for conducting expert depositions (on all claims)

01/19/07: Last day to file and serve motions for summary judgment and opening briefs in support thereof

02/02/07: Last day to file and serve motion for summary judgment responsive briefs

02/09/07: Last day to file and serve motion for summary judgment reply briefs

02/23/07: Hearing on motions for summary judgment

03/19/07: Trial to commence on liability issues

**IT IS SO ORDERED.**

Dated: _____, 2006

By: _____
The Honorable Douglas P. Woodlock
United States District Judge