## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. <br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., <br> Defendant. | CIVIL ACTION NO. 04-11129-DPW |

### ASSENTED-TO MOTION PURSUANT TO LOCAL DISTRICT COURT RULE 83.5.3 FOR ADMISSION *PRO HAC VICE* OF FLAVIO ROSE

Plaintiff, Skyline Software Systems, Inc., by and through Mintz Levin Cohn Ferris Glovsky and Popeo, P.C., hereby moves that Flavio Rose of Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. by admitted *pro hac vice* in the above case. In support of this motion, undersigned counsel respectfully states as follows:

1. Flavio Rose is an attorney in the firm Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. which maintains an office for the practice of law at 1400 Page Mill Road, Palo Alto, CA 94304.

2. I have attached the affidavit of Flavio Rose, as required by Local Rule 83.5.3(b). This affidavit indicates that Flavio Rose is in full compliance with the requirements of the local rule for admission *pro hac vice*.

3. The undersigned counsel requests that this Court allow the motion so that Flavio Rose can file pleadings and appear and be heard at all proceedings in this case on behalf of the plaintiff.

4.  I have appeared in this action on behalf of the plaintiff by entering a Notice of Appearance.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order permitting Flavio Rose to appear *pro hac vice* in this case.

>Respectfully submitted,
>
>By its Attorneys,
>
>MINTZ LEVIN COHN FERRIS
>GLOVSKY AND POPEO, P.C.
>
>/s/ Geri L. Haight
>Geri L. Haight, BBO # 638185
>MINTZ, LEVIN, COHN, FERRIS,
>  GLOVSKY AND POPEO, P.C.
>One Financial Center
>Boston, MA  02111
>Tel.: 617-542-6000
>Fax: 617-542-2241
>Attorney for Skyline Software
>Systems, Inc.

Dated: July 26, 2006

### Certificate Pursuant to Local Rule 7.1

I hereby certify that on July 26, 2006, I conferred by e-mail with counsel of record for defendants, and counsel of record for defendants assents to the herein motion.

>/s/ Geri L. Haight
>Geri L. Haight

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 26, 2006.

>/s/ Geri L. Haight
>Geri L. Haight, BBO # 638185