IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. ) | CIVIL ACTION NO.  04-11129-DPW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KEYHOLE, INC., ) | |
| Defendant. ) | |

**AFFIDAVIT OF FLAVIO ROSE**

I, Flavio Rose, certify that:

1. I am a member of the Bar of the State of California and have been since June 14, 1995.  I have been admitted to practice in the following courts:  the United States District Courts for the Southern, Central and Northern Districts of California and the United States Court of Appeals for the Federal Circuit.

2. I am also in good standing and there are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction in which I am admitted; and

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I verify that the foregoing is correct under penalty of perjury.

/s/ Flavio Rose
Flavio Rose
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
1400 Page Mill Road
Palo Alto, CA 94304
(650) 251-7700
(650) 251-7739 (fax)

Dated: July 25, 2006

**Certificate of Service**

I hereby certify that on July 26, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ Geri L. Haight
Geri L. Haight

LIT 1579776v.1