# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC. | ) | CIVIL ACTION NO. 04-11129-DPW |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| KEYHOLE, INC., | ) |  |
| Defendant. | ) |  |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as counsel for the Plaintiff Skyline Software Systems, Inc. in the above-captioned matter.

/s/ Ibrahim M. Hallaj
Ibrahim M. Hallaj BBO# 661333
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Tel.: 617-542-6000
Fax: 617-542-2241
Email: imhallaj@mintz.com

August 4, 2006

### Certificate of Service

I hereby certify that on August 4, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party, by complying with this Court's Administrative Procedures for Electronic Case Filing.

/s/ Ibrahim M. Hallaj
Ibrahim M. Hallaj  BBO # 661333

LIT 1557124v.1