UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>)<br>Plaintiff,                           )<br>)<br>v.                                            )<br>)<br>)<br>KEYHOLE, INC., and                )<br>GOOGLE INC.                         )<br>)<br>Defendants.                     )<br>)<br>) | CIVIL ACTION NO. 04-11129 DPW |

NOTICE OF WITHDRAWAL OF APPEARANCE

I, Michelle Chassereau Jackson, hereby withdraw as counsel for defendants Keyhole, Inc. and Google Inc. in the above-entitled action. Nelson G. Apjohn of Nutter McClennen & Fish, LLP will continue as counsel for Keyhole, Inc. and Google Inc.

/s/ Michelle Chassereau Jackson
**Michelle Chassereau Jackson (BBO # 654825 )**
**Nutter, McClennen & Fish, LLP**
**World Trade Center West**
**155 Seaport Boulevard**
**Boston, MA  02210**
**(617) 439-2000**
**mjackson@nutter.com**

**Dated: September 15, 2006**

CERTIFICATE OF SERVICE

I certify that, on September 15, 2006, this document (filed through the ECF system) **will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.**

/s/ Michelle Chassereau Jackson