UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v.                                )<br>)<br>)<br>KEYHOLE, INC., and              )<br>GOOGLE INC.,                    )<br>)<br>Defendants.  )<br>)<br> | CIVIL ACTION NO. 04-11129 DPW |

### NOTICE OF APPEARANCE

Please enter the appearance of Heather B. Repicky of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for the defendants, Keyhole and Google.

        KEYHOLE INC. and GOOGLE INC.,

        By their attorneys,

        */s/ Heather B. Repicky*
        Nelson G. Apjohn (BBO # 020373)
        Heather B. Repicky (BBO # 663347)
        NUTTER MCCLENNEN & FISH LLP
        World Trade Center West
        155 Seaport Boulevard
        Boston, MA  02210

Dated: September 18, 2006

### CERTIFICATE OF SERVICE

I certify that, on September 18, 2006, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

        */s/ Heather B. Repicky*

1562068.1