THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., ) ) Plaintiff, ) ) v. ) ) KEYHOLE, INC. and GOOGLE INC., ) ) Defendants. ) ) | CIVIL ACTION NO. 04-11129-DPW |

**PLAINTIFF SKYLINE SOFTWARE SYSTEMS, INC.'S
ASSENTED-TO MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Plaintiff Skyline Software Systems, Inc. ("Skyline") respectfully submits this Assented-To Motion to seal its forthcoming memorandum of law, certain supporting exhibits and declarations in support of its Motion To Compel Defendants To Produce Witness For Deposition Pursuant To Rule 30(b)(6).

As grounds for this Motion, Skyline states that, in accordance with the Stipulated Protective Order endorsed by the Court on May 22, 2006, these documents will contain technical information that has been designated confidential or highly confidential by one or more of the parties hereto.

**WHEREFORE**, Skyline requests that the Court grant this Assented -To Motion to Seal.

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that the undersigned conferred with counsel for Defendants in an attempt to resolve the issues raised by this motion and Defendants have ASSENTED hereto.

        Respectfully submitted,

        SKYLINE SOFTWARE SYSTEMS, INC.,

        By its attorneys,

        /s/ Geri L. Haight_____
        H. Joseph Hameline, BBO #218710
        Geri L. Haight, BBO #638185
        Mintz, Levin, Cohn, Ferris,
          Glovsky and Popeo, P.C.
        One Financial Center
        Boston, MA  02111

September 22, 2006        (617) 542-6000

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on September 22, 2006.

          /s/  Geri L. Haight_____
          Geri L. Haight

LIT 1587869v.1