IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br>   Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and <br> GOOGLE INC. <br><br>   Defendants. | CIVIL ACTION NO. 04-11129 DPW |

**JOINT MOTION FOR LEAVE TO FILE
OPENING CLAIM CONSTRUCTION BRIEFS
IN EXCESS OF TWENTY (20) PAGES**

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

H. Joseph Hameline (BBO No. 218710)
Mintz, Levin, Cohn, Ferris, Glovsky and
Popeo, P.C.
One Financial Center
Boston, MA 02211
(617) 542-6000
Fax: (617) 542-2241
Attorneys for Plaintiff and Counterdefendant
SKYLINE SOFTWARE SYSTEMS, INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

In accordance with Local Rule 7.1(b)(4), Plaintiff Skyline Software Systems, Inc. ("Skyline") and Defendants Keyhole, Inc. and Google Inc. (Defendants collectively, "Google") jointly request leave to file Opening Claim Construction Briefs that each respectively exceed twenty (20) pages in length.

The parties have met and conferred and made good faith efforts to narrow the claim construction issues for this Court.  There remain, however, approximately ten disputed terms that the parties will be briefing.  Skyline and Google each anticipate the need for more than twenty pages to adequately address the claim construction issues associated with the disputed claim terms.

WHEREFORE, Skyline and Google jointly move this Court for an order allowing Skyline and Google to file a respective brief in excess of twenty pages, but not to exceed thirty pages.

Dated:  September 28, 2006                    Respectfully submitted,


                                                    By: _____/s/ Darryl M. Woo_____
                                                    Darryl M. Woo
                                                    **FENWICK & WEST LLP**
                                                    Embarcadero Center West
                                                    275 Battery Street
                                                    San Francisco, CA  94111
                                                    Tel.  (415) 875-2300
                                                    Fax  (415) 281-1350
                                                    email: dwoo@fenwick.com

                                                    Attorneys for Defendants and
                                                    Counterclaimants
                                                    KEYHOLE, INC. and GOOGLE INC.

Dated: September 28, 2006

Respectfully submitted,

SKYLINE SOFTWARE SYSTEMS, INC.,

By its attorneys,

By:      /s/ Geri L. Haight
    Geri L. Haight
    Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
    One Financial Center
    Boston, MA 02111
    Tel. (617) 542-6000
    Fax (617) 542-2241
    email: glhaight@mintz.com