# EXHIBIT F



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20                                  96-42529
                                                CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

181920RMcN97

¹sub·sur·face \'səb-ˌsər-fəs\ n (1778) : earth material (as rock) near but not exposed at the surface of the ground
²sub·sur·face \ˌsəb-'sər-fəs\ adj (1875) : of, relating to, or being something located beneath a surface and esp. underground
sub·teen \'səb-'tēn\ n (1951) : a preadolescent child
sub·tem·per·ate \ˌsəb-'tem-p(ə-)rət\ adj (1852) : of or occurring in the colder parts of the temperate zones
sub·ten·an·cy \-'te-nən(t)-sē\ n (ca. 1861) : the state of being a subtenant
sub·ten·ant \-'te-nənt\ n (15c) : one who rents from a tenant
sub·tend \səb-'tend\ vt [L subtendere to stretch beneath, fr. sub- + tendere to stretch — more at THIN] (1570) 1 a : to be opposite to and extend from one side to the other of ⟨a hypotenuse ~s a right angle⟩ b : to fix the angular extent of with respect to a fixed point or object taken as the vertex ⟨the angle ~ed at the eye by an object of given width and a fixed distance away⟩ ⟨a central angle ~ed by an arc⟩ c : to determine the measure of by marking off the endpoints of ⟨a chord ~s an arc⟩ 2 a : to underlie so as to include b : to occupy an adjacent and usu. lower position to and often so as to embrace or enclose ⟨a bract that ~s a flower⟩
sub·ter·fuge \'səb-tər-ˌfyüj\ n [LL subterfugium, fr. L subterfugere to escape, evade, fr. subter- secretly (fr. subter underneath; akin to L sub under) + fugere to flee — more at UP, FUGITIVE] (1573) 1 : deception by artifice or stratagem in order to conceal, escape, or evade 2 : a deceptive device or stratagem syn see DECEPTION
sub·ter·mi·nal \ˌsəb-'tərm-nəl, -'tər-mə-n³l\ adj (1828) : situated or occurring near but not precisely at an end ⟨a ~ band of color on the tail feathers⟩
sub·ter·ra·nean \ˌsəb-tə-'rā-nē-ən, -nyən\ also sub·ter·ra·neous \-nē-əs, -nyəs\ adj [L subterraneus, fr. sub- + terra earth — more at THIRST] (1603) 1 : being, lying, or operating under the surface of the earth 2 : existing or working in secret : HIDDEN — sub·ter·ra·nean·ly also sub·ter·ra·neous·ly adv
sub·text \'səb-ˌtekst\ n (1950) : the implicit or metaphorical meaning (as of a literary text) — sub·tex·tu·al \ˌsəb-'teks-chə-wəl, -chəl\ adj
sub·thresh·old \ˌsəb-'thre-ˌshōld, -'thresh-ˌhōld\ adj (1942) : inadequate to produce a response ⟨~ dosage⟩ ⟨a ~ stimulus⟩
sub·tile \'sə-t³l, 'səb-t³l\ adj sub·til·er \'sət-lər, 'sə-t³l-ər; 'səb-tə-lər\; sub·til·est \'sət-ləst, 'sə-t³l-əst; 'səb-tə-ləst\ [ME, fr. L subtilis] (14c) 1 : SUBTLE, ELUSIVE ⟨a ~ aroma⟩ 2 a : CUNNING, CRAFTY b : SAGACIOUS, DISCERNING — sub·tile·ly \'sət-lē, 'sə-t³l-(l)ē; 'səb-tə-lē\ adv — sub·tile·ness \'sə-t³l-nəs, 'səb-t³l-\ n
sub·til·i·sin \ˌsəb-'ti-lə-sən\ n [NL subtilis, specific epithet of Bacillus subtilis, species to which Bacillus amyloliquefaciens was once thought to belong] (1953) : an extracellular protease produced by a soil bacillus (Bacillus amyloliquefaciens)
sub·ti·lize \'sə-t³l-ˌīz, 'səb-tə-ˌlīz\ vb -ized; -iz·ing vi (1592) : to act or think subtly ~ vt : to make subtile — sub·til·i·za·tion \ˌsə-ˌt³l-ə-'zā-shən, ˌsəb-tə-lə-\ n
sub·til·i·ty \'sə-t³l-tē, 'səb-t³l-\ n, pl -ties (14c) : SUBTLETY
¹sub·ti·tle \'səb-ˌtī-t³l\ n (1825) 1 : a secondary or explanatory title 2 : a printed statement or fragment of dialogue appearing on the screen between the scenes of a silent motion picture or appearing as a translation at the bottom of the screen during the scenes of a motion picture or television show in a foreign language
²subtitle vt (1891) : to give a subtitle to
sub·tle \'sə-t³l\ adj sub·tler \'sət-lər, 'sə-t³l-ər\; sub·tlest \'sət-ləst, 'sə-t³l-əst\ [ME sutil, sotil, fr. MF soutil, fr. L subtilis, lit., finely textured, fr. sub- + tela cloth on a loom; akin to L texere to weave — more at TECHNICAL] (14c) 1 a : DELICATE, ELUSIVE ⟨a ~ fragrance⟩ b : difficult to understand or perceive : OBSCURE ⟨~ differences in sound⟩ 2 a : PERCEPTIVE, REFINED ⟨a writer's sharp and ~ moral sense⟩ b : having or marked by keen insight and ability to penetrate deeply and thoroughly ⟨a ~ scholar⟩ 3 a : highly skillful : EXPERT ⟨a ~ craftsman⟩ b : cunningly made or contrived : INGENIOUS 4 : ARTFUL, CRAFTY ⟨a ~ rogue⟩ 5 : operating insidiously ⟨~ poisons⟩ — sub·tle·ness \'sə-t³l-nəs\ n — sub·tly \'sət-lē, 'sə-t³l-(l)ē\ adv
sub·tle·ty \'sə-t³l-tē\ n, pl -ties [ME sutilte, fr. MF sutilté, fr. L subtilitas, subtilitas, fr. subtilis] (14c) 1 : the quality or state of being subtle 2 : something subtle
sub·ton·ic \ˌsəb-'tä-nik\ n [fr. its being a half tone below the upper tonic] (ca. 1854) : LEADING TONE
sub·to·tal \'səb-ˌtō-t³l\ n (1906) : the sum of part of a series of figures
²sub·to·tal \ˌsəb-'tō-t³l\ adj (1908) : somewhat less than complete : nearly total ⟨~ thyroidectomy⟩ — sub·to·tal·ly adv
sub·tract \səb-'trakt\ vb [L subtractus, pp. of subtrahere to draw from beneath, withdraw, fr. sub- + trahere to draw] vt (1557) : to take away by or as if by deducting ⟨~ 5 from 9⟩ ⟨~ funds from the project⟩ ~ vi : to perform a subtraction — sub·tract·er n
sub·trac·tion \səb-'trak-shən\ n [ME subtraccion, fr. LL subtraction-, subtractio, fr. L subtrahere] (15c) : an act, operation, or instance of subtracting: as a : the withdrawing or withholding of a right to which an individual is entitled b : the operation of deducting one number from another
sub·trac·tive \-'trak-tiv\ adj (1690) 1 : tending to subtract 2 : constituting or involving subtraction
sub·tra·hend \ˌsəb-trə-ˌhend\ n [L subtrahendus, gerundive of subtrahere] (1674) : a number that is to be subtracted from a minuend
sub·trop·i·cal \ˌsəb-'trä-pi-kəl\ also sub·trop·ic \-pik\ adj [ISV] (1842) : of, relating to, or being the regions bordering on the tropical zone ⟨~ environment⟩ ⟨~ grasses⟩
sub·trop·ics \-piks\ n pl (1886) : subtropical regions
sub·u·late \'sü-byə-lət, 'sə-, -ˌlāt\ adj [NL subulatus, fr. L subula awl; akin to suere to sew — more at SEW] (ca. 1760) : linear and tapering to a fine point ⟨a ~ leaf⟩
sub·um·brel·la \ˌsəb-(ˌ)əm-'bre-lə\ n (1878) : the concave undersurface of a jellyfish
¹sub·urb \'sə-ˌbərb\ n [ME, fr. L suburbium, fr. sub- near + urbs city — more at SUB-] (14c) 1 a : an outlying part of a city or town b : a smaller community adjacent to or within commuting distance of a city c pl : the residential area on the outskirts of a city or large town 2 pl : the near vicinity : ENVIRONS — sub·ur·ban \sə-'bər-bən\ adj or n —
sub·ur·ban·ite \-bə-ˌnīt\ n
sub·ur·ban·ise Brit var of SUBURBANIZE

sub·ur·ban·ize \sə-'bər-bə-ˌnīz\ vt -ized; -iz·ing (1893) : to make suburban : give a suburban character to — sub·ur·ban·i·za·tion \-ˌbər-bə-nə-'zā-shən\ n
sub·ur·bia \sə-'bər-bē-ə\ n [NL, fr. E suburb] (1895) 1 : the suburbs of a city 2 : people who live in the suburbs 3 : suburban life
sub·ven·tion \səb-'ven(t)-shən\ n [ME subvencion, fr. OF & LL; OF subvención, fr. LL subvention-, subventio assistance, fr. L subvenire to come up, come to the rescue, fr. sub- up + venire to come — more at SUB, COME] (15c) : the provision of assistance or financial support: as a : ENDOWMENT b : a subsidy from a government or foundation — sub·ven·tion·ary \-shə-ˌner-ē\ adj
sub·ver·sion \səb-'vər-zhən, -shən\ n [ME, fr. MF, fr. LL subversion-, subversio, fr. L subvertere] (14c) 1 : the act of subverting : the state of being subverted; esp : a systematic attempt to overthrow or undermine a government or political system by persons working secretly from within 2 obs : a cause of overthrow or destruction — sub·ver·sion·ary \-zhə-ˌner-ē, -shə-\ adj — sub·ver·sive \-'vər-siv, -ziv\ adj or n — sub·ver·sive·ly adv — sub·ver·sive·ness n
sub·vert \səb-'vərt\ vt [ME, fr. MF subvertir, fr. L subvertere, lit., to turn from beneath, fr. sub- + vertere to turn — more at WORTH] (14c) 1 : to overturn or overthrow from the foundation : RUIN 2 : to pervert or corrupt by an undermining of morals, allegiance, or faith — sub·vert·er n
sub·vi·ral \ˌsəb-'vī-rəl\ adj (1963) : relating to, being, or caused by a piece or a structural part (as a protein) of a virus ⟨~ infection⟩
sub·vo·cal \ˌsəb-'vō-kəl\ adj (1924) : characterized by the occurrence in the mind of words in speech order with or without inaudible articulation of the speech organs — sub·vo·cal·ly \-kə-lē\ adv
sub·vo·cal·i·za·tion \ˌsəb-ˌvō-kə-lə-'zā-shən\ n (1947) : the act or process of inaudibly articulating speech with the speech organs — sub·vo·cal·ize \ˌsəb-'vō-kə-ˌlīz\ vb
sub·way \'səb-ˌwā\ n (1825) : an underground way: as a : a passage under a street (as for pedestrians, power cables, or water or gas mains) b : a usu. electric underground railway c : UNDERPASS — subway vi
suc·ce·da·ne·um \ˌsək-sə-'dā-nē-əm\ n, pl -ne·ums or -nea \-nē-ə\ [NL, fr. L, neut. of succedaneus substituted, fr. succedere to follow after] (1641) : SUBSTITUTE — suc·ce·da·ne·ous \-nē-əs\ adj
suc·ce·dent \sək-'sē-d³nt\ adj [ME succeden, fr. L succedent-, succedens, prp. of succedere] (15c) : coming next : SUCCEEDING, SUBSEQUENT
suc·ceed \sək-'sēd\ vb [ME succeden, fr. L succedere to go up, follow after, succeed, fr. sub- near + cedere to go — more at SUB-] vi (14c) 1 a : to come next after another in office or position or in possession of an estate; esp : to inherit sovereignty, rank, or title b : to follow after another in order 2 a : to turn out well b : to attain a desired object or end 3 obs : to pass to a person by inheritance ~ vt 1 : to follow in sequence and esp. immediately 2 : to come after as heir or successor syn see FOLLOW — suc·ceed·er n
suc·cès de scan·dale \ˌsək-ˌsā-də-skä°-'däl, (ˌ)sük-\ n [F, lit., success of scandal] (1896) : something (as a work of art) that wins popularity or notoriety because of its scandalous nature; also : the reception accorded such a piece
suc·cès d'es·time \-ˌdes-'tēm\ n [F, lit., success of esteem] (1859) : something (as a work of art) that wins critical respect but not popular success; also : the reception accorded such a piece
suc·cès fou \-'fü\ n [F, lit., mad success] (1878) : an extraordinary success
suc·cess \sək-'ses\ n [L successus, fr. succedere] (1537) 1 obs : OUTCOME, RESULT 2 a : degree or measure of succeeding b : favorable or desired outcome; also : the attainment of wealth, favor, or eminence 3 : one that succeeds
suc·cess·ful \-fəl\ adj (1588) 1 : resulting or terminating in success 2 : gaining or having gained success — suc·cess·ful·ly \-f ə-lē\ adv — suc·cess·ful·ness n
suc·ces·sion \sək-'se-shən\ n [ME, fr. MF or L; MF, fr. L succession-, successio, fr. succedere] (14c) 1 a : the order in which or the conditions under which one person after another succeeds to a property, dignity, title, or throne b : the right of a person or line to succeed c : the line having such a right 2 a : the act or process of following in order : SEQUENCE b (1) : the act or process of one person's taking the place of another in the enjoyment of or liability for rights or duties or both (2) : the act or process of a person's becoming beneficially entitled to a property or property interest of a deceased person c : the continuance of corporate personality d : unidirectional change in the composition of an ecosystem as the available competing organisms and esp. the plants respond to and modify the environment 3 a : a number of persons or things that follow each other in sequence b : a group, type, or series that succeeds or displaces another — suc·ces·sion·al \-'sesh-nəl, -'se-shə-n³l\ adj — suc·ces·sion·al·ly adv
succession duty n (1853) chiefly Brit : INHERITANCE TAX
suc·ces·sive \sək-'se-siv\ adj (15c) 1 : following in order : following each other without interruption 2 : characterized by or produced in succession — suc·ces·sive·ly adv — suc·ces·sive·ness n
suc·ces·sor \sək-'se-sər\ n [ME successour, fr. OF, fr. L successor, fr. succedere] (14c) : one that follows; esp : one who succeeds to a throne, title, estate, or office
suc·ci·nate \'sək-sə-ˌnāt\ n (1790) : a salt or ester of succinic acid
succinate dehydrogenase n (1962) : an iron-containing flavoprotein enzyme that catalyzes often reversibly the dehydrogenation of succinic acid to fumaric acid in the Krebs cycle and that is widely distributed esp. in animal tissues, bacteria, and yeast — called also succinic dehydrogenase
suc·cinct \(ˌ)sək-'siŋ(k)t, sə-'siŋ(k)t\ adj [ME, fr. L succinctus, pp. of succingere to gird from below, tuck up, fr. sub- + cingere to gird — more at CINCTURE] (15c) 1 archaic a : being girded b : close-fitting 2 : marked by compact precise expression without wasted words syn see CONCISE — suc·cinct·ly \-'siŋ(k)t-lē, -'siŋ-klē\ adv — suc·cinct·ness \-'siŋt-nəs, -'siŋk-nəs\ n

\ə\ abut \ˀ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \o\ law \ȯi\ boy \th\ thin \t̵h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision \ä, ᵏ, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʾ\ see Guide to Pronunciation