# EXHIBIT G

Case 1:04-cv-11129-DPW    Document 122-8    Filed 09/29/2006    Page 1 of 4



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.   cm.
  Includes index.
  ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
  1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20                                     96-42529
                                                        CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

181920RMcN97

Case 1:04-cv-11129-DPW   Document 122-8   Filed 09/29/2006   Page 4 of 4

resistless • respiration    997

electrical resistance of a uniform rod of unit length and unit cross-sectional area : the reciprocal of conductivity  2 : capacity for resistance — **RESISTANCE**
**re·sist·less** \ri-'zist-ləs\ adj (1586)  1 : IRRESISTIBLE  2 : offering no resistance — **re·sist·less·ly** adv — **re·sist·less·ness** n
**re·sis·tor** \ri-'zis-tər\ n (1905) : a device that has electrical resistance and that is used in an electric circuit for protection, operation, or current control
**re·sit·ting** \(ˌ)rē-'si-tiŋ\ n (1661) : a sitting (as of a legislature) for a second time ; another sitting
**res ju·di·ca·ta** \ˌrēz-ˌjü-di-'kä-tə\ n [L, judged matter] (1693) : a matter finally decided on its merits by a court having competent jurisdiction and not subject to litigation again between the same parties
**re·sol·u·ble** \ri-'zäl-yə-bəl\ adj [LL resolubilis, fr. L resolvere to resolve, loose] (1602) : capable of being resolved
**res·o·lute** \'re-zə-ˌlüt, -lət\ adj [L resolutus, pp. of resolvere] (1533)  1 : marked by firm determination : RESOLVED  2 : BOLD, STEADY  syn see FAITHFUL — **res·o·lute·ly** \-ˌlüt-lē, -lət-; ˌre-zə-'lüt-\ adv — **res·o·lute·ness** \-ˌlüt-nəs, -lət-, -'lüt-\ n
**resolute** n (1602) : a resolute person
**res·o·lu·tion** \ˌre-zə-'lü-shən\ n [ME, fr. MF or L; MF resolution, fr. L resolution-, resolutio, fr. resolvere] (14c)  1 : the act or process of reducing to simpler form: as  a : the act of analyzing a complex notion into simpler ones  b : the act of answering : SOLVING  c : the act of determining  d : the passing of a voice part from a dissonant to a consonant tone or the progression of a chord from dissonance to consonance  e : the separating of a chemical compound or mixture into its constituents  f (1) : the division of a prosodic element into its component parts  (2) : the substitution in Greek or Latin prosody of two short syllables for a long syllable  g : the analysis of a vector into two or more vectors of which it is the sum  h : the process or capability of making distinguishable the individual parts of an object, closely adjacent optical images, or sources of light  2 : the subsidence of a pathological state (as inflammation)  3  a : something that is resolved ⟨made a ~ to mend my ways⟩  b : firmness of resolve  4 : a formal expression of opinion, will, or intent voted by an official body or assembled group  5 : the point in a literary work at which the chief dramatic complication is worked out  syn see COURAGE
**re·solve** \ri-'zälv, -'zȯlv also -'zäv or -'zȯv\ vb **re·solved; re·solv·ing** [ME, fr. L resolvere to unloose, dissolve, fr. re- + solvere to loosen, release — more at SOLVE] vt (14c)  1 obs : DISSOLVE, MELT  2  a : BREAK, SEPARATE ⟨the prism resolved the light into a play of color⟩; also : to change by disintegration  b : to reduce by analysis ⟨~ the problem into simple elements⟩  c : to distinguish between or make independently visible adjacent parts of  d : to separate (a racemic compound or mixture) into the two components  3 : to cause resolution of (a pathological state)  4  a : to deal with successfully : clear up ⟨~ doubts⟩ ⟨~ a dispute⟩  b : to find an answer to  c : to make clear or understandable  d : to find a mathematical solution of  e : to split up (as a vector) into two or more components esp. in assigned directions  5 : to reach a firm decision about ⟨~ to get more sleep⟩ ⟨disputed points in a text⟩  6  a : to declare or decide by a formal resolution and vote  b : to change by resolution or formal vote ⟨the house resolved itself into a committee⟩  7 : to make (as voice parts) progress from dissonance to consonance  8 : to work out the resolution of (as a play) ~ vi  1 : to become separated into component parts; also : to become reduced by dissolving or analysis  2 : to form a resolution : DETERMINE  3 : CONSULT, DELIBERATE  4 : to progress from dissonance to consonance  syn see DECIDE — **re·solv·able** \-'zäl-və-bəl, -'zȯl- also -'zä-və- or -'zȯ-və-\ adj — **re·solv·er** n
**resolve** n (1591)  1 : fixity of purpose : RESOLUTENESS  2 : something that is resolved  3 : a legal or official determination; esp : a formal resolution
**re·sol·vent** \ri-'zäl-vənt, -'zȯl-\ n (1851) : a means of solving something (as an equation) — **resolvent** adj
**resolving power** n (1879)  1 : the ability of an optical system to form distinguishable images of objects separated by small angular distances  2 : the ability of a photographic film or plate to reproduce the fine detail of an optical image
**res·o·nance** \'re-zə-nən(t)s, 'rez-nən(t)s\ n (15c)  1  a : the quality or state of being resonant  b (1) : a vibration of large amplitude in a mechanical or electrical system caused by a relatively small periodic stimulus of the same or nearly the same period as the natural vibration period of the system  (2) : the state of adjustment that produces resonance in a mechanical or electrical system  2  a : the intensification and enriching of a musical tone by supplementary vibration  b : a quality imparted to voiced sounds by vibration in anatomical resonating chambers or cavities (as the mouth or the nasal cavity)  c : a quality of richness or variety  d : a quality of evoking response ⟨how much ~ the scandal seems to be having —U.S. News & World Report⟩  3 : the sound elicited on percussion of the chest  4 : the conceptual alternation of a chemical species (as a molecule or ion) between two or more equivalent allowed structural representations differing only in the placement of electrons that aids in understanding the actual state of the species as an amalgamation of its possible structures and the usu. higher-than-expected stability of the species  5  a : the enhancement of an atomic, nuclear, or particle reaction or a scattering event by excitation of internal motion in the system  b : MAGNETIC RESONANCE  6 : an extremely short-lived elementary particle  7 : a synchronous gravitational relationship of two celestial bodies (as moons) that orbit a third (as a planet) which can be expressed as a simple ratio of their orbital periods
**res·o·nant** \'re-zə-nənt, 'rez-nənt\ adj (1592)  1 : continuing to sound : ECHOING  2  a : capable of inducing resonance  b : relating to or exhibiting resonance  3  a : intensified and enriched by or as if by resonance  b : marked by grandiloquence — **resonant** n — **res·o·nant·ly** adv
**res·o·nate** \'re-zə-ˌnāt\ vb **-nat·ed; -nat·ing** [L resonatus, pp. of resonare to resound — more at RESOUND] vi (1873)  1 : to produce or exhibit resonance  2 : to respond as if by resonance ⟨~ to the music⟩  3 : to have a repetitive pattern that resembles resonance  3 : to relate harmoniously ~ vt : to subject to resonating
**res·o·na·tor** \-ˌnā-tər\ n (ca. 1869) : something that resounds or resonates: as  a : a hollow metallic container for producing microwaves or a piezoelectric crystal put into oscillation by the oscillations of an outside source  b : a device for increasing the resonance of a musical instrument
**re·sorb** \(ˌ)rē-'sȯrb, -'zȯrb\ vb [L resorbēre, fr. re- + sorbēre to suck up — more at ABSORB] vt (1640)  1 : to swallow or suck in again  2 : to break down and assimilate (something previously differentiated) ~ vi : to undergo resorption
**res·or·cin** \rə-'zȯr-sən\ n [ISV res- (fr. L resina resin) + orcin, a phenol $(C_7H_8O_2)$] (ca. 1868) : RESORCINOL
**res·or·cin·ol** \-ˌȯl, -ˌȯl\ n (1881) : a crystalline phenol $C_6H_6O_2$ obtained from various resins or artificially and used esp. in making dyes, pharmaceuticals, and resins
**re·sorp·tion** \(ˌ)rē-'sȯrp-shən, -'zȯrp-\ n [L resorbēre] (ca. 1820) : the action or process of resorbing something — **re·sorp·tive** \-tiv\ adj
**¹re·sort** \ri-'zȯrt\ n [ME, fr. MF, resource, recourse, fr. resortir to rebound, resort, fr. OF, fr. re- + sortir to escape, sally] (14c)  1  a : one that affords aid or refuge : RESOURCE ⟨went to them as a last ~⟩  b : RECOURSE ⟨~ to force⟩  2 : frequent, habitual, or general visiting ⟨a place of popular ~⟩  b : persons who frequent a place : THRONG  c (1) : a frequently visited place : HAUNT  (2) : a place providing recreation and entertainment esp. to vacationers  syn see RESOURCE
**²resort** vi (15c)  1 : to go esp. frequently or habitually : REPAIR  2 : to have recourse ⟨~ to force⟩
**re-sort** \(ˌ)rē-'sȯrt\ vt (1889) : to sort again
**re·sort·er** \ri-'zȯr-tər\ n (1917) : a frequenter of resorts
**re·sound** \ri-'zaund also -'saund\ vb [ME resounen, fr. MF resoner, fr. L resonare, fr. re- + sonare to sound — more at SOUND] vi (14c)  1 : to become filled with sound : REVERBERATE  2  a : to sound loudly  b : to produce a sonorous or echoing sound  3 : to become renowned ~ vt  1 : to extol loudly or widely : CELEBRATE  2 : ECHO, REVERBERATE  3 : to sound or utter in full resonant tones
**re·sound·ing** adj (15c)  1 : producing or characterized by resonant sound : RESONATING  2  a : impressively sonorous  b : EMPHATIC, UNEQUIVOCAL ⟨a ~ success⟩ — **re·sound·ing·ly** \-'zaun-diŋ-lē also -'saun-\ adv
**re·source** \'rē-ˌsȯrs, -ˌsȯrs, -ˌzȯrs, -ˌzȯrs, ri-'\ n [F ressource, fr. OF ressourse relief, resource, fr. resourdre to relieve, lit., to rise again, fr. L resurgere — more at RESURRECTION] (1611)  1  a : a source of supply or support : an available means — usu. used in pl.  b : a natural source of wealth or revenue — often used in pl.  c : computable wealth — usu. used in pl.  d : a source of information or expertise  2 : something to which one has recourse in difficulty : EXPEDIENT  3 : a possibility of relief or recovery  4 : a means of spending one's leisure time  5 : an ability to meet and handle a situation : RESOURCEFULNESS  syn RESOURCE, RESORT, EXPEDIENT, SHIFT, MAKESHIFT, STOPGAP mean something one turns to in the absence of the usual means or source of supply. RESOURCE and RESORT apply to anything one falls back upon ⟨exhausted all of their resources⟩ ⟨a last resort⟩. EXPEDIENT may apply to any device or contrivance used when the usual one is not at hand or not possible ⟨a flimsy expedient⟩. SHIFT implies a tentative or temporary imperfect expedient ⟨desperate shifts to stave off foreclosure⟩. MAKESHIFT implies an inferior expedient adopted because of urgent need or countenanced through indifference ⟨old equipment employed as a makeshift⟩. STOPGAP applies to something used temporarily as an emergency measure ⟨a new law intended only as a stopgap⟩.
**re·source·ful** \ri-'sȯrs-fəl, -'sȯrs-, -'zȯrs-, -'zȯrs-\ adj (1851) : able to meet situations : capable of devising ways and means — **re·source·ful·ly** \-fə-lē\ adv — **re·source·ful·ness** n
**¹re·spect** \ri-'spekt\ n [ME, fr. L respectus, lit., act of looking back, fr. respicere to look back, regard, fr. re- + specere to look — more at SPY] (14c)  1 : a relation or reference to a particular thing or situation ⟨remarks having ~ to an earlier plan⟩  2 : an act of giving particular attention : CONSIDERATION  3  a : high or special regard : ESTEEM  b : the quality or state of being esteemed  c pl : expressions of respect or deference ⟨paid our ~s⟩  4 : PARTICULAR, DETAIL ⟨a good plan in some ~s⟩ — **in respect of** chiefly Brit : with respect to : CONCERNING — **in respect to** : with respect to : CONCERNING — **with respect to** : with reference to : in relation to
**²respect** vt (1560)  1  a : to consider worthy of high regard : ESTEEM  b : to refrain from interfering with  2 : to have reference to : CONCERN  syn see REGARD — **re·spect·er** n
**¹re·spect·able** \ri-'spek-tə-bəl\ adj (1599)  1 : worthy of respect : ESTIMABLE  2 : decent or correct in character or behavior : PROPER  3  a : fair in size or quantity ⟨~ amount⟩  b : moderately good : TOLERABLE  4 : fit to be seen : PRESENTABLE ⟨~ clothes⟩ — **re·spect·abil·i·ty** \-ˌspek-tə-'bi-lə-tē\ n — **re·spect·able·ness** \-'spek-tə-bəl-nəs\ n — **re·spect·ably** \-blē\ adv
**²respectable** n (1814) : a respectable person
**re·spect·ful** \ri-'spekt-fəl\ adj (1687) : marked by or showing respect or deference — **re·spect·ful·ly** \-fə-lē\ adv — **re·spect·ful·ness** n
**re·spect·ing** prep (1611)  1 : in view of : CONSIDERING  2 : with respect to : CONCERNING
**re·spec·tive** \ri-'spek-tiv\ adj (1592)  1 obs : PARTIAL, DISCRIMINATIVE  2 : PARTICULAR, SEPARATE ⟨their ~ homes⟩ — **re·spec·tive·ness** n
**re·spec·tive·ly** adv (1605)  1 : in particular : SEPARATELY ⟨could not recognize the solutions as salty or sour, ~⟩  2 : in the order given ⟨Mary and Anne were ~ 12 and 16 years old⟩
**re·spell** \(ˌ)rē-'spel\ vt (1806) : to spell again or in another way; esp : to spell out according to a phonetic system — **re·spell·ing** \-'spe-liŋ\ n
**re·spi·ra·ble** \'res-p(ə-)rə-bəl, ri-'spi-rə-\ adj (1779) : fit for breathing; also : capable of being taken in by breathing ⟨~ particles of ash⟩
**res·pi·ra·tion** \ˌres-pə-'rā-shən\ n [ME respiracioun, fr. L respiration-, respiratio, fr. respirare] (15c)  1  a : the placing of air or dissolved gases in intimate contact with the circulating medium of a multicellular organism (as by breathing)  b : a single complete act of breathing  2 : the physical and chemical processes by which an organism supplies its cells and tissues with the oxygen needed for metabolism and relieves

\ə\ abut  \ˌ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ mop, mar  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t͟h\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ä, k, ⁿ, œ, ɶ, ᵫ, ᴇ, ᴧ\ see Guide to Pronunciation