# EXHIBIT H



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
    ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
    1. English language—Dictionaries.   I. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20                         96-42529
                                        CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

181920RMcN97

pp. of *dissociare*, fr. *dis-* + *sociare* to join, fr. *socius* companion — more at SOCIAL] vt (1590) 1 : to separate from association or union with another 2 : DISINTEGRATE, DECOMPOSE; *specif* : to subject to chemical dissociation ~ vi 1 : to undergo dissociation 2 : to mutate esp. reversibly

**dis-so-ci-a-tion** \(ˌ\)di-ˌsō-sē-ˈā-shən, -shē-\ n (1611) 1 : the act or process of dissociating : the state of being dissociated: as a : the process by which a chemical combination breaks up into simpler constituents; esp : one that results from the action of energy (as heat) on a gas b : the separation of a dissolved substance c : the separation of whole segments of the personality (as in multiple personality) or of discrete mental processes (as in the schizophrenias) from the mainstream of consciousness or of behavior 2 : the property inherent in some biological stocks (as of certain bacteria) of differentiating into two or more distinct and relatively permanent strains; *also* : such a strain — **dis-so-cia-tive** \(ˌ\)di-ˈsō-shē-ˌā-tiv, -sē-ˌā-, -shə-tiv\ *adj*

**dis-so-lu-ble** \di-ˈsäl-yə-bəl, ˈdi-sə-\ *adj* [L dissolubilis, fr. dissolvere to dissolve] (1534) : capable of being dissolved or disintegrated

**dis-so-lute** \ˈdi-sə-ˌlüt, -lət\ *adj* [L dissolutus, fr. pp. of dissolvere to loosen, dissolve] (14c) : lacking restraint; *esp* : marked by indulgence in things (as drink or promiscuous sex) deemed vices (the ~ and degrading aspects of human nature —Wallace Fowlie) — **dis-so-lute-ly** *adv* — **dis-so-lute-ness** *n*

**dis-so-lu-tion** \ˌdi-sə-ˈlü-shən\ n (14c) 1 : the act or process of dissolving: as a : separation into component parts b : DECAY, DISINTEGRATION (2) : DEATH c : termination or destruction by breaking down, disrupting, or dispersing (the ~ of the republic) d : the dissolving of an assembly or organization e : LIQUEFACTION 2 : dissolute act or practice

**dis-solve** \di-ˈzälv, -ˈsälv also -ˈzäv or -ˈsäv\ vb [ME, fr. L dissolvere, fr. dis- + solvere to loosen — more at SOLVE] vt (14c) 1 a : to cause to disperse or disappear : DESTROY b : to separate into component parts : DISINTEGRATE c : to bring to an end : TERMINATE (~ parliament) d : ANNUL (~ an injunction) 2 a : to cause to pass into solution (~ sugar in water) b : MELT, LIQUEFY c : to cause to be emotionally moved d : to cause to fade out in a dissolve 3 *archaic* : DETACH, LOOSEN 4 : to clear up (~ a problem) ~ vi 1 : to become dissipated or decomposed b : BREAK UP, DISPERSE c : to fade away 2 a : to become fluid : MELT b : to pass into solution c : to be overcome emotionally (dissolved into tears) d : to resolve itself as if by dissolution (hate dissolved into fear) e : to change by a dissolve (the scene ~s to a Victorian parlor) — **dis-solv-able** \-ˈzäl-və-bəl, -ˈsäl-\ *adj* — **dis-sol-vent** \-vənt, -ˈsäl-vənt, -ˈzäl-\ n or *adj* — **dis-solv-er** n

**dis-sol-ve** n (1916) : a gradual superimposing of one motion-picture or television shot upon another on a screen

**dis-so-nance** \ˈdi-sə-nən(t)s\ n (15c) 1 a : lack of agreement; *esp* : inconsistency between the beliefs one holds or between one's actions and one's beliefs — compare COGNITIVE DISSONANCE b : an instance of such inconsistency or disagreement 2 a : a mingling of discordant sounds; *esp* : a clashing or unresolved musical interval or chord

**dis-so-nant** \-nənt\ *adj* [MF or L; MF, fr. L dissonant, dissonans, prp. of dissonare to be discordant, fr. dis- + sonare to sound, make a sound — more at SOUND] (15c) 1 : marked by dissonance : DISCORDANT 2 : INCONGRUOUS 3 : harmonically unresolved — **dis-so-nant-ly** *adv*

**dis-suade** \di-ˈswād\ vt **dis-suad-ed; dis-suad-ing** [MF dissuader, fr. L dissuadēre, fr. dis- + suadēre to urge — more at SWEET] (15c) 1 a : to advise (a person) against something ~ *archaic* : to advise against (an action) 2 : to turn from something by persuasion — **dis-suad-er** n

**dis-sua-sion** \di-ˈswā-zhən\ n [MF or L; MF, fr. L dissuasion-, dissuasio, fr. dissuadēre] (15c) : the action of dissuading

**dis-sua-sive** \di-ˈswā-siv, -ziv\ *adj* (1609) : tending to dissuade — **dis-sua-sive-ly** *adv* — **dis-sua-sive-ness** n

**dis-syl-la-ble** \ˈdi-ˌsi-lə-bəl, ˌdi-ˈsi-, ˈdi-ˌsi-\ *var of* DISYLLABLE

**dis-sym-me-try** \(ˌ\)di-ˈsi-mə-trē\ n (1845) : the absence of or the lack of symmetry — **dis-sym-met-ric** \-ˌsi-ˈme-trik\ *adj*

**dis-taff** \ˈdi-ˌstaf\ n, pl **distaffs** \-ˌstafs, -ˌstavz\ [ME *distaf*, fr. OE *distæf*, fr. *dis-* (akin to MLG *dise* bunch of flax) + *stæf* staff (bef. 12c) 1 a : a staff for holding the flax, tow, or wool in spinning b : woman's work or domain 2 : the female branch or side of a family — **distaff** *adj* (ca. 1633) 1 : MATERNAL (the ~ side of the family) — compare SPEAR; *also* : FEMALE (~ executives)



distaff 1a

**dis-tain** \dis-ˈtān\ vt [ME disteynen, fr. MF destainder to take away the color of, fr. OF, fr. des- dis- + teindre to dye, fr. L tingere to wet, dye — DISWORK] (14c) 1 *archaic* : STAIN 2 *archaic* : DISHONOR

**dis-tal** \ˈdis-t°l\ *adj* [distant + -al (1808) 1 : situated away from the point of attachment or origin or a central point esp. of the body — compare PROXIMAL 2 : of, relating to, or being the surface of a tooth that is next to the tooth behind it or that is farthest from the middle of the front of the jaw — compare MESIAL 2 — **dis-tal-ly** \-t°l-ē\ *adv*

**distal convoluted tubule** n (ca. 1901) : the convoluted portion of the vertebrate nephron that lies between the loop of Henle and the non-secretory part of the nephron and that is concerned esp. with the concentration of urine

**dis-tance** \ˈdis-tən(t)s\ n (14c) 1 *obs* : DISCORD 2 a : separation in time b : the degree or amount of separation between two points, lines, surfaces, or objects c (1) : an extent of area or an advance along a route measured linearly (2) : an extent of space measured other than linearly (within walking ~) d : an extent of advance from a beginning e : EXPANSE f (1) : length of a race or contest (won at all ~s) (2) : the full length (as of a prizefight or ball game) (3) : a long race (~ training) 3 : the quality or state of being distant: as a : spatial remoteness b : personal and esp. emotional separation; *also* : RESERVE, COLDNESS c : DIFFERENCE, DISPARITY 4 : a distant point or region 5 : AESTHETIC DISTANCE b : capacity to observe dispassionately — **go the distance** *also* **last the distance** : to complete a course of action

²**distance** vt **dis-tanced; dis-tanc-ing** (1578) 1 : to place or keep at a distance 2 : to leave far behind : OUTSTRIP

**dis-tant** \ˈdis-tənt\ *adj* [ME, fr. MF, fr. L distant-, distans, prp. of distare to stand apart, be distant, fr. dis- + stare to stand — more at STAND] (14c) 1 a : separated in space : AWAY b : situated at a great distance : FAR-OFF c : separated by a great distance from each other : far apart d : far behind (finished a ~ third) 2 : separated in a relationship other than spatial (a ~ cousin) (the ~ past) 3 : different in kind 4 : reserved or aloof in personal relationship : COLD (was ~ and distracted) 5 a : going a long distance (~ voyages) b : concerned with remote things (~ thoughts) — **dis-tant-ly** *adv* — **dis-tant-ness** n

**dis-taste** \(ˌ\)dis-ˈtāst\ vt (1592) 1 *archaic* : to feel aversion to 2 *archaic* : OFFEND, DISPLEASE ~ vi, *obs* : to have an offensive taste

²**distaste** n (1598) 1 a *archaic* : dislike of food or drink b : AVERSION, DISINCLINATION (a ~ for opera) 2 *obs* : ANNOYANCE, DISCOMFORT

**dis-taste-ful** \(ˌ\)dis-ˈtāst-fəl, -ˌful\ *adj* (1607) 1 : objectionable because offensive to one's personal taste : DISAGREEABLE 2 : unpleasant to the taste : LOATHSOME — **dis-taste-ful-ly** \-fə-lē\ *adv* — **dis-taste-ful-ness** n

**dis-tel-fink** \ˈdish-t°l-ˌfink, ˈdis-\ n [PaG *dischdelfink*, lit., goldfinch, fr. *dischtel* thistle + *fink* finch] (1939) : a traditional Pennsylvania Dutch design motif in the form of a stylized bird

¹**dis-tem-per** \dis-ˈtem-pər\ vt [ME *distemperen*, fr. LL *distemperare* to temper badly, fr. L *dis-* + *temperare* to temper] (14c) 1 : to throw out of order 2 *archaic* : DERANGE, UNSETTLE

²**distemper** n (ca. 1555) 1 : bad humor or temper 2 : a disordered or abnormal bodily state esp. of quadruped mammals: as a : a highly contagious virus disease esp. of dogs marked by fever, leukopenia, and respiratory, gastrointestinal, and neurological symptoms b : STRANGLES c : PANLEUKOPENIA 3 : AILMENT, DISORDER (political ~) (intellectual ~s) — **dis-tem-per-ate** \-p°r-ət, -prət\ *adj*

³**distemper** n [obs. *distemper*, v., to dilute, mix to produce distemper, fr. ME, fr. MF *destemprer*, fr. L *dis-* + *temperare*] (1632) 1 : a process of painting in which the pigments are mixed with an emulsion of egg yolk, with size, or with white of egg as a vehicle and which is used for painting scenery and murals 2 : the paint or the prepared ground used in the distemper process b : a painting done in distemper 3 : any of various water-based paints

⁴**distemper** vt (ca. 1873) : to paint in or with distemper

**dis-tend** \di-ˈstend\ vb [ME, fr. L distendere, fr. dis- + tendere to stretch — more at THIN] vt (15c) 1 : EXTEND 2 : to enlarge from internal pressure : SWELL ~ vi : to become expanded  *syn see* EXPAND — **dis-ten-si-ble** \-ˈsten(t)-sə-bəl\ *adj* [distens- (fr. L distensus, pp. of distendere) + -sible] (1615) : capable of being distended — **dis-ten-si-bil-i-ty** \-ˌsten(t)-sə-ˈbi-lə-tē\ n

**dis-ten-sion** *or* **dis-ten-tion** \di-ˈsten(t)-shən\ n [L distention-, distentio, fr. distentus] (15c) : the act of distending or the state of being distended esp. unduly or abnormally

**dis-tich** \ˈdis-(ˌ)tik\ n [L distichon, fr. Gk, fr. neut. of distichos having two rows, fr. di- + stichos row, verse; akin to Gk steicheín to go — more at STAIR] (1553) : a strophic unit of two lines

**dis-ti-chous** \ˈdis-ti-kəs\ *adj* [LL distichus, fr. Gk distichos] (ca. 1753) : disposed in two vertical rows (~ leaves)

**dis-till** *also* **dis-til** \di-ˈstil\ vb **dis-tilled; dis-till-ing** [ME distillen, fr. MF distiller, fr. LL distillare, alter. of L destillare, fr. de- + stillare to drip, fr. stilla drop] vt (14c) 1 : to let fall, exude, or precipitate in drops or in a wet mist 2 a : to subject to or transform by distillation b : to obtain by or as if by distillation c : to extract the essence of : CONCENTRATE ~ vi 1 a : to fall or materialize in drops or in a fine moisture b : to appear slowly or in small quantities at a time 2 a : to undergo distillation b : to perform distillation

**dis-til-late** \ˈdis-tə-ˌlāt, -lət; di-ˈsti-lət\ n (ca. 1859) 1 : a liquid product condensed from vapor during distillation 2 : something concentrated or extracted as if by distilling

**dis-til-la-tion** \ˌdis-tə-ˈlā-shən\ n (14c) 1 a : the process of purifying a liquid by successive evaporation and condensation b : a process like distillation; *also* : an instance of distilling 2 : something distilled

**dis-till-er** \di-ˈsti-lər\ n (1577) : one that distills esp. alcoholic liquors

**dis-till-ery** \di-ˈsti-lə-rē, -ˈstil-rē\ n, pl **-er-ies** (1759) : the works where distilling (as of alcoholic liquors) is done

**dis-tinct** \di-ˈstiŋ(k)t\ *adj* [ME, fr. MF, fr. L distinctus, fr. pp. of distinguere] (14c) 1 : distinguishable to the eye or mind as discrete : SEPARATE (a ~ cultural group) (teaching as ~ from research) 2 : presenting a clear unmistakable impression (a neat ~ handwriting) 3 *archaic* : notably decorated 4 a : NOTABLE (a ~ contribution to scholarship) b : readily and unmistakably apprehended (a ~ possibility of snow) (a ~ British accent) — **dis-tinct-ly** \-ˈstiŋ(k)t-lē, -ˈstiŋk-\ *adv* — **dis-tinct-ness** \-ˈstiŋ(k)t-nəs, -ˈstiŋk-\ n

*syn* DISTINCT, SEPARATE, DISCRETE mean not being each and every one the same. DISTINCT indicates that something is distinguished by the mind or eye as being apart or different from others (two *distinct* versions). SEPARATE often stresses lack of connection or a difference in identity between two things (*separate* rooms). DISCRETE strongly emphasizes individuality and lack of connection (broke the job down into *discrete* stages). *syn see* in addition EVIDENT

**dis-tinc-tion** \di-ˈstiŋ(k)-shən\ n (13c) 1 a : the act of distinguishing a difference : DIVISION b : CLASS 4 2 : the distinguishing of a difference (without ~ as to race, sex, or religion); *also* : the difference distinguished (the ~ between *imply* and *infer*) 3 : something that distinguishes (regional ~s) 4 : the quality or state of being distinguishable 5 a : the quality or state of being distinguished or worthy (a politician of some ~) b : special honor or recognition (took a law degree with ~) (won many

\ə\ abut \ᵊ\ kitten, F table \ər\ farther \a\ ash \ā\ ace \ä\ mop, mar \au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \o\ law \oi\ boy \th\ thin \th\ the \ü\ loot \u\ foot \y\ yet \zh\ vision \ə, ̩, ̄, °, œ, œ̄, ue, ūe, ⁼\ *see* Guide to Pronunciation