# EXHIBIT I



# Merriam-Webster's Collegiate® Dictionary

## TENTH EDITION

Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data
Main entry under title:

Merriam-Webster's collegiate dictionary. — 10th ed.
    p.    cm.
  Includes index.
    ISBN 0-87779-708-0 (unindexed : alk. paper). — ISBN 0-87779-709-9 (indexed : alk. paper). — ISBN 0-87779-710-2 (deluxe : alk. paper). — ISBN 0-87779-707-2 (laminated cover).
    1. English language—Dictionaries.  I. Merriam-Webster, Inc.
PE1628.M36    1997
423—dc20                          96-42529
                                              CIP

Merriam-Webster's Collegiate® Dictionary, Tenth Edition principal copyright 1993

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

181920RMcN97

delivery of a principal into lawful custody by bail — called also *surrender by bail* **d :** the voluntary cancellation of the legal liability of an insurance company by the insured and beneficiary for a consideration **e :** the delivery of a fugitive from justice by one government to another **3 :** an instance of surrendering

**sur-rep-ti-tious** \\ˌsər-əp-ˈtish-əs, ˌsə-rəp-\\ *adj* [ME, fr. L. *surrepticius*, fr. *surreptus*, pp. of *surripere* to snatch secretly, fr. *sub-* + *rapere* to seize — more at RAPID] (15c) **1 :** done, made, or acquired by stealth : CLANDESTINE **2 :** acting or doing something clandestinely *syn* see SECRET — **sur-rep-ti-tious-ly** *adv*

**surrey** \\ˈsər-ē, ˈsə-rē\\ *n, pl* **surreys** [Surrey, England] (ca. 1891) **:** a four-wheel two-seated horse-drawn pleasure carriage



surrey

**sur-ro-ga-cy** \\ˈsər-ə-gə-sē\\ *n* (1984) **:** the practice of serving as a surrogate mother

**sur-ro-gate** \\ˈsər-ə-gət, -ˌgāt\\ *vt* **-gat-ed; -gat-ing** [L. *surrogatus*, pp. of *surrogare* to choose in place of another, substitute, fr. *sub-* + *rogare* to ask — more at RIGHT] (1533) **:** to put in the place of another : **~** to appoint as successor, deputy, or substitute for oneself **b :** SUBSTITUTE

**sur-ro-gate** \\ˌgāt, -gət\\ *n, often attrib* (1603) **1 a :** one appointed to act in place of another : DEPUTY **b :** a local judicial officer in some states (as New York) who has jurisdiction over the probate of wills, the settlement of estates, and the appointment and supervision of guardians **2 :** one that serves as a substitute **3 :** SURROGATE MOTHER

**surrogate mother** *n* (1978) **:** a woman who becomes pregnant usu. by artificial insemination or surgical implantation of a fertilized egg for the purpose of carrying the fetus to term for another woman — **surrogate motherhood** *n*

**sur-round** \\sə-ˈraund\\ *vt* [ME, to overflow, fr. MF *suronder*, fr. LL *superundare*, fr. L *super-* + *unda* wave; influenced in meaning by *round* — more at WATER] (ca. 1616) **1 a** (1) **:** to enclose on all sides : ENVELOP (the crowd **~***ed* her) (2) **:** to enclose so as to cut off communication or retreat : INVEST **b :** to form or be a member of the entourage of (flatterers who **~** the king) **c :** to constitute part of the environment of (**~***ed* by poverty) **d :** to extend around the margin or edge of **:** ENCIRCLE (a wall **~***s* the old city) **2 :** to cause to be surrounded by something (**~***ed* himself with friends)

**sur-round** *n* (1825) **:** something (as a border or ambient environment) that surrounds (from urban centre to rural **~** — Emrys Jones)

**sur-round-ings** \\sə-ˈraun-diŋz\\ *n pl* (1861) **:** the circumstances, conditions, or objects by which one is surrounded **:** ENVIRONMENT

**sur-roy-al** \\ˌsər-ˌroi(-ə)l\\ *n* [ME *surryal*, fr. *sur-* + *ryall* royal antler] (15c) **:** one of the terminal tines above the royal antler of a large deer (as a stag) usu. grown by four years of age

**sur-sum cor-da** \\ˌsur-səm-ˈkor-də, -ˌdä\\ *n* [LL, (lift) up (your) hearts; fr. the opening words] (1537) **1** *often cap* **S&C :** a versicle that in traditional eucharistic liturgies exhorts the faithful to enthusiastic worship **2 :** something inspiriting

**sur-tax** \\ˈsər-ˌtaks\\ *n* (1881) **1 :** an extra tax or charge **2 :** a graduated income tax in addition to the normal income tax imposed on the amount by which one's net income exceeds a specified sum

**sur-tout** \\(ˌ)sər-ˈtü, ˈsər-ˌ\\ *n* [F, fr. *sur* over (fr. L *super*) + *tout* all, fr. L *totus* whole — more at OVER] (1686) **:** a man's long close-fitting overcoat

**sur-veil** \\sər-ˈvā(ə)l\\ *vt* **sur-veilled; sur-veil-ling** [back-formation fr. *surveillance*] (1949) **:** to subject to surveillance

**sur-veil-lance** \\sər-ˈvā-lən(t)s *also* -ˈvāl-yən(t)s *or* -ˈvā-ən(t)s\\ *n* [F, fr. *surveiller* to watch over, fr. *sur-* + *veiller* to watch, fr. L *vigilare*, fr. *vigil* watchful — more at VIGIL] (1802) **:** close watch kept over someone or something (as by a detective); *also* **:** SUPERVISION

**sur-veil-lant** \\-ˈvā-lənt *also* -ˈvāl-yənt *or* -ˈvā-ənt\\ *n* (1819) **:** one that exercises surveillance

**sur-vey** \\sər-ˈvā, ˈsər-ˌ\\ *vb* **sur-veyed; sur-vey-ing** [ME, fr. MF *surveir* to look over, fr. *sur-* + *veeir* to see — more at VIEW] *vt* (15c) **1 a :** to examine as to condition, situation, or value : APPRAISE **b :** to query (someone) in order to collect data for the analysis of some aspect of a group or area **2 :** to determine and delineate the form, extent, and position of (as a tract of land) by taking linear and angular measurements and by applying the principles of geometry and trigonometry **3 :** to view or consider comprehensively **~** *vi* **:** INSPECT, SCRUTINIZE (he **~***ed* us in a lordly way — Alan Harrington)

**sur-vey** \\ˈsər-ˌvā, sər-ˈ\\ *n, pl* **surveys** (1548) **1 :** the act or an instance of surveying: as **a :** a broad treatment of a subject **b :** POLL **5a 2 :** something that is surveyed

**survey course** \\ˈsər-ˌvā-\\ *n* (1916) **:** a course treating briefly the chief topics of a broad field of knowledge

**sur-vey-ing** \\sər-ˈvā-iŋ\\ *n* (1682) **1 :** a branch of applied mathematics that teaches the art of determining the area of any portion of the earth's surface, the lengths and directions of the bounding lines, and the contour of the surface and of accurately delineating the whole on paper

**sur-vey-or** \\sər-ˈvā-ər\\ *n* (15c) **:** one that surveys; *esp* **:** one whose occupation is surveying land

**sur-viv-able** \\sər-ˈvī-və-bəl\\ *adj* (1955) **:** resulting in or permitting survival — **sur-viv-abil-i-ty** \\-ˌvī-və-ˈbi-lə-tē\\ *n*

**sur-viv-al** \\sər-ˈvī-vəl\\ *n, often attrib* (1598) **1 a :** a living or continuing longer than another person or thing **b :** the continuation of life or existence (problems of **~** in arctic conditions) **2 :** one that survives

**sur-viv-al-ist** \\-və-list\\ *n* (1970) **:** one who views survival as a primary objective; *esp* **:** one who has prepared to survive in the anarchy of an anticipated breakdown of society — **survivalist** *adj*

**survival of the fittest** (1864) **:** NATURAL SELECTION

**sur-vi-vance** \\sər-ˈvī-vən(t)s\\ *n* (ca. 1623) **:** SURVIVAL

**sur-vive** \\sər-ˈvīv\\ *vb* **sur-vived; sur-viv-ing** [ME, fr. MF *survivre* to outlive, fr. L *supervivere*, fr. *super-* + *vivere* to live — more at QUICK] *vi* (15c) **1 :** to remain alive or in existence : live on **2 :** to continue to function or prosper **~** *vt* **1 :** to remain alive after the death of (he is survived by his wife) **2 :** to continue to exist or live after (*survived* the

---

earthquake) **3 :** to continue to function or prosper despite : WITHSTAND — **sur-vi-vor** \\-ˈvī-vər\\ *n*

**sur-vi-vor** \\-ˈvī-vər\\ *n* (1602) *archaic* **:** one that survives : SURVIVOR

**sur-vi-vor-ship** \\-ˌvī-vər-ˌship\\ *n* (ca. 1625) **1 :** the legal right of the survivor of persons having joint interests in property to take the interest of the person who has died **2 :** the state of being a survivor **3 :** the probability of surviving to a particular age; *also* **:** the number or proportion of survivors (as of an age group)

**Su-san B. An-tho-ny Day** \\ˈsü-zᵊn-ˌbē-ˈan-(t)hə-nē\\ *n* (ca. 1951) **:** February 15 observed to commemorate the birth of Susan B. Anthony

**sus-cep-ti-bil-i-ty** \\sə-ˌsep-tə-ˈbi-lə-tē\\ *n, pl* **-ties** (1644) **1 :** the quality or state of being susceptible; *esp* **:** lack of ability to resist some extraneous agent (as a pathogen or drug) **:** SENSITIVITY **2 a :** a susceptible temperament or constitution **b** *pl* **:** FEELINGS, SENSIBILITIES **3 a :** the ratio of the magnetization in a substance to the corresponding magnetizing force **b :** the ratio of the electric polarization to the electric intensity in a polarized dielectric

**sus-cep-ti-ble** \\sə-ˈsep-tə-bəl\\ *adj* [LL *susceptibilis*, fr. L *susceptus*, pp. of *suscipere* to take up, admit, fr. *sub-, sus-up* + *capere* to take — more at SUB, HEAVE] (1605) **1 :** capable of submitting to an action, process, or operation (a theory **~** to proof) **2 :** open, subject, or unresistant to some stimulus, influence, or agency **3 :** IMPRESSIONABLE, RESPONSIVE *syn* see LIABLE — **sus-cep-ti-ble-ness** *n* — **sus-cep-ti-bly** \\-blē\\ *adv*

**sus-cep-tive** \\-ˈsep-tiv\\ *adj* (15c) **1 :** RECEPTIVE **2 :** SUSCEPTIBLE — **sus-cep-tive-ness** *n* — **sus-cep-tiv-i-ty** \\ˌsəp-ti-və-tē\\ *n*

**su-shi** \\ˈsü-shē *also* ˈsü-\\ *n* [Jp] (1893) **:** cold rice dressed with vinegar, formed into any of various shapes, and garnished *esp.* with bits of raw fish or shellfish

**sus-lik** \\ˈsül-slik\\ *n* [Russ] (1774) **1 :** any of several rather large short-tailed ground squirrels (genus *Citellus*) of eastern Europe or northern Asia **2 :** the mottled grayish black fur of a suslik

**¹sus-pect** \\ˈsəs-ˌpekt, sə-ˈspekt\\ *adj* [ME, fr. MF, fr. L *suspectus*, pp. of *suspicere*] (14c) **1 :** regarded or deserving to be regarded with suspicion : SUSPECTED (investigates **~** employees) **2 :** DOUBTFUL, QUESTIONABLE (whose skills are **~** — Peter Vecsey)

**²sus-pect** \\ˈsəs-ˌpekt\\ *n* (1591) **:** one who is suspected; *esp* **:** one suspected of a crime

**³sus-pect** \\sə-ˈspekt\\ *vb* [ME, fr. L *suspectare*, freq. of *suspicere* to look up at, regard with awe, suspect, fr. *sub-, sus-up*, secretly + *specere* to look at — more at SUB, SPY] *vt* (15c) **1 :** to imagine (one) to be guilty or culpable on slight evidence or without proof (**~** him of giving false information) **2 :** to have doubts of **:** DISTRUST **3 :** to imagine to exist or be true, likely, or probable **~** *vi* **:** to imagine something to be true or likely

**sus-pend** \\sə-ˈspend\\ *vb* [ME, fr. OF *suspendre* to hang up, interrupt, fr. L *suspendere*, fr. *sub-, sus-up* + *pendere* to cause to hang, weigh] *vt* (14c) **1 :** to debar temporarily from a privilege, office, or function (**~** a student from school) **2 a :** to cause to stop temporarily (**~** bus service) **b :** to set aside or make temporarily inoperative (**~** the rules) **3 :** to defer to a later time on specified conditions (**~** sentence) **4 :** to hold in an undetermined or undecided state awaiting further information (**~** judgment) (**~** disbelief). **5 a :** HANG *esp* **1 :** to hang so as to be free on all sides except at the point of support (**~** a ball by a thread) **b :** to keep from falling or sinking by some invisible support (as buoyancy) (dust **~***ed* in the air) **6 a :** to keep fixed or lost (as in wonder or contemplation) **b :** to keep waiting in suspense or indecision **7 :** to hold (a musical note) over into the following chord **~** *vi* **1 :** to cease operation temporarily **2 :** to stop payment or fail to meet obligations **3 :** HANG *syn* see DEFER

**suspended animation** *n* (1795) **:** temporary suspension of the vital functions (as in persons nearly drowned)

**sus-pend-er** \\sə-ˈspen-dər\\ *n* (1524) **1 :** one that suspends **2 :** a device by which something may be suspended: as **a :** one of two supporting bands worn across the shoulders to support trousers, skirt, or belt — usu. used in pl. and often with *pair* **b** *Brit* **:** a fastener attached to a garment or garter to hold up a stocking or sock; *also* **:** a device consisting of garter and fastener — **sus-pend-ered** \\-dərd\\ *adj*

**sus-pense** \\sə-ˈspen(t)s\\ *n* [ME, fr. MF, fr. *suspendre*] (15c) **1 :** the state of being suspended : SUSPENSION **2 a :** mental uncertainty : ANXIETY **b :** pleasant excitement as to a decision or outcome (a novel of **~**) **3 :** the state or character of being undecided or doubtful : INDECISIVENESS — **sus-pense-ful** \\-fəl\\ *adj* — **sus-pense-ful-ly** \\-fə-lē\\ *adv* — **sus-pense-ful-ness** \\-fəl-nəs\\ *n* — **sus-pense-less** \\-ləs\\ *adj*

**suspense account** *n* (1869) **:** an account for the temporary entry of charges or credits or esp. of doubtful accounts receivable pending determination of their ultimate disposition

**sus-pen-ser** \\sə-ˈspen(t)-sər\\ *n* (ca. 1960) **:** a suspenseful film

**sus-pen-sion** \\sə-ˈspen(t)-shən\\ *n* [ME *suspensyon*, fr. MF *suspension*, fr. LL *suspensio*, *suspensio*, fr. L *suspendere*] (15c) **1 :** the act of suspending **:** the state or period of being suspended: as **a :** temporary removal from office or privileges **b :** temporary withholding (as of belief or decision) **c :** temporary abrogation of a law or rule **d** (1) **:** the holding over of one or more musical tones of a chord into the following chord producing a momentary discord and suspending the concord which the ear expects; *specif* **:** such a dissonance which resolves downward — compare ANTICIPATION, RETARDATION (2) **:** the tone thus held over **e :** stoppage of payment of business obligations **:** FAILURE — used esp. of a business or a bank **f :** a rhetorical device whereby the principal idea is deferred to the end of a sentence or longer unit **2 a :** the act of hanging **:** the state of being hung **b** (1) **:** the state of a substance when its particles are mixed with but undissolved in a fluid or solid (2) **:** a substance in this state (3) **:** a system consisting of a solid dispersed in a solid, liquid, or gas usu. in particles of larger than colloidal size — compare EMULSION **3 :** something suspended **4 a :** a device by which something (as a magnetic needle) is suspended **b :** the system of devices (as springs) supporting the upper

---

\\ə\\ abut  \\ᵊ\\ kitten, F table  \\ər\\ further  \\a\\ ash  \\ā\\ ace  \\ä\\ mop, mar
\\au̇\\ out  \\ch\\ chin  \\e\\ bet  \\ē\\ easy  \\g\\ go  \\i\\ hit  \\ī\\ ice  \\j\\ job
\\ŋ\\ sing  \\ō\\ go  \\ȯ\\ law  \\ȯi\\ boy  \\th\\ thin  \\th\\ the  \\ü\\ loot  \\u̇\\ foot
\\y\\ yet  \\zh\\ vision  \\ä, ᵏ, ᵉ, œ, œ̄, ue, ue̅, ᵊ\\ see Guide to Pronunciation