# EXHIBIT J

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

    Plaintiff,
V.                                                      CASE NO. 04-11129 DPW & 06-10980 DPW

KEYHOLE, INC., AND GOOGLE INC.,

    Defendants.

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

EXHIBIT J TO THE DECLARATION OF CAROLYN CHANG IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF

The original documents are maintained in the case file in the Clerk's Office.

September 29, 2006
Date

Attorney for Defendants and Counterclaimants
KEYHOLE, INC. AND GOOGLE INC.
Carolyn Chang, admitted pro hac vice

FENWICK & WEST LLP

Embarcadero Center West, 275 Battery Street

San Francisco, CA 94111

Tel. 415 875-2300
Fax. 415 281-1350

(Notice of Filing.wpd - 7/03)