# EXHIBIT K

# Microsoft Press Computer Dictionary

## Third Edition

*Microsoft* Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
     p.   cm.
   ISBN 1-57231-446-X
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
 I. Microsoft Press.
QA76.15.M54  1997
004'.03--dc21                                              97-15489
                                                              CIP

Printed and bound in the United States of America.

     4 5 6 7 8 9   QMQM   2 1 0 9 8

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

**internal font** | **Internet**

operating system and resides there for as long as the computer is on. *Compare* external command.

**internal font** \in-tər`nəl font`\ *n.* A font that is already loaded in a printer's memory (ROM) when the printer is shipped. *Compare* downloadable font, font cartridge.

**internal interrupt** \in-tər`nəl in`tər-upt\ *n.* An interrupt generated by the processor itself in response to certain predefined situations, such as an attempt to divide by zero or an arithmetic value exceeding the number of bits allowed for it. *See also* interrupt. *Compare* external interrupt.

**internal memory** \in-tər`nəl mem`ər-ē\ *n. See* primary storage.

**internal modem** \in-tər`nəl mō`dəm\ *n.* A modem constructed on an expansion card to be installed in one of the expansion slots inside a computer. *Compare* external modem, integral modem.

**internal schema** \in-tər`nəl skē`mə\ *n.* A view of information about the physical files composing a database, including filenames, file locations, accessing methodology, and actual or potential data derivations, in a database model such as that described by ANSI/X3/SPARC, that supports a three-schema architecture. The internal schema corresponds to the schema in systems based on CODASYL/DBTG. In a distributed database, there may be a different internal schema at each location. *See also* conceptual schema, schema.

**internal sort** \in-tər`nəl sōrt`\ *n.* **1.** A sorting operation that takes place on files completely or largely held in memory rather than on disk during the process. **2.** A sorting procedure that produces sorted subgroups of records that will be subsequently merged into one list.

**International Federation of Information Processing** \in-tər-nash`ə-nəl fed-ər-ā`shən əv in-fər-mā`shən pros`es-ēng\ *n. See* IFIP.

**International Organization for Standardization** \in-tər-nash`ə-nəl ōr-gə-nə-zā`shən fōr stan`dər-də-zā`shən\ *n. See* ISO.

**International Telecommunications Union** \in-tər-nash`ə-nəl tel`ə-kə-myōō-nə-kā`shənz yōōn`yən\ *n.* An intergovernmental organization responsible for making recommendations and standardization regarding telephone and data communications systems for public and private telecommunication organizations. The ITU was founded in 1865 and became an agency of the United Nations in 1947. The ITU was formerly known as CCITT (Comité Consultatif International Télégraphique et Téléphonique) and changed its name to ITU in March 1993. They may be contacted at International Telecommunications Union, Information Services Department, Place des Nations, 1211 Geneva 20, Switzerland. Telephone: +41 (22) 730 5554. Fax: +41 (22) 730 5337. E-mail: helpdesk@itu.ch, teledoc@itu.arcom.ch. *Acronym:* ITU (I`T-U`).

**International Telegraph and Telephone Consultative Committee** \in`tər-nash`ə-nəl tel`ə-graf and tel`ə-fōn kən-sul`tə-tiv kə-mit`ē, kon`sul-tā-tiv\ *n. See* CCITT.

**Internaut** \in`tər-nät`, in`tər-nôt`\ *n. See* cybernaut.

**internet** \in`tər-net\ *n.* Short for internetwork. A set of computer networks that may be dissimilar and are joined together by means of gateways that handle data transfer and conversion of messages from the sending networks' protocols to those of the receiving network.

**Internet** \in`tər-net\ *n.* The worldwide collection of networks and gateways that use the TCP/IP suite of protocols to communicate with one another. At the heart of the Internet is a backbone of high-speed data communication lines between major nodes or host computers, consisting of thousands of commercial, government, educational, and other computer systems, that route data and messages. One or more Internet nodes can go off line without endangering the Internet as a whole or causing communications on the Internet to stop, because no single computer or network controls it. The genesis of the Internet was a decentralized network called ARPANET created by the Department of Defense in 1969 to facilitate communications in the event of a nuclear attack. Eventually other networks, including BITNET, Usenet, UUCP, and NSFnet, were connected to ARPANET. Currently, the Internet offers a range of services to users, such as FTP, e-mail, the World Wide Web, Usenet news, Gopher, IRC, telnet, and others. *Also called* the Net. *See also* BITNET, FTP[1] (definition 1), Gopher, IRC, NSFnet, telnet[1], Usenet, UUCP, World Wide Web.

