# EXHIBIT L

# Microsoft Press Computer Dictionary

## Third Edition

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
     p.   cm.
   ISBN 1-57231-446-X
   1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
   I. Microsoft Press.
QA76.15.M54  1997
004'.03--dc21                                                97-15489
                                                                CIP

Printed and bound in the United States of America.

      4 5 6 7 8 9   QMQM   2 1 0 9 8

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

and forth between two or more programs. *See also* task, task swapping. *Compare* multitasking.

**TB** \T-B´\ *n. See* terabyte.

**.tc** \dot´T-C´\ *n.* On the Internet, the major geographic domain specifying that an address is located on the Turks and Caicos Islands.

**T-carrier** \T´kâr`ē-ər\ *n.* A long-distance, digital communications line provided by a common carrier. Multiplexers at either end merge several voice channels and digital data streams for transmission and separate them when received. T-carrier service, introduced by AT&T in 1993, is defined at several capacity levels: T1, T2, T3, T4. In addition to voice communication, T-carriers are used for Internet connectivity. *See also* T1, T2, T3, T4.

**Tcl/Tk** \tik`l-T-K´\ *n.* Acronym for Tool Command Language/Tool Kit. A programming system that includes a scripting language (Tcl) and a graphical user interface toolkit (Tk). The Tcl language issues commands to interactive programs, such as text editors, debuggers, and shells, which tie together complex data structures into scripts. *See also* graphical user interface, script, scripting language.

**TCM** \T`C-M´\ *n. See* trellis-coded modulation.

**TCP** \T`C-P´\ *n.* Acronym for Transmission Control Protocol. The protocol within TCP/IP that governs the breakup of data messages into packets to be sent via IP, and the reassembly and verification of the complete messages from packets received by IP. TCP corresponds to the transport layer in the ISO/OSI model. *See also* ISO/OSI model, packet, TCP/IP. *Compare* IP.

**TCP/IP** \T`C-P`I-P´\ *n.* Acronym for Transmission Control Protocol/Internet Protocol. A protocol developed by the Department of Defense for communications between computers. It is built into the UNIX system and has become the de facto standard for data transmission over networks, including the Internet.

**TCP/IP stack** \T`C-P-I-P´ stak`\ *n.* The set of TCP/IP protocols. *See also* protocol stack, TCP/IP.

**.td** \dot`T-D´\ *n.* On the Internet, the major geographic domain specifying that an address is located in Chad.

**TDM** \T`D-M´\ *n. See* time-division multiplexing.

**tear-off** \ter´of\ *adj.* Capable of being dragged from an original position in a graphical user interface and placed where the user desires. For example, many graphics applications feature tear-off menus of tool palettes that can be dragged to locations other than the menu bar.

**techie** \tek´ē\ *n.* A technically oriented person. Typically, a techie is the person on whom a user calls when something breaks or the user cannot understand a technical problem. A techie may be an engineer or a technician, but not all engineers are techies. *See also* guru.

**technical author** \tek´ni-kəl ä`thər, ô`thər\ *n. See* tech writer.

**technology** \tek-nol´ə-jē\ *n.* The application of science and engineering to the development of machines and procedures in order to enhance or improve human conditions, or at least to improve human efficiency in some respect. *See also* high tech.

**technophile** \tek´nə-fīl`\ *n.* Someone who is enthusiastic about emerging technology. *Compare* computerphile.

**tech writer** \tek´ rī`tər\ *n.* Short for technical writer. One who writes the documentation material for a hardware or software product. *Also called* technical author. *See also* documentation.

**telco** \tel´kō\ *n.* Short for telephone company. A term generally used in reference to a telephone company's provision of Internet services.

**telecommunications** \tel`ə-kə-myoo`nə-kā´shənz\ *n.* The transmission and reception of information of any type, including data, television pictures, sound, and facsimiles, using electrical or optical signals sent over wires or fibers or through the air.

**telecommute** \tel`ə-kə-myoot´\ *vb.* To work in one location (often at home) and communicate with a main office at a different location through a personal computer equipped with a modem and communications software.

**teleconferencing** \tel`ə-kon`frən-sēng\ *n.* The use of audio, video, or computer equipment linked through a communications system to enable geographically separated individuals to participate in a meeting or discussion. *See also* video conferencing.

**telecopy** \tel´ə-kop`ē\ *vb. See* fax.

**telematics** \tel`ə-mat´iks\ *n.* In communications technology, the linking of computers and telecommunications.

