IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NO. 04-11129 DPW & 06-10980 DPW |

## DEFENDANTS' MOTION TO FILE UNDER SEAL

| | |
|---|---|
| Nelson G. Apjohn (BBO No. 020373) <br> **NUTTER McCLENNEN & FISH LLP** <br> World Trade Center West <br> 155 Seaport Boulevard <br> Boston, MA 02210 <br> (617) 439-2000 <br> Fax: (617) 310-9000 <br><br> Attorneys for Defendants and Counterclaimants <br> KEYHOLE, INC. and GOOGLE INC. | Of Counsel <br> Darryl M. Woo, admitted *pro hac vice* <br> Michael J. Sacksteder, admitted *pro hac vice* <br> Carolyn Chang, admitted *pro hac vice* <br> Saundra L. M. Riley, admitted *pro hac vice* <br> **FENWICK & WEST LLP** <br> Embarcadero Center West <br> 275 Battery Street <br> San Francisco, CA 94111 <br> Tel. (415) 875-2300 <br> Fax (415) 281-1350 |

Pursuant to Local Rule 7.2, Defendants Keyhole, Inc. and Google Inc. respectfully submits this Motion to Seal their Opening Claim Construction Brief and Exhibit J to the Declaration of Carolyn Chang in Support of Defendants' Opening Claim Construction Brief.

As grounds for this Motion, Defendants state that, in accordance with the Stipulated Protective Order entered by the Court on May 22, 2006, these documents contain deposition excerpts that have been designated confidential or highly confidential by Plaintiff Skyline Software Systems, Inc.

**WHEREFORE,** Defendants request that the Court grant this Motion to Seal.


Dated:  September 29, 2006                      Respectfully submitted,


                                                By:      /s/ Carolyn Chang
                                                         Carolyn Chang
                                                         **FENWICK & WEST LLP**
                                                         Embarcadero Center West
                                                         275 Battery Street
                                                         San Francisco, CA  94111
                                                         Tel.  (415) 875-2300
                                                         Fax  (415) 281-1350
                                                         email: cchang@fenwick.com

                                                         Attorneys for Defendants and
                                                         Counterclaimants
                                                         KEYHOLE, INC. and GOOGLE INC.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), counsel for Defendants contacted counsel for Plaintiff on September 29, 2006 regarding the filing of this Motion. As of the time of the filing of this Motion, counsel for Defendants did not receive a response from Plaintiff's counsel.

Dated: September 29, 2006   Respectfully submitted,

By: ____/s/ Carolyn Chang_____
Carolyn Chang
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Tel.  (415) 875-2300
Fax  (415) 281-1350
email: cchang@fenwick.com

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

### Certificate of Service

I hereby certify that, on September 29, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By: ____/s/ Carolyn Chang_____
Carolyn Chang