# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  04-11129-DPW |
| ) | |
| KEYHOLE, INC. and GOOGLE INC., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S PROPOSED ORDER REGARDING CLAIM CONSTRUCTION

H. Joseph Hameline, BBO# 218710
Geri L. Haight, BBO# 638185
MINTZ COHN FERRIS
GLOVSKY & POPEO PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241

The Court has considered the respective briefs, declarations, and exhibits submitted by the parties and has received oral argument concerning the parties' proposed constructions of the disputed claim terms in all claims other than Claims 1 and 12 of U.S. Patent No. 6,496,189, the patent-in-suit asserted in this action by Plaintiff Skyline Software Systems, Inc.  In light of the written submissions of the parties, and oral argument submitted at the hearing, and good cause appearing, the Court hereby finds that the term outlined in Plaintiff's and Defendants' claim construction briefs would be understood by one of ordinary skill in the art to have the meanings identified in the attached Exhibit A, and hereby construes them accordingly.

Dated: _____, 2006

By: _____
    The Honorable Douglas P. Woodlock
    United States Judge

# **EXHIBIT A**

**EXHIBIT A**

| | Claim Elements | Claim Construction |
|---|---|---|
| 2 | A method according to claim 1, wherein downloading the one or more additional data blocks comprises downloading the blocks from a succession of resolution levels, from the level immediately higher than the resolution level of the first block up to the maximal existent resolution level on the server not above the indicated resolution level. | • **downloading** - Appears in Claims 1 and 12; does not require construction. |
| 3 | A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising: | |
| | receiving from the renderer a plurality of coordinates in the terrain along with indication of a respective resolution level; said plurality of coordinates being included in a plurality of respective distinct blocks; | • **receiving from the renderer** - Appears in Claims 1 and 12; does not require construction.<br>• **plurality of coordinates being included in a plurality of respective distinct blocks** - more than one set of coordinates being described by the data contained in more than one data block. |
| | providing the renderer with first data block which includes data corresponding to at least some of the plurality of coordinates from a local memory; | • **providing the renderer** - Appears in Claims 1 and 12; does not require construction. |

| | Claim Elements | Claim Construction |
|---|---|---|
| | downloading from a remote server one or more additional blocks which include data corresponding to a plurality of respective distinct blocks if the provided block from the local memory is not at the indicated resolution level, wherein blocks of lower resolution levels are downloaded before blocks of higher resolution levels. | • **downloading ... if the provided block from the local memory is not at the indicated resolution level** - transferring from a remote server to a local computer one or more additional data blocks if the data from the first data block is not at the indicated resolution level. |
| 7 | A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising: | |
| | receiving from the renderer one or more coordinates in the terrain along with indication of a respective resolution level; | • **receiving from the renderer** - Appears in Claims 1 and 12; does not require construction. |
| | providing the renderer with a first data block which includes data corresponding to the one or more coordinates, from a local memory; | • **providing the renderer** - Appears in Claims 1 and 12; does not require construction. |
| | downloading from a remoter server one or more additional data blocks which include data corresponding to the one or more coordinates if the provided block from the local memory is not at the indicated resolution level; and | • **downloading ... if the provided block from the local memory is not at the indicated resolution level** - Same as Claim 3 above. |
| | downloading from a remote server excess blocks not currently needed by the renderer to fill up the local memory when not downloading blocks required by the renderer. | • **when not downloading blocks required by the renderer** - when not downloading data for displaying the scene corresponding to the current view. |
| 8 | A method according to claim 7, wherein downloading the data | • **Internet** - the publicly accessible world-wide network of that name, which is capable of |

| | | Claim Elements | Claim Construction |
|---|---|---|---|
| | | blocks comprised downloading the blocks via the Internet. | relaying information via a TCP connection, but not including private networks even if they use internet protocols or have connections to the Internet. |
| 9 | | A method according to claim 7, wherein the renderer renders a view from a current viewpoint, and wherein downloading the excess blocks comprises filling the local memory with substantially all of the blocks surrounding a point in the terrain seen from the current viewpoint within a predetermined distance range. | • **substantially all of the blocks surrounding a point in the terrain seen from the current viewpoint within a predetermined distance range** - substantially all of the blocks which include data covering terrain which is within a predetermined distance range in one or more directions from either the viewpoint or a point in the terrain visible from the current viewpoint |
| 11 | | A method according to claim 9, wherein filling the local memory comprises filling the memory with substantially all the blocks within the range from a lower resolution level before downloading blocks of higher resolution levels. | • **downloading** - Appears in Claims 1 and 12; does not require construction. |
| 13 | | Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | |
| | | a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | |
| | | a communication link, through which the memory receives the data blocks from a remote server; | |
| | | a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first | • **Download[s] … if the provided block from the local memory is not at the indicated resolution level** - Same as Claim 3 above. |

| | **Claim Elements** | **Claim Construction** |
|---|---|---|
| | data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link blocks from the resolution level of the first block up to a maximal resolution level of blocks stored on the server that is not above the indicated resolution level which include data corresponding to the one or more coordinates if the first block is not from the indicated level. | |
| 14 | Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | |
| | a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | |
| | a communication link, through which the memory receives the data blocks from a remote server; | |

| | Claim Elements | Claim Construction |
|---|---|---|
| | a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link blocks of lower resolution levels before blocks of higher resolution levels which include data corresponding to the one or coordinates if the first block is not from the indicated level. | • **receiv[es] … from [a] renderer** - Appears in Claims 1 and 12; does not require construction.<br><br>• **provid[es] the renderer** - Appears in Claims 1 and 12; does not require construction.<br><br>• **download[s] … if the provided block from the local memory is not at the indicated resolution level** - Same as Claim 3 above. |
| 16. | Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | |
| | a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | |
| | a communication link, through which the memory receives the data blocks from a remote server; | |

| | | **Claim Elements** | **Claim Construction** |
|---|---|---|---|
| | | a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link one or more additional blocks according to the order in which the coordinates were provided which include data corresponding to the one or more coordinates if the first block is not from the indicated level. | • **receiv[es] ... from [a] renderer -** Appears in Claims 1 and 12; does not require construction.<br><br>• **provid[es] the renderer -** Appears in Claims 1 and 12; does not require construction.<br><br>• **download[s] ... if the provided block from the local memory is not at the indicated resolution level -** Same as Claim 3 above. |
| | 18 | Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | |
| | | a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | |
| | | a communication link, through which the memory receives the data blocks from a remote server; | |

| | Claim Elements | Claim Construction |
|---|---|---|
| | a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, downloads over the communication link blocks which include data corresponding to the one or coordinates if the first block is not from the indicated level; and | • **receiv[es] … from [a] renderer** - Appears in Claims 1 and 12; does not require construction.<br><br>• **provid[es] the renderer** - Appears in Claims 1 and 12; does not require construction.<br><br>• **download[s] … if the provided block from the local memory is not at the indicated resolution level** - Same as Claim 3 above. |
| | downloads excess blocks not currently needed by the renderer to fill up the local memory when the processor is not downloading blocks required by the renderer. | • **when … not downloading blocks required by the renderer** - Same as Claim 7 above. |
| 19 | Apparatus according to claim 18, wherein the renderer renders a view from a current viewpoint and the processor fills the local memory with substantially all the blocks surrounding a point in the terrain seen from the current viewpoint in a predetermined range. | • **substantially all of the blocks surrounding a point in the terrain seen from the current viewpoint within a predetermined distance range** - Same as Claim 9 above. |
| 22 | Apparatus according to claim 18, wherein the communication link comprises a connection to the internet. | • **Internet** - Same as Claim 8 above. |

LIT 1587432v.1
    LIT 1588618v.1