THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEYHOLE, INC. and GOOGLE INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-11129-DPW |

## DECLARATION OF GERI L. HAIGHT, ESQ.

I. Geri Haight, on oath depose and state that:

1. I am counsel for Plaintiff Skyline Software Systems, Inc. in this action and I submit this declaration in support of Plaintiff Skyline Software Systems, Inc.'s Opening Claim Construction Brief.

2. Attached hereto as **Exhibit A** is a true and accurate copy of a chart comparing the claim constructions proposed by Plaintiff Skyline Software Systems, Inc. and Defendants Keyhole, Inc. and Google, Inc.

3. Attached hereto as **Exhibit B** is a true and accurate copy of U.S. Patent 6,496,189 B1.

4. Attached hereto as **Exhibit C** is a true and accurate copy of Defendants' Proposed Claim Construction.

5. Attached hereto as **Exhibit D** is a true and accurate copy of Plaintiff Skyline Software Systems, Inc.'s Proposed Claim Construction.

6.  Attached hereto as **Exhibit E** is a true and accurate copy of an email from Carolyn Chang to Geri Haight dated September 13, 2006.

7.  Attached hereto as **Exhibit F** is a true and accurate copy of an email from Geri Haight to Carolyn Chang dated September 28, 2006.

8.  Attached hereto as **Exhibit G** is a true and accurate copy of the Memorandum and Order on Claim Construction dated March 24, 2006.

Signed under the pains and penalties of perjury this 29th day of September, 2006.

_____
Geri L. Haight

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 29, 2006.

_____
Geri L. Haight

LIT 1588428v.1