# **EXHIBIT A**

Case 1:04-cv-11129-DPW     Document 127-2     Filed 09/29/2006     Page 1 of 10

# COMPARISON OF THE PARTIES' PROPOSED CLAIM CONSTRUCTION

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| 2. A method according to claim 1, wherein downloading the one or more additional data blocks comprises downloading the blocks from a succession of resolution levels, from the level immediately higher than the resolution level of the first existent resolution level on the server not above the indicated block up to the maximal resolution level. | • **downloading** - appears in Claims 1 and 12; does not require construction.<br><br>• **succession of resolution levels** - does not have a proposed construction. | • **downloading** - transferring over a network and receiving in local memory from a separate computer.<br><br>• **succession of resolution levels** - in order of increasing resolution levels |
| 3. A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising:<br><br>receiving from the renderer a plurality of coordinates in the terrain along with indication of a respective resolution level;<br><br>plurality of coordinates being included in a plurality of respective distinct blocks, said plurality of coordinates being included in a plurality of respective distinct blocks;<br><br>providing the renderer with first | • **receiving from the renderer** - Appears in Claims 1 and 12; does not require construction.<br><br>• **plurality of coordinates being included in a plurality of respective distinct blocks** - more than one set of coordinates being described by the data contained in more than one data block.<br><br>• **providing the renderer** - Appears in Claims 1 and | • **receiving from the renderer** - an object other than the renderer receiving [or receives] from the renderer.<br><br>• **plurality of coordinates being included in a plurality of respective distinct blocks** - each one of the plural sets of coordinates being included in a separate distinct one of a plurality of data blocks describing three-dimensional terrain.<br><br>• **providing the renderer** - an object other than the renderer |

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| data block which includes data corresponding to at least some of the plurality of coordinates from a local memory; downloading from a remote server one or more additional blocks which include data corresponding to a plurality of respective distinct blocks if the provided block from the local memory is not at the indicated resolution level, wherein blocks of lower resolution levels are downloaded before blocks of higher resolution levels. | 12; does not require construction.<br><br>• **downloading … if the provided block from the local memory is not at the indicated resolution level** - Appears in Claims 1 and 12; does not require construction. | providing to the renderer<br><br>• **downloading … if the provided block from the local memory is not at the indicated resolution level** - downloading (*i.e.*, requesting over a network and receiving in local memory from a separate computer) … upon a determination of whether the first data block is not at the indicated resolution level. |
| 7. A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising:<br><br>receiving from the renderer one or more coordinates in the terrain along with indication of a respective resolution level;<br><br>providing the renderer with a first data block which includes data corresponding to the one or more coordinates, from a local memory;<br><br>downloading from a remote server one or more additional | • **receiving from the renderer** - Appears in Claims 1 and 12; does not require construction.<br><br>• **providing the renderer** - Appears in Claims 1 and 12; does not require construction.<br><br>• **downloading … if the provided block from the local memory is not at the indicated resolution** | • **downloading … if the provided block from the local memory is not at the indicated resolution level** - Same |

2

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| data blocks which include data corresponding to the one or more coordinates if the provided block from the local memory is not at the indicated resolution level; and downloading from a remote server excess blocks not currently needed by the renderer to fill up the local memory when not downloading blocks required by the renderer. | **level** - Appears in Claims 1 and 12; does not require construction. | as Claim 3 above. |
| | • **downloading** - appears in Claims 1 and 12; does not require construction. | • **downloading** - transferring over a network and receiving in local memory from a separate computer. |
| | • **when not downloading blocks required by the renderer** - when not downloading data for displaying the scene corresponding to the current view. | • **when not downloading blocks required by the renderer** - during periods of time when the local computer is not downloading data blocks describing three-dimensional terrain in response to the one or more coordinates provided by the renderer. |
| 8. A method according to claim 7, wherein downloading the data blocks comprised downloading the blocks via the Internet. | • **downloading** - appears in Claims 1 and 12; does not require construction. | • **downloading** - transferring over a network and receiving in local memory from a separate computer. |
| | • **Internet** - the publicly accessible world-wide network of that name, which is capable of relaying information via a TCP connection, but not including private networks even if they use internet protocols or have connections to the Internet. | • **Internet** - a publicly available network capable of relaying information via Internet Protocol, either alone or in connection with one or more other protocols. |
| 9. A method according to claim 7, wherein the renderer renders a view from a current viewpoint, and wherein downloading the excess blocks comprises filling the local memory with substantially all of the blocks surrounding a point in the terrain seen from the current viewpoint within a predetermined distance range. | • **substantially all of the blocks surrounding a point in the terrain seen from the current viewpoint within a predetermined distance range** - substantially all of the blocks which include data covering terrain which is within a predetermined distance range in one or more directions from either the viewpoint or a point in the terrain visible from the current viewpoint. | • **substantially all of the blocks surrounding a point in the terrain seen from the current viewpoint within a predetermined distance range** - substantially all of the excess blocks describing three-dimensional terrain on all sides (in all directions) out to a pre-established distance boundary around a point in the terrain that is seen from the current viewpoint. |
| 11. A method according to claim 9, wherein filling the | • **downloading** - Appears in Claims 1 and 12; does not require construction. | • **downloading** - Same as Claim 2 above. |

3

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| local memory comprises filling the memory with substantially all the blocks within the range from a lower resolution level before downloading blocks of higher resolution levels. | | |
| 13. Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | | |
| a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | | |
| a communication link, through which the memory receives the data blocks from a remote server; | | |
| a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link blocks | • **receiv[es] … from [a] renderer** - Appears in Claims 1 and 12; does not require construction.<br>• **provid[es] the renderer** - Appears in Claims 1 and 12; does not require construction.<br>• **download[s] … if the first block from the local memory is not at the indicated resolution level** - Appears in Claims 1 and 12; does not require construction. | • **receiv[es] … from [a] renderer** - Same as Claim 3 above.<br>• **provid[es] the renderer** - Same as Claim 3 above.<br>• **download[s] … if the … block … is not at the indicated resolution level** - Same as Claim 3 above. |

4

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| from the resolution level of the first block up to a maximal resolution level of blocks stored on the server that is not above the indicated resolution level which include data corresponding to the one or more coordinates if the first block is not from the indicated level. | | |
| 14. Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | | |
| a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | | |
| a communication link, through which the memory receives the data blocks from a remote server; | | |
| a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or | • **receiv[es] … from [a] renderer** - Appears in Claims 1 and 12; does not require construction.<br>• **provid[es] the renderer** - Appears in Claims 1 and 12; does not require construction.<br>• **download[s] … if the … block … is not at the indicated resolution level** - Appears in Claims 1 | • **receiv[es] … from [a] renderer** - Same as Claim 3 above.<br>• **provid[es] the renderer** - Same as Claim 3 above.<br>• **download[s] … if the … block … is not at the indicated resolution level** - Same as Claim 3 above. |

5

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| more specified coordinates from a local memory, and downloads over the communication link blocks which include data corresponding to the one or coordinates if the first block is not from the indicated level. | and 12; does not require construction. | |
| 16. Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | | |
| a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | | |
| a communication link, through which the memory receives the data blocks from a remote server; | | |
| a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and | • **receiv[es] … from [a] render** - Appears in Claims 1 and 12; does not require construction.<br><br>• **provid[es] the renderer** - Appears in Claims 1 and 12; does not require construction.<br><br>• **download[s] … if the first block is not from the indicated level** - Appears in Claims 1 and 12; does not require construction. | • **receiv[es] … from [a] render** - Same as Claim 3 above.<br><br>• **provid[es] the renderer** - Same as Claim 3 above.<br><br>• **download[s] … if the first block is not from the indicated level** - Same as Claim 3 above. |

6

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| downloads over the communication link one or more additional blocks according to the order in which the coordinates were provided which include data corresponding to the one or more coordinates if the first block is not from the indicated level. | | |
| 18. Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising:<br><br>a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer;<br><br>a communication link, through which the memory receives the data blocks from a remote server;<br><br>a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or | • receiv[es] … from [a] renderer - Appears in Claims 1 and 12; does not require construction.<br><br>• provid[es] the renderer - Appears in Claims 1 and 12; does not require construction.<br><br>• download[s] … if the provided block from the local memory is not at the indicated resolution | • receiv[es] … from [a] render - Same as Claim 3 above.<br><br>• provid[es] the renderer - Same as Claim 3 above.<br><br>• download[s] … if the first block is not from the indicated level - Same as Claim 3 above. |

7

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| more specified coordinates from a local memory, downloads over the communication link blocks which include data corresponding to the one or coordinates if the first block is not from the indicated level; and downloads excess blocks not currently needed by the renderer to fill up the local memory when the processor is not downloading blocks required by the renderer. | level - Same as Claim 3 above. | |
| 19. Apparatus according to claim 18, wherein the renderer renders a view from a current viewpoint and the processor fills the local memory with substantially all the blocks surrounding a point in the terrain seen from the current viewpoint in a predetermined range. | • when ... not downloading blocks required by the renderer - Same as Claim 7 above.<br>• substantially all the blocks surrounding a point in the terrain seen from the current viewpoint in a predetermined range - Same as Claim 9 above. | • when ... not downloading blocks required by the renderer - Same as Claim 7 above.<br>• substantially all the blocks surrounding a point in the terrain seen from the current viewpoint in a predetermined range - Same as Claim 9 above. |
| 21. Apparatus according to claim 19, wherein the processor fills the local memory with substantially all the blocks from a lower level before downloading blocks of higher resolution levels. | • downloading - appears in Claims 1 and 12; does not require construction. | • downloading - transferring over a network and receiving in local memory from a separate computer. |
| 22. Apparatus according to claim 18, wherein the communication link comprises | • Internet - same as Claim 8 above. | • Internet - same as Claim 8 above. |

8

| Claim | Skyline's Proposed Construction | Google's Proposed Construction |
|---|---|---|
| a connection to the internet. | | |

LIT 1579678v.4