# **EXHIBIT D**

SKYLINE SOFTWARE SYSTEMS, INC.'S
'189 PATENT CLAIM CONSTRUCTION[1]

| Claim | Skyline's Proposed Construction |
|---|---|
| 2. A method according to claim 1, wherein downloading the one or more additional data blocks comprises downloading the blocks from a succession of resolution levels, from the level immediately higher than the resolution level of the first block up to the maximal existent resolution level on the server not above the indicated resolution level. | • **downloading the blocks from a succession of resolution levels** - transferring from a remote server to a local computer data blocks from a succession of resolution levels.<br>• **level immediately higher than the resolution level of the first block** - the next level of data which contains data blocks of a higher resolution than the first data block.<br>• **maximal existent resolution level on the server** - the highest resolution level of data on the remote server corresponding to the one or more coordinates for the data requested. |
| 3. A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising: | |
| receiving from the renderer a plurality of coordinates in the terrain along with indication of a respective resolution level; said plurality of coordinates being included in a plurality of respective distinct blocks; | • **receiving from the renderer a plurality of coordinates in the terrain along with indication of a respective resolution level** - receiving from the renderer two or more coordinates in the terrain, along with an indication of a resolution level.<br>• **plurality of coordinates being included in a plurality of respective distinct blocks** - more than one set of coordinates being described by the data contained in more than one data block. |
| providing the renderer with first data block which includes data corresponding to at least some of the plurality of coordinates from a local memory; | • **data block which includes data corresponding to at least some of the plurality of coordinates** - data describing an area of terrain which corresponds to one or more of the coordinates.<br>• **providing the renderer with first data block which includes data corresponding to at least some of the plurality of coordinates from a local memory** - providing the renderer with a first data block from local memory which contains data corresponding to one or more of the coordinates. |
| downloading from a remote server one or more additional blocks which include data corresponding to a plurality of respective distinct blocks if the provided block from the local memory is not at the indicated resolution level, wherein blocks of lower resolution levels | • **data corresponding to a plurality of respective distinct blocks** - data from more than one data block<br>• **downloading from a remote server one or more additional blocks which include data corresponding to a plurality of respective distinct blocks if the provided block from the local memory is not at the indicated resolution level** - transferring from a remote server to a local computer one or more additional data blocks if the data from the first data block |

---

[1] Plaintiff Skyline Software Systems, Inc. does not revisit herein the construction of the claim terms that appear in Claims 1 and 12, which are the subject of the Court's Claim Construction Order dated March 24, 2006.

| Claim | Skyline's Proposed Construction |
|---|---|
| are downloaded before blocks of higher resolution levels. | is not at the indicated resolution level.<br>• **wherein blocks of lower resolution levels are downloaded before blocks of higher resolution levels** - data blocks with less detail per unit area are transferred from the remote server before data blocks with more detail per unit area. |
| 7. A method of providing data blocks describing three-dimensional terrain to a renderer, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the method comprising: | |
| receiving from the renderer one or more coordinates in the terrain along with indication of a respective resolution level; | |
| providing the renderer with a first data block which includes data corresponding to the one or more coordinates, from a local memory; | |
| downloading from a remoter server one or more additional data blocks which include data corresponding to the one or more coordinates if the provided block from the local memory is not at the indicated resolution level; and | • **downloading from a remoter server one or more additional data blocks which include data corresponding to the one or more coordinates if the provided block from the local memory is not at the indicated resolution level** - transferring one or more additional data blocks from a remote server to a local computer which also contain data corresponding to the one or more coordinates when the first data block is not at the indicated resolution level. |
| downloading from a remote server excess blocks not currently needed by the renderer to fill up the local memory when not downloading blocks required by the renderer. | • **excess blocks not currently needed by the renderer** - data blocks not needed by the renderer to display the current view.<br>• **fill up the local memory** - adding data blocks to fill local memory.<br>• **when not downloading blocks required by the renderer** - when not downloading data for the display of the current view.<br>• **downloading from a remote server excess blocks not currently needed by the renderer to fill up the local memory when not downloading blocks required by the renderer** - transferring data from a remote server to fill up local memory when not downloading blocks required for the display of the current view. |
| 8. A method according to claim 7, wherein downloading the data blocks comprised downloading the blocks via the Internet. | • **Internet** - the publicly accessible world-wide network of that name, which is capable of relaying information via a TCP connection, but not including private networks even if they use internet protocols or have connections to the Internet. |
| 9. A method according to claim 7, wherein the renderer renders a view from a current viewpoint, and wherein downloading the excess | • **renders a view** - displays the terrain from a viewpoint<br>• **filling the local memory** - adding data blocks to fill local memory.<br>• **substantially all of the blocks surrounding a point in the** |

| Claim | Skyline's Proposed Construction |
|---|---|
| blocks comprises filling the local memory with substantially all of the blocks surrounding a point in the terrain seen from the current viewpoint within a predetermined distance range. | **terrain seen from the current viewpoint within a predetermined distance range** - substantially all of the blocks which include data covering terrain which is within a predetermined distance range in one or more directions from either the viewpoint or a point in the terrain visible from the current viewpoint. |
| 11. A method according to claim 9, wherein filling the local memory comprises filling the memory with substantially all the blocks within the range from a lower resolution level before downloading blocks of higher resolution levels. | • **filling the local memory** - same construction of this term as in Claim 9. |
| 13. Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | |
| a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | |
| a communication link, through which the memory receives the data blocks from a remote server; | |
| a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link blocks from the resolution level of the first block up to a maximal resolution level of blocks stored on the server that is not above the indicated resolution level which include data corresponding to the one or more coordinates if the first block is not from the indicated level. | • **downloads over the communication link blocks from the resolution level of the first block up to a maximal resolution level of blocks stored on the server that is not above the indicated resolution level which include data corresponding to the one or more coordinates if the first block is not from the indicated level** - transfers over the network connection blocks of data corresponding to the one or more coordinates, with the resolution between the level of the first data block and the highest resolution level available on the server for that location, which is not at the indicated resolution level, if the first block is not from the indicated level. |
| 14. Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of | |

| Claim | Skyline's Proposed Construction |
|---|---|
| different resolution levels, the apparatus comprising: | |
| a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | |
| a communication link, through which the memory receives the data blocks from a remote server; | |
| a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link blocks of lower resolution levels before blocks of higher resolution levels which include data corresponding to the one or coordinates if the first block is not from the indicated level. | • downloads over the communication link blocks of lower resolution levels before blocks of higher resolution levels which include data corresponding to the one or coordinates if the first block is not from the indicated level - transfers over a network connection blocks which correspond to the one or more coordinates with lower resolution blocks transferred before higher resolution blocks, if the first block is not from the indicated level. |
| 16. Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | |
| a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | |
| a communication link, through which the memory receives the data blocks from a remote server; | |
| a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, and downloads over the communication link one or more additional blocks according to the | • downloads over the communication link one or more additional blocks according to the order in which the coordinates were provided which include data corresponding to the one or more coordinates if the first block is not from the indicated level - transfers over a network connection one or more additional blocks in an order which corresponds to the order in which the coordinates were provided, if the first block is not from the indicated level. |

| Claim | Skyline's Proposed Construction |
|---|---|
| order in which the coordinates were provided which include data corresponding to the one or more coordinates if the first block is not from the indicated level. | |
| 18. Apparatus for providing data blocks describing three-dimensional terrain to a render, the data blocks belonging to a hierarchical structure which includes blocks at a plurality of different resolution levels, the apparatus comprising: | "render" is a typographical error for "renderer" |
| a local memory which stores data blocks corresponding to coordinates proximal to a current viewpoint of the renderer; | |
| a communication link, through which the memory receives the data blocks from a remote server; | |
| a processor which receives one or more specified coordinates along with indication of a respective resolution level from a renderer, provides the renderer with a first data block which includes data corresponding to the one or more specified coordinates from a local memory, downloads over the communication link blocks which include data corresponding to the one or coordinates if the first block is not from the indicated level; and | • downloads over the communication link blocks which include data corresponding to the one or coordinates if the first block is not from the indicated level - transfers over a network connection blocks corresponding to the one or more coordinates if the first block is not at the indicated resolution. |
| downloads excess blocks not currently needed by the renderer to fill up the local memory when the processor is not downloading blocks required by the renderer. | • downloads excess blocks not currently needed by the renderer to fill up the local memory when the processor is not downloading blocks required by the renderer - transfers over a network connection blocks which are not needed to render the current view to fill up local memory, when not downloading blocks required to render the current view. |
| 19. Apparatus according to claim 18, wherein the renderer renders a view from a current viewpoint and the processor fills the local memory with substantially all the blocks surrounding a point in the terrain seen from the current viewpoint in a predetermined range. | • renders a view - same construction of this term as in Claim 9.<br>• fills the local memory - adds to the local memory until it is filled.<br>• substantially all the blocks surrounding a point in the terrain seen from the current viewpoint in a predetermined range - same as Claim 9. |
| 21. Apparatus according to claim 19, wherein the processor fills the local memory with substantially all the blocks from a lower level before downloading blocks of | • fills the local memory - same construction of this term as in Claim 9.<br>• substantially all the blocks from a lower level before downloading blocks of higher resolution levels - filling the local memory with substantially all blocks from a lower |

| Claim | Skyline's Proposed Construction |
|---|---|
| higher resolution levels. | resolution level corresponding to the current viewpoint before transferring blocks from the server of higher resolution levels. |
| 22. Apparatus according to claim 18, wherein the communication link comprises a connection to the internet. | • **Internet** - same construction as "Internet" in Claim 8. |

LIT 1579678v.2