# **EXHIBIT F**

## Haight, Geri

**From:** Haight, Geri
**Sent:** Thursday, September 28, 2006 12:09 PM
**To:** 'Carolyn Chang'
**Cc:** Haight, Geri; Hameline, Joe
**Subject:** Claim Construction

Hello Carolyn -

To follow-up on our conversation, we agree with your proposal to drop "from the first block up to the maximal resolution level ) (No. 10 in your email dated September 13th) as a disputed claim term.

With respect to the claim phrase "level immediately higher ..." (under No. 2 in your September 13th email), we agreed to drop this as a disputed claim term as well.

It appears that we still a dispute with respect to the term "Internet" despite your addition of the phrase "publicly available" to your proposed definition.

Finally, I have reviewed your draft motion to exceed the page limitation and Skyline agreed to join Defendants in making the request.

Please let me know if you have any additional comments or questions.

Geri L. Haight | Attorney
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center | Boston, MA 02111
Phone: 617.348.1675 | Fax: 617.542.2241
E-mail: glhaight@mintz.com
Web: www.mintz.com