# EXHIBIT C

# MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

Geri L. Haight | 617 348 1675 |
glhaight@mintz.com

JULY 13, 2006

VIA FIRST CLASS MAIL
& E-MAIL

Saundra M. Riley, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Re:   Skyline Software Systems, Inc v. Keyhole, Inc. & Google Inc.

Dear Saundra:

Enclosed please find a Deposition Notice for Francois Bailly. We have noticed the deposition for July 24th. Please let me know if Mr. Bailly is available on that date or provide alternative dates.

We would also like to complete the depositions of both Michael Jones and John Rohlf. As you know, under the Federal Rules, we are entitled to depose Mr. Jones for 7 hours both as an individual witness and as Defendants' Rule 30(b)(6) witness. We have time remaining that we intend to use. Please let me know when Mr. Jones is available to resume his deposition.

As we made Skyline's Rule 30(b)(6) witness on source code alone available for a full day, as insisted by Mr. Sacksteder, we require the same from Defendants. It was readily apparent at Mr. Jones' deposition (and, in fact, his testimony confirms) that he lacks sufficient knowledge of Defendants' source code (*see, e.g.*, Jones Depo. Tr., at 403:8-407:1). Therefore, we request that Defendants produce an appropriate Rule 30(b)(6) witness to testify on this topic. Mr. Jones repeatedly referred to John Rohlf as the "expert" on the source code and the individual who could answer specific questions about lines of the code. *Id.* Yet, Mr. Rohlf was not designated as the Rule 30(b)(6) witness as to source code. Under the Federal Rules, and pursuant to the Notice of Rule 30(b)(6) Deposition, we are entitled to a witness who, unlike Mr. Jones, can testify about Defendants' source code. Please let me know if you will agree to designate Mr. Rohlf as Defendants' Rule 30(b)(6) witness on Topic 2 of Plaintiff's Rule 30(b)(6) Notice to the extent that it relates to source code and produce him for a deposition on this topic. Please provide dates for Mr. Rohlf's availability for this deposition.

Moreover, Defendants produced at the conclusion of the first day of Mr. Jones' deposition several of Defendants' patent applications, which Skyline's counsel had no opportunity to review and use at the depositions of Messrs. Jones and Rohlf. Obviously, these are also further bases for resuming and completing these depositions.

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

June 12, 2006
Page 2

      Finally, Defendants produced a number of patent applications in mid-June, in the midst of or following the depositions of several of the named inventors on those applications. Rather than re-open all of the relevant depositions, we would be willing to enter into a stipulation with Defendants that the description of Google Earth (or components thereof) in the specifications of the applications accurately describe the Google Earth product(s). Please let me know if this is agreeable.

      We are willing to cooperate with you on a schedule that is convenient for the witnesses. Please let me know what dates and times these three witnesses are available. Thank you for your attention to this matter.

Very truly yours,

Geri L. Haight

cc:    H. Joseph Hameline, Esq.
       Nelson G. Apjohn, Esq.

LIT 1579329v.1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KEYHOLE, INC. and GOOGLE INC., )<br>    Defendants. )<br>) | CIVIL ACTION NO. 04-11129-DPW |

## NOTICE OF DEPOSITION

TO:   Nelson G. Apjohn
        Nutter McClennen & Fish LLP
        World Trade Center West
        155 Seaport Boulevard
        Boston, MA 02210

PLEASE TAKE NOTICE that pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Plaintiff Skyline Systems, Inc. will take the deposition upon oral examination of **Francois Bailly** at **9:30 a.m.** on **Monday, July 24, 2006** at the offices of **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., 1400 Page Mill Road, Palo Alto, CA 94304**. The deposition shall be taken before a notary public in and for the Commonwealth of Massachusetts, or before some other officer authorized to administer oaths. The deposition may be videotaped. The deposition will continue from day to day until concluded. You are invited to attend and cross-examine.

SKYLINE SOFTWARE SYSTEMS, INC.,

_____
H. Joseph Hameline, BBO #218710
Geri L. Haight, BBO# 638185
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel.: 617-542-6000
Fax: 617-542-2241

Dated: July 13, 2006

### Certificate of Service

I hereby certify that on July 13, 2006 a true copy of the above **Notice of Deposition** was served upon the following individuals by facsimile and first class mail:

Nelson G. Apjohn
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210

Saundra Riley
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

_____
Geri L. Haight  BBO # 638185

LIT 1579285v.1

2