# EXHIBIT F

# MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

Geri L. Haight | 617 348 1675 |
glhaight@mintz.com

SEPTEMBER 14, 2006

VIA FIRST CLASS MAIL
& FACSIMILE

Saundra M. Riley, Esq.
Fenwick & West LLP
801 California Street
Mountain View, CA 94041

Re:   Skyline Software Systems, Inc v. Keyhole, Inc. & Google Inc.

Dear Saundra:

As we discussed this afternoon during our meet and confer conference pursuant to Local Rule 7.1(A)(2), Skyline has requested an adequate Rule 30(b)(6) deponent to testify about Defendants' client source code. As I mentioned, Mr. Jones was unable to adequately answer questions on this topic, referring to Mr. Rohlf as "the architect" of this particular portion of the software for the accused products.

Given that we first requested a new corporate designee on this topic over two months ago, I would appreciate your final response by the close of business (5:00 PM EDT) tomorrow. If we are unable to reach an agreement, we will be forced to seek the Court's assistance in this matter.

Thank you.

Very truly yours,

Geri L. Haight

cc:   H. Joseph Hameline, Esq.

LIT 1586923v.1