# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--oOo--

SKYLINE SOFTWARE SYSTEMS, INC.,

    Plaintiff,

vs.    No. 04-11129 DPW

KEYHOLE, INC., and GOOGLE, INC.,

    Defendants.

DEPOSITION OF

FRANCOIS BAILLY

September 12, 2006

REPORTED BY: SARAH LUCIA BRANN, CSR 3887

Francois Bailly                                                      09/12/2006

12

| | | |
|---|---|---|
| 09:53:24 | 1 | MR. ROSE: Q. Sure. We will get to the |
| 09:53:26 | 2 | other part also. |
| 09:53:30 | 3 | A. Okay. |
| 09:53:31 | 4 | **Q. After Keyhole became part of Google, what** |
| 09:53:36 | 5 | **parts of the client did you work on?** |
| 09:53:39 | 6 | A. I did more work on the GIS ingest feature |
| 09:53:44 | 7 | where we included the thematic mapping -- thematic |
| 09:53:54 | 8 | mapping feature. I also worked more on the core |
| 09:53:59 | 9 | features of the client, I would say the core engine. |
| 09:54:05 | 10 | I rewrote the disk cache system. I also -- I also |
| 09:54:14 | 11 | worked on the networking -- network engineering in |
| 09:54:25 | 12 | Google Earth, and I am the engineer who is mainly |
| 09:54:29 | 13 | responsible for interaction between the Google Earth |
| 09:54:33 | 14 | client and the Google servers as we integrated |
| 09:54:41 | 15 | Google Earth with other Google products. |
| 09:54:47 | 16 | Q. Anything else? |
| 09:54:53 | 17 | A. As part of networking, I would say I -- |
| 09:54:58 | 18 | I'm responsible for the authentication system in the |
| 09:55:04 | 19 | Google Earth free client. |
| 09:55:10 | 20 | **Q. Did you continue to fix crashes and bugs** |
| 09:55:13 | 21 | **throughout the client during the period after Google** |
| 09:55:19 | 22 | **and Keyhole merged?** |
| 09:55:21 | 23 | A. Yes. |
| 09:55:33 | 24 | Q. When you arrived at Keyhole you had not |
| 09:55:41 | 25 | seen the client source code before you arrived at |

Francois Bailly                                                09/12/2006

                                                                    169

| | | |
|---|---|---|
| 18:06:30 | 1 | (Whereupon, at 6:06 p.m., |
| 18:06:30 | 2 | the deposition was adjourned.) |
| 18:06:30 | 3 | --oOo-- |
| 18:06:30 | 4 | I declare under penalty of perjury the |
| 18:06:30 | 5 | foregoing is true and correct.  Subscribed at |
| 18:06:30 | 6 | _____, California, this ____ day |
| 18:06:30 | 7 | of _____, 2006. |
| 18:06:30 | 8 | |
| 18:06:30 | 9 | _____ |
| | | Francois Bailly |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1              CERTIFICATE OF REPORTER

 2         I, SARAH LUCIA BRANN, a Certified

 3  Shorthand Reporter, hereby certify that the witness

 4  in the foregoing deposition was by me duly sworn to

 5  tell the truth, the whole truth, and nothing but the

 6  truth in the within-entitled cause;

 7         That said deposition was taken down in

 8  shorthand by me, a disinterested person, at the time

 9  and place therein stated, and that the testimony of

10  the said witness was thereafter reduced to

11  typewriting, by computer, under my direction and

12  supervision;

13         That before completion of the deposition,

14  review of the transcript [ ] was [X] was not

15  requested.  If requested, any changes made by the

16  deponent (and provided to the reporter) during the

17  period allowed are appended hereto.

18         I further certify that I am not of counsel

19  or attorney for either or any of the parties to the

20  said deposition, nor in any way interested in the

21  event of this cause, and that I am not related to

22  any of the parties thereto.

23              DATED:  September 20, 2006

24                     _____

25                     SARAH LUCIA BRANN, CSR No. 3887
```

*CERTIFIED TRANSCRIPT LEGALINK BOSTON*