# EXHIBIT L

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.,

      Plaintiff,

V.

CASE NO. 04-11129 DPW & 06-10980 DPW

KEYHOLE, INC. and GOOGLE, INC.

      Defendants.

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**EXHIBIT L TO THE DECLARATION OF SAUNDRA L. M. RILEY IN OPPOSITION TO SKYLINE'S MOTION TO COMPEL DEFENDANTS TO PRODUCE WITNESS FOR 30(B)(6) DEPOSITION**

The original documents are maintained in the case file in the Clerk's Office.

October 6, 2006
Date

Attorney for Defendants and Counterclaimants KEYHOLE, INC. and GOOGLE INC.
SAUNDRA L. M. RILEY, Admitted Pro Hac Vice
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

(Notice of Filing.wpd - 7/03)
Declaration of S. Riley In Opposition To Motion To Compel - Exhibit L
Case Nos. 04-11129 DPW and 06-10980 DPW