**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

SKYLINE SOFTWARE SYSTEMS, INC.,

Plaintiff,

v.

KEYHOLE, INC., and
GOOGLE INC.

Defendants.

CIVIL ACTION NO. 04-11129 DPW

# ASSENTED TO MOTION FOR LEAVE TO FILE RESPONSIVE CLAIM CONSTRUCTION BRIEFS IN EXCESS OF TWENTY (20) PAGES

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Carolyn Chang, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

In accordance with Local Rule 7.1(b)(4), Defendants Keyhole, Inc. and Google Inc. (Defendants collectively, "Google") request leave to file a Responsive Claim Construction Brief that exceeds twenty (20) pages in length.

Google's Responsive Claim Construction Brief is twenty-three pages in length. The additional pages are needed to adequately respond to the arguments set forth by Plaintiff Skyline Software Systems, Inc. in its Opening Claim Construction Brief.

WHEREFORE, Google moves this Court for an order allowing it to file its twenty-three page Responsive Claim Construction Brief.

Dated: October 11, 2006

Respectfully submitted,

By: /s/ Carolyn Chang

Carolyn Chang
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350
email: cchang@fenwick.com

Attorneys for Defendants and Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Prior to filing this Motion, counsel for Defendants Keyhole, Inc. and Google Inc. conferred with counsel for Plaintiff Skyline Software Systems, Inc. Counsel for Plaintiff indicated that Plaintiff Skyline assents to this Motion.

By: /s/ Carolyn Chang

Carolyn Chang

**Certificate of Service**

I hereby certify that, on October 11, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

By: /s/ Carolyn Chang
Carolyn Chang