# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEYHOLE, INC., and GOOGLE INC. <br><br> Defendants. | CIVIL ACTION NOS. 04-11129 DPW & 06-10980 DPW |

## SUPPLEMENTAL DECLARATION OF CAROLYN CHANG IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF

Nelson G. Apjohn (BBO No. 020373)
**NUTTER McCLENNEN & FISH LLP**
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
Fax: (617) 310-9000

Attorneys for Defendants and
Counterclaimants
KEYHOLE, INC. and GOOGLE INC.

Of Counsel
Darryl M. Woo, admitted *pro hac vice*
Michael J. Sacksteder, admitted *pro hac vice*
Carolyn Chang, admitted *pro hac vice*
Saundra L. M. Riley, admitted *pro hac vice*
**FENWICK & WEST LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Tel. (415) 875-2300
Fax (415) 281-1350

I, Carolyn Chang, declare as follows:

1. I am an attorney with Fenwick & West, LLP, counsel for Defendants Keyhole, Inc. and Google Inc. (collectively, "Google" or "Defendants") in this matter. I make this declaration of my own personal knowledge and would competently testify thereto if called upon to do so.

2. Attached as Exhibit M to this Declaration are true and correct copies of pages printed out from the website www.wikipedia.org, defining the term "Internet" at http://en.wikipedia.org/wiki/Internet.

I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Dated: October 11, 2006          By:    /s/Carolyn Chang
                                        Carolyn Chang

## Certificate of Service

I hereby certify that, on October 11, 2006, I caused a true and accurate copy of the foregoing document to be served upon all counsel of record for each party by complying with this Court's Administrative Procedures for Electronic Case Filing.

                                 By:    /s/ Carolyn Chang
                                        Carolyn Chang