## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

)
SKYLINE SOFTWARE SYSTEMS, INC.,   )
                                   )
Plaintiff,                         )
                                   )
v.                                 )      CIVIL ACTION NO.  04-11129-DPW
                                   )
KEYHOLE, INC. and GOOGLE INC.,     )
                                   )
    Defendants.                )
_____)

### DECLARATION OF H. JOSEPH HAMELINE, ESQ.

I, H. Joseph Hameline, Esq., on oath, depose and state that:

1.      I am counsel for Plaintiff Skyline Software Systems, Inc. in this action and I submit this declaration in support of Plaintiff Skyline Software Systems, Inc.'s Responsive Claim Construction Brief.

2.      Attached hereto as **Exhibit H** is a true and accurate copy of the Court's Scheduling Order dated August 1, 2006

3.      Attached hereto as **Exhibit I** is a true and accurate copy of relevant pages of the *Microsoft Computer Dictionary*, 4th ed. 1999, which contain the definition of the term "download."

4.      Attached hereto as **Exhibit J** is a true and accurate copy of a U.S. Patent No. 6,111,583.

Signed under the pains and penalties of perjury this 11th day of October, 2006.


/s/ H. Joseph Hameline_____
H. Joseph Hameline

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 12, 2006.

/s/ H. Joseph Hameline
H. Joseph Hameline