# EXHIBIT H
(To Declaration of H. Joseph Hameline In Support of
Plaintiff Skyline Software Systems, Inc.'s Responsive Claim Construction Brief)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SKYLINE SOFTWARE SYSTEMS, INC.
    Plaintiff,

v.

KEYHOLE CORPORATION
    Defendant,

CIVIL ACTION
NO. 04-11129-DPW

SCHEDULING ORDER

WOODLOCK, D.J.

On July 21, 2005, the parties jointly submitted via letter a proposed case schedule with differing trial dates. The Court having reviewed and considered the proposed schedule and trial date proposals, as well as the Court's own calendar, and good cause appearing therefore, the Court HEREBY ADOPTS, the following case schedule and trial date:

| Event | Date |
|---|---|
| Fact Discovery as to liability, completed by | September 22, 2006 |
| Parties shall file and serve respective opening claim construction briefs on claims other than Claims 1 and 12 | September 29, 2006 |
| Parties shall file and serve respective responsive claim construction briefs on claims other than Claims 1 and 12 | October 11, 2006 |
| Hearing on claim construction for claims other than Claims 1 and 12 | **November 1, 2006 at 2:30 P.M.** |
| Supplemental expert reports on Claims 1 and 12, by the party bearing the burden of proof, served by | December 8, 2006 |
| Supplemental responsive expert reports served by | December 22, 2006 |

| | |
|---|---|
| All expert depositions completed by | January 12, 2007 |
| Motions for summary judgment due by | January 19, 2007 |
| Responses to Motions for summary judgment due by | February 2, 2007 |
| Replies to Motions for summary judgment due by | February 9, 2007 |
| Hearing on Motions for Summary Judgment | **February 23, 2007 at 2:30 P.M.** |
| Trial to commence on liability issues | **June 4, 2007 at 9:00 A.M.** |

IT IS SO ORDERED.

By the Court,

DATED:    August 1, 2006

/s/ Michelle Rynne
Deputy Clerk