# EXHIBIT I
(To Declaration of H. Joseph Hameline In Support of
Plaintiff Skyline Software Systems, Inc.'s Responsive Claim Construction Brief)

THE ULTIMATE COMPUTER REFERENCE



**Microsoft** Windows NT Windows 98
CD ROM Included
Microsoft Internet Explorer

MIXED MEDIA
1 BOOK
1 CD



Microsoft Press

Over 8,000 Entries
with online updates available quarterly

# Microsoft Computer Dictionary
## Fourth Edition

- *Three new appendixes, including Y2K, file extensions, and Internet domains*
- *Searchable text on CD-ROM*
- *Extensive coverage of hardware, software, the Internet, and more!*
- *Detailed illustrations and diagrams for easy reference*

BOOK
CD ACCOMPANYING

Case 1:04-cv-11129-DPW    Document 138-3    Filed 10/12/2006    Page 2 of 4
THE ULTIMATE COMPUTER REFERENCE

REF
QA
76.15
M54
1999

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
     p. cm.
   Previous eds. published under title: Microsoft Press computer
dictionary
   ISBN 0-7356-0615-3
   1. Computers Dictionaries.  2. Microcomputers Dictionaries.
I. Microsoft Press computer dictionary.
QA76.15.M538   1999
004'.03--dc21                                                    99-20168
                                                                 CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   MLML   4 3 2 1 0 9

Distributed in Canada by ITP Nelson, a division of Thomson Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at mspress.microsoft.com.

Macintosh, Power Macintosh, QuickTime, and TrueType fonts are registered trademarks of Apple Computer, Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX, Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting, NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows, Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No association with any real company, organization, product, person, or event is intended or should be inferred.

Acquisitions Editor: Christey Bahn
Project Editor: Kim Fryer

40891006

each node refers to both the next node and the preceding node. Because of these two-way references, a doubly linked list can be traversed both forward and backward, rather than in a forward direction only, as with a singly linked list.

**down** *adj.* Not functioning, in reference to computers, printers, communications lines on networks, and other such hardware.

**downflow** *n.* One of the four stages of the data warehousing process, during which stored information is delivered and archived. *See also* data warehouse[2]. *Compare* inlow, metaflow, upflow.

**downlink** *n.* The transmission of data from a communications satellite to an earth station.

**download** *vb.* **1.** In communications, to transfer a copy of a file from a remote computer to the requesting computer by means of a modem or network. **2.** To send a block of data, such as a PostScript file, to a dependent device, such as a PostScript printer. *Compare* upload.

**downloadable font** *n.* A set of characters stored on disk and sent (downloaded) to a printer's memory when needed for printing a document. Downloadable fonts are most commonly used with laser printers and other page printers, although many dot-matrix printers can accept some of them. *Also called* soft font.

**downsizing** *n.* In computing, the practice of moving from larger computer systems, such as mainframes and minicomputers, to smaller systems in an organization, generally to save costs and to update to newer software. The smaller systems are usually client/server systems composed of a combination of PCs, workstations, and some legacy system such as a mainframe, connected in one or more local area networks or wide area networks. *See also* client/server architecture, legacy system.

**downstream**[1] *n.* The direction in which information, such as a news feed for a newsgroup or data from an http (Web) server, is passed from one server to the next. *See also* news feed, newsgroup, server.

**downstream**[2] *adv.* **1.** The location of a client computer in relation to a server. **2.** The direction in which data moves from the server to the client.

**downstream**[3] *adj.* Refers to data that moves *from* a remote network *to* an individual computer. In some Internet-related communications technologies, data flows more quickly downstream than upstream; cable modems, for example, can transfer data as fast as 30 Mbps downstream but support much slower rates, from 128 Kbps to around 2 Mbps, upstream. *Compare* upstream.

**downtime** *n.* The amount or percentage of time a computer system or associated hardware remains nonfunctional. Although downtime can occur because hardware fails unexpectedly, it can also be a scheduled event, as when a network is shut down to allow time for maintenance.

**downward compatibility** *n.* The capability of source code or programs developed on a more advanced system or compiler version to be executed or compiled by a less advanced (older) version. *Compare* upward-compatible.

**DP** *n.* *See* data processing.

**dpi** *n.* *See* dots per inch.

**DPMA** *n.* Acronym for Data Processing Management Association. A trade organization of information systems (IS) professionals. DPMA was founded in 1951 as the National Machine Accountants Association.

**DPMI** *n.* *See* DOS Protected Mode Interface.

**DPMS** *n.* Acronym for VESA Display Power Management Signaling. A VESA standard for signals that put a video monitor into "standby" or "suspend" mode to reduce power consumption. *See also* green PC, VESA[2].

**DPSK** *n.* Acronym for differential phase-shift keying. *See* phase-shift keying.

**draft mode** *n.* A high-speed, relatively low-quality print mode offered by most dot-matrix printers. *See also* dot-matrix printer, draft quality, print quality.

**draft quality** *n.* A low grade of printing generated by the draft mode on dot-matrix printers. Draft quality varies among printers, ranging from suitable for most purposes to nearly useless. *See also* draft mode, print quality.

**drag** *vb.* In graphical user interface environments, to move an image or a window from one place on the screen to another by "grabbing" it and pulling it to its new location using the mouse. The mouse pointer is positioned over the object, and the mouse button is pressed and held while the mouse is moved to the new location.

**drag-and-drop** *vb.* **1.** In general, to delve into something in increasing detail. **2.** More specifically, to