```
                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


SKYLINE SOFTWARE SYSTEMS, INC.
        Plaintiff,

            v.                            CIVIL ACTION
                                          NO. 06-10980-DPW
KEYHOLE INC. ET AL
    Defendant
------------------------------------------------------------

SKYLINE SOFTWARE SYSTEMS, INC.
        Plaintiff,

            v.                            CIVIL ACTION
                                          NO. 04-11129-DPW
KEYHOLE CORPORATION
        Defendant,
```

**ORDER RE: CONSOLIDATION**

WOODLOCK, District Judge

After a hearing held on November 3, 2006, it is hereby ORDERED that Civil Action No.06-10980-DPW Skyline Software Systems, Inc. v. Keyhole Inc. et al  and Civil Action No. 04-11129-DPW Skyline Software Systems, Inc. v. Keyhole Corporation be, and they hereby are, CONSOLIDATED. Any further filings in these cases shall indicate the lead docket as Civil Action No. 06-10980-DPW.

                                    BY THE COURT,

                                    /s/ Michelle Rynne
DATED: November 27, 2006            Deputy Clerk